# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JEFF SYLVESTER, ET AL.,

V.

KAMALA D. HARRIS, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NO: 1:11-CV-02137-AWI-SKO

TO: **Kamala D. Harris**
Defendant's Address:

*1300 "I" Street*
*Sacramento, CA 95814*

**YOU ARE HEREBY SUMMONED** and required to serve on

**Jason Andrew Davis**
**Davis and Associates**
**27281 Las Ramblas, Suite 200**
**Mission Viejo, CA 92691**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ J. Hellings

(By) DEPUTY CLERK



ISSUED ON 2011-12-27 15:42:44.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 24, 2012 |
| NAME OF SERVER (PRINT) Valery Khrystov | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Richard Chadwick

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 50.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/25/12

Signature of Server

Address of Server: 3020 Explorer Dr #7, Sacramento, CA 95827