KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER K. SOUTHWORTH, State Bar No. 160522
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6505
 Fax:  (213) 897-1071
 E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendants Kamala D. Harris,
Attorney General of California and California
Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official and individual capacities), CALIFORNIA DEPARTMENT OF JUSTICE, and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**INITIAL STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT (LOCAL RULES 137, 143, 144)**<br><br>Date:           N/A<br>Time:           N/A<br>Courtroom:   2, 8th Flr.<br>Judge           The Hon. Anthony W. Ishii<br>Trial Date:    Not Set Yet<br>Action Filed:  December 23, 2011 |

IT IS HEREBY STIPULATED, under Local Rules 137, 143 and 144, by and among the parties to this action, through the parties' respective attorneys, as follows:

By February 24, 2012, Plaintiffs Jeff Silvester, Michael Poeschl, Brandon Combs, The CalGuns Foundation, Inc., and The Second Amendment Foundation, Inc. ("Plaintiffs"), desire to and shall file an amended complaint in this action.

By March 16, 2012 (or within 21 days after Plaintiffs file their amended complaint in this action, whichever date is earlier), Defendants Kamala D. Harris and California Department of Justice ("Defendants") shall respond, separately or jointly, to Plaintiffs' amended complaint in this action.

Both Plaintiffs' amended complaint and Defendants' response shall be served on counsel for the opposing parties no later than the close of the next business day after completion of the filing.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Defendants shall not be required to respond to the original complaint filed December 23, 2012 in this action, and being amended.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  February 9, 2012                    KAMALA D. HARRIS
                                            Attorney General of California
                                            PETER K. SOUTHWORTH
                                            Supervising Deputy Attorney General


                                             /s/ Jonathan M. Eisenberg
                                            JONATHAN M. EISENBERG
                                            Deputy Attorney General
                                            *Attorneys for Defendants Kamala D. Harris,*
                                            *Attorney General of California, and*
                                            *California Department of Justice*

Dated:  February 9, 2012                    DAVIS & ASSOCIATES


                                             /s/ Jason A. Davis[1]
                                            JASON A. DAVIS
                                            *Attorneys for Plaintiffs Jeff Silvester,*
                                            *Michael Poeschl, Brandon Combs, The*
                                            *CalGuns Foundation, Inc., and The Second*
                                            *Amendment Foundation, Inc.*


**ORDER**

IT IS SO ORDERED.

   Dated:   **February 14, 2012**            **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] On February 9, 2012, Mr. Davis gave written consent to Mr. Eisenberg to indicate that Mr. Davis's signature should be included in this document.

3