Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27201 Puerta Real., Suite 300
Mission Viejo, CA 92691
Tel 949.310.0817/Fax 949.288.6894
E-Mail: Jason@CalGunLawyers.com

Donald E.J. Kilmer., Jr. (Calif. Bar. No. 179986)
Law Offices of Donald Kilmer
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, CA 92125
Tel 408.264.8489/Fax 408.564.8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC. a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 TO 20,<br><br>　　　　Defendants. | Case No: 1:11-CV-02137<br><br>**JOINT MID-DISCOVERY STATUS CONFERENCE REPORT**<br><br>DATE:  December 13, 2012<br>TIME:   9:30 A.M.<br>CTRM: #7 (6th Floor)<br><br>**SHIELA K. OBERTO<br>U.S. MAGISTRATE JUDGE**<br><br>**ALL COUNSEL APPEARING TELEPHONICALLY** |

**REQUEST TO VACATE MID-DISCOVERY STATUS CONFERENCE**

Counsels for all parties have conferred regarding the Joint Mid-Discovery Status Conference Report and desire and request that the Status Conference be vacated, as all parties believe the conference to be unnecessary at this time.

**ALTERNATIVE REQUEST FOR TELEPHONIC APPEARANCE**

Alternatively, should the conference not be vacated, counsel for all parties desire to appear at the Mid-Discovery Status Conference telephonically. Counsel for Plaintiffs shall initiate the call at the above-designated time.

**JOINT MID-DISCOVERY STATUS CONFERENCE REPORT**

Pursuant to the Scheduling Order dated May 15, 2012, Plaintiffs, JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC. and SECOND AMENDMENT FOUNDATION, INC. and Defendant KAMALA D. HARRIS, Attorney General of California, sued in her official capacity hereby submit this joint mid-discovery status conference report.

**1. Mid-Discovery Status Conference Report**

*Plaintiffs' Status*

(a) Plaintiffs propounded requests for production of documents upon Defendant Kamala Harris. Defendant disclosed to the plaintiffs approximately 3,000 pages of documents in response;

(b) Plaintiffs intend on propounding Interrogatories;

(c) Plaintiffs plan to depose those persons most knowledgeable identified by Defendant, although the plaintiffs do not presently expect that any of these depositions will take very long;

(d) Plaintiffs are contemplating retaining some expert witnesses but so far have thought about expert-witness issues only preliminarily.

*Defendant's Status*

(e) Defendant recently propounded a set of interrogatories to each Plaintiff; Plaintiffs' time to respond has not expired;

(f) Following receipt of satisfactory responses to the interrogatories, the defense plans to depose each Plaintiff, although the defense doesn't presently expect that any of the depositions will take very long;

(g) The defense is contemplating retaining some expert witnesses but so far has thought about expert-witness issues only preliminarily.

Date: December 7, 2012,                    Respectfully submitted,

                                           Davis & Associates
                                           /s/ Jason A. Davis
                                           Jason A. Davis
                                           Jason@CalGunLawyers.com
                                           Attorneys for Plaintiffs


                                           KAMALA D. HARRIS
                                           Attorney General of California
                                           PTER K. SOUTHWORTH
                                           Supervising Deputy Attorney General
                                           /s/ Jonathan M. Eisenberg
                                           JONATHAN M. EISENBERG
                                           Deputy Attorney General
                                           Attorneys for Defendant Kamala D. Harris,
                                           Attorney General of California

CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that the true and correct copy of this JOINT MID-DISCOVERY STATUS CONFERENCE REPORT to the Court in the above-captioned case was served through U.S. Postal Service mail, and through electronic filing with the Court's electronic PACER system, on the opposing counsel of record as indicated below:

JONATHAN M. EISENBERG

Deputy Attorney General

300 South Spring Street, Suite 1702

Los Angeles, CA 90013

Signed and certified this 7th, day of December, 2012, in Rancho Santa Margarita by:

>Davis & Associates
>/s/ Jason A. Davis
>Jason A. Davis
>Jason@CalGunLawyers.com
>Attorneys for plaintiffs