Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Tel 949.310.0817/Fax 949.288.6894
E-Mail: Jason@CalGunLawyers.com

Donald E.J. Kilmer., Jr. (Calif. Bar. No. 179986)
Law Offices of Donald Kilmer
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, CA 92125
Tel 408.264.8489/Fax 408.564.8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC. a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>          Plaintiffs,<br>     vs.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 TO 20,<br><br>          Defendants. | Case No: 1:11-CV-02137<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1 **NOTICE OF CHANGE OF ADDRESS**

2 Please take notice that the office of Davis & Associates has changed.  The new address

3 is:

4 Davis & Associates

5 27201 Puerta Real, Suite 300

6 Mission Viejo, CA 92691

7 The telephone numbers, fax numbers, and email addresses remain the same.

9  Date: December 7, 2012,             Respectfully submitted,
10                                     Davis & Associates
                                       /s/ Jason A. Davis
11                                     Jason A. Davis
                                       Jason@CalGunLawyers.com
12                                     Attorneys for plaintiffs

CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that the true and correct copy of this Notice of Change of Address to the Court in the above-captioned case was served through U.S. Postal Service mail, and through electronic filing with the Court's electronic PACER system, on the opposing counsel of record as indicated below:

JONATHAN M. EISENBERG

Deputy Attorney General

300 South Spring Street, Suite 1702

Los Angeles, CA 90013

Signed and certified this 10th, day of April, 2012, in Rancho Santa Margarita by:

> Davis & Associates
> /s/ Jason A. Davis
> Jason A. Davis
> Jason@CalGunLawyers.com
> Attorneys for plaintiffs

Silvester, et al. v. Harris, et al.
(1:11-CV-02137 AWI-SKO)

Page 3 of 3

NOTICE OF CHANGE OF ADDRESS