Jason A. Davis (Calif. Bar. No. 224250)
Davis & Associates
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Tel 949.436.GUNS / Fax 949.288.6894
Email: Jason@CalGunLawyers.com

Donald J. Kilmer, Jr. (Calif. Bar. No. 179986)
Law Office of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
Tel: 408.264.8489 / Fax 408.264.8487

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC. a non-profit organization, and SECOND AMENDMENT FOUNDATION, INC. a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,<br><br>Defendant. | Case No. 1:11-CV-02137-AWI-SKO<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL OF PLAINTIFF MICHAEL POESCHL |

By and through undersigned counsel:

PLEASE TAKE NOTICE THAT Plaintiff MICHAEL POESCHL hereby dismisses his actions against all Defendants, including KAMALA HARRIS, Attorney General of California (in her official capacity) and DOES 1 through 20 with prejudice. This voluntary dismissal is made pursuant to the stipulation on the part of all parties pursuant Federal Rule of Civil Procedure 41(a) and is subject to the terms of stipulation contained herein.

Pursuant to Federal Rule of Civil Procedure 41(a) and subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, a plaintiff may dismiss an action without a court order by filing a

stipulation of dismissal signed by all parties who have appeared.  Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Plaintiff Michael Poeschl no longer resides within the State of California; as such, Plaintiff Michael Poeschl, and all parties to this action agree that it is the best interest of this action to dismiss his actions against all DEFENDANTS and withdraw as a Plaintiff in the above entitled action.  All parties to this action agree and stipulate to Plaintiff Michael Poeschl's dismissal.  Plaintiff Michael Poeschl and Defendants agree to waive all claims for costs and attorney fees in the above entitled manner as they relate to Michael Poeschl's individual claims – each party bearing their own costs and fees in this matter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: __April 23, 2013_____   _____s/Jason A. Davis_____
                                               Jason A. Davis,
                                               Attorneys for Plaintiffs

DATED: __April 23, 2013_____   _____s/Jonathan Eisenberg_____
                                               Jonathan Eisenberg,
                                               Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
                                               Sheila K. Oberto
                                             United States District/Magistrate Judge