Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
30021 Tomas St., Suite 300
Rancho Santa Margarita, CA 92688
Tel 949.310.0817/Fax 949.288.6894
E-Mail: Jason@CalGunLawyers.com

Donald E.J. Kilmer., Jr. (Calif. Bar. No. 179986)
Law Offices of Donald Kilmer
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, CA 92125
Tel 408.264.8489/Fax 408.564.8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC. a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs,<br>vs.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 TO 20,<br><br>Defendants. | Case No: 1:11-CV-02137<br><br>**PROOF OF SERVICE OF STIPULATION AND PROPOSED ORDER OF DISMISSAL OF PLAINTIFF MICHAEL POESCHL** |

# DECLARATION AND PROOF OF SERVICE

I, Jason Davis, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am an attorney for Davis & Associates. My business address is 27201 Puerta Real, Mission Viejo, CA 92688.

On April 23, 2013, I served the following document(s):

**PROOF OF SERVICE OF**

**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF PLAINTIFF**

**MICHAEL POESCHL**

[X]  (by ELECTRONIC FILING) I served each of the above referenced document(s) by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Eastern District of California, which will send notification of such filing to the following interested parties.

[ ]  [U.S. MAIL] by placing a copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Mission Viejo, California addressed as set forth below.

[ ]  [by PERSONAL DELIVERY] by having the document personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  (by FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission report issued by the transmitting facsimile machine is attached hereto.

[X]  (by E-MAIL) A courtesy copy of each of the above referenced document(s) were provided by e-mail to the following address(es): Jonathan.Eisenberg@doj.ca.gov.

ADDRESS(ES)

Jonathan Eisenberg
Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
T: 213-897-6505 / F: 213-897-1071
Jonathan.Eisenberg@doj.ca.gov

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.  Executed on April 23, 2013 in Mission Viejo, California.

3 | Date: April 23, 2013        Respectfully submitted,

By: `s/ Jason Davis`
Jason Davis,
Davis & Associates
Attorneys for Plaintiffs
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Tel 949.310.0817/Fax 949.288.6894
E-Mail: Jason@CalGunLawyers.com