# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Jeff Silvester, et al.

Plaintiff(s),

v.

KAMALA HARRIS, and DOES 1-20

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-cv-02137-AWI-SK

Notice is hereby given that, subject to approval by the court, __Jeff Silvester__ substitutes
(Party (s) Name)

__Victor J. Otten__, State Bar No. __165800__ as counsel of record in
(Name of New Attorney)

place of __Jason Davis__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Victor J. Otten

Address: 3620 Pacific Coast Highway, Suite 100 Torrance, CA 90505

Telephone: (310) 378-8533        Facsimile (310) 347-4225

E-Mail (Optional): Vic@ottenandjoyce.com

I consent to the above substitution.
Date: 6/18/2013

*(signature)*
JEFF SILVESTER
(Signature of Party(s))

I consent to being substituted.
Date: 6/18/2013

*(signature)*
JASON DAVIS
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 6/14/13

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

I, Megan Fisher, am employed in the County of Los Angeles, State of California.

On June 20, 2013, I served the foregoing document described as **SUBSTITUTION OF ATTORNEY**, on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Victor Otten
Otten & Joyce, LLP
3620 Pacific Coast Highway Suite 100
Torrance, CA 90505

___ **BY MAIL**: I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practices of collection and processing of correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid.

___ **VIA OVERNIGHT MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery by UPS/FED-EX/USPS. Under the practice it would be deposited with a facility regularly maintained by UPS/FED-EX/USPS for receipt on the same day in the ordinary course of business. Such envelope was sealed and placed for collection and delivery by UPS/FED-EX/USPS with delivery fees paid or provided for in accordance with ordinary business practices.

**X** **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the office of the addressee(s).

___ **BY FASCIMILE TRANSMISSION**: Based on an agreement by the parties to accept service by facsimile transmission, I caused the documents to be faxed to counsel listed above at the listed fax number. The facsimile machine I used complied with California Rules of Court 2.301 and no error was reported by the machine. Pursuant to rule 2.306(h), I caused the machine to print a record of the transmission, a copy of which is attached to this proof of service.

**X** (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 20, 2013 at Torrance, California.

_____
Megan Fisher