

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | California |

JUN 24 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

| Jeff Silvester, et al. | **CONSENT ORDER GRANTING** |
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| KAMALA HARRIS, and DOES 1-20 | CASE NUMBER: 11-cv-02137-AWI-SK |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __The Calguns Foundation, Inc.__ substitutes
(Party(s) Name)

__Victor J. Otten__, State Bar No. __165800__ as counsel of record in
(Name of New Attorney)

place of __Jason Davis__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Victor J. Otten |
| Address: | 3620 Pacific Coast Highway, Suite 100 Torrance, CA 90505 |
| Telephone: | (310) 378-8533 | Facsimile (310) 347-4225 |
| E-Mail (Optional): | Vic@ottenandjoyce.com |

I consent to the above substitution.

Date: ___6/18/2013___

THE CALGUNS FOUNDATION, INC.
(Signature of Party(s))

I consent to being substituted.

Date: ___6/18/2013___

JASON DAVIS
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: ___6/19/13___

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ___6/24/13___

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]