AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

FILED
JUN 24 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Eastern District of California

Jeff Silvester, et al.
　　　　Plaintiff (s),
V.
KAMALA HARRIS, and DOES 1-20
　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-cv-02137-AWI-SK

Notice is hereby given that, subject to approval by the court, Brandon Combs substitutes
(Party (s) Name)

Victor J. Otten , State Bar No. 165800 as counsel of record in
(Name of New Attorney)

place of Jason Davis
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name: Victor J. Otten
　　Address: 3620 Pacific Coast Highway, Suite 100 Torrance, CA 90505
　　Telephone: (310) 378-8533    Facsimile (310) 347-4225
　　E-Mail (Optional): Vic@ottenandjoyce.com

I consent to the above substitution.
Date:　6/18-13
　　　　　　　　　　　　　　BRANDON COMBS
　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　6/18/2013
　　　　　　　　　　　　　　JASON DAVIS
　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　6/19/13
　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　6/24/13
　　　　　　　　　　　　　　Sheila K. Oberto
　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]