AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT


FILED
JUN 2 4 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By ____ DEPUTY CLERK

__Eastern__ District of __California__

Jeff Silvester, et al.
                    Plaintiff (s),
V.
KAMALA HARRIS, and DOES 1-20
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-cv-02137-AWI-SK

Notice is hereby given that, subject to approval by the court, __Jeff Silvester__ substitutes
(Party (s) Name)

__Victor J. Otten__, State Bar No. __165800__ as counsel of record in
(Name of New Attorney)

place of __Jason Davis__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Victor J. Otten
Address:         3620 Pacific Coast Highway, Suite 100 Torrance, CA 90505
Telephone:       (310) 378-8533         Facsimile (310) 347-4225
E-Mail (Optional): Vic@ottenandjoyce.com

I consent to the above substitution.
Date: __6/18/2013__
                                        JEFF SILVESTER
                                        (Signature of Party (s))

I consent to being substituted.
Date: __6/18/2013__
                                        JASON DAVIS
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __6/18/13__
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __6/24/13__
                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]