FROM                                           (TUE) 6.18'13 15:49/ST. 15:49/NO. 4861500373 P 1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**FILED**
**JUN 2 4 2013**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

_____Eastern_____ District of _____California_____

Jeff Silvester, et. al
                            Plaintiff (s),
        v.
Kamala Harris, and DOES 1-20
                            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-CV-02137-AWI-SK

Notice is hereby given that, subject to approval by the court, _SECOND AMENDMENT FOUNDATION, INC._ substitutes
(Party (s) Name)

_Victor J. Otten_, State Bar No. _165800_ as counsel of record in
(Name of New Attorney)

place of _Jason Davis_
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Victor J. Otten
Address:         3620 Pacific Coast Highway Suite 100 Torrance, CA 90505
Telephone:       (310) 378-8533                Facsimile (310) 347-4225
E-Mail (Optional): vic@ottenandjoyce.com

I consent to the above substitution.
Date: 6/18/2013
SECOND AMENDMENT FOUNDATION
_Alan M. Gottlieb_
(Signature of Party (s))

I consent to being substituted.
Date: 6/18/2013
_Jason Davis_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/18/13
_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/24/13
_Sheila K. Oberto_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]