1 KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
3 JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
5   Telephone:  (213) 897-6505
    Fax:  (213) 897-1071
6   E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney*
7 *General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT CALIFORNIA ATTORNEY GENERAL KAMALA D. HARRIS FOR SUMMARY JUDGMENT (FED. R. CIV. P. 56)**<br><br>Hearing Date: October 28, 2013<br>Hearing Time: 1:30 p.m.<br>Trial Date:   March 25, 2014<br>Action Filed:  December 23, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take NOTICE that, at 1:30 p.m. on October 28, 2013, or as soon thereafter as the matter may be heard, in Courtroom 2 (Senior U.S. District Judge Anthony W. Ishii, presiding) on the Eighth Floor of the above-entitled Court, located at the Robert E. Coyle Federal Courthouse, 2500 Tulare St., Fresno, CA  93721, Defendant Kamala D. Harris, Attorney General of the State

1

Notice of Mtn. and Mtn. of Def. Cal. Att'y Gen. Harris's Mtn. for Summ. J.  (1:11-cv-02137-AWI-SKO)

of California (the "Attorney General"), will and hereby does move, under Federal Rule of Civil Procedure 56, for summary judgment of this entire case adverse to Plaintiffs Jeffrey A. Silvester, Brandon S. Combs, The Calguns Foundation, Inc., and The Second Amendment Foundation, Inc. (Collectively, "Plaintiffs.")

The grounds for the Attorney General's motion for summary judgment are two-fold. First, the enforcement of the California statutes that mandate a 10-day waiting period between application to purchase and delivery of firearms for all California residents not statutorily exempted, which law enforcement Plaintiffs attack, does not substantially burden people's Second Amendment right and does not infringe the Second Amendment. Second, there is no violation of the Fourteenth Amendment's Equal Protection Clause because certain groups of people have statutory exemptions from the 10-day waiting period; the exemptions do not discriminate against any suspect class of people or unduly burden the exercise of a fundamental right, and the exemptions are rationally related to legitimate government objectives.

The Attorney General's motion for summary judgment is based on the present notice of motion and motion; the accompanying memorandum of points and authorities; and the accompanying declaration of Jonathan M. Eisenberg.

Dated: September 25, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


 /s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris,
Attorney General of California*

2

Notice of Mtn. and Mtn. of Def. Cal. Att'y Gen. Harris's Mtn. for Summ. J. (1:11-cv-02137-AWI-SKO)