KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6505
 Fax:  (213) 897-1071
 E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**DECLARATION OF JONATHAN M. EISENBERG IN SUPPORT OF DEFENDANT CALIFORNIA ATTORNEY GENERAL KAMALA D. HARRIS'S MOTION FOR SUMMARY JUDGMENT (FED. R. CIV. P. 56) (FED. R. CIV. P. 56)**<br><br>Hearing Date: October 28, 2013<br>Hearing Time: 1:30 p.m.<br>Trial Date:    March 25, 2014<br>Action Filed:  December 23, 2011 |

I, Jonathan M. Eisenberg, declare as follows:

1. I have personal knowledge of the following facts, except where I have just information and belief, as indicated, and, if called as a witness, I could and would testify competently to the facts.

2. I am an attorney admitted to practice law in California and before the present Court. I am one of the attorneys of record for Kamala D. Harris, Attorney General of the State of

1

California (the "Attorney General"), in the instant case, adverse to Plaintiffs Jeffrey A. Silvester ("Silvester"), Brandon S. Combs ("Combs"), The Calguns Foundation, Inc., and The Second Amendment Foundation, Inc. (Together all plaintiffs are "Plaintiffs.")

3. In November 2012, the discovery phase of this case, I propounded a set of interrogatories on Silvester and another set of interrogatories on Combs. In January 2013, both Silvester and Combs returned verified interrogatory responses. Attached hereto as Exhibit A is a true and correct copy of certain pages, including the verification page, from Silvester's interrogatory responses. Attached hereto as Exhibit B is a true and correct copy of certain pages, including the verification page, from Combs's interrogatory responses.

4. In May 2013, I deposed both Silvester and Combs in this case. I had a court reporter transcribe what was said at each deposition and send me the transcript. Attached hereto as Exhibit C is a true and correct copy of certain pages of the transcript of the Silvester deposition. Attached hereto as Exhibit D is a true and correct copy of certain pages of the transcript of the Combs deposition.

I declare under the penalty of perjury that the foregoing is true and correct and that I signed this declaration on September 25, 2013, at Los Angeles, California.

/s/
Jonathan M. Eisenberg

2

Decl. of Eisenberg in Support of Def. Cal. Att'y Gen. Harris's M. for Summ. J. (1:11-cv-02137-AWI-SKO)