```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF CALIFORNIA

 3                      FRESNO DIVISION

 4                        ---oOo---

 5

 6  JEFF SILVESTER, MICHAEL POESCHL,)
    Brandon COMBS, The CALGUNS      )
 7  FOUNDATION, INC., a non-profit  )
    organization, and The Second    )
 8  AMENDMENT FOUNDATION, INC., a   )
    non-profit organization,        )
 9                                  )
              Plaintiffs,           )
10                                  )
         vs.                        )No. 1:11CV02137AWISKO
11                                  )
    KAMALA HARRIS, Attorney General )
12  of California (in her official  )
    capacity:, and DOES 1 to 20,    )
13                                  )
              Defendants.           )
14  _____)

15

16
                        DEPOSITION OF
17                      BRANDON COMBS
                      FRESNO, CALIFORNIA
18                       MAY 10, 2013

19

20

21

22  ATKINSON-BAKER, INC.
    COURT REPORTERS
23  (800) 288-3376
    WWW.DEPO.COM
24
    REPORTED BY:    THERESA G. MENDOZA, CSR NO. 12338
25  FILE NO.:       A703C38
```

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE EASTERN DISTRICT OF CALIFORNIA

3                    FRESNO DIVISION

4                      ---oOo---

5

6  JEFF SILVESTER, MICHAEL POESCHL,)
   Brandon COMBS, The CALGUNS      )
7  FOUNDATION, INC., a non-profit  )
   organization, and The Second    )
8  AMENDMENT FOUNDATION, INC., a   )
   non-profit organization,        )
9                                  )
                Plaintiffs,        )
10                                 )
         vs.                       )No. 1:11CV02137AWISKO
11                                 )
   KAMALA HARRIS, Attorney General )
12 of California (in her official  )
   capacity:, and DOES 1 to 20,    )
13                                 )
                Defendants.        )
14 _____)

15

16

17

18

19          Deposition of BRANDON COMBS, taken on

20 behalf of Defendants, at 2550 Mariposa Mall, Fresno,

21 California, commencing at 8:51 a.m., Friday, May 10,

22 2013 before Theresa G. Mendoza, CSR No. 12338.

23

24

25

```
 1                    A P P E A R A N C E S

 2

 3

 4   FOR THE PLAINTIFFS:

 5
     OTTEN & JOYCE, LLP
 6   BY:  VICTOR J. OTTEN, ESQUIRE
     3620 Pacific Coast Highway, Suite 100
 7   Torrance, California  90505

 8

 9
     FOR THE DEFENDANTS:
10

11   STATE OF CALIFORNIA
     DEPARTMENT OF JUSTICE
12   OFFICE OF THE ATTORNEY GENERAL
     BY:   JONATHAN M. EISENBERG, DEPUTY
13   300 South Spring Street, Suite 1702
     Los Angeles, California  90013
14

15   STATE OF CALIFORNIA
     DEPARTMENT OF JUSTICE
16   OFFICE OF THE ATTORNEY GENERAL
     DIVISION OF LAW ENFORCEMENT
17   BUREAU OF FIREARMS
     CIVIL DIVISION-GOVERNMENT LAW
18   BY:  KIMBERLY J. GRANGER, DEPUTY
     1300 I Street
19   Sacramento, California  95814

20

21

22

23

24

25
```

```
 1                      I N D E X
 2   WITNESS:    BRANDON COMBS
 3   EXAMINATION                              PAGE
 4        BY MR. EISENBERG                    5, 208
 5        BY MR. OTTEN                        206, 215
 6
 7   EXHIBITS
                            PLAINTIFF'S
 8   LETTER                 DESCRIPTION       PAGE
 9                          (NONE)
10
                            DEFENDANTS'
11   NUMBER                 DESCRIPTION       PAGE
12    8    -        Interrogatory Responses    18
13    9    -          Calgun Web Post         201
14   10    -            Editorial            205
15
16
17
18   QUESTIONS WITNESS WAS INSTRUCTED NOT TO ANSWER:
19                          (NONE)
20
21
22   INFORMATION TO BE SUPPLIED:
23                          (NONE)
24
25
```

1          Q.  Let me direct your attention to page 29,

2    Interrogatory No. 16.  That's at the bottom of the

3    page, and then to the response is on the following

4    page, page 30.  If you could read the Interrogatory and

5    the response, and then tell me when you're done.

6          A.  Okay.

7          Q.  Ready?  So you make reference to something

8    called opportunity cost or lost opportunity cost.  What

9    do you mean by a lost opportunity cost?

10         A.  An opportunity cost in this would be time

11   I could have spent on billable hours doing real work

12   versus going to a gun store for a second trip.

13         Q.  Isn't it true that everything that you do

14   in your life where you're not billing time for work is

15   a lost opportunity to bill time for work?

16         A.  Perhaps.

17         Q.  You detail expenses incurred due to having

18   to make a second trip to a firearms dealer to obtain a

19   firearm that you had purchased like ten days before,

20   and you total up the expense to be approximately $1500;

21   do you see that reference there on line 10?

22         A.  Yes, I do.

23         Q.  Is that $1500 lifetime?

24         A.  Yeah.  Accumulatively.

25         Q.  How did you figure that amount, $15,000?

1         A.   Basically doing mileage to and from

2    different dealers that I know I've gone to.  I know

3    what my fuel consumption is for my vehicle.  All those

4    sorts of actual direct costs that are measurable.

5         Q.   Okay.  So it does not include opportunity

6    cost, or it does include opportunity cost?

7         A.   Does not.

8         Q.   Okay.  And then there's a reference to a

9    few lines down, line 14, $100 in resubmission fees.  Is

10   that $100 a lifetime total of the resubmission fees

11   that you've had to pay?

12        A.   Yes.

13        Q.   How did you calculate that figure?

14        A.   Those were just instances off the top of

15   my head that I remembered where, I had to resubmit a

16   DROS because I couldn't get the firearm -- let me pause.

17   Because I couldn't take the firearm with me on the day

18   it was purchased.

19        Q.   Did you consult any written records to

20   come up with the $100 figure?

21        A.   No, not for that.

22        Q.   I'll ask the same question about the

23   $1500, did you consult any records to come up with that

24   figure?

25        A.   No.