KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-1071
  E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BY ONE DAY THE REPLY-BRIEF DEADLINE ON KAMALA HARRIS'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: October 28, 2013<br>Hearing Time: 1:30 p.m.<br>Trial Date:    March 25, 2014<br>Action Filed:  December 23, 2011 |

Plaintiffs Jeffrey A. Silvester, Brandon S. Combs, The Calguns Foundation, Inc., and The Second Amendment Foundation, Inc. (collectively, "Plaintiffs"), and Defendant Kamala D. Harris, Attorney General of California ("Defendant"), stipulate and agree as follows:

Plaintiffs filed their papers opposing Defendant's pending motion for summary judgment on October 15, 2013.  Defendant's present reply deadline is October 21, 2013.  Defendant needs

to have one extra day, until October 22, 2013, to be able to prepare and to e-file a reply brief. Plaintiffs do not contest or object to, but rather agree and stipulate to, this time extension.

Dated:  October 17, 2013                                Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


   /s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

Dated:  October 17, 2013                                Respectfully submitted,

OTTEN & JOYCE, LLP



_____
VICTOR J. OTTEN
*Attorneys for Plaintiffs Jeffrey A. Silvester, Brandon S. Combs, The Calguns Foundation, Inc., and The Second Amendment Foundation, Inc.*

For good cause shown, Defendant Kamala D. Harris, Attorney General of California ("Defendant"), shall have until October 22, 2013, to e-file any reply brief on Defendant's pending motion for summary judgment.


IT IS SO ORDERED.

Dated:   October 18, 2013              _____
                                        SENIOR  DISTRICT  JUDGE