UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF SILVESTER, et al.,** | **CASE NO. 1:11-CV-2137 AWI SAB** |
| **Plaintiffs** | |
| v. | **ORDER VACATING OCTOBER 28, 2013 HEARING** |
| **KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,** | |
| **Defendants** | |

Currently set for hearing on October 28, 2013, is Defendant's motion for summary judgment. The Court has reviewed the submissions of the parties. Based on the briefing submitted, it does not appear at this time that oral argument is necessary to resolve Defendant's motion. See Local Rule 230(g).

Nevertheless, there are two minor issues that need to be addressed. First, Plaintiffs have submitted exhibits in opposition to the summary judgment motion. See Doc. No. 34. However, those exhibits are illegible. Plaintiffs will be ordered to refile Doc. No. 34 and provide courtesy copies to the Court. Second, Defendant has submitted objections to Plaintiffs' additional undisputed material facts. See Doc. Nos. 32, 37-1. Plaintiffs will be provided the opportunity to respond to Defendant's objections. Once Plaintiffs have resubmitted their exhibits in a legible form and have responded to the objections, the Court will reevaluate whether a hearing on Defendant's motion is necessary. If the Court determines that a hearing is necessary on any issue, the Court will inform the parties and set a new hearing date via a separate order.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 28, 2013 hearing date on Defendant's motion for summary judgment is VACATED;

2. As soon as possible, but no later than November 1, 2013, Plaintiff shall refile its opposition exhibits (Doc. No. 34) and shall submit a courtesy copy of the exhibits in a legible form to the Court; and

3. As soon as possible, but no later than November 1, 2013, Plaintiffs may file a response to Defendant's objections to Plaintiffs' additional undisputed facts (Doc. Nos. 33, 37-1).

IT IS SO ORDERED.

Dated:   October 23, 2013                              _____
                                                                         SENIOR DISTRICT JUDGE

2