Victor J. Otten (SBN 165800)
vic@ottenandjoyce.com
OTTEN & JOYCE, LLP
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225

Donald E.J. Kilmer (SBN 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Phone: (408) 264-8489
Fax: (408) 264-8487

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVERSTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs,<br>v.<br>KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20. | Case No. 1:11-cv-02137-AWI-SKO<br><br>**DECLARATION OF VICTOR OTTEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT** |

I, Victor Otten, declare as follows:

1. I have personal knowledge of the following facts, except where I have just information and belief, as indicated, and, if called as a witness, I could and would testify competently to the facts.

2. I am a partner with the law firm Otten & Joyce, attorneys of record for Plaintiffs JEFF SILVERSTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization. I make this declaration of my personal knowledge and, if called as a witness, could testify competently to each of the following facts.

3. On or about January 28, 2013, Plaintiffs prior attorney, Jason Davis, served responses to Defendants first of interrogatories. Attached hereto as Exhibit "A" is a true and correct copy of Brandon Combs responses to Defendants first set of interrogatories. Attached hereto as Exhibit "B" is a true and correct copy of Jeffrey Silvester's responses to Defendants first set of interrogatories.

4. In May 2013, Jonathan Eisenberg took the depositions of Gene Hoffman, Brandon Combs, Jeff Silvester and Alan Gottlieb. A court reporter transcribed what was said at the depositions and provided the parties with a transcript. Attached hereto as Exhibit "C" is a true and correct copy of certain pages of the transcript of the Hoffman deposition. Attached hereto as Exhibit "D" is a true and correct copy of certain pages of the transcript of the Gottlieb deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on October 14th 2013 in Torrance, California.

DATED: October 14, 2013

OTTEN & JOYCE, LLP

_____
Victor Otten, Esq.
Attorneys for Plaintiffs