KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6505
 Fax:  (213) 897-1071
 E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**NOTICE OF ERRATA**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Trial Date:    March 25, 2014<br>Action Filed:  December 23, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take NOTICE that there was an error at page 6, lines 21 to 23, of the summary-judgment reply brief of Defendant Kamala D. Harris, Attorney General of the State of California (the "Attorney General").  The brief indicates that Plaintiffs (Jeff Silvester, Brandon Combs, The Calguns Foundation, Inc., and The Second Amendment Foundation, Inc.) erroneously failed to

propound any discovery requests on the Attorney General.  In fact, Plaintiffs did propound a set of document requests to which the Attorney General responded in writing and produced documents.  (Plaintiffs did not attempt to cite any of those documents in opposing the motion for summary judgment.)  Jonathan M. Eisenberg, attorney of record for the Attorney General, made the mistake and apologizes for the error.

Dated:  October 26, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

 /s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*