Victor J. Otten (SBN 165800)
vic@ottenandjoyce.com
OTTEN & JOYCE, LLP
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225

Donald E.J. Kilmer (SBN 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Phone: (408) 264-8489
Fax: (408) 264-8487

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20. | Case No. 1:11-cv-02137-AWI-SKO<br><br>NOTICE OF ERRATA |

1

NOTICE OF ERRATA

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs' hereby file and serve this Notice of Errata to correct an error in Plaintiffs' Response to Special Interrogatories. Due to a clerical error, page seven of the Response was omitted. Attached hereto as Exhibit 1 is a true and correct copy.

DATED: November 1, 2013

Otten & Joyce, LLP

_____
Victor J. Otten
Attorneys for Plaintiff