*Silvester v. Harris*: AG Harris's Attachment to Joint Pretrial Statement
(L.R. 281)

**Exhibits**

-- Discovery Documents

Documents disclosed in discovery with Bates numbers AG000001-765, AG000827-990, AG001244-351, AG001491-78, AG001643-58, AG001755-26

-- Legislative History

Legislative history of Cal. Penal Code sections 12010, 12011, 12021, 12021.1, 12071, 12076, 12078, 21740, 26950, 26955, 26960, 26965, 26970, 27000, 27050, 27055, 27060, 27065, 27100, 27105, 27110, 27715, 27120, 27125, 27130, 27135, 27140, 27600, 27605, 27610, 27615, 27650, 27655, 27660, 27665, 27670, 27700, 27705, 27710, 27720, 27715, 27725, 27730, 27735, 27740, 27750, 28220, 29800, 29805, 29810, 29815, 29820, 29825, 29830, 29855, 29900, 30000, and 30005

Legislative history of Cal. Bus. & Prof. Code sections 7583.23, 7583.24, 7583.25, 7583.27, 7583.29, 7583.32, 7583.37, 7583.45, 7596.3, 7596.4, 7596.7, 7596.8, 7596.81, and 7596.83

Legislative history of Cal. Code of Civil Procedure section 527.9

Legislative history of Cal. Fam. Code section 6389

-- Court Filings

Goodin, Brief for English/American Historians as Amicus Curiae [Etc.], in *McDonald v. City of Chicago* (2010)

Bogus, Brief of Amici Curiae Jack N. Rakove [Etc.], in *Heller v. District of Columbia* (2008)

Webster, Declaration of Daniel Webster, in *Jackson v. City and County of San Francisco* (2012)

-- Books

Bogus, ed., The Second Amendment in Law and History (2002)

Cooley, Constitutional Limitations (1868)

Cornell, A Well-regulated Militia (2008)

Cornell and Kozuskanich, The Second Amendment on Trial (2013)

Fox, Will to Kill (2011)

Hawke, Everyday Life in Early America (1989)

Larkin, The Reshaping of Everyday Life: 1790-1840 (1989)

Nisbet, ed., The Gun Control Debate: You Decide (1990)

Rakove, Original Meanings (1997)

Russell, Guns on the Early Frontiers (2005)

Sellers, The Market Revolution (1994)

Spitzer, Gun Control: A Documentary and Reference Guide (2009)

Spitzer, The Politics of Gun Control, 5th Ed. (2012)

Uviller and Merkel, The Militia and the Right to Arms (2003)

Webster and Vernick, eds., Reducing Gun Violence in America (2013)

Winkler, Gun Fight: The Battle Over the Right to Bear Arms in America (2013)

-- Government and NGO Reports

California Department of Justice, Crime and Delinquency in California (Various Years)

California Department of Justice, Dealer Record of Sale Statistics (Various Years)

California Department of Justice, <u>Firearms Prohibiting Categories</u> (2012)

California Department of Justice, <u>Report on Firearms Used in the Commission of Crimes</u> (Various Years)

California State Auditor, <u>Armed Persons with Mental Illness</u> (2013)

Centers for Disease Control, <u>Injury Fact Book</u> (2006)

Federal Bureau of Investigation, <u>Crime in the United States</u> (Various Years)

Federal Bureau of Investigation, <u>National Instant Criminal Background Check System (NICS) Operations</u> (2011)

Federal Bureau of Investigation, <u>NICS Point of Contact States & Territories</u> (2008)

Office of the U.S. President, <u>Now is the Time; The President's Plan to Protect Our Children and our Communities by Reducing Gun Violence</u> (2013)

Legal Community Against Violence, <u>Model Laws for a Safer America</u> (2012)

U.S. Department of Justice, <u>Draft Report on Systems for Identifying Felons Who Attempts to Purchase Firearms; Notice and Request for Comment</u>, in Federal Register (1989)

Violence Policy Center, <u>States with High Gun Ownership and Weak Gun Laws Lead Nation in Gun Deaths</u> (2013)

-- <u>Scholarly Articles</u>

Bangalore, et al, <u>Gun Ownership and Firearm-related Deaths</u>, in American Journal of Medicine (2013)

Brent and Bridge, <u>Firearms Availability and Suicide</u>, in American Behavioral Scientist (2003)

Blodgett-Ford, <u>The Changing Meaning of the Right to Bear Arms</u>, in Seton Hall Constitutional Law Journal (1995)

Cantor and Slate, The Impact of Firearm Control Legislation on Suicide in Queensland: Preliminary Findings, in Medical Journal of Australia (1995)

Carrington and Moyer, Gun Control and Suicide in Ontario, in American Journal of Psychiatry (1994)

Cornell, The Ironic Second Amendment, in Albany Law Review (2008)

Cornell and De Dino, A Well Regulated Right: The Early American Origins of Gun Control, in Fordham Law Review (2004)

Cozzolino, Gun Control: The Brady Handgun Violence Prevention Act, in Seton Hall Legislative Journal (1992)

Daponde, New Residents and Collectors Must Register Out-of-state Handguns, in McGeorge Law Review (1998)

de Moore, et al., Survivors of Self-inflicted Firearm Injury: a Liaison Psychiatry Perspective, in Medical Journal of Australia (1994)

Frierson, Women who Shoot Themselves, in Hospital Community Psychiatry (1989)

Frierson and Lippmann, Psychiatric Consultation for Patients with Self-inflicted Gunshot Wounds, in Psychosomatics (1990)

Hahn, et al., Firearms Laws and the Reduction of Violence: A Systematic Review, in American Journal of Preventive Medicine (2005)

Lewiecki, Suicide, Guns, and Public Policy, in American Journal of Public Health (2013)

Ludwig and Cook, Homicide and Suicide Rates Associated with Implementation of the Brady Handgun Violence Prevention Act, in Journal of the American Medical Association (2000)

Miller and Hemenway, The Relationship Between Firearms and Suicide: A Review of the Literature in Aggression and Violent Behavior (1998)

Novak, Why the New York State System for Obtaining a License to Carry a Concealed Weapon Is Unconstitutional, in Fordham Urban Law Journal (1988)

Peterson, et al., Self-Inflicted Gunshot Wounds: Lethality of Method Versus Intent, in American Journal of Psychiatry (1985)

Vigdor and Mercy, Do Laws Restricting Access to Firearms by Domestic Violence Offenders Prevent Intimate Partner Violence?, in Evaluation Review (2012)

Volokh, Implementing the Right to Keep and Bear Arms for Self-defense: An Analytical Framework and a Research Agenda, in UCLA Law Review (2009)

Warner, Firearm Deaths and Firearm Crime After Gun Licensing in Tasmania, presented at the Third National Outlook Symposium on Crime, Canberra, Australia (1999)

Winkler, Heller's Catch 22, in UCLA Law Review (2009)

Wintemute, et al., Mortality Among Recent Purchasers of Handguns, in New England Journal of Medicine (1999)

Wintermute, Subsequent Criminal Activity Among Violent Misdemeanants Who Seek to Purchase Handguns; Risk Factors and Effectiveness of Denying Handgun Purchase, in Journal of the American Medical Association (2001)

Wright, et al., Effectiveness of Denial of Handgun Purchase to Persons Believed to be at High Risk for Firearm Violence, in American Journal of Public Health (1999)

Zeoli and Webster, Effects of Domestic Violence Policies, Alcohol Taxes, and Police Staffing Levels on Intimate Partner Violence, in Injury Prevention (2010)

Magazine and Newspaper Articles

Amar and Amar, Guns and the Constitution: Telling the Right Constitutional Story, in FindLaw – Legal Commentary (2001)

Cornell, The Second Amendment You Don't Know, in New York Daily News (2012)

Emberton, The Real Origin of America's Gun Culture, in History News Network (2013)

Koerner, Californians Buying Guns at Record Rate, in Orange County Register (2012)

Leger, Obama Demand Could End Research Blackout into Gun Violence, in USA Today (2013 )

Marois, California's Gun Repo Men Have a Nerve-racking Job, in Businessweek (2013)

Platt, New York Banned Handguns 100 Years Ago… Will We Ever See that Kind of Gun Control Again?, In History News Network (2011)

Pugh, Baltimore Gun Violence Summit Conclude with Recommendations, in McClatchy DC (2013)

Richman, California's Gun Background-Check System Could Be National Model, in San Jose Mercury News (2013)

Sweeney and Cornell, All Guns Are Not Created Equal, in The Chronicle Review (2013)

Winkler, The Secret History of Guns, in Atlantic (2001).