KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6505
 Fax:  (213) 897-1071
 E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>      Plaintiffs,<br><br>  v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>      Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**NOTICE OF ERRATA**<br><br>Trial Date: March 25, 2014<br>Action Filed: December 23, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take NOTICE that there were a few inadvertent omissions in the exhibit list of Defendant Kamala D. Harris, Attorney General of the State of California (the "Attorney General"), included as an attachment to the joint pretrial statement.  Submitted along with the present filing is another attachment, which is a corrected exhibit list, intended to replace the prior version of the

exhibit list.  The changes from the prior version of the exhibit list are noted in highlighting.  The Attorney General's Office apologizes for this error.

Dated:  January 23, 2014          Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JONATHAN M. EISENBERG
Supervising Deputy Attorney General


 /s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris,*
*Attorney General of California*