KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-5775
  E-mail:  Jonathan.Eisenberg@doj.ca.gov
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 703-5939
  Fax: (415) 703-1234
  Email: peter.chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**NOTICE OF APPEARANCE OF PETER H. CHANG AS COUNSEL FOR DEFENDANT KAMALA D. HARRIS, ATTORNEY GENERAL OF CALIFORNIA** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Deputy Attorney General Peter H. Chang of the Office of the California Attorney General hereby enters his appearance as one of the attorneys of record for Defendant Kamala D. Harris, sued in her official capacity as Attorney General of California (the "Attorney General"), in the above-captioned case.  Mr. Chang is not replacing any other attorney on the case.  Kamala D. Harris, Mark R. Beckington, and Jonathan M. Eisenberg remain as attorneys of record.  In addition to all current service on the Attorney General's Office, the Attorney General hereby requests that all notices given or required to be given, and all papers filed or served or required to be served, in the above-captioned matter, and that cannot be or are not supposed to be served electronically, be additionally directed and served upon counsel at the following address:

> Peter H. Chang
> Deputy Attorney General
> Office of the California Attorney General
> 455 Golden Gate Ave., Suite 11000
> San Francisco, CA 94102-7004
> Phone: (415) 703-5939
> Fax: (415) 703-1234
> Email: peter.chang@doj.ca.gov

Dated:  February 18, 2014                         Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General


 /s/ *Peter H. Chang*
PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris,*
*Attorney General of California*