KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-6505
  Fax: (213) 897-5775
  E-mail: Jonathan.Eisenberg@doj.ca.gov
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 703-5939
  Fax: (415) 703-1234
  Email: peter.chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC.**, a non-profit organization, and **THE SECOND AMENDMENT FOUNDATION, INC.**, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**JONATHAN M. EISENBERG'S DECLARATION IN SUPPORT OF DEFENDANT KAMALA D. HARRIS'S MOTIONS IN LIMINE** |

I, Jonathan M. Eisenberg, declare as follows:

1

1. I have personal knowledge of the following facts and, if called as a witness in a relevant proceeding, could and would testify competently to these facts.

2. I am an attorney admitted to practice law in the State of California and the U.S. District Court, Eastern District of California.

3. I am a deputy attorney general in the Office of the California Attorney General. I am the attorney of record for Defendant Kamala D. Harris, sued in her official capacity as Attorney General of California, in the above-captioned case.

4. In this action, I deposed Alan Gottlieb on May 14, 2013. Mr. Gottlieb told me that he is executive vice president of Plaintiff The Second Amendment Foundation, Inc. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the deposition of Mr. Gottlieb.

5. In this action, I deposed Gene Hoffman on May 13, 2013. Mr. Hoffman told me that he is chairman of Plaintiff The Calguns Foundation, Inc. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of Mr. Hoffman.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration on February 18, 2014, at Los Angeles, California.

*/s/ Jonathan M. Eisenberg*
Jonathan M. Eisenberg

2

Eisenberg Decl. ISO Motions in Limine (1:11-cv-02137-AWI-SKO)