1              IN THE UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF CALIFORNIA

3                           - - -

4    JEFF SILVESTER, MICHAEL POESCHL, )
     BRANDON COMBS, THE CALGUNS       )
5    FOUNDATION, INC., a non-profit   )
     organization, and THE SECOND     )
6    AMENDMENT FOUNDATION, INC., a    )
     non-profit organization,         )
7                                     )
                 Plaintiffs,          )
8                                     )
     vs.                              )   Case No.
9                                     )   1:11-CV-02137
     KAMALA HARRIS, Attorney General  )
10   of California (in her official   )
     capacity), and DOES 1 TO 20,     )
11                                    )
                 Defendants.          )
12   _____)

13

14

15              30(b)(6) DEPOSITION OF

16         THE SECOND AMENDMENT FOUNDATION, INC.

17       BY AND THROUGH ALAN MERRIL GOTTLIEB

18              LOS ANGELES, CALIFORNIA

19                 MAY 14, 2013

20

21

     Atkinson-Baker, Inc.
22   Court Reporters
     (800) 288-3376
23   www.depo.com

24   Reported by:  Aileen Neitzert, RDR, CRR, CSR No. 5318

25   File No.:     A703C3E

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF CALIFORNIA

 3                            - - -

 4   JEFF SILVESTER, MICHAEL POESCHL, )
     BRANDON COMBS, THE CALGUNS       )
 5   FOUNDATION, INC., a non-profit   )
     organization, and THE SECOND     )
 6   AMENDMENT FOUNDATION, INC., a    )
     non-profit organization,         )
 7                                    )
                    Plaintiffs,       )
 8                                    )
     vs.                              )   Case No.
 9                                    )   1:11-CV-02137
     KAMALA HARRIS, Attorney General  )
10   of California (in her official   )
     capacity), and DOES 1 TO 20,     )
11                                    )
                    Defendants.       )
12   _____)

13

14

15

16        30(b)(6) Deposition of The Second Amendment

17   Foundation, Inc., by and through ALAN MERRIL GOTTLIEB,

18   taken on behalf of the Defendant, at 300 South Spring

19   Street, South Tower, Sixth Floor, Los Angeles,

20   California, commencing at 9:30 a.m., Tuesday, May 14,

21   2013, before Aileen Neitzert, CSR No. 5318.

22

23

24

25
```

```
1                      A P P E A R A N C E S

2

3   FOR THE PLAINTIFFS:

4        OTTEN & JOYCE, LLP
         BY:  VICTOR J. OTTEN, ATTORNEY AT LAW
5        3620 Pacific Coast Highway
         Suite 100
6        Torrance, California 90505
         (310) 378-8533
7

8   FOR THE DEFENDANT:

9        STATE OF CALIFORNIA
         DEPARTMENT OF JUSTICE
10       OFFICE OF THE ATTORNEY GENERAL
         BY:  JONATHAN M. EISENBERG, DEPUTY ATTORNEY GENERAL
11       300 South Spring Street
         Suite 1702
12       Los Angeles, California 90013
         (213) 897-6505
13
         STATE OF CALIFORNIA
14       DEPARTMENT OF JUSTICE
         OFFICE OF THE ATTORNEY GENERAL
15       BY:  KIMBERLY GRANGER, DEPUTY ATTORNEY GENERAL
         1300 "I" Street
16       Suite 1700
         Sacramento, California 95814-2919
17       (916) 445-9555
         (present by teleconference)
18

19

20

21

22

23

24

25
```

1                          ALAN MERRIL GOTTLIEB,

2                     having first been duly sworn, was

3                     examined and testified as follows:

4

5                               EXAMINATION

6    BY MR. EISENBERG:

7        Q.    Hi.  My name is Jonathan Eisenberg.  I'm a

8    deputy attorney general in the office of the California

9    Attorney General, and I represent the Attorney General

10   Kamala D. Harris in the lawsuit for which we're here

11   today, Silvester v. Harris.

12           Would you please state your full name for the

13   record, sir, and spell your last name.

14       A.    Alan Merril Gottlieb.  Last name is

15   G-o-t-t-l-i-e-b, like in boy.

16       Q.    Actually, may I ask you to spell your first

17   name and your middle name as well, please.

18       A.    A-l-a-n, M-e-r-r-i-l.

19       Q.    Have you ever been deposed before?

20       A.    Yes.

21       Q.    How many times have you been deposed before?

22       A.    Four or five.

23       Q.    Have you been deposed before in a case

24   involving gun rights?

25       A.    Yes.

1  to you that I have, but there is a large probability

2  that I have.

3       Q.   You've obviously read a lot of publications

4  about firearms and firearms laws.

5       A.   Yes.

6       Q.   And it's that background that's making you

7  think that you probably read this publication?

8       A.   Correct.

9       Q.   Can you recall the last time you saw it, this

10  publication?

11      A.   No, I can't.

12           MR. EISENBERG:  If we could mark the following

13  exhibit next in order, please, which I think is 14.

14           (Defendant's Exhibit 14 was marked for

15      identification.)

16      Q.   BY MR. EISENBERG:  Have you ever seen this

17  document before?

18      A.   Yes.

19      Q.   Before just now?

20      A.   Yes.

21      Q.   When was the first time you saw it?

22      A.   I can't remember the first time I saw it, but

23  it would have been obviously after the date of it being

24  issued.

25      Q.   Have you looked at it more than once before?

1    A.   Yes.

2    Q.   Did you look at this document in preparing for

3 today's deposition?

4    A.   Yes, actually, I did.   So there is two

5 documents I looked at.   Correct a further statement.

6 You asked what I looked at, and I said that I looked at

7 the responses.   And I've also now looked at this one.

8    Q.   You see starting at page 2 there is a list of

9 topics that are numbered.   They go from 1 to 17.

10    A.   Got it.

11    Q.   Do you understand that you are here to testify

12 about all of these topics?

13    A.   Yes.

14    Q.   Do you understand that there is nobody else

15 from The Second Amendment Foundation that's designated

16 to speak about these topics?

17    A.   Correct.

18    Q.   I will have you look at page 3, topic 9.   Does

19 The Second Amendment Foundation have a position or an

20 opinion about what the California Legislature's intent

21 was in enacting Penal Code Section 26815 and 27540,

22 which is the ten-day-waiting-period laws?

23    A.   Yes.

24    Q.   What is Second Amendment Foundation's

25 understanding in that regard?

1     A.   Well, our understanding and opinion is that it

2   was proposed basically for a couple reasons.   One was a

3   cooling-off period between the time a person would buy

4   a gun and pick it up.   So I don't know if they were

5   thinking of buying a gun to do something evil with it

6   that they would have time to calm down.   And the other

7   one was to try and retard and make it harder to

8   purchase firearms so that less firearms would be sold.

9     Q.   What's the basis for Second Amendment

10   Foundation's position that the Legislature was trying

11   to retard the -- I guess the supply of firearms in

12   circulation in California?

13     A.   A lot of antigun rights groups has supported

14   the legislation and a lot of politicians have supported

15   and made comments of that nature.

16     Q.   Are there any members of the Legislature that

17   made comments of that nature of which The Second

18   Amendment Foundation is aware?

19     A.   Probably, but it goes back awhile and I can't

20   off the top of my head tell you what those are.   You

21   could probably find them on the Internet.

22     Q.   Does The Second Amendment Foundation have a

23   copy of the legislative history of either California

24   Penal Code Section 26815 or 27540?

25     A.   Good question.   Possibly in our files we might.

1    Q.   You don't know for sure as you sit here?

2    A.   No.

3    Q.   If you wanted to find out, what would you do to

4  find out if The Second Amendment Foundation has a copy

5  of the legislative history of either of those statutes?

6    A.   Well, two things:  I'd probably, one, try to go

7  through old files and see if we have it.  And the other

8  thing I would do is there is a person in the California

9  Legislature who writes all the gun bills and has

10 written them over the years that I would call up and

11 probably get it to me quicker.

12   Q.   Who is that person?

13   A.   I'd rather not disclose the name.  Somebody's

14 private --

15        MR. OTTEN:  What was the question?

16   Q.   BY MR. EISENBERG:  It's somebody who works for

17 the Legislature --

18   A.   Um-hum.

19   Q.   -- you mentioned --

20   A.   Um-hum.

21   Q.   -- who supplies information -- has supplied

22 information to The Second Amendment Foundation?

23   A.   Um-hum.

24   Q.   Who is that person?

25        MR. OTTEN:  I'm going to object.  That involves