KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-5775
  E-mail:  Jonathan.Eisenberg@doj.ca.gov
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 703-5939
  Fax: (415) 703-1234
  Email: Peter.Chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, Attorney General of California, and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**DEFENDANT KAMALA D. HARRIS'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE RE: EXCLUSION OF WITNESSES FROM COURTROOM (DKT.# 53)**<br><br>Date:         March 11, 2014<br>Time:         1:30 p.m.<br>Courtroom:   2<br>Judge:        The Honorable Anthony W. Ishii<br>Trial Date:   March 25, 2014<br>Action Filed: December 23, 2011 |

By their motion, Plaintiffs seek an order excluding witnesses from the Courtroom under Federal Rule of Evidence ("FRE") 615.  Specifically, Plaintiffs seek an order excluding witnesses who are not otherwise authorized under FRE 615 from the courtroom so they cannot hear other witnesses' testimonies.  Plaintiffs' Motion in Limine Re: To Exclude Witnesses from Courtroom

1

(Dkt.# 53), at p. 1.  Defendant Kamala D. Harris, Attorney General of California, does not oppose Plaintiffs' motion and the order it seeks.

Dated:  March 3, 2014      Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


/s/ *Peter H. Chang*
PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris*

SA2012104659
40897635.doc

2

Def. Harris's Stmt. Of Non-Opp.. to Mtn. In Limine Re Exclusion of Witnesses from Courtroom
(1:11-cv-02137-AWI-SKO)