1 KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
3 JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
4   300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
5   Telephone:  (213) 897-6505
  Fax:  (213) 897-5775
6   E-mail:  Jonathan.Eisenberg@doj.ca.gov
PETER H. CHANG, State Bar No. 241467
7 Deputy Attorney General
  455 Golden Gate Ave., Suite 11000
8   San Francisco, CA 94102
  Telephone: (415) 703-5939
9   Fax: (415) 703-1234
  Email: Peter.Chang@doj.ca.gov
10 *Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, Attorney General of California, and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**DECLARATION OF PETER H. CHANG IN SUPPORT OF DEFENDANT KAMALA D. HARRIS'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE EXCLUDE EXPERT OPINION TESTIMONY AND LIMIT LAY OPINION TESTIMONY** |

I, Peter H. Chang, declare as follows:

1. I have personal knowledge of the following facts and, if called as a witness in a relevant proceeding, could and would testify competently to these facts.

1

1      2.    I am an attorney admitted to practice law in the State of California and the United States District Court, Eastern District of California.

3      3.    I am a deputy attorney general in the Office of the California Attorney General. I am an attorney of record for Defendant Kamala D. Harris, sued in her official capacity as Attorney General of California, in the above-captioned case.

6      4.    Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Caroline P. Han Regarding Use of Expert Witnesses in *Chovan* Litigation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration on March 3, 2013 at San Francisco, California.

                                                           */s/ Peter H. Chang*
                                                           Peter H. Chang

SA2012104659
40905994.doc

Chang Decl. ISO Opp. To Motion in Limine to Exclude Expert Op. and Limit Lay Op. (1:11-cv-02137-AWI-SKO)