KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6505
 Fax:  (213) 897-1071
 E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris,*
*Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, MICHAEL POESCHL, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**DECLARATION OF CAROLINE P. HAN REGARDING USE OF EXPERT WITNESSES IN *CHOVAN* LITIGATION** |

I, Caroline P. Han, declare as follows:

1. I have personal knowledge of the following facts and, if called as a witness in a relevant proceeding, could and would testify competently to these facts.

2. I am an attorney admitted to practice law in the State of California; the U.S. District Court, Southern District of California; and the U.S. Court of Appeals, Ninth Circuit.

3. I am an Assistant U.S. Attorney in the U.S. Attorney's Office in the Southern District of California. I am one of the attorneys of record for the United States of America (the "United States") in the case of *United States v. Chovan*, 735 F.3d 1127 (9th Cir. 2013). I was the lead prosecutor in district court and co-wrote the appellate briefing and orally argued the appeal in the Ninth Circuit.

4. The United States did not notice or use a testifying expert witness in *Chovan*.

5. In litigating the question in *Chovan* of whether 18 U.S.C. § 922(g)(9) violates the Second Amendment, the United States cited to the Ninth Circuit both (A) colonial era statutes, academic texts, and law-journal articles relating to the scope of the Second Amendment right as historically understood, and (B) other case law citing social science studies and at least one published medical-research study relating to the public-safety rationale for 18 U.S.C. § 922(g)(9).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration on February 27, 2014 at San Diego, California.

_____
Caroline P. Han