Victor J. Otten (SBN 165800)
OTTEN & JOYCE, LLP
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-Mail: vic@ottenandjoyce.com

Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
2500 Tulare Street | Fresno, CA 93721

| | |
|---|---|
| JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,<br><br>Defendants. | Case No.:   1:11-CV-2137 AWI SAB<br><br>PLAINTIFFS RESPONSE TO DEFENDANTS' MOTIONS IN LIMINE #1 and #2<br><br>Hearing Date:   March 11, 2014<br>Hearing Time:   1:30 p.m.<br>Courtroom:   2 |

Defendants' Motion in Limine #1 and #2 (Doc # 51) to exclude expert testimony for a failure to disclose experts and to exclude hearsay testimony is almost a mirror image of Plaintiffs own motion on this topic.

Defendants' Motion is therefore unopposed, except to remind the Court that lay opinion testimony that is relevant and that does not stray into realm of evidence reserved for qualified and properly disclosed experts remains admissible under the

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Resp Defs' Mot-Limine            Page 1 of  2            *Silvester, et al. v. Harris*

rules cited in Plaintiffs' own motion in limine. Namely:

<u>Lay Opinion [FRE 701]</u>

A nonexpert witness' testimony in the form of an opinion or inference is limited to those opinions or inferences which are:

(a) rationally based on the witness' perception;

(b) helpful to a clear understanding of the witness' testimony or the determination of a fact in issue; and

(c) not based on scientific, technical or other specialized knowledge within the scope of Rule 702 (expert testimony).

Respectfully Submitted on March 3, 2014 by:


  /s/ Victor Otten

Victor J. Otten (SBN 165800)
OTTEN & JOYCE, LLP
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-Mail: vic@ottenandjoyce.com

  /s/ Donald Kilmer

Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487