KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6505
 Fax:  (213) 897-5775
 E-mail:  Jonathan.Eisenberg@doj.ca.gov
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 703-5939
 Fax: (415) 703-1234
 Email: Peter.Chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, Attorney General of California, and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**DECLARATION OF PETER H. CHANG IN SUPPORT OF DEFENDANT KAMALA D. HARRIS'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE RE EXCLUSION OF DOCUMENTS** |

I, Peter H. Chang, declare as follows:

1. I have personal knowledge of the following facts and, if called as a witness in a relevant proceeding, could and would testify competently to these facts.

1

2. I am an attorney admitted to practice law in the State of California and the United States District Court, Eastern District of California.

3. I am a deputy attorney general in the Office of the California Attorney General. I am an attorney of record for Defendant Kamala D. Harris, sued in her official capacity as Attorney General of California, in the above-captioned case.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Caroline P. Han Regarding Use of Expert Witnesses in *Chovan* Litigation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration on March 3, 2013 at San Francisco, California.

        */s/ Peter H. Chang*
        Peter H. Chang

SA2012104659
40906002.doc

2

Chang Decl. ISO Opp. To Motion in Limine Re: Exclusion of Documents (1:11-cv-02137-AWI-SKO)