1  Victor J. Otten (SBN 165800)
   vic@ottenandjoyce.com
2  OTTEN & JOYCE, LLP
   3620 Pacific Coast Hwy, Suite 100
3  Torrance, California 90505
   Phone: (310) 378-8533
4  Fax: (310) 347-4225

5  Donald E.J. Kilmer (SBN 179986)
   LAW OFFICES OF DONALD KILMER
6  A Professional Corporation
   1645 Willow Street, Suite 150
7  San Jose, California 95125
   Phone: (408) 264-8489
8  Fax: (408) 264-8487

9  Attorneys for Plaintiffs

10

11                **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13                    **FRESNO DIVISION**

14  **JEFF SILVESTER, BRANDON**          Case No. 1:11-cv-02137-AWI-SKO
    **COMBS, THE CALGUNS**
15  **FOUNDATION, INC., a non-profit**
    **organization, and THE SECOND**    **REPLY TO DEFENDANT'S**
16  **AMENDMENT FOUNDATION,**            **OPPOSITION TO PLAINTIFF'S**
    **INC., a non-profit organization,** **MOTION IN LIMINE RE**
17                                        **EXCLUSION OF DOCUMENTS**
                         **Plaintiffs,**
18         **v.**

19  **KAMALA HARRIS, Attorney**
    **General of California (in her**
20  **official capacity), and DOES 1 to**
    **20.**
21
                         **Defendants.**
22

23

24

25

26

27

28

1    Plaintiffs hereby responds to Defendant, Kamala Harris, California Attorney

2   General's (the "AG"), Opposition to Plaintiff's Motion in Limine Re Exclusion of

3   Documents.

4    The Defendant correctly points out that the Court required the parties to meet

5   and confer regarding the admissibility of documents and to submit a joint exhibit

6   list by March 20, 2014. Because the motions in limine were due before the meet

7   and confer process has taken place, the Plaintiffs filed this motion in an abundance

8   of caution. Plaintiffs agree that the meet and confer process should take place prior

9   to the Court making a ruling on the admissibility of each document listed on

10   Defendant's exhibit list. Accordingly, Plaintiffs request that the Court not address

11   the issues of admissibility until the Parties can complete the meet and confer

12   process.

13

14

15

16   DATED:  March 7, 2014                    Otten & Joyce, LLP

17

18

19                                         _/s/ Victor Otten_____

20                                         Victor J. Otten
                                          Attorneys for Plaintiff

21

22

23

24

25

26

27

28

REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE