1  Victor J. Otten (SBN 165800)
   vic@ottenandjoyce.com
2  OTTEN & JOYCE, LLP
   3620 Pacific Coast Hwy, Suite 100
3  Torrance, California 90505
   Phone: (310) 378-8533
4  Fax: (310) 347-4225

5  Donald E.J. Kilmer (SBN 179986)
   LAW OFFICES OF DONALD KILMER
6  A Professional Corporation
   1645 Willow Street, Suite 150
7  San Jose, California 95125
   Phone: (408) 264-8489
8  Fax: (408) 264-8487

9  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>              **Plaintiffs,**<br>   v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20.**<br><br>             **Defendants.** | **Case No. 1:11-cv-02137-AWI-SKO**<br><br>**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO MOTION IN LIMINE RE BURDENS OF PROOF** |

1  Several recent Ninth Circuit decisions have demonstrated that the courts are
finally taking the Second Amendment seriously and treating it like other
Constitutional rights. (See U.S. v. Chovan, No. 11-50107, 2013 WL 6050914 (C.A.
9 (Cal.) Nov. 18, 2013; Peruta v. County of San Diego, 2014 WL 555862 (C.A.9
(Cal.)).

On December 6, 2013, this Court issued its Order denying Defendants' Motion for Summary Judgment ("Order") in its entirety. In doing so, the Court applied the analysis set forth in U.S. v. Chovan. In Chovan, a two-step framework in determining the constitutionality of a Second Amendment law was adopted: "[t]he two-step Second Amendment inquiry we adopt (1) asks whether the challenged law burdens conduct protected by the Second Amendment and (2) if so, directs courts to apply an appropriate level of scrutiny." Id. citing U.S. v. Chester, 628 F.3d 673, 680 (4th Cir. 2010), U.S. v. Marzzarella, 614 F.3d 85, 89 (3d Cir. 2010). Accepting the three undisputed facts, the Court determined that "there can be no question that the actual possession of a firearm is a necessary prerequisite to exercising the right to keep and bear arms." (Order at 7:22-27). Accordingly, Plaintiffs are entitled to a ruling that based upon the undisputed facts, the burden to justify the waiting period laws as challenged shifts to Defendants.

DATED: March 7, 2014

OTTEN & JOYCE, LLP


/s/ Victor Otten
Victor Otten, Esq.
Attorneys for Plaintiffs

1