**<u>Exhibit A</u>**

# Early American Gunsmiths
## 1650-1850

By

Henry J. Kauffman

*Illustrated and Documented*

THE STACKPOLE COMPANY
HARRISBURG, PENNSYLVANIA

Copyright 1952 by
THE TELEGRAPH PRESS

ALL RIGHTS RESERVED

PRINTED IN THE UNITED STATES OF AMERICA
*By*
THE TELEGRAPH PRESS
HARRISBURG, PENNSYLVANIA
Established 1831
CALIFORNIA STATE LIBRARY

277347

# Preface

The collecting of antique firearms is the vocational or avocational pursuit of many men in many different parts of the world. These men will tell you that next to actually acquiring guns their greatest difficulty is finding data about the makers.

The check list of *Early American Gunsmiths* has been prepared to help collectors learn more about the men who made the arms in their collections. But this volume will also be of much value to genealogists, to people interested in the history of our colonial period, and to those concerned with the evolution of our early trades and industries. No aspect of America's past has been more glorious than our gunsmithing, and it is hoped that this publication will re-emphasize our achievement in a manner that is fitting and unique.

The present study of gunsmithing in America begins with the year 1650, for that is the date of the earliest entry of a gunsmith working in America. By 1850 we arrive at what seems to be a proper terminal point for gunsmithing in America, for by that time the extensive use of interchangeable parts in gunsmithing made this craft one of the first victims of the industrial revolution. The transition from individual to belt line production did not lower the functional qualities of guns, but they were no longer the individual expression of one craftsman.

The establishing of the Colt factory at Hartford, Connecticut provides an excellent example of transition from craft to mass production methods. In the early 1840's there were practically no pistol makers listed in Hartford directories, but in 1850 just a few years after the start of the Colt enterprise the following names appear in a directory: Joseph Arbiter, Francis Bliss, T. J. Burke, James Call, Edwin Chapman, Charles Cooley, George Dunham, Elisha Gilbert, William Green, Peter Hegans, William Henry, Newman King, Robert Knox, Walter Nevers, Amos Peck, A. Pettibone, Benjamin Robbins, Edwin Rider, Albert Phillips, and Solomon Wordsworth. Although all these men were called "pistol makers," it is doubtful that they were producers of individual pistols, as was the case of the earliest makers.

The two centuries between 1650 and 1850 naturally sets certain geographical limitations on the contents of this list of gunsmiths. The eastern seaboard, being the earliest area settled, produces as would be expected, most of the gunsmiths. As one progresses westward their numbers thinned so rapidly that very few gunsmiths are known to have been working west of St. Louis at 1850.

But this volume does not rely for distinction upon the number of names it lists for often length has been achieved at the cost of accuracy and reliability. What this publication does achieve, however, is a considerable number of names proved by documentary evidence. None of the names is derived from loose hearsay or from unsubstantiated written sources. For every name there is at least one source in legal or historical documents. Documents thus cited include; for the most part, tax lists, church records, deeds, wills, newspaper advertisements, patent records, business directories, and the like. The small remaining list of names comes from local histories and publications of a historical nature.

# Acknowledgements

This book is not the concept of just one mind, nor are its contents the work of only one person.

Many people, unseen by the author and unknown to him, have helped gather data from documents relating to gunsmithing in America. To them, whoever and wherever they are, I am grateful and offer my sincere thanks.

Of those contributors I know personally I am deeply indebted to Mr. Joe Kindig, Jr., because it was his long search for accurate information about gunsmiths that inspired this book. To it he has contributed throughout the period of planning and writing, generously. I am happy to acknowledge also the timely and inspiring assistance of Mrs. Alfred Cox Prime. Her early gift of a large number of newspaper advertisements dealing with arms encouraged me to look for more and thus make this a book of fact rather than fancy.

A number of other people have made thorough searches of pertinent documents. Miss Beatrice St. J. Ravenel extracted from a large number of deeds and other legal sources the impressive list of gunsmiths from South Carolina. Mr. Robbins H. Ritter examined not only many documents in Maine, New Hampshire and Vermont, but also the Patent Office records referring to the same area. Mr. George Waynick, Jr. sent data on gunsmithing activities in the old settlement at Salem, North Carolina. Mr. Charles Kauffman found much interesting material about gunsmiths in York County, Pennsylvania, and Mr. J. Luther Heisey did similar work in Lancaster County. Dr. Joseph H. Mayer generously lent pictures of the Medad Hills gun and documentary data about him which was abstracted from the Connecticut archives, and Mr. Herman Dean contributed a large number of photographs of arms in his fine collection.

Among organizations which have helped me greatly are the American Antiquarian Society, whose rich resources of information and courteous and obliging staff have added much to the worth of this book, and to the pleasure of compiling it, and Colonial Williamsburg, who at the cost of much time and effort have generously supplied the data about seventeenth and eighteenth century gunsmithing in Virginia.

In other and essential ways I have profited also from the assistance of the following organizations and people:

Buffalo Historical Society, Buffalo, New York; Carnegie Library, Pittsburgh, Pennsylvania; The Charleston Museum, Charleston, South Carolina; Connecticut State Library, Hartford, Connecticut; Essex Institute, Salem, Massachusetts; The Historical Society of Pennsylvania, Philadelphia, Pennsylvania; The Historical and Philosophical Society of Ohio, Cincinnati, Ohio; The Historical Society of York County, York, Pennsylvania; Hall of Records, Annapolis, Maryland.

# Introduction

## GUN COLLECTING

Long ago some unknown genius conceived the idea that if he could imprison the tremendous explosive power of gun-powder and then direct it through a metal tube, he could send speeding ahead of his explosion a deadly bullet, fatal to man and beast alike. The guns he and his successors made to kill and to compete with on the range have outlived their makers, their users, and their victims, and now are outliving a fourth group, their collectors.

The urge to collect—sometimes to collect objects that are bizarre indeed—is timeless and worldwide and often inexplicable. But the major motives of the gun collector lie deeply imbedded in man's psychological being, his sense of patriotism, his delight in mechanical devices, his love of beauty, and his fascination with death.

The basis and scope of collecting vary as much as men and places vary. Some collections include only European guns, others American; some are of early firearms and others of late ones. Some enthusiasts specialize in military weapons, others in sporting arms, and still others assemble examples from all the classifications.

There are collections of guns of many countries and collections of locally manufactured ones. To be more specific, residents of Ohio are apt to look with most favor upon the products of Ohio gunsmiths, Pennsylvanians upon the achievements of their own craftsmen, and New Englanders upon the objects made in their area. But specialization is often more refined, and a South Carolinian may collect guns made in old Salem or a Pennsylvania concentrate on items from his own York County.

To other collectors it is the mechanics of a gun which is intriguing, so their adventure really does not start until they put the gun on their workbenches. They are fascinated by the action of the mainspring, by the thrust angle of the hammer, by the condition of the rifling, or by the release of the patch-box. A few small screw drivers and a can of penetrating oil are often enough to put a rusted old gun into shooting condition. Other mechanics may go further and spend hours patching a cracked stock, replacing inlays, or reconverting a percussion gun to its original flintlock. Work of this kind makes one not only sensitive to many of the unseen details of a gun and in turn a more competent buyer, but a veteran appraiser of the gun's quality as well. Such mechanics are important members of the firearms fraternity, for without them many good guns would be discarded and forgotten.

Here it might be parenthetically stated that some of these clever workmen do not follow the highest moral code. For, since good guns are rare and costly, unscrupulous mechanics sometimes try to pass off their manufactures and conversions as genuine old firearms. So the amateur collector must be wary of ex-

ANDREWS, JACOB "Barrel Smith"          1807
    Annville Township, Dauphin County, Pennsylvania
        Tax list 1807, Dauphin County Court House, Harrisburg, Pennsylvania.

ANDREWS, P. B.
    Cleveland, Ohio          1823
       P. B. Andrews, Gunsmith respectfully informs the public, that he continues his business in the Village of Cleveland, Ohio, where all orders in his line of either making or repairing will be punctually attended to. Rifles, Fowling pieces, and Pistols will be furnished on short notice. Trade in the best style, warranted good, or according to dimensions given.     *Cleveland Herald*, May 8, 1823.

ANNELY, EDWARD
    New York, New York          1748
       Gunsmith. To be sold cheap by Edward Annely, Gunsmith, at the Fly Market, A large assortment of guns and pistols all Tower Proof; also some birding Pieces with Bayonets fit for Military Use or Fowling; long pieces for shooting Geese, Ducks, etc. The right sort of Indian guns, with barrels and locks of all Sorts; He likewise makes guns and pistols as any gentleman shall like, and does all things belonging to the Gun-smith's Trade and engraves Coats of Arms on Plate, etc.
       *The New York Gazette Revived in the Weekly Post-Boy,* August 1, 1748.



Plate 13. Flintlock musket, iron mounted, walnut stock. Annely on lock plate. [Joe Kindig, Jr.]

ANNELY, THOMAS
    Philadelphia, Pennsylvania          1798
       Notice of death of Mrs. Sarah Annely, wife of Thos. Annely of this city, Gunsmith.
            *Federal (Phila.) Gazette,* September 12, 1798.

ANGELL, J. & J. "Lock & Gunsmiths and Bell Hangers"
    20 State Street, New Haven, Connecticut
            Patten's New Haven Directory, 1840.

ANGEL, JOSEPH
    30 State Street, New Haven, Connecticut
         Benham's City Directory and Annual Advertiser, 1847-48.

ANGSTADT, JOSEPH
    Berks County, Pennsylvania
       Pennsylvania septennial census 1800. Enumeration of Taxable Inhabitants, taken every seven years under the Constitutions of 1790 and 1838.
            Pennsylvania Historical and Museum Commission,
            Division of Public Records, Harrisburg, Pennsylvania.

ANTES, WILLIAM
  Mahoning Township, Northumberland County, Pennsylvania          1782
              Pennsylvania Archives, 3d series, Vol. 19, page 508.

AREIS, FRANCIS
  60 South Street near Second, Philadelphia, Pennsylvania
    Manufacturers and Repairer of all kinds of Fire Arms; Pistols, Guns, Swords, Gun-
    Locks.                              American Advertising Directory, 1831.

ASHFIELD, JOHN
  Carroll Street, Buffalo, New York
                                         Buffalo Directory, 1836.

ATMAR, RALPH, JR.
  Charleston, South Carolina                                      1800
    Goldsmith and Engraver. No. 95, Broad-Street, nearly opposite the New Church,
    has received by the Washington from Liverpool, An assortment of Gun Materials,
    viz Main springs. Hammer and Scar. do Cocks, Hammers, Tumblers, Screws &c.
    &c. He will undertake to fit them to match any pattern in the best manner. He
    bushes guns with Gold, Silver, Copper or Iron. Any part of Gun-Work shall be
    finished, that he undertakes. He has for sale. Double Gun Locks Double and Single
    Shot Bolts, the most complete Washing Rods in the city, best oiled Flints at 7d per
    dozen, Vices, Gun Worms, Pistol Locks and Smith's Files of all kinds, at reduced
    prices. Wanted, A Goldsmith, to whom good wages will be paid. The subscriber
    will also make him acquainted with the repairing of Guns. An Apprentice will be
    taken to the business, that he may approve of, who will be taught the Goldsmith's
    Business, and may gain an insight in the Mechanism of Guns.
              *City Gazette and Daily Advertiser,* October 23, 1800.

AUSTIN, STEPHEN  "Shot Tower"
  Philadelphia, Pennsylvania                                      1794
    Shot of all sizes, for sale at Stephen Austin Co's factory, below Walnut street wharf,
    or at John Blanchard's, No. 4 North Third Street.
                    *Federal (Phila.) Gazette,* August 22, 1794.

BABBIT, L. H.
  14 Bank Street, Cleveland, Ohio
                                         Business Directory, 1837.

BACON, WILLIAM  "Cutler and Gunsmith"
  213 Water Street, New York, New York
                            Longworth's New York Directory, 1843.

BAILEY, GILBERT L.
  Portland, Maine
                                    Portland City Directory, 1850.

BAILEY, LEBBEUS
  Portland, Maine
    Patented with J. M. Ripley and W. B. Smith a precussion magazine rifle, February
    20, 1839
        Department of Commerce, United States Patent Office, Washington, D. C.

BAILEY, ROBERT
  Yorktown, Pennsylvania.                                         1777
        Deed 2 B. 171, 1/7/1777, York County Court House, York, Pennsylvania.

BAILEY, NATHAN
  New London, Connecticut                                         1775
    Petition for pay for work the value of [?] 50. July 1775.
        Connecticut Archives, Revolutionary War, 1763-1789. Vol. 1, page 256.

5

BROOKS, FRANCIS
   Philadelphia, Pennsylvania                                                            1791

Francis Brooks, Gunsmith, magazine, Backwork, and machine Pistol Maker. Returns his most sincere thanks to his friends, and the public, for their past favours, and now informs them that he carries on the business as usual, in all its branches, at his manufactory. No. 87 bank side South, Front street between Chestnut and Walnut streets, Philadelphia, and also at his Shop No. 86, Water Street where he has ready for sale a most fashionable assortment of Jewellery, Cutlery and hardware received from the last vessels from Europe, which will be disposed of on the most equitable terms, and he flatters himself that his abilities as a workman are well known to his employers, to whom he looks up for a continuance of the encouragement he has already so amply experienced, to secure the same will be his utmost ambition. The highest price for old Gold and Silver &c. A Youth of reputable Parents is wanted as an Apprentice.

                                                                                   *Federal Gazette,* September 21, 1791.



Plate 19. Flintlock rifle, curly maple full stock, brass mounted. Marked J. Brooks on top of barrel. [Joe Kindig, Jr.]

BROOKS, JNO
   Lancaster Borough, Pennsylvania
                                                Tax list 1803, Lancaster County Court House,
                                                                        Lancaster, Pennsylvania.

**JOHN BROOKE,**
**LOCK AND GUNSMITH**
IN THE ALLEY BACK OF THE CATHEDRAL,
(First door east of Third Street,)
**ST. LOUIS, MO.**
N. B. Particular attention paid to Bell Hanging.

Plate 20. Advertisement of John Brooke. [Missouri Historical Society]

14

BROWN, H. M.
  26½ Olive Street, St. Louis, Missouri
      St. Louis Directory, 1838-39.

  Oak Street between Second and Third
  28 Olive Street
      St. Louis Directory, 1842.

  26 Olive Street
      St. Louis Directory, 1840-41.

BROWN, GEORGE A.
  43 Main Street, Rochester, New York
      Rochester Directory, 1849-50.

BROWN, JONAS  With Haberstro
  Buffalo, New York
      Buffalo Directory, 1836.

BROWN, S. C.
  29 Potter Street, Hartford, Connecticut
      Well's City Directory of Hartford, 1850.

BROWN, W. H.
  126 Wood Street, Pittsburgh, Pennsylvania
      Harris Business Directory of Pittsburgh and Allegheny, 1837.

BRUNNER, JOSEPH  "Gunsmith & Truss-maker"
  62 Second Street, St. Louis, Missouri     St. Louis Directory, 1848.
  Cor. Maple & Second     St. Louis Directory, 1847.

BRYAN, JAMES
  Lampeter Township, Lancaster County, Pennsylvania
      Tax list 1801, Lancaster County Court House, Lancaster, Pennsylvania.

BUCHANAN, JACOB  "Gunsmith and Cutler"
  Charleston, South Carolina     1794
      Gunsmith and Cutler from New York Begs leave to acquaint the public he hath commenced in Queen-Street, No. 9, at the Sign of the Cross Guns, between Bay and Union-Street. As a regular bred workman he hopes to give general satisfaction to those who may favor him with their orders. If application is made for plantation guns, they will be supplied upon the most reasonable terms, and with quikest expedition. Cutlery also will be done with neatness and dispatch; and guns kept for twenty shillings per annum, the one half to be deposited at the time of contracting.     *Charleston City Gazette*, January 16, 1794.

BURGER, DAVID
  South Carolina     1788
      Gunsmith
      The Subscriber informs the public that he carries on the above named branch of business, and will thankfully receive any favors in that line. David Burger, No. 106 Queen-Street.     *Columbian Herald*, July 24, 1788.

BURGER & SMITH
  South Carolina     1774
      Burger & Smith, Gunsmiths from New York. Beg leave to inform the Publick, that they have taken a Shop in Meeting-street; near the White Meeting, where they propose carrying on the Gunsmith's business in all its branches. Such gentlemen as shall be pleased to favor them with their custom may depend on having their work done in the neatest manner, with care and dispatch at the most reasonable rates.     *South Carolina & American General Gazette*, April 15, 1774.

...

COOK, JACOB
  Caernarvon Township, Lancaster County, Pennsylvania
            Tax list 1813, Lancaster County Court House, Lancaster, Pennsylvania.
COOK, WILLIAM
  11 Stone Street, Rochester, New York
                                              Rochester Directory, 1838.
COOKSON, JOHN
  Boston, Massachusetts                                              1756
    Made by John Cookson, and to be sold by him at his house in Boston, a handy gun of 9 pounds and a half in weight, having a place convenient to hold nine bullets, etc. Note, there is nothing put into the Muzzle of the Gun as we charge other Guns.
                                              *Boston Gazette*, April 13, 1756.
CONNER, WILLIAM
  34 Wentworth Street, Charleston, South Carolina
                                              Charleston Directory, 1852.
COOPER, HENRY T. "Gun and Pistol Maker"
  178 Broadway, New York, New York
                                              New York Business Directory, 1844-45.
COOPER, JEREMIAH
  67 Vesey Street, New York, New York
                                              Longworth's New York Directory, 1820.
COOPER, JOSEPH
  19 Partition Street, New York, New York
                                              Longworth's New York Directory, 1812.
COOPER, JOSEPH
  202 Broadway, New York, New York
                                              American Advertising Directory, 1831.
COOPER, JOSEPH "Gun and Pistol Maker"
  233 Broadway, New York, New York
                                              New York Business Directory, 1844-45.
COOPER, THOMAS "Gun lock maker"
  19 Partition Street, New York, New York
                                              Longworth's New York Directory, 1803.
CORLEY, CHRISTOPHER
  352 Water Street, New York, New York
                                              Longworth's New York Directory, 1818-1820.
COUTTY, SAMUEL
  Philadelphia, Pennsylvania                                         1783
                      Pennsylvania Archives, 3d series, Vol. 16, page 747.
COWELL, EBENEZER
  Philadelphia, Pennsylvania                                         1780
                      Pennsylvania Archives, 3d series, Vol. 15, page 338.
CRAIG, JOSEPH
  Hand near Liberty Street, Pittsburgh, Pennsylvania
                      Pittsburgh and Allegheny Directory, 1857-58.
CRAIG, WILLIAM
  6th Street, Pittsburgh, Pennsylvania
                      Harris' Business Directory of Pittsburgh and Allegheny, 1847.

CRAIG, W. & J.
  St. Clair Street, Pittsburgh, Pennsylvania
                Harris' Business Directory of Pittsburgh and Allegheny, 1847.
CRAWFORD, HUGH
  South Carolina                                                         1776
    Taken out of the Subscriber's House in Broad Street, as supposed, in order to
    secure them from fire on Sunday the 10th ult. Two Queen Anne's flat Muskets with
    Bayonets and Iron Rods belonging to the Publick of this Colony, which are not yet
    returned . . . Ten Pounds reward.—April 18, 1776. Hugh Crawford, Gunsmith.
            *South Carolina and American General Gazette,* April 17-May 1, 1776.
CRISWELL, SAMUEL
  Carlisle, Pennsylvania                                                 1794
    Guns. Made and mended by Samuel Criswell in Carlisle.
                            *Kline's Carlisle Weekly Gazette,* August 20, 1794.
CROLL, DANIEL  "Gun Stocker"
  Providence Township, Montgomery County, Pennsylvania
    Pennsylvania septennial census 1800. Enumeration of Taxable Inhabitants, taken
    every seven years under the Constitutions of 1790 and 1838.
                    Pennsylvania Historical and Museum Commission,
                    Division of Public Records, Harrisburg, Pennsylvania.
CROMWELL, SIMON
  Edgecomb, Maine
    Patented a gun lock, February 2, 1827.
        Department of Commerce, United States Patent Office, Washington, D. C
CUMMINGS, JOHN
  18 Kingsley Street, Hartford, Connecticut
                        New Directory and Guide Book of Hartford, 1843.
(K) CUNKLE, GEORGE
  North Ward, Harrisburg, Pennsylvania
            Tax list 1840, Dauphin County Court House, Harrisburg, Pennsylvania.
CURTAIN, JOSEPH
  St. George's Street, St. Louis, Missouri
                                                    St. Louis Directory, 1842
CUSHING, ALVIN
  Troy, New York
                                        Directory of Troy, New York, 1829.
  25 N. 2nd Street, Troy, New York
                                        Directory of Troy, New York, 1842-43.
    Patented, Percussion lock walking canes, rifles and Pistols, July 20, 1831.
            Department of Commerce, United States Patent Office, Washington, D. C.
CUTCHINS & CROSBY
  Concord, New Hampshire
    Listed in 1844 City Directory as proprietors of the Concord Gun Manufactory,
    mfgrs. of rifles and guns.              Concord City Directory, 1844.
CUTLER, JOHN
  Boston, Massachusetts                                                  1757
    All sorts of Bayonets for Muskets, made and sold by John Cutler, at the Lion and
    Bell in Marlborough street Boston: where may be also had silk Umbrellas for Ladies
    made in the Neatest Manner.
    "Black and Gunsmith"
                                            *Boston Gazette,* June 27, 1757.

21

FRONTFIELD, JOHN
  Providence Township, Montgomery County, Pennsylvania
    Pennsylvania septennial census 1800. Enumeration of Taxable Inhabitants, taken every seven years under the Constitutions of 1790 and 1838.
        Pennsylvania Historical and Museum Commission, Division of Public Documents, Harrisburg, Pennsylvania.

GARDNER, CHARLES
  14 N. St. Paul Street, Rochester, New York
        Rochester Directory, 1844 & 1855.

GARRET, HERMON
  Boston, Massachusetts
        Suffolk Deeds, Liber X, page 231, 1677.
        Massachusetts Historical Society, Boston, Massachusetts.

GEARY, WILLIAM
  Washington above 2nd, Philadelphia, Pennsylvania
        Whitley's Philadelphia Directory, 1833.

GEDDY, JAMES
  Williamsburg, Virginia        1737
    Lost out of Mr. James Geddy's shop, in Williamsburg, about a week ago, a Steel Cross Bow, the Spring of it broke. Whosoever will bring it to Mr. Getty aforesaid, or give any Intelligence of it . . . shall have a Pistole Reward. The said James Geddy has a great Choice of Guns and Fowling-pieces, of several Sorts and Sizes, true bored, which he will warrant to be good; and will sell them as cheap as they are usually sold in England.    *Virginia Gazette,* July 8, 1737.
    Gentlemen and Others, may be supply'd by the Subscriber in Williamsburg, with neat Fowling Pieces, and large Guns fit for killing Wild Fowl in Rivers at a reasonable Rate. He also makes several sorts of wrought Brasswork and casts small bells. James Geddy.
        Virginia Gazette, September 29-October 6, 1738.
    Will of James Getty made September 23, 1743. Proved and Recorded August 20, 1744.    York County Records, Wills, Inventories Book XIX, pp. 306-07.

GEDDY, DAVID and WILLIAM
  Williamsburg, Virginia        1751
    David and William Geddy Smiths in Williamsburg near the Church, having all Manner of Utensils requisite, carry one the Gun-smith's, Cutler's and Founder's Trade, at whose Shop may be had the following Work, viz, Gun Work, such as Guns and Pistols Stocks, plain or neatly varnished, Locks and Mountings, Barrels blued, bored and rifled; Founder's Work, and Harness Buckles, Coach Knobs, Hinges, Squares Nails, and Bullion, curious Brass Fenders and Fire Dogs, House Bells of all Sizes, Dials, calculated to any latitude; Cutler's Work as Razors, Lancets, Shears, and Surgeon's Instruments ground, cleaned, and glazed, as well as when first made, Sword blades polished, blued, and gilt in the neatest manner, Scabbards for Swords, Needles and Sights for Surveyors Compasses, Rupture Bands of different Sorts, particularly a Sort which gives admirable ease in all kinds of Ruptures; Likewise at the said Shop may be had a Vermifuge . . . which safely and effectively destroys all Kinds of Worms in Horses. . . .
        *Virginia Gazette,* Wm. Hunter, ed., August 8, 1751.

GENNER, ELIJAH
  Hill Street, Rochester, New York
        Rochester Directory, 1838.

34

NEAL, WILLIAM
   Bangor, Maine
                                                            Bangor Directory, 1848.

NEIHARD, PETER
   Whitehall Township, Lehigh County, Pennsylvania
                   Tax list 1786, Pennsylvania Archives, 3d series, Vol. 21.

NEWBECKER, PHILIP
   Halifax, Dauphin County, Pennsylvania
           Tax list 1817, Dauphin County Court House, Harrisburg, Pennsylvania.

NEWCOMER, JOHN
   Hempfield Township, Lancaster County, Pennsylvania
            Tax list 1771-1772, Pennsylvania Archives, 3d series, Vol. 17, page 118.

NEWHART, PETER
   N. Whitehall Township, Lehigh County, Pennsylvania
            Tax list 1821, Lehigh County Court House, Allentown, Pennsylvania.

NEWTON, PHILO
   72 State Street, Hartford, Connecticut
                                                    Hartford Directory, 1842.

NEWTON, P. S. "Gunmaker & Dealer in Rifles"
   Hartford, Connecticut                                           1850
      Newton, P. S. Gun maker and Dealer in Rifles: Pistols, Double and Single Fowling guns, Sporting apparatus. The subscriber has invented and patented the Attached Muzzle Rifle, which is a decided Improvement upon the usual style of Rifles. The muzzle is made of hardened material, so that long use will not impair its correctness, and by its peculiar construction gives added force to the ball. These Rifles have been proved, by actual trial to be superior shots. Near the City Hall Market, Kingsley St., Hartford.
                                               Well's City Directory of Hartford, 1850.

NICHOLSON, JAMES
   177 Meeting Street, Charleston, South Carolina
                                                    Charleston Directory, 1809.

NICHOLSON, JOHN
   Pennsylvania
      To be sold by John Nicholson, Gunsmith near the Drawbridge, a few long Duck Guns, Suitable for . . . . . Men etc.
                                        Pennsylvania Journal, October 17, 1781.
      For Sale, at John Nicholson's, Gunsmith, in Front Street, near the Draw-Bridge. A Number of Small arms for Shipping, such as Muskets, short ditto for tops or close quarters, Blunderbusses with or without swivels, Pistols with ribs or without, Cutlasses &c. upon the most reasonable terms.
                                        *Pennsylvania Journal,* November 24, 1781.

NIPES, ABRAM
   Longswamp Township, Berks County, Pennsylvania
      Pennsylvania Septennial Census 1800. Enumeration of Taxable Inhabitants, taken every seven years under the Constitutions of 1790 and 1838.
                                  Penna. Historical and Museum Commission,
                                    Division of Public Records, Harrisburg, Penna.

NOE, BARTHOLOMEW   "Gun and Pistol Maker"
   172½ Bowery, New York, New York
                                                  New York Directory, 1844-45.

PHELPS, SILAS
   Lebanon, Connecticut                                                                       1776
      Silas Phelps, Lebanon, Connecticut, showing he made 55 gun locks for the Army but cannot collect premium on account of design. Evidence that the locks were good. Allowed 3 s on each November, 1776.
         Connecticut Archives, Revoluntionary War Series, 1763-1789, V-117-121.

PHILIPEE, JACOB
   Heidelberg Township, Lebanon County, Pennsylvania
        Tax list 1842, Lebanon County Court House, Lebanon, Pennsylvania.

PHILLIPS, JAMES
   79 Westminster Street, Providence, Rhode Island
                                                           The Providence Directory, 1832.

PHRAHL, LEWIS
   Pennsylvania                                                                           1775
      and as to points if inquiry directed to be made, Mr. Fox informed the Committee that the Commissioner of Phila. County had contracted with a certain Lewis Phrahl, Gunsmith, . . . . .
         Minutes of the Provincial Council of Pennsylvania, 1852, Vol. X, Page 380.

PICKEL, HENRY
   Yorktown, Pennsylvania
        Deed u-426, April 18, 1811, York County Court House, York, Pennsylvania.

PIERSON, SILAS
   23 Oak Street, New York, New York
                                                       Longworth's Directory of New York, 1820.

PIKE, SAMUEL
   Brattleboro, Vermont
                                             New England Mercantile Directory, 1849.

PIM, JOHN
   Boston, Massachusetts                                                    1720
      To be sold by John Pim of Boston, Gunsmith, at the sign of the Cross Guns, in Anne-Street near the Draw Bridge, at very reasonable rates, sundry sorts of the choice arms lately arrived from London, viz, Hand Muskets, Buccaneer-Guns, Fowling Pieces, Hunting Guns, Carbines, several sorts of Pistols, Brass and Iron and fashionable Swords, etc.
                                                          *Boston, New Letter*, July 4/11, 1720.

PLANK, WILLIAM
   Greenwood Township, Columbia County, Pennsylvania
         Tax list 1821, Pennsylvania Historical and Museum Commission, Division of Public Records, Harrisburg, Pennsylvania.

POLE, EDWARD
   Philadelphia, Pennsylvania                                                1775
      Musket stocked in the best and neatest manner, by Edward Pole, in Market Street, near the Court-House, Philadelphia; where may be had the best kind of wires and brushes for firelocks, priming flasks and oil bottles to fit in the cartouch boxes, musket and pistol balls; musket and pistol cartridges of all sizes, and cartridge formers. Also cartridges made up, on moderate terms by the hundred or larger quantity.
      N. B. A very neat cutteau de chase, and a small sword to be sold at the above place.
                                                     *Pennsylvania Evening Post*, December 2, 1775.