## Exhibit B

# THE PENNSYLVANIA-KENTUCKY RIFLE

*by* HENRY J. KAUFFMAN



BONANZA BOOKS • NEW YORK

Copyright MCMLX
by
HENRY J. KAUFFMAN

All Rights Reserved


Library of Congress Catalog Card Number 59-14376


This edition published by Bonanza Books
a division of Crown Publishers, Inc.,
by arrangement with The Stackpole Company.
B   C   D   E   F   G   H

Printed and Bound in the United States of America

the son of Andrew. It is known that sons were frequently apprenticed to, or at least followed, the trade of their father; so it would seem reasonable to assume that there was a father-son relationship between these two men. It is also known that it was a Moravian custom for people to drop their first name and use their second name in social and civil transactions. This substitution could easily have occurred in the Albright family, for, in addition to it being a common custom, there were two Johns in the family; some form of differentiation must have been made between them. There is also the possibility that the first John had died before the second was born; nevertheless, some distinction between the two sons had to be made.

The following data about Henry Albright is copied from the *Cemetery Records of the Moravian Church.*

> Henry Albright was born August 5, 1772 in Lititz. Lived in Nazareth since 1816 after having resided in Lititz, Gnadenhutten, Ohio, Shippensburg, and other places. Married Barbara Hubley March 27, 1794 with whom he had ten children. February 25, 1830 he married Catherine Louisa Beck with whom he had four children.

This short biography focuses attention on the fact that Henry Albright was one of the famous gunsmiths of Lancaster County who moved to greener fields in the West. The first documentary evidence establishing him as a gunsmith is his appearance as a contributor to an account known as "Continental Rifles, Account of when Received and Forwarded, by Order of General Hand, Lancaster, February 7, 1794." The neophyte gunsmith of twenty-two years was associated in the venture with men like Dickert, Gonter, Greaff, Fainot, Brong, and Messersmith in producing arms for the Army of the United States or the Militia of Pennsylvania.

By 1796 he had moved to Chambersburg, as indicated in the following advertisement in the *Pittsburgh Gazette,* August 27, 1796.

> HENRY ALBRIGHT, GUNSMITH, RESPECTFULLY informs his friends and the public in general, that he has removed from Lancaster to Chambersburg, to the house lately occupied by Peter Snider, near the paper mill, where he intends to carry on the Gunsmith Business in all its various branches. He also has a large quantity of guns on hand, which he will sell on reasonable terms for cash or country produce.
>
> Also, said Albright and William McCall carries on the barrel making in all its branches—They have a large quantity on hand, which they will sell on moderate terms. Chambersburg, June 2, 1796.

It is obvious from this advertisement that Albright hoped to do business with gunsmiths from the Pittsburgh area who might be passing through Chambersburg, or who might come to Chambersburg to buy barrels. At that time there were about a half-dozen gunsmiths working in the Pittsburgh region and there was some prospect of doing business with them, unless one of them made barrels for the gunsmiths who lived over the mountains. It has been established that Jacob and Joel Ferree were in the Pittsburgh area at that time; and, because of their earlier training in Lancaster County, it is likely that they were skilled in the art of barrel making.

At any rate, the gun business apparently did not prove to be as good as Albright had hoped, for in 1800 he was living in Shippensburg. His next move was to Gnadenhutten, Ohio.

with a great variety of articles in his line, from Philadelphia, of the choicest quality, selected by himself, and comprised in part as follows;—Double barrel Guns, of patent breech of Damascus wire, and stub and twist barrels and of Electrum and Steel Mountings—an apartment of Single barreled Fowling Pieces, from the finest to the common kind—every description of Holster, Dueling, Belt, and Pocket Pistols—all kinds of Bowie and Pocket Knives—DuPont's best F.F.F. Powder in papers and Cannisters—Percussion Caps, Shot, and Lead—Powder Flasks and Horns, Game Bags and pouches, Cleaning aparatus complete, and implements of every sort in his line. He has also Fishing Rods and Canes, Lines, Hooks, and Tackles of all kinds; in short he invites the choicest Sportsmen to call and examine his present stock.

He has made arrangements to be kept supplied with RIFLE BARRELS, and gun mountings, which he will furnish to Gunsmiths, on better terms than they can procure them in this city.

Guns to be let out on reasonable terms.

*The Daily Advocate & Advertiser,* October 19, 1838:
TO GUN SMITHS. For sale 50 doz. Rifle Barrels, at the reduced price of $30.00 per doz., also materials, gun mountings, gun locks and all articles used by gun manufacturers, of all qualities and at lower prices than they can be had at any other establishment in the city. Constantly on hand an assortment of Pennybacker's superior Rifle barrels, powder and shot, &c. W. H. BROWN, Gun Smith, 5th St., one door from Market St.

*The Pittsburgh Daily Advocate & Advertiser,* Oct. 18, 1839:
A CARD. THE undersigned would respectfully call the attention of his friends and the public generally, to his superior assortment of Rifles, double and single barrel Shot Guns, Powder Flasks, Shot Belts, Game Bags, Fishing tackle, and all articles necessary for sportsmen. His rifles are of his own manufacture, and warranted equal if not superior in material, workmanship, style of finish, &c, to any brought from the eastern cities: In addition to the above named articles, he keeps constantly on hand a good assortment of warranted Roger's cutlery of the best quality, and the most extensive assortment of pistols to be found in the city.
W. H. BROWN, No. 7 Fifth St. Oct. 19.

*The Pittsburgh Daily Advocate & Advertiser,* Oct. 29, 1839:
W. H. BROWN, Manufacturer of Guns and Pistols, and DEALER IN SPORTING TACKLES, NO. 7, Fifth Street, Pittsburgh.

*The Pittsburgh Daily Advocate & Advertiser,* Oct. 5, 1840:
1200 RIFLE BARRELS, just received and for sale cheap by WM. H. BROWN, Corner of Diamond and Market Sts. Oct. 3.

*The American Manufacturer,* April 10, 1841:
GUNSMITHS. 5 JOURNEYMEN GUNSMITHS wanted immediately. None but good workmen need apply. WM. H. BROWN, Corner Diamond & Market St. Dec. 5, 1840.

*The American Manufacturer,* Aug. 28, 1841:
W. H. BROWN'S NEW HARDWARE STORE AND GUNSMITHING ESTABLISHMENT. Corner of the Diamond and Market Street. Pittsburgh, July 24, 1841.

ELTON, A.
> Next 43 Zane, Philadelphia, Pennsylvania. 1814.

ELTON, THOMAS
> Philadelphia, Pennsylvania. Tax list 1780. *Pennsylvania Archives*, 3 series, Vol. 15, page 303.

ENGLE, BARNEY (BARNET)
> Monongahela Township, Greene County, Pennsylvania. Tax lists 1833, 1834, 1835, 1836, 1838, 1848, 1860, 1869, 1875, 1876, 1878.

ENGLE, EZRA
> Greene Township, Greene County, Pennsylvania. Tax lists 1817, 1820, 1821, 1835, 1838.
>
> Monongahela Township, Greene County, Pennsylvania. Tax lists 1824, 1829, 1835, 1838.

ENGLE, PETER
> Greene Township, Greene County, Pennsylvania. Tax lists 1803, 1809, 1817, 1823.

ENGLES, CHRISTIAN
> Monongahela Township, Greene County, Pennsylvania. Tax lists 1824, 1829, 1833.
> Morris Township, Washington County, Pennsylvania. Tax list 1845.

ENTERPRISE GUN WORKS
The Enterprise Gun Works was established in 1848 by Bown and Tetley at 136-138 Wood Street, Pittsburgh, Pennsylvania. The company seems to have produced good guns over a long period of time despite the fact that ownership of the business frequently changed hands. The following excerpt from the catalogue of James Bown & Sons is very interesting, for it is the earliest record known to the author of a manufacturer calling his products "Kentucky rifles."

> We wish to notify the public that James Bown and Sons of 121 Wood Street, Pittsburgh, Pa., are the only manufacturers of the CELEBRATED KENTUCKY RIFLES, which name was adopted by the senior member of this firm in 1848;—

The early location of this manufacturer in the busy city of Pittsburgh probably accounts for some of their success. An advertisement in *The* (Pittsburgh) *Morning Post,* March 13, 1855, suggests that many of their customers were people traveling to the newly opened West, who bought their arms in Pittsburgh enroute:

> Bown and Tetley's rifles are cheap and well made. Emigrants would do well to give us a call. We keep a large stock of our manufacture always on hand. All guns are warranted.

By 1862 the business was owned entirely by James Bown; his newspaper advertisement on March 6, 1865 indicates that he was agent for Colt's pistols and rifles, that he sold gunsmiths, materials, and that he imported arms to sell at retail in his

FLECK, VALENTINE
        Huntington County, Pennsylvania. Federal Census of 1850.
        Memmo, Mifflin County, Pennsylvania. 1861.

FLEEGER, CHRISTIAN
        McCandless, Butler County, Pennsylvania. 1861.

FLEEGER, JOHN
        *Harris' Business Directory of Pittsburgh and Allegheny,* 1837, 1841, 1847,
1856-57.
        Allegheny Gun Works—John Fleeger, 49 Ohio Street. Mr. Fleeger, proprietor
of the Allegheny Gun Works, has carried on the gunsmithing business in Allegheny
City since 1831. He occupied a stand on Diamond Street for over thirty years and
has been in this present location about two years, where he occupies a building
18 x 27 feet and carries a stock valued at about $5,000.00. He manufactures to order
sporting and target rifles, and carries a stock of fine English breech and muzzle
loading shotguns, revolvers, cartridges, and ammunition. Manufacturing and repair-
ing is a specialty. Mr. John Fleeger and his son William A. Fleeger are both practical
gunsmiths. Fine specimens of this work is on exhibition. *Industries of Pittsburgh,
Trade, Commerce & Manufactures, etc.,* for 1879-80.

FLEEGER, PETER
        NS of Robinson, between Godrich & Hope, Allegheny, Pennsylvania. *Directory
for 1856-57 of Pittsburgh & Allegheny Cities.*

FLEEGER, WILLIAM
        *Directory of Pittsburgh & Allegheny Cities* for 1861-62, 1870-71.
        Was associated with his father, John Fleeger, in the Allegheny Gun Works in
1879, 1880, and 1886.

FLEGLE, GEORGE (Armourer)
        U. S. Arsenal, Philadelphia, Pennsylvania. 1814.



*Nixon Collection*

PLATE 187
    Rifle with percussion lock, half stock made of curly maple, set triggers, brass mountings, silver in-
lays, octagonal barrel marked C. Flowers on the top facet of the barrel.
    This gun is dated 1875 and is a fine example of the style used by gunsmiths in western Pennsyl-
vania at that time.

Case 1:11-cv-02137-AWI-SKO Document 68-2 Filed 02/18/14 Page 8 of 16

Company, asking about their need for rifles and explained that, if an order was not imminent, "in common with most manufacturers I am about to discharge my hands for several months."

This lay-off was doubtless to permit the men to harvest their crops or assist farmers who needed help. Harvesting was really a manual operation at that time and many hands were needed to cut the grain and get it into the barns. The Henry correspondence shows that they invariably became busy in the autumn and at times produced as many as two hundred guns in a period of two months.

Later, James Henry took his son, Granville, into the business and the company name was changed to J. Henry & Son. James Henry died in 1895 and the works at Boulton made its last guns about that time.

The third part of the enterprise was located on the side of the Bushkill Creek opposite the factory. Along the hillside a number of residences were built for the men who owned and operated the rifle factory. From their homes they could look down upon the factory, as the old iron masters used to watch their furnaces to see that all activity was supervised and regulated. Although the homes have been renovated to keep pace with the changes of architectural fashion, they continue to stand in groves of trees, suggesting the private living quarters of people of substance.

Beyond the dwellings of the owners, the employees lived in modest houses, of which only a few have survived. The residence of the blacksmith and one or two others can be pointed out. The most interesting area is what is known as "Filetown." When they were not employed at the factory, the people who lived there took lock parts, triggerguards, etc., to their homes and filed and polished them in the old traditions of the craft. There is evidence that similar activity occurred in Birmingham, England, where many locks for Pennsylvania rifles were made.

There is no place called Boulton today. Most of the factory dam has been washed away, the furnace and barrel mill are gone, and only the residences stand on the hill above the creek and the underbrush. The thriving village and the humming gun factory are legends to the natives who live in Belfast or Nazareth, the nearest towns to Boulton and Jacobsburg.

It is well-known by all collectors that guns made by any of the Henry gunsmiths are very scarce. The numerous activities of William Henry I easily explain why he did not make many guns, although there is a musket in the museum of the Lancaster County Historical Society which bears his name on the lock plate. A pair of pistols in the Museum of the Historical Society of Pennsylvania was made by William Henry II, who put his name on the lock plates and "Nazareth" on the top facet of the barrels. A few Pennsylvania rifles are extant that were made by Abraham Henry, although they are not outstanding in design or quality of workmanship. At least one of his pistols has survived. The military products of John Joseph are scarce, but possibly the easiest to acquire of any of the Henry products.

The greatest mystery about their products is concerned with the thousands of rifles that were made at Boulton which seem to have disappeared completely. A letter from John Joseph to the American Fur Company, October 5, 1836, discusses the making of two hundred rifles to be delivered in New York by December 15 of the same year. Such a rate of production suggests that thousands of rifles were made

*Biographies*



PLATE 212

Pennsylvania Historical and Museum Commission marker telling about the Henry Gun Factory at Boulton.

*Biographies*

**HOLEMAN, JOHN**
  Lancaster, Pennsylvania. Tax lists 1814, 1816.

**HOLMES, R.**
  GUNSMITHING. The subscriber, having resumed the above business in Main Street, near J. Boyd's drug store, in the borough of Bridgewater, respectfully informs the public that he is prepared to execute all orders in this line with neatness and dispatch. RIFLES AND FOWLING pieces of the best quality made and kept for sale, at all times—also, repairing done in the best manner. Persons are requested to call and examine his workmanship. Bridgewater, May 30, 1837. *The Western Argus,* Beaver, Pennsylvania. May 31, 1837.

**HOLSAPPLE, PHILIP**
  Center ab High, Pottsville, Pennsylvania. 1860.

**HOLTZWORTH, WILLIAM**
  Lancaster, Pennsylvania. Tax lists 1816, 1820, 1830.



*William Reisner, Jr.*

PLATE 216

Riffle with flint lock (now percussion), full stock of maple with artificial grain, brass mountings, octagonal barrel with Holtzworth engraved in script letters on the top facet. The finial of the patch box in the shape of a game bird is quite unusual. The piercing in the side plates of the patch box and in the large toe-plate are also unusual features, but occasionally found on other Lancaster rifles.

Case 1:11-cv-82127-AWI-SKO Document 69-2 Filed 03/18/14 Page 11 of 16

HOOPER, ROBERT LETTIS, JR. (Musquets)

To be sold by Robert Lettis Hooper, Jr., at his store in Water Street, three doors above Chestnut Street, wholesale or retail.

A Parcel of small, handy musquets, well mounted, and neatly fitted with iron rods, and small bayonets, the locks are large and well made, 3d, 4d, 6d, 8d, 10d, 12d, and 20d nails, pork, common and salt, gammons, a quality of butter in firkins and mackerel by the barrel. *Pennsylvania Journal*, August 18, 1763. No. 1080.

HORN, CONR.

Hazleton, Luzerne County, Pennsylvania. 1861.

HORNER, FREDERICK

Quemahoning Township, Somerset County, Pennsylvania. Tax lists 1805, 1808, 1811.

Jenner Township, Somerset County, Pennsylvania. Tax lists 1815, 1817, 1821, 1834.

HORNER, JACOB

Quemahoning Township, Somerset County, Pennsylvania. Tax lists 1832, 1837, 1849, 1853.

Jenner's Cross Roads, Somerset County, Pennsylvania. 1861.

HORNER, JOHN, JR.

Conemaugh Township, Somerset County, Pennsylvania. Tax lists 1802, 1803, 1806.

HORNER, LEWIS

Jenner's Cross Roads, Somerset County, Pennsylvania. 1861.

HORSTMANN, WILLIAM H. & SONS (Military Store)

51 North Third Street, Philadelphia, Pennsylvania. 1855.

HOWARTER, J.

Lisburn, Cumberland County, Pennsylvania. 1861.

HOWELL, WILLIAM T. (Merchant)

*The Commercial Herald*, Philadelphia, July 3, 1834:

> GUNS AND PISTOLS. The Subscribers have just received late arrival from Liverpool, a further supply of Guns and Pistols, consisting of
> Double Barrel Flint and Percussion Guns
> Superior double barrel stub or twist do
> A few very superior guns, in mahogany cases, with all the apparatus complete.
> Also, two double barrel Guns. of the manufacture of the celebrated Wesley Richards, of very superior finish.
> Single barrel Flint and Percussion Guns.
> Stub and twist single barrel do
> Long Squirrel Guns, with very small calibers.
> Also, one twisted single barrel gun, sent as a sample, combining the flint and Percussion principle, so that the flint and the percussion lock may be used separately or together.

Case 1:11-cv-02137-AWI-SKO  Document 89-2  Filed 03/18/14  Page 12 of 16

JOHNSON, JOHN
    Huntington County, Pennsylvania. Federal Census of 1850.

JOHNSTON, JOHN
    Washington Township, Franklin County, Pennsylvania. Tax assessment list 1842.

JOHNSON, JOSEPH
    59 Budd Street, Philadelphia, Pennsylvania. 1814.

JOHNSTON, SAMUEL
    56 Wayne, Pittsburgh, Pennsylvania. *Fahnstocks Pittsburgh Directory* for 1850.

JOHNSON, WILLIAM
    2 Rose Alley, Philadelphia, Pennsylvania. 1847.

JOHNS, ISAAC
    Philadelphia, Pennsylvania. Tax list 1780. *Pennsylvania Archives,* 3 series, Vol. 15, page 303.

JONES, ALBERT
    Gilmore Township, Greene County, Pennsylvania. 1876.

JORG, JACOB
    Berks County, Pennsylvania. *Reading Adler,* January 12, 1818.
    Listed as a gunsmith in 1805 in Greenwich Township, Berks County, Pennsylvania tax list. Also listed in 1801, 1802, 1803, but not as a gunsmith.

JOST, CASPAR
    Lebanon Township, Dauphin County, Pennsylvania. Tax list 1785.

JOY, ANDREW S.
    It is evident from the following newspaper advertisement that A. S. Joy was engaged in gunsmithing in Pittsburgh prior to the date of the advertisement. Since Pittsburgh business directories were published between 1827 and 1839, it is impossible to determine when he opened his gun shop. The following advertisement appeared in the February 2, 1838, issue of the *Pittsburgh Democrat and Workman's Advocate.*

        GUN MANUFACTORY, ST CLAIR STREET, PITTSBURGH, THE subscriber respectfully informs the citizens of Pittsburgh and its vicinity, that he continues the manufacturing, and keeps constantly on hand and for sale, Rifles, Smooth-Bore Shot Guns, Single and Double barreled Rifles, Belt and Pocket Pistols, Powder Flasks and Horns, & c. & C. All kinds of Gun repairing done in the most substantial, and durable manner, on shortest notice. Persons wishing to purchase any of the above articles are requested to call and examine his stock. ANDREW S. JOY.

    He also advertised in the same issue for an apprentice from the country about fifteen years of age.
    In 1845 his equipment was lost in the great Pittsburgh fire of that year; his losses were estimated to total $150.00. He remained in business, however, and advertised that he would make rifles and smooth-bores on short notice for emigrants

*Biographies*



PLATE 219

Rifle with percussion lock, full stock of curly maple, brass mountings, silver inlays, set triggers, octagonal barrel marked A. Joy on the top facet. The fine design and expert engraving of the patch box of this rifle indicate that Joy was a fine craftsman.

to Texas and Oregon. He left Pittsburgh in 1847 but probably continued to make guns in a near-by community. His wife is listed in the Pittsburgh Directory for 1858.

JUDSON, W. H.
W. H. JUDSON, DEALER IN GUNS, RIFLES, PISTOLS, All kinds of Ammunition and Sporting apparatus. Also—Gunsmithing in all its branches done with neatness and dispatch. Sewing machine repairing, Locksmithing, and Bell Hanging promptly attended to. Sign of the NOVELTY IRON WORKS, UNION CITY, PENNSYLVANIA. *Gazeteer & Business Directory of Erie County, Pennsylvania,* 1873-74.

KAMPT, SOLOMON
Hempfield Township, Westmoreland County, Pennsylvania. Tax list 1810, 1811, 1812, 1813, 1814, 1815, 1816, 1817, 1818, 1821, 1823, 1825.

KAPPAL, J.
257 Poplar Street, Philadelphia, Pennsylvania. 1855.

KAUP, LEROY
West Buffalo Township, Union County, Pennsylvania. Federal Census 1850.

KAUPERT, JOHN F.
500 Brook, Philadelphia, Pennsylvania. 1861.

KEARNEY AND GILBERT (Imported)
In Water Street a few doors below Walnut Street. Choice old High Proof'd Barbadoes Rum, x x x Best English whale bone, a large parcel of Musquets with or without bayonets, curious fowling pieces, pistoles, musquetoons or blunderbusses, camp copper kettles and stew pans, several hogsheads of mens strong shoes, English and French sail cloth, x x x some hogsheads of felt hatts, long tavern and short pipes, x x x x guns, 6 and 4 lb. cannon swivel and musquet ball. *Pennsylvania Journal and Weekly Advertiser,* March 8, 1759. No. 848.

KEEFER, ISAIAH
Sylvan, Franklin County, Pennsylvania. 1861.

*Biographies*                                                                 275

**KING, GEORGE**
Sugar Creek Township, Armstrong County, Pennsylvania. Tax lists 1850, 1851, 1857.
Washington Township, Armstrong County, Pennsylvania. Tax lists 1863, 1866.

**KING, ISAAC** (Whitesmith Business)
*The Somerset Whig*, Somerset, Pa., January 8, 1818:
WHITE-SMITH BUSINESS, ISAAC KING, Lately from New Jersey, and learned his trade in Philadelphia, RESPECTFULLY Informs the publick in general, that he has commenced the above business, in the borough of Somerset, next door to Mr. John Fleming's and immediately opposite Mr. Jacob Ankeny's inn, in the diamond square, where he will receive and execute all orders in his line of business, with promptitude and on reasonable terms. He has and expects to have on hand, for sale, Guns of all descriptions, Pistols, Swords, Dirks, Carving knives, Powder, Flints, & c. all of the first quality. He hopes from his knowledge of the business and strict attention to merit a share of the patronage of the publick.
January 8.

**KING, WILLIAM**
Washington Township, Armstrong County, Pennsylvania. Tax lists 1867, 1870, 1872.

**KIRLIN, THOMAS**
Augusta Township, Northumberland County, Pennsylvania. Tax list 1805.

**KISTLER, GEORGE**
Maxatawny Township, Berks County, Pennsylvania. 1799.
Berks County, Pennsylvania. Census Report, 1800.

**KLEIN, CHRISTIAN**
EIGHT DOLLARS REWARD. Ran-away on the 15th instant, from the subscriber living in Lancaster, an indebted servent lad named John McCan.—is about 19 years of age, 5 feet 6 or 7 inches tall, of a dark complexion, lad has a long nose. He speaks both English and German, but English best, and is by trade a gunsmith. He had on when he went away a good hat, a light coloured cassimer coatie, and a nankin waistcoat and breeches.
Whoever apprehends the said Runaway so that his Master may get him again, shall receive the above reward and reasonable charges if brought home, from
Christian Klein, Gunsmith
*Lancaster Journal*, September 16, 1795.

**KLINE, CHRIS**
Lancaster, Pennsylvania. 1794.

**KLINE, CHRISTIAN**
Harrisburg, Pennsylvania. Tax lists 1811, 1817.

280

depend on having their orders executed with care and dispatch, by their very humble
servant,                                                                    John Langeay
    N.B. Would be glad to attend any country Battallion who say need his assist-
ance. Enquire of the Printer. *Pennsylvania Journal*, no. 1707. August 23, 1775.

LAMA, MICHAEL
    Millheim, Centre County, Pennsylvania. 1861.

LAPKEEHLER, HENRY
    Mifflinburg, Union County, Pennsylvania. Federal Census 1850.

LAPPINGTON, WILLIAM
    Lawrenceville, Pennsylvania. 1839.

LAUDENSLAGER, HENRY
    Fair Oaks, Penn Township, Snyder County, Pennsylvania. Born 1839, died
1912.

LAUFFMAN, P. H. (Hardware Merchant)
    28 Wood Street, Pittsburgh, Pennsylvania. 1852.

LAWRENCE, JOHN
    Antrim Township, Franklin County, Pennsylvania. Tax list 1786.

LETHER, JACOB
    The last name of this gunsmith was spelled a number of different ways, al-
though it is most frequently spelled Leather. Lether was probably the spelling of
an indifferent tax assessor and Ledder is the way a German would spell it who had
a minimum knowledge of English.
    He was one of the gunsmiths who had contracts for muskets, although the
writer has never heard of one bearing his name. The following letter tells that he
was associated with some famous gunsmiths of Lancaster County in producing such
arms:
    To Clement Biddle:
        Of the arms manufactured by John Graeff and Abraham Henry at Lan-
    caster, there are stored and ready for delivery seven hundred and forty-two
    stand. In a short time, they expect to have two hundred more ready for
    delivery.



Joe Kindig, Jr.

PLATE 225
Rifle with flint lock, full stock of curly maple, brass mountings, and octagonal barrel marked Jacob
Lether on the top facet of the barrel. Rifles by Lether are very rare.



PLATE 290

Whitmore, Wolff, Duff & Co.

**WHITMORE, WOLFF, DUFF & Co.,** (Importers and Retail Dealers in Hardware)
  No. 50 Wood Street, Pittsburgh, Pennsylvania. 1871-72.

**WICKHAM & Co.**
  No. 94, Market Street, three doors above Third Street, have just received from the manufacturers in England, an assortment of Hardware, Military and Sportsmen's Articles, all selected by M. T. Wickham, among which are extensive assortment of Lancashire and Sheffield files, consisting of 230 kinds.
  Steel of the following descriptions, viz.-Cast, Hunstmans, Shear, German, Blister, Crowley, Sword, Coach, and Small Spring, &c &c. 15 kinds, assorted from one-quarter inch to the largest size.
  A great variety of Fowling pieces, Pistols, Locks, and component parts of each, with every article necessary to equip either the Fowler or Angler. *The Independent Balance* (Philadelphia), March 4, 1818.

**WICKHAM, WILLIAM W.** (Chief Armourer)
  United States Arsenal, Philadelphia, Pennsylvania. 1814.

**WIGLE, JACOB**
  South Huntington Township, Westmoreland County, Pennsylvania. Tax lists 1812, 1813.
  Rostraver Township, Westmoreland County, Pennsylvania. Tax lists 1814, 1816.
  Franklin Township, Fayette County, Pennsylvania. Tax lists 1819, 1820, 1821, 1822.