KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-5775
  E-mail:  Jonathan.Eisenberg@doj.ca.gov
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 703-5939
  Fax: (415) 703-1234
  Email: Peter.Chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20,**<br><br>Defendants. | 1:11-cv-02137-AWI-SKO<br><br>**NOTICE OF LODGING CERTIFIED DEPOSITION TRANSCRIPTS**<br><br>Trial Date:   March 25, 2014<br>Time:         8:30 a.m.<br>Courtroom:  2<br>Judge:        The Hon. Anthony W. Ishii |

PLEASE TAKE NOTICE that Defendant Kamala D. Harris, Attorney General of California (the "Attorney General"), hereby lodges the following certified deposition transcripts (Plaintiff's have the original deposition transcripts made by previous arrangements):

1

1. Jeff Silvester taken on May 9, 2013 (Certified);
2. Brandon Combs taken on May 10, 2013 (Certified);
3. Calguns Foundation, Inc. by and through Gene Hoffman, Jr., taken on May 13, 2013 (Certified);
4. The Second Amendment Foundation, Inc. by and through Alan Merril Gottlieb taken on May 14, 2014 (Certified).

Dated:  March 20, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General

/s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris,*
*Attorney General of California*