UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF SILVESTER, et al.,**<br><br>Plaintiffs<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,**<br><br>Defendants | CASE NO. 1:11-CV-2137 AWI SAB<br><br>ORDER ON STIPULTATION REGARDING TESTIMONY OF ALAN GOTTLIEB<br><br>(Doc. No. 75) |

On March 20, 2014, the parties submitted a stipulation that a redacted copy of the May 14, 2013 deposition of Alan Merril Gottlieb should be accepted in testimony and used in lieu of live testimony. See Doc. No. 75. Plaintiffs waive the right to call Mr. Gottlieb for live rebuttal testimony, and Defendant waives the right to further cross-examination. See id. However, the parties reserve all evidentiary objections raised during the deposition, and state that they will ask the Court to rule on those objections if necessary. See id. The Court will give effect to the parties' stipulation and will accept the redacted deposition testimony in lieu of live testimony.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' March 20, 2014 stipulation, the deposition of Alan Merril Gottlieb that is part of Document No. 75 in the Court's docket will be admitted into evidence in lieu of live testimony, with objections made during the deposition reserved.

IT IS SO ORDERED.

Dated:   March 21, 2014                              _____
                                                                         SENIOR  DISTRICT  JUDGE