# EXHIBIT 1 of 1

## INDEX OF DEFENDANT'S EXHIBITS

| EXHIBIT # | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OTHER OBJECTION |
|---|---|---|---|---|
| AA | DROS Annual Statistics | | | X |
| AB | DROS Reports and Statistics 1999 | | | X |
| AC | DROS Reports and Statistics 2000 | | | X |
| AD | DROS Reports and Statistics 2001 | | | X |
| AE | DROS Reports and Statistics 2002 | | | X |
| AF | DROS Reports and Statistics 2003 | | | X |
| AG | DROS Reports and Statistics 2004 | | | X |
| AH | DROS Reports and Statistics 2005 | | | X |
| AI | DROS Reports and Statistics 2006 | | | X |
| AJ | DROS Reports and Statistics 2007 | | | X |
| AK | DROS Reports and Statistics 2008 | | | X |
| AL | DROS Reports and Statistics 2009 | | | X |
| AM | DROS Reports and Statistics 2010 | | | X |
| AN | DROS Reports and Statistics 2011 | | | X |
| AO | DROS Reports and Statistics 2012 | | | X |
| AP | DROS Reports and Statistics 2013 | | | X |
| AQ | DROS Reports and Statistics 2014 | | | X |
| AR | Emails re DROS Statistics | | | X |
| AS | Summary of DROS Actual Revenues | | | X |
| AU | DROS Front End Replacement | | | X |
| AV | Long Gun Retention | | | X |
| AW | DROS Notification to FBI NICS | | | X |
| AX | DROS Review of Mental Health Data 1991 | | | X |
| AY | Mini-Feasibility Study | | | X |
| AZ | APPS | | | X |
| BA | NCHIP Year-8 Grant | | | X |
| BB | CFIS 1995 | | | X |
| BC | CFIS 2000 | | | X |
| BD | DROS Review of Mental Health Data 1991 | | | X |
| BE | DROS Review of Mental Health Data 1998 | | | X |
| BF | DROS Feasibility | | | X |
| BG | Long Gun Feasibility 1990 | | | X |
| BH | Long Gun Feasibility 2011 | | | X |
| BI | MHRS Redesign | | | X |
| BJ | NICS Mental Health Notification | | | X |
| BK | MHFPS Redesign | | | X |
| BL | CJIS Redesign | | | X |
| BM | NICS Audit Report 4th | | | X |
| BN | Review of ATFE's Enforcement of Brady Act Violations | | | X |
| BO | NICS Operations 2011 | | | X |
| BP | BFEC Databases | | | X |
| BQ | Firearms Transaction Denials | | | X |
| BR | DROS Transactions | | | X |
| BS | BOF Firearms Purchaser Clearance Section | | | X |
| BT | BOF Organization Chart | | | X |
| BU | Graham Resume | | | X |
| BV | Buford Resume | | | X |

Index of Defendant's Exhibits

| EXHIBIT # | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OTHER OBJECTION |
|---|---|---|---|---|
| BW | Matsumoto Resume | | | X |
| BX | Orsi Resume | | | X |
| BY | NICS Audit Report 3rd | | | X |
| CA | Firearms Prohibiting Categories | | | X |
| CB | CFIS DROS Processing | | | X |
| CC | NICS Point of Contact States | | | X |
| CD | A.B. 263 Statute 1923 c.339 Legislative History | | | X |
| CE | A.B. 1919 Statute 1953 c.36 Legislative History | | | X |
| CF | A.B. 3508 Statute 1955 c.1521 Legislative History | | | X |
| CG | S.B. 671 (1995-96) Legislative History | | | X |
| CH | A.B. 1441 (1975-76) Legislative History | | | X |
| CI | A.B. 1564 (1964-65) Legislative History | | | X |
| CJ | A.B. 3509 (1954-55) Legislative History | | | X |
| CK | Harris Interrogatories to Silvester | | | X |
| CL | Harris Interrogatories to Coombs | | | X |
| CM | Harris Interrogatories to CGF | | | X |
| CN | Harris Interrogatories to SAF | | | X |
| CO | Silvester Interrogatories Responses | | | X |
| CP | Coombs Interrogatories Responses | | | X |
| CQ | CGF Interrogatories Responses | | | X |
| CR | SAF Interrogatories Responses | | | X |
| CS | Silver Star Custom Leather | | | X |
| CT | First Amended Complaint | | | X |
| CU | California's Background-Check System Article | | | X |
| DA | Brent and Bridge, Firearms Availability and Suicide, in American Behavioral Scientist (2003) | | | X |
| DB | Blodgett-Ford, The Changing Meaning of the Right to Bear Arms, in Seton Hall Constitutional Law Journal (1995) | | | X |
| DC | Cornell, The Ironic Second Amendment, in Albany Law Review (2008) | | | X |
| DD | Cornell and De Dino, A Well Regulated Right: The Early American Origins of Gun Control, in Fordham Law Review (2004) | | | X |
| DE | Cozzolino, Gun Control: The Brady Handgun Violence Prevention Act, in Seton Hall Legislative Journal (1992) | | | X |
| DF | Daponde, New Residents and Collectors Must Register Out-of-state Handguns, in McGeorge Law Review (1998) | | | X |
| DG | Lewiecki, Suicide, Guns, and Public Policy, in American Journal of Public Health (2013) | | | X |
| DH | Ludwig and Cook, Homicide and Suicide Rates Associated with Implementation of the Brady Handgun Violence Prevention Act, in Journal of the American Medical Association (2000) | | | X |
| DI | Volokh, Implementing the Right to Keep and Bear Arms for Self-defense: An Analytical Framework and a Research Agenda, in UCLA Law Review (2009) | | | X |
| DJ | Winkler, Heller's Catch 22, in UCLA Law Review (2009) | | | X |

| EXHIBIT # | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OTHER OBJECTION |
|---|---|---|---|---|
| DK | Bangalore, et al, Gun Ownership and Firearm-related Deaths, in American Journal of Medicine (2013) | | | X |
| DL | Cantor and Slater, The Impact of Firearm Control Legislation on Suicide in Queensland: Preliminary Findings, in Medical Journal of Australia (1995) | | | X |
| DM | de Moore, et al., Survivors of Self-inflicted Firearm Injury: A Liaison Psychiatry Perspective, in Medical Journal of Australia (1994) | | | X |
| DN | Frierson and Lippmann, Psychiatric Consultation for Patients with Self-inflicted Gunshot Wounds, in Psychosomatics (1990) | | | X |
| DO | Novak, Why the New York State System for Obtaining a License to Carry a Concealed Weapon Is Unconstitutional, in Fordham Urban Law Journal (1988) | | | X |
| DP | Vigdor and Mercy, Do Laws Restricting Access to Firearms by Domestic Violence Offenders Prevent Intimate Partner Violence?, in Evaluation Review (2006) | | | X |
| DQ | Warner, Firearm Deaths and Firearm Crime After Gun Licensing in Tasmania, presented at the Third National Outlook Symposium on Crime, Canberra, Australia (1999) | | | X |
| DR | Zeoli and Webster, Effects of Domestic Violence Policies, Alcohol Taxes, and Police Staffing Levels on Intimate Partner Violence, in Injury Prevention (2010) | | | X |
| DS | Peterson, et al., Self-Inflicted Gunshot Wounds: Lethality of Method Versus Intent, in American Journal of Psychiatry (1985) | | | X |
| DT | Miller and Hemenway, The Relationship Between Firearms and Suicide: A Review of the Literature, in Aggression and Violent Behavior (1998) | | | X |
| DU | Wright, et al., Effectiveness of Denial of Handgun Purchase to Persons Believed to be at High Risk for Firearm Violence, in American Journal of Public Health (1999) | | | X |
| DV | Wintemute, Parham, et al., Article | | | X |
| DW | Brent Article | | | X |
| DX | Hahn, et al., Firearms Laws and the Reduction of Violence: A Systematic Review, in American Journal of Preventive Medicine (2005) | | | X |
| DY | Wintemute, Wright, et al., Article | | | X |
| EA | Cornell, A Well-regulated Militia (2008) | | | X |
| EB | Hawke, Everyday Life in Early America (1989) | | | X |
| EC | Larkin, The Reshaping of Everyday Life: 1790-1840 (1989) | | | X |
| ED | Nisbet, ed., The Gun Control Debate: You Decide (1990) | | | X |
| EE | Rakove, Original Meanings (1997) | | | X |
| EF | Sellers, The Market Revolution (1994) | | | X |
| EG | Spitzer, Gun Control: A Documentary and Reference Guide (2009) | | | X |

Index of Defendant's Exhibits

| EXHIBIT # | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OTHER OBJECTION |
|---|---|---|---|---|
| EH | Spitzer, The Politics of Gun Control, 5th Ed. (2012) | | | X |
| EI | Uviller and Merkel, The Militia and the Right to Arms (2002) | | | X |
| EJ | Webster and Vernick, eds., Reducing Gun Violence in America (2013) | | | X |
| EK | Winkler, Gun Fight: The Battle Over the Right to Bear Arms in America (2013) | | | X |
| FA | Office of the U.S. President, Now is the Time; The President's Plan to Protect Our Children and our Communities by Reducing Gun Violence (2013) | | | X |
| FB | Centers for Disease Control, Injury Fact Book (2006) | | | X |
| FC | Legal Community Against Violence, Model Laws for a Safer America (2012) | | | X |
| FD | U.S. Department of Justice, Draft Report on Systems for Identifying Felons Who Attempts to Purchase Firearms; Notice and Request for Comment, in Federal Register (1989) | | | X |
| FE | Violence Policy Center, States with High Gun Ownership and Weak Gun Laws Lead Nation in Gun Deaths (2013) | | | X |
| FF | USDOJ OIG Review of ATF Brady Act Enforcement | | | X |
| FG | Federal Bureau of Investigation, National Instant Criminal Background Check System (NICS) Operations (2011) | | | X |
| GA | Amar and Amar, Guns and the Constitution: Telling the Right Constitutional Story, in FindLaw – Legal Commentary (2001) | | | X |
| GB | Cornell, The Second Amendment You Don't Know, in New York Daily News (2012) | | | X |
| GC | Emberton, The Real Origin of America's Gun Culture, in History News Network (2013) | | | X |
| GD | Ifill, 7-day Wait for Gun Purchases Hits Crucial Obstacle in House, in New York Times (1991) | | | X |
| GE | Koerner, Californians Buying Guns at Record Rate, in Orange County Register (2012) | | | X |
| GF | Leger, Obama Demand Could End Research Blackout into Gun Violence, in USA Today (2013) | | | X |
| GG | Marois, California's Gun Repo Men Have a Nerve-racking Job, in Businessweek (2013) | | | X |
| GH | Platt, New York Banned Handguns 100 Years Ago… Will We Ever See that Kind of Gun Control Again?, In History News Network (2011) | | | X |
| GI | Pugh, Baltimore Gun Violence Summit Conclude with Recommendations, in McClatchy DC (2013) | | | X |
| GJ | Richman, California's Gun Background-Check System Could Be National Model, in San Jose Mercury News (2013) | | | X |
| GK | Robinson, Delay for Buying Guns OK'd by Legislature, in San Jose Mercury News (1991) | | | X |
| GL | Sweeney and Cornell, All Guns Are Not Created Equal, in The Chronicle Review (2013) | | | X |
| GM | Winkler, The Secret History of Guns, in Atlantic (2001) | | | X |

Index of Defendant's Exhibits

| EXHIBIT # | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OTHER OBJECTION |
|---|---|---|---|---|
| GN | Repeal of Missouri's Background Check Law Associated with Increase in State's Murders | | | X |
| GO | Chokshi, Study: Repealing Missouri's background check law associated with a murder spike | | | X |
| HA | Goodin, Brief for English/American Historians as Amicus Curiae [Etc.], in McDonald v. City of Chicago (2010) | | | X |
| HB | Bogus, Brief of Amici Curiae Jack N. Rakove [Etc.], in District of Columbia v. Heller (2008) | | | X |

\*Defendant Attorney General's Statement Regarding Objections Based on Lack of Foundation:
Defendant Attorney General objected to Plaintiffs' proposed exhibits on the basis of, among other things, lack of foundation. However, Defendant objected to the books and government reports that Plaintiffs seek to introduce based on lack of foundation solely because Plaintiffs have made the same objections to books, government reports, and other publications that Defendant seeks to introduce. Defendant believes that such publications are self-authenticating, proper subject for judicial notice, and no further foundation need to be laid. The Court should deny this foundation objection as to all books, government reports, articles, etc., whether submitted by Plaintiffs or Defendant. Should Plaintiffs withdraw their foundation objections to Defendant's exhibits, Defendant will withdraw the same objections as against Plaintiffs' exhibits.