Victor J. Otten (SBN 165800)
OTTEN & JOYCE, LLP
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-Mail: vic@ottenandjoyce.com

Donald E. J. Kilmer, Jr. (SBN: 179986)
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
2500 TULARE STREET | FRESNO, CA 93721

| | |
|---|---|
| JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,<br><br>Defendants. | Case No.:   1:11-CV-2137 AWI SKO<br><br>PLAINTIFFS' WITHDRAWAL OF OBJECTIONS TO DEFENDANTS' EXHIBITS: AA– AS, AU – AZ, BA – BY, CA, CB and CC.<br><br>Judge:       Hon. Anthony W. Ishii<br>Courtroom:  8th Floor, Room 2<br>Trial Date:  March 25, 2014<br>Time:        8:30 a.m.<br>Case Filed:  Dec. 23, 2011 |

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Withdrawal of Objections                                                    Silvester, et al. v. Harris

Plaintiffs hereby withdraw their objections to the following Exhibits proffered by the Defendants: AA – AS, AU – AZ, BA – BY, CA, CB and CC.

Respectfully Submitted on March 25, 2014 by:

  /s/ Victor Otten
Victor J. Otten (SBN 165800)
OTTEN & JOYCE, LLP
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-Mail: vic@ottenandjoyce.com

  /s/ Donald Kilmer

Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:  (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Withdrawal of Objections    -2-    *Silvester, et al. v. Harris*