# EXHIBIT A

**A**merican Archives  Documents of the American Revolution, 1774-1776

About:
☆ Find Documents ☆ Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation  ☆ **A**merican Archives

*Letter from Captain Meroney to the Maryland Council of Safety: Cannot furnish his company with guns and blankets without money.* [1776-07-26] [S5-V1-p0590] [Document Details][Complete Volume]

Previous page                                          Next page

Page *v1:590*

CAPTAIN MERONEY TO MARYLAND COUNCIL OF SAFETY.

Fredericktown, July 26, 1776.

GENTLEMEN: I have exerted myself endeavouring to furnish my company with guns and blankets, but find it impracticable without money. I applied to Mr. *Harrison,* and could receive but seventy pounds, **insufficient** to furnish one-tenth. Mr. *Harding,* the bearer, is a gentleman, and may be trusted with any sum. Three hundred and fifty pounds is the sum I want to receive by the bearer.

I am, gentlemen, with respect, your obedient servant,
PHILIP MERONEY.

To the Council of Safety of *Maryland.*

GENTLEMEN: I am of opinion that a less sum than is mentioned in the above letter will not furnish the above company with arms and blankets. C. BEATTY.

To the Council of Safety.

Previous page                                          Next page

*Letter from Captain Meroney to the Maryland Council of Safety: Cannot furnish his company with guns and blankets without money.* [1776-07-26] [S5-V1-p0590] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu);*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

Case 1:11-cv-02137-AWI-SKO   Document 90-1   Filed 06/16/14   Page 3 of 24

_Proceedings of the Connecticut Council of Safety_, [1776-07-16] [S5-V1-p0379] [Document Details][Complete Volume]

Next page

Page _v1:379_

Tuesday, July 16, 1776.

At a meeting, &c., adjourned from yesterday.

Present: His Honour the Governour, Honourable Deputy-Governour _Griswold, Eliph. Dyar, Jz. Huntington, Wm. Williams, Titus Hosmer, Jed. Elderlcin, Nath. Wales, Benj. Huntington,_ and _Wm. Hillhouse_, Esquires.

Messrs. _Brown_ and _Gardner_, (sons, &c., of Mr. _Brown_, of _Fisher's Island_,) present, applying for pay for the stock lately taken from _Fisher's Island_, &c. It seems the affair is not ripe, &c.; but the matter to be previously settled between him and Mr. _Winthrop_, as to who has a right to receive, &c.; and a Letter written to the Committee at _New London_.

Captain _Mygatt_, of a provision vessel, stopped by Captain _Niles_, agreeable to order, moving for leave to proceed, &c.; but it seems not safe, the enemy so many about, and could not consent to it, &c.

Engineer _Waters_ came in. Moves to have some extra allowance for the Carpenters and Masons, at the works at _New London_, above the amount of their wages.

_Voted_, That the tradesmen, as Carpenters and Masons, who have been employed about the works at _New London_, be allowed nine Pence per day, over and above their wages, for the time they have laboured, or shall labour there, under the direction of the Engineer, &c. — a particular account to be kept of the days; and that one Shilling and six Pence per day, above their wages, be allowed to the Master Mason, Master Carpenter, and Master Blower, who have laboured, or shall labour, as aforesaid. Account to be kept as aforesaid.

Said Mr. _Waters_ laid in his account for his services as Engineer, from _November_ 23 to _July_ 15:

Amount, deducting for absent days, leaves four months thirteen days, at £12, — £53 4 0

Eighteen weeks' board, at 12_s._, — £10 16 0

Allowance for sundry small expenses, — £1 19 3

Total — £65 19 3

_Voted_, That an Order be drawn on the Committee of Lead Mine at _Middletown_, in favour of _Joseph Webb_, of _Wethersfield_, for one thousand weight of Lead, to replace the same quantity sent by the Selectmen of _Wethersfield_, by request, and delivered to Captain _Wadsworth_, of the Army, at _Cambridge_. Order delivered to Mr. _Hosmer_.

On application of _William Law_, for cash towards his bill

Next page

_Proceedings of the Connecticut Council of Safety_, [1776-07-16] [S5-V1-p0379] [Document Details][Complete Volume]

_Produced by Northern Illinois University Libraries._
_Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu)._
_PhiloLogic Software, Copyright © 2001 The University of Chicago._
_PhiloLogic is a registered trademark of The University of Chicago._

American Archives Documents of the American Revolution, 1774-1776

☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆American Archives                                                                        About

*Proceedings of the Connecticut Council of Safety.* [1776-07-16] [S5-V1-p0379] [Document Details][Complete Volume]

Previous page

Page *v1:380*

for building Carriages for the armed Vessels and Galleys, &c.,

*Voted*, That an Order be drawn on the Pay Table, in favour of *William Law*, for the sum of £80, to be accounted for, on his bill for building Ship carriages for cannon on board the Galleys, &c., and the cannon brought by Commodore *Hopkins*.

His Excellency General *Washington* having requested the loan of the Row Galleys belonging to this Colony, to assist in the defence of *New York*, now attacked by the enemy,

*Resolved and Voted*, Row Galleys *Whiting* and *Crane* proceed immediately to *New York*, and there be under the command of his Excellency General *Washington*, until further orders. (Orders sent.)

On application and request of Governour *Franklin*, now residing, on his parole, at *Wallingford*, for liberty to remove to *Middletown*; on consideration,

*Voted and Resolved*, That said Governour *Franklin* be permitted to remove to, and reside at, *Middletown*, until further orders, under the obligation of the same parole he has signed on his being ordered to *Wallingford*.

*Voted and Ordered*, That none of the Prisoners residing at *Hartford* or *Wethersfield* be permitted any longer to go into the Town of *Middletown*, without a special license from his Honour the Governour; and the Committee of Prisoners are to take notice hereof, and see that they be restrained accordingly.

Copy delivered to Mr. *Root*.

The honourable Congress having requested this Colony to furnish our Troops with Tents, Clothing, &c.; on consideration,

*Voted*, A Committee be appointed to purchase and procure all the Tow Cloth and other suitable Cloth or materials for making of Tents, that can be had in the Colony.

Captain *John Deshon* came in. Moves for a supply of Money to enable him to procure further quantities of Provisions, &c., for the Regiment at *New London*, and moves for £2,000. On consideration,

*Voted*, That an Order be drawn on the Treasurer for the sum of £1,500, to be improved for the purpose of procuring Provisions for the support of the soldiers stationed at *New London*, and a quantity of Molasses to be distilled and otherwise used for said soldiers, and said sum be accounted for on settlement of his accounts in said service.

Whereas General *Schuyler* has earnestly requested his Honour the Governour to furnish his Army with a number of felling Axes, not exceeding one thousand, &c.:

Case 1:11-cv-02137-AWI-SKO   Document 90-1   Filed 06/16/14   Page 6 of 24

*Voted*, That an Order be drawn on the Pay Table, in favour of his Honour the Governour, for the sum of £150, to be by him put into the hands of proper persons, to purchase felling Axes for General *Schuyler*, according to his request, to be repaid by said General; and that an Order be also drawn on the Pay Table, in favour of *Titus Hosmer*, Esq., for the same sum of £150, for the same purpose. (The two above sums sent for by Captain *Deshon*.)

On application of the Selectmen of *Lebanon*, that they cannot obtain Firearms sufficient for the Company under Captain *Clark* of said Town,

*Voted*, That they may receive a number, not exceeding fifteen, of the Guns and Bayonets now in the hands of his Honour the Governour, which were fitted up from old barrels received from *Crown Point*. And they were delivered, and receipt taken to the Governour.

Previous page

*Proceedings of the Connecticut Council of Safety.* [1776-07-16] [S5-V1-p0379] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

Case 1:11-cv-02137-AWI-SKO   Document 90-1   Filed 06/16/14   Page 7 of 24

**A**merican **A**rchives Documents of the American Revolution, 1774-1776

☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆**A**merican Archives

About

---

_To Encourage the Manufacture of Fire-Arms and Cannon._ [1776-07-02] [S5-V1-p0308] [Document Details] [Complete Volume]

---

Next page

Page _v1:308_

_Resolve to encourage the manufacture of Firearms and Cannon; passed_ JULY 2, 1776.

Whereas, notwithstanding the encouragement hitherto given by this Government for the manufacturing of Firearms, a sufficient number has not yet been obtained: Therefore,

_Resolved_, That for every effective and substantial Firearm which shall be manufactured in this Colony, with a barrel of three feet and nine inches in length that will carry an ounce ball, a good bayonet with a blade not less than eighteen inches in length, a steel ramrod, with a spring to retain the same, two loops for gun strings, and the maker' s name stamped or engraved on the lock, and which shall be delivered at Boston or _Watertown_, to _Richard Devens_, Esq., Commissary, on or before the 1st day of _January_ next, there shall be allowed and paid out of the publick Treasury to the owner thereof, the sum of £3 12s.: _Provided always_, That the owner of each Firearm which shall be received for

Next page

---

_To Encourage the Manufacture of Fire-Arms and Cannon._ [1776-07-02] [S5-V1-p0308] [Document Details] [Complete Volume]

---

_Produced by Northern Illinois University Libraries._
_Send questions or comments about American Archives to_ Drew E. Vandecreek (drew@niu.edu).
_PhiloLogic Software, Copyright © 2001 The University of Chicago._
_PhiloLogic is a registered trademark of The University of Chicago._

American Archives Documents of the American Revolution, 1774-1776
                                                          About
☆ Find Documents ☆ Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆ American Archives

*To Encourage the Manufacture of Fire-Arms and Cannon.* [1776-07-02] [S5-V1-p0308] [Document Details]
[Complete Volume]

---

Previous page

Page *v1:309*

the Colony, shall prove the same at his own risk, by four inches and a half of powder, a ball, and wads on each, in
presence of the said Commissary or some other person or persons appointed by him for that purpose.

And whereas the casting and manufacturing of Cannon, for the service of this Colony, has become absolutely
necessary:

*Be it therefore further Resolved,* That Dr. *Lewis Sweeting* be a Committee to repair to the Furnaces in *Abington*
and *Providence,* in order to obtain all possible insight and knowledge in this very necessary branch of business,
and make report to this Court as soon as may be.

Previous page

---

*To Encourage the Manufacture of Fire-Arms and Cannon.* [1776-07-02] [S5-V1-p0308] [Document Details]
[Complete Volume]

---

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

**A**merican **A**rchives Documents of the American Revolution, 1774-1776

About
☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆**A**merican Archives

*Letter from Jonathan Beall to Maryland Council of Safety: The people of Prince George's County, particularly the Potomack part of it, are extremely desirous to procure some Powder, as it is apprehended the enemy may come up the river, as far as Alexandria, a pound for every man would be of great service.* [1776-03-15] Beall, Jonathan, [S4-V5-p0229] [Document Details][Complete Volume]

Next page

Page v5:229

JONATHAN BEALL TO MARYLAND COUNCIL OF SAFETY.

Prince George' s County, March 15, 1776.

DEAR SIR: Permit me to trouble you with these lines, on the arrival of gunpowder in *Potomack*, for the publick use, and to inform you of the great desire and expectation of the people that a part of it will be allotted to the use of this County, (particularly the *Potomack* part of it,) where the people much wish to be provided, as well as may be, from the apprehension of an armed force soon proceeding up the river to *Alexandria*, which, you know, lies about opposite to the centre of this County, on the *Potomack* side. We have five companies on this river in the *Piscataway* District, and four or five in that of *Bladensburgh*.

The wisdom of the Council of Safety will direct the quantity, and how to be ordered in the disposition; but I will take leave to submit, whether it may not be thought best to have it lodged under the direction of the Committee of Observation at *Bladensburgh* and *Piscataway*, presuming it will not be thought proper to deliver it into the hands of the people, for obvious reasons. I think there are some of

Next page

*Letter from Jonathan Beall to Maryland Council of Safety: The people of Prince George's County, particularly the Potomack part of it, are extremely desirous to procure some Powder, as it is apprehended the enemy may come up the river, as far as Alexandria, a pound for every man would be of great service.* [1776-03-15] Beall, Jonathan. [S4-V5-p0229] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

American Archives Documents of the American Revolution. 1774-1776
About
☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆American Archives

*Letter from Jonathan Beall to Maryland Council of Safety: The people of Prince George's County, particularly the Potomack part of it, are extremely desirous to procure some Powder, as it is apprehended the enemy may come up the river, as far as Alexandria, a pound for every man would be of great service.* [1776-03-15] Beall, Jonathan. [S4-V5-p0229] [Document Details][Complete Volume]

Previous page

Page v5:230

the Captains on whose undoubted care dependance might be had; but I fear there are some others whose prudence on such occasions may be doubtful. This causes me to think of its being under the direction of the Committee of Observation in each neighbourhood where it is lodged, as the most proper method.

The people had begun to be somewhat dispirited, on account of want of arms and ammunition, especially the latter. There is an obvious change since the arrival of tills powder, (the article most wanted,) from the expectation of their being furnished therewith. This being done, I make no doubt the inhabitants in these parts will prove as spirited as in any part of the Province.

They are on a sudden more active in getting their firearms in order, on this prospect of getting powder. We are busy casting bullets and buckshot, of which I believe we can make out fifteen or sixteen hundred pounds. We are also tolerably well off for gun-flints, the Committee having, last summer, purchased all the lead and flints they could lay their hands on. I am in hopes we can manage to have better than half of our people provided with fire-locks; but several of them can only be used for want of better. I wish we could be happy enough to be better furnished; but we must do the best we can. I know the gentlemen of the Council of Safety, and with a real pleasure can say I have a confidence in them, and that they will do the best in this, as well as every other part of their duty. I freely express these sentiments to the people. Your candour will not think there is any flattery in this declaration — there is really none. But I think it not at all improper to express myself freely, and shall do so more from your last letter. The information you there mention to have received from this County, I think must have a very slight foundation. Should the Council think it convenient to allot a pound of powder per man for the numbers in the several *Potomack* Companies, I believe it would have a great and good effect on the spirits of the people. As the companies on the *Patuxent* lie less exposed, there may not be thought so great an allowance necessary as on *Potomack*, where we must expect any attack on these parts most likely to be.

I would wish to be understood as to my sentiments of the powder being lodged under the direction of the Committees of *Piscataway* and *Bladensburgh*, not to mean jointly; but that a part be lodged with each place, under the direction of those of the Committee of Observation in each neighbourhood, that no obstruction to the use, when required, may take place. But after taking the freedom to trouble you with so much, I submit the whole to the determination of the Council.

Please offer my best compliments to the worthy members of your able Council, and be assured (to you and them) I am, with real esteem, dear sir, your obedient humble servant,

JONATHAN BEALL.

To the Hon. *Daniel of St. Thomas Jenifer*, Esq.

I hope to hear of your recovery from your late lameness. Several gentlemen, deserving attention in this County, have asked my mentioning them to the Council, as desirous of acting as officers in any other regular force that may be raised in this Province, either Continental or Provincial. The names follow, viz:

Case 1:11-cv-02137-AWI-SKO   Document 90-1   Filed 06/16/14   Page 11 of 24

*Luke Marbury, John Addison, Hezekiah Wheeler, Thomas Dent, John Beanes, William Duvall, Walter Cox, John Burgess.* The three first are Captains in the Militia, and hope to have not a town commission. As above, &
Previous page

---

*Letter from Jonathan Beall to Maryland Council of Safety: The people of Prince George's County, particularly the Potomack part of it, are extremely desirous to procure some Powder, as it is apprehended the enemy may come up the river, as far as Alexandria, a pound for every man would be of great service.* [1776-03-15] Beall, Jonathan. [S4-V5-p0229] [Document Details][Complete Volume]

---

Produced by Northern Illinois University Libraries.
Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).
PhiloLogic Software, Copyright © 2001 The University of Chicago.
PhiloLogic is a registered trademark of The University of Chicago.

**A**merican Archives Documents of the American Revolution, 1774-1776

☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆American Archives

*Letter from General Washington to Governour Trumbull.* [1776-02-15] Washington, George. [S4-V4-p1157]
[Document Details][Complete Volume]

---

Previous page                                                    Next page

Page *v4:1157*

### GENERAL WASHINGTON TO GOVERNOUR TRUMBULL.

Cambridge, February 15, 1776.

SIR: Your favour, of the 12th instant, I received, and beg leave to inform you, that I should have most certainly contrived to have spared you some money, for the troops going to *Canada,* pressing as the demands against me were, had I not been advised of a supply sent you by Congress, for that purpose.

I shall be glad to know whether, when I pay the Militia from your Government, I am to give warrants only for the balance, after deducting the three dollars per man, advanced by your Committee of Pay-Table, and whether I am to refund what they paid, after the Militia have served the time they are engaged for. The whole of them are not yet come in, but I imagine it will not be long first.

I am much obliged, and return you my sincere thanks, for ordering the powder from *Providence* to this camp, in this time of necessity, and will most cheerfully pay for it, or replace it, when in my power, as shall be most agreeable to you; and, also, for the arms you are good enough to promise to send me, as they are exceedingly wanted. I wish you could have added a cypher or two to the number.

I had received almost a similar letter from General *Lee,* to the one you have favoured me with, before yours came to hand, and also heard of the arrival of powder, saltpetre, and arms, at *Philadelphia.* My accounts only make the powder fifteen tons. Be that as it may, it is an event of much importance to us, and, I hope, will be soon followed by more.

I am, &c.,

GEORGE WASHINGTON.

To Governour *Trumbull.*

Previous page                                                    Next page

---

*Letter from General Washington to Governour Trumbull. [1776-02-15] Washington, George. [S4-V4-p1157]*
*[Document Details][Complete Volume]*

---

**A**merican Archives  Documents of the American Revolution, 1774-1776
                                                                      About
☆ Find Documents ☆ Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆ **A**merican Archives

*Letter to General Washington. They have not Powder enough for the necessary defence of the Colony.* [1775-09-09] New-York Committee of Safety. [S4-V3-p0887] [Document Details][Complete Volume]

Previous page                                                          Next page

Page *v3:887*

A draught of a Letter to his Excellency General *Washington*, was read and approved of, and is in the words and figures following, to wit:

In Committee of Safety for the Colony of New-York, September 9, 1775.

SIR: In the recess of the Provincial Congress, it is the duty of the Committee of Safety to answer your favour of the 30th ult., to our President. We perfectly agree with you, that the instances of collusion you mention are such instances of avarice, at such a time and in such a cause, as call for a severe scrutiny and exemplary punishment. Be assured, Sir, that we are vigilant for the discovery of such delinquents, and that those who may fall in our way will not escape their just deserts.

The gentleman who informed you of the arrival of a large quantity of powder, and five hundred stands of arms, perhaps did not know, that though they were landed on the east end of *Long-Island*, they were immediately transported to *New-London*, and did not belong to this Colony or any of its inhabitants. We have had, indeed, about thirty-six thousand weight of powder brought in, and before its arrival we had not a barrel in the Colony, except what was most sparingly distributed among the individuals. We deplore the situation of the Army under your command, and were our abilities equal to our wishes we should not fail to contribute to your immediate assistance and supply. We are heartily sorry that your poverty in the necessary article in question prevents you from availing yourself of the advantage of situation you have lately gained. But be assured, Sir, we have not powder **enough** for the necessary defence of this Colony, especially if any disaster should happen to General *Schuyler*, which would render it requisite to give additional strength and security to the northern parts of this Colony, the inhabitants of which, at this juncture, are most sparingly supplied with **arms** and ammunition. We shall immediately forward a copy of your letter to the Continental Congress, and write to them on the subject. The quantity of powder transported from *Long-Island* to *New-London* was eight tons, as we have been informed. Perhaps an application to that Colony might prove successful.

Previous page                                                          Next page

*Letter to General Washington. They have not Powder enough for the necessary defence of the Colony.* [1775-09-09] New-York Committee of Safety. [S4-V3-p0887] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

Case 1:11-cv-02137-AWI-SKO   Document 90-1   Filed 06/16/14   Page 14 of 24

AMERICAN ARCHIVES  Documents of the American Revolution, 1774-1776

☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆American Archives   About

*Letter to General Washington. They have not Powder enough for the necessary defence of the Colony.* [1775-09-09] New-York Committee of Safety. [S4-V3-p0887] [Document Details][Complete Volume]

Previous page

Page *v3:888*

We are, Sir, most respectfully, your most obedient humble servants. By order.

His Excellency General *Washington.*

*Ordered*, That a copy thereof be engrossed, and signed by the Chairman, and transmitted.

A draught of a Letter to the Delegates of this Colony at the Continental Congress was read and approved.

*Ordered*, That a copy thereof be engrossed, and signed by the Chairman *pro tem.*, and, together with a copy of the Letter from General *Washington*, to be transmitte

Previous page

*Letter to General Washington. They have not Powder enough for the necessary defence of the Colony.* [1775-09-09] New-York Committee of Safety. [S4-V3-p0887] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

American Archives Documents of the American Revolution, 1774-1776

☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆American Archives   About

_Letter from Major Livingston to the New-York Congress_, [1775-08-29] Livingston, Henry, Jr., Major. [S4-V3-p0452] [Document Details][Complete Volume]

Previous page                                                    Next page

Page v3:452

MAJOR HENRY LIVINGSTON TO NEW-YORK CONGRESS.

Albany, August 29, 1775.

SIR: I am desired by Colonel Clinton to inform you that he arrived here last _Saturday_, and has now with him six Companies encamped about a mile out of town. That there are guns enough to equip about three Companies. That there are two Companies beside that have arms, but want some repairs. As there are not armourers sufficient at _Ticonderoga_, must wait here till they can be repaired. That there is a great want of officers' tents, there being here only sufficient for two Companies, and one tent for the Lieutenant-Colonel. Of soldiers' tents for our Regiment there is a sufficiency, but no more than barely for our seven Companies. That the soldiers murmur much for want of pay, and are very unwilling to march from here without it. That the medicine chest is not yet arrived, or a Surgeon, and that drums and fifes are wanting. However, three Companies will be equipped with all speed, and sent off immediately.

I am, Sir, your very humble servant,

HENRY LIVINGSTON, JUN.

To Hon. _Peter Van Brugh Livingston_, Es

Previous page                                                    Next page

_Letter from Major Livingston to the New-York Congress_, [1775-08-29] Livingston, Henry, Jr., Major. [S4-V3-p0452] [Document Details][Complete Volume]

Produced by Northern Illinois University Libraries.
Send questions or comments about American Archives to _Drew E. Vandecreek (drew@niu.edu)_.
PhiloLogic Software, Copyright © 2001 The University of Chicago.
PhiloLogic is a registered trademark of The University of Chicago.

**A**merican Archives Documents of the American Revolution, 1774-1776

About:
☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆**A**merican Archives

_Act for Assembling, Equipping, and c. a number of the Inhabitants of this Colony, for the special defence and safety thereof._ [1775-04-26] Connecticut, General Assembly. [S4-V2-p0411] [Document Details][Complete Volume]

Next page

Page *v2:411.*

*An Act for Assembling, Equipping, &c., a number of the Inhabitants of this Colony for the special defence and safety thereof.*

*Be it enacted by the Governour, Council, and Representatives in General Court assembled, and by the authority of the same,* That one-fourth part of the Militia of this Colony be, and it is hereby ordered and directed that they be forthwith enlisted, equipped, accoutred, and assembled for the special defence and safety of this Colony, to be led and conducted as the General Assembly shall order. That the inhabitants enlisted and assembled shall be distributed into Companies, consisting of one hundred men each. That said Companies shall be formed into six Regiments, to be commanded by one Major General, assisted by two Brigadier Generals, each of which General Officers shall take the command of a Regiment as Colonel. That each of said Regiments shall be commanded by one Colonel, a Lieutenant Colonel, and a Major, each of which Field Officers shall likewise command a Company as Captain, and each General Officer shall be, assisted by two Majors to his Regiment. That each of said Companies shall be commanded, by one Captain, two Lieutenants, and an Ensign, who shall all be duly commissioned by his Honour the Governour to execute the office to which they are respectively appointed. That there shall be appointed one Adjutant, one Quartermaster, one Chaplain, one Surgeon, and two Surgeon's Mates to each Regiment. That said inhabitants, shall be enlisted, to continue in the said service during the pleasure of the General Assembly, not exceeding seven months.

*And be it further enacted by the authority aforesaid,* That a premium of Fifty-Two Shillings per man shall be advanced and paid to each non-commissioned Officer and inhabitant upon their enlistment, they supplying themselves with a blanket, knapsack, clothing, &c., to the acceptance of their respective Captains, and that one month's pay shall be advanced and paid to each of said Officers and enlisted inhabitants. And it is further enacted by the authority aforesaid, that the establishment of pay and wages shall be as follows, viz: the pay for their whole services:

| *Per Calendar Month.* | | |
|---|---|---|
| To the Major General, | £20 | 00 *s.* |
| To each Brigadier General, | 17 | 00 |
| To each Colonel, | 15 | 00 |
| To each Lieutenant Colonel, | 12 | 00 |
| To each Major, | 10 | 00 |
| To each Captain, | 6 | 00 |
| To each Lieutenant, | 4 | 00 |
| To each Ensign, | 3 | 00 |
| To each Adjutant, | 5 | 10 |
| To each Quartermaster, | £3 | 00*s.* |
| To each Chaplain, | 6 | 00 |

Case 1:11-cv-02137-AWI-SKO   Document 90-1   Filed 06/16/14   Page 17 of 24

| | | |
|---|---|---|
| To each Surgeon, | 7 | 10 |
| To each Surgeon' s Mate, | 4 | 00 |
| The wages of each Sergeant, | 2 | 08 |
| The wages of each Corporal, | 2 | 04 |
| The wages of each Fifer and Drummer, | 2 | 04 |
| The wages of each Private, | 2 | 00 |

Next page

*Act for Assembling, Equipping, and c. a number of the Inhabitants of this Colony, for the special defence and safety thereof.* [1775-04-26] Connecticut, General Assembly. [S4-V2-p0411] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

American Archives Documents of the American Revolution, 1774-1776

About

☆ Find Documents ☆ Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆ American Archives

*Act for Assembling, Equipping, and c. a number of the Inhabitants of this Colony, for the special defence and safety thereof.* [1775-04-26] Connecticut, General Assembly. [S4-V2-p0411] [Document Details][Complete Volume]

Previous page                                                                Next page

Page *v2:412*

*And be it further enacted by the authority aforesaid,* That each inhabitant so enlisted shall be furnished with good fire-arms; and that the fire-arms belonging to this Colony, wherever they are, shall be collected and put into the hands of such enlisted inhabitants as have not arms of their own; and that each enlisted inhabitant that shall provide arms for himself, well fixed with a good bayonet and cartouch box, shall be paid a premium of Ten Shillings; and in case such arms are lost by inevitable casualty, such inhabitant, providing himself as aforesaid, shall be allowed and paid the just value of such arms and implements so lost, deducting only such sum of Ten Shillings allowed as aforesaid, said premium of Ten Shillings to be paid as soon as such inhabitant shall provide such arms as aforesaid. That when the aforesaid provision fails, **sufficient arms** shall be impressed completely to arm and equip said inhabitants, the said impress to be limited only to the arms belonging to householders, and other persons not on the Militia Roll; and in case any householder or other person shall voluntarily furnish any enlisted inhabitant, not able to procure arms for himself, with a good gun, well fixed with a good bayonet and cartouch box, shall have and receive a premium of Ten Shillings, and in case of loss shall receive the value thereof, deducting the Ten Shillings as aforesaid. And also that every person from whom any gun shall be impressed as aforesaid, shall be paid for the use of such gun the sum of Four Shillings, and in case of loss shall be paid the just value of such gun, deducting the sum of Four Shillings aforesaid; and that a particular account be taken of the arms that may be used, and the same be all appraised by indifferent judges; and that if any enlisted inhabitant, through negligence, shall lose or damage the arms found for him as aforesaid, such loss or damage shall be deducted out of his wages. And it is also further enacted by the authority aforesaid, that three thousand stand of arms be procured as soon as may be, and held in readiness to be used for the special defence and safety of this Colony. And also that the number of five hundred Spades, five hundred Pickaxes, three hundred narrow Axes, and five hundred Tents be procured for the use of this Colony.

Whereas the General Assembly of this Colony have ordered and enacted that one-fourth part of the Militia of said Colony shall be forthwith enlisted, equipped, and assembled for the special defence and safety of said Colony, &c.: For the encouragement of such able bodied and effectual men of said Militia or others as shall voluntarily offer and enlist themselves for said service to the acceptance of the proper Officers, it is resolved by this Assembly, that each enlisted inhabitant or person as aforesaid, shall be entitled to a premium of Fifty-Two Shillings upon their enlistment, they supplying themselves with a blanket, knapsack, clothing, &c., to the acceptance of their respective Captains, and also to one month's advanced pay; Sergeants shall receive Forty-Eight Shillings each; Corporals Forty-Four Shillings each; Drummers and Fifers Forty-Four Shillings each; and each Private Forty Shillings per calendar month during their continuance in said service. That each enlisted inhabitant or person as aforesaid, who shall provide arms for himself, well fixed with a good bayonet and cartouch box, shall be paid a premium of Ten Shillings; and incase such arms are lost by any inevitable providence, such inhabitant so providing himself shall be allowed and paid the just value of such arms and implements so lost, deducting only the sum of Ten Shillings allowed as aforesaid, said premium of Ten Shillings to be paid as soon as such inhabitant shall be so provided as aforesaid. That a particular account shall be taken of all the arms that may be used, and the same shall be all appraised by indifferent judges. That each inhabitant as aforesaid, upon his enlistment, shall be entitled to Six Pence per diem billeting money, until they are otherwise provided for by the Colony.

Previous page                                                                Next page

_Act for Assembling, Equipping, and c. a number of the Inhabitants of this Colony, for the special defence and safety thereof._ [1775-04-26] Connecticut, General Assembly. [S4-V2-p0411] [Document Details][Complete Volume]

_Produced by Northern Illinois University Libraries._
_Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu)._
_PhiloLogic Software, Copyright © 2001 The University of Chicago._
_PhiloLogic is a registered trademark of The University of Chicago._

**A** Аmerican Аrchives Documents of the American Revolution, 1774-1776

☆ Find Documents ☆ Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆ **A** American Archives

*Act for Assembling, Equipping, and c. a number of the Inhabitants of this Colony, for the special defence and safety thereof.* [1775-04-26] Connecticut, General Assembly. [S4-V2-p0411] [Document Details][Complete Volume]

Previous page

Page *v2:413*

*Resolved by this Assembly,* That the non-commissioned and other inhabitants now to be enlisted for the special defence and safety of this Colony, shall be allowed Six Pence a day, for billeting, from the time of their enlistment until supplied from the Colony stores.

*Resolved,* That the three thousand stand of Arms to be procured for the use of this Colony be of the following dimensions, to wit: the length of the barrel three feet ten inches, the diameter of the bore from inside to inside three quarters of an inch, the length of the blade of the bayonet fourteen inches, the length of the socket four inches and one-quarter; that the barrel be of a suitable thickness, with iron ramrod, and a spring in the lowest loop to secure the ramrod; a good substantial lock, and a good stock well mounted with brass, marked with the name (initial letters) of the maker' s name. And

*Resolved,* That all the Arms that shall be made and completed according to the above regulations in this Colony by the first day of *July* next, shall be purchased and taken up by this Colony at a reasonable pric

Previous page

*Act for Assembling, Equipping, and c. a number of the Inhabitants of this Colony, for the special defence and safety thereof.* [1775-04-26] Connecticut, General Assembly. [S4-V2-p0411] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

Ⓐmerican Archives Documents of the American Revolution, 1774-1776
                                                                                          About
☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆Ⓐmerican Archives

_Petition from the Delegates of the several Towns in the Counties of Hampshire and Berkshire._ [1775-02-10]
Massachusetts, Provincial Congress. [S4-V1-p1335] [Document Details][Complete Volume]

Previous page                                                                           Next page

Page v1:1336

_To the Honourable House of Delegates for the Province of the_ MASSACHUSETTS BAY, _in_ NEW ENGLAND,
_in Provincial Congress assembled, at_ CAMBRIDGE, _in the County of_ MIDDLESEX, _on_ WEDNESDAY, _the 1st
day of_ FEBRUARY, 1775:

The subscribers, Delegates from the several Towns and Districts in the Counties of _Hampshire_ and _Berkshire_, in
the Province aforesaid, in behalf of their constituents, the inhabitants of the said Counties, most humbly shew:
That the inhabitants of the said two Counties are very generally determined strictly to keep, perform, and abide by
the Association and recommendations of the late Honourable Continental Congress; and also, to the uttermost of
their power, to conform and execute the recommendations and directions of the late Congress of this Province,
more especially such of them as refer to the payments to _Henry Gardner_, Esquire, of the publick moneys
heretofore granted by the General Court, yet outstanding, and for the organizing and equipping, accoutring, and
disciplining the Militia in general, and the Minute-men in particular, and also respecting the procuring full
supplies of the Town stocks of Ammunition, according to law; but, upon a careful view and examination of the
Arms of the inhabitants of the said Counties, already had by the Military Officers lately chosen there by the
people, it appears that, although able-bodied, effective, and well-disposed men generally equip, and furnished
with good fire-arm, have already freely offered themselves to fill up and complete their full proportion of Minute-
men, as recommended by the Provincial Congress, in the County of _Berkshire_, and in the greatest part of the
Towns in _Hampshire_, and all the other Towns in said County of _Hampshire_ are proceeding to fill them up.
Nevertheless, there are not to be found in the said County good effective fire-arms, fully sufficient to equip all
the men there able to bear arms, and to act in defence of their country; and as the enemies of these Colonies
frequently throw out that Administration have conceived a bloody plan of mustering great numbers of _French
Canadians_, and remote tribes of Savages, and to bring them against this Province, in order to effect their system
of despotism and tyranny over the inhabitants of these Colonies; and as the inhabitants of the said Counties
apprehend it highly probable that the first attacks that will be made on the people of this Province by the said
_Canadians_ and _Indians_, if any such should happen, will fall upon them:

The inhabitants of _Berkshire_ and _Hampshire_ are therefore humbly of the opinion, that it is absolutely necessary
that every man in both the said Counties, able to bear arms, should be furnished with a good effective fire-lock;
and, as there are several such men in both the said Counties utterly unable to furnish themselves with such arms,
and as many such able-bodied men there are settled upon lands which are not incorporated into Towns or
Districts; and therefore such arms cannot be procured for them, in such manner as prescribed for the procuring of
arms for the poor inhabitants which belong to any Town or District, by the Laws of this Province, your
Petitioners, therefore, humbly supplicate that this Congress would take some order which shall be effectual, for
the procuring such a number of fire-arms, at the expense of the Province, and bestow them upon such poor
inhabitants, that there may not be so much as one able-bodied man in either of the said two Counties who shall
not be equipped with a good effective fire-arm. All which is most humbly submitted, and your Petitioners, as they
ought, shall every pray.

Signed by SETH POMEROY, _and nineteen others._

_Ordered_, That the same be committed to the Committee on the State of the Province, and that the Committee
make the Petition publick if they think proper.

Adjourned till to-morrow morning, nine o' cloc

Previous page                                                    Next page

_Petition from the Delegates of the several Towns in the Counties of Hampshire and Berkshire_, [1775-02-10]
Massachusetts, Provincial Congress, [S4-V1-p1335] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

 American Archives Documents of the American Revolution, 1774-1776

☆Find Documents ☆Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation  ☆American Archives

About

*Letter from Philadelphia to a Member of the British Parliament. A Manufactory of Gun-powder begun in Pennsylvania, where there are Gunsmiths enough to make one hundred thousand Stand of Arms in a year.* [1774-12-24] Anonymous. [S4-V1-p1066] [Document Details][Complete Volume]

Previous page                                                                          Next page

Page *vl:1066*

## EXTRACT OF A LETTER FROM A GENTLEMAN OF PHILADELPHIA, TO A MEMBER OF THE BRITISH PARLIAMENT, DATED DECEMBER 24, 1774.

The late Proclamation forbidding the exportation of Gun powder and Fire-arms to *America* seemed intended to take away from the Colonies the power of defending themselves by force. I think it my duty to inform you that the said Proclamation will be rendered ineffectual by a manufactory of Gunpowder, which has lately been set on foot in this Province, the materials of which may be procured in great perfection, and at an easier rate than they can be imported from *Great Britain*, among ourselves. There are, moreover, Gunsmiths enough in this Province to make one hundred thousand stand of Arms in one year, at twenty-eight Shillings sterling a piece, if they should be wanted. It may not be amiss to make this intelligence as publick as possible, that our rulers may see the impossibility of enforcing the late Acts of Parliament by Arms, Such is the wonderful martial spirit which is enkindled among us, that we begin to think the whole force of *Great Britain* could not subdue us. We trust no less to the natural advantages of our country than to our numbers and military preparations, in the confidence and security of which we boast. The four *New England* Colonies, together with *Virginia* and *Maryland*, are completely armed and disciplined, the Province of *Pennsylvania* will follow their example; in a few weeks our Militia will amount to no less than sixty thousand men.

Nothing but a total repeal of the Acts of Parliament of which we complain can prevent a civil war in *America*. Our opposition has now risen to desperation. It would be as easy to allay a storm in the ocean by a single word, as to subdue the free spirit of the *Americans* without a total redress of their grievances. May a spirit of wisdom descend at last upon our Ministry, and rescue the *British* Empire from destruction. We tremble at the thoughts of a seperation from *Great Britain.* All our glory and happiness have been derived from you, but we are in danger of being shipwrecked upon your rocks. To avoid these, we are willing to be tossed, without a compass or guide, for a while upon an ocean of blood.

Wishing you success in your disinterested labours to promote the happiness of this country, I am, sir, with much esteem for your firmness, your most obedient servant.

Previous page                                                                          Next page

*Letter from Philadelphia to a Member of the British Parliament. A Manufactory of Gun-powder begun in Pennsylvania, where there are Gunsmiths enough to make one hundred thousand Stand of Arms in a year.* [1774-12-24] Anonymous. [S4-V1-p1066] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*

American Archives Documents of the American Revolution, 1774-1776

About:
☆ Find Documents ☆ Search in Documents ☆ Browse ☆ Themes ☆ Detailed Description ☆ User Documentation ☆ American Archives

*Letter from John Montgomery, Carlisle, to Governour Penn. People in Westmoreland County in great confusion in want of Arms and Ammunition unless speedily furnished they must leave the Country.* [1774-06-03]
Montgomery, John. [S4-V1-p0463] [Document Details][Complete Volume]

Previous page                                                                      Next page

Page *v1:463*

JOHN MONTGOMERY TO GOVERNOUR PENN.

Carlisle, June 3, 1774.

HONOURABLE SIR: I am just returned from the back country. I was up at the place where Courts, are held for *Westmoreland* County; I found the people there in great confusion and distress; many families returning to this side the mountains, others are about building of forts in order to make a stand, but they are in great want of ammunition and arms, and cannot get a **sufficient** supply in these parts. I wish some method would be taken to send a supply from *Philadelphia;* and unless they are speedily furnished with arms and ammunition they will be obliged to desert the country. There is a fine appearance of crops over the mountains, and could the people be protected in saving them, it would be of considerable advantage, in case we should be involved in an *Indian* war, and obliged to raise troops, to be able to support them with provisions in that country. Captain *St. Clair* has wrote your Honour a full state of affairs in the back country, whose letter I send by express from this place.

I am, honourable sir, your Honour' s most obedient humble servant,

JOHN MONTGOMERY.

To the Hon. *John Penn*, Esq., Governour and Commander-in-chief of the Province of *Pennsylvania.*

Previous page                                                                      Next page

*Letter from John Montgomery, Carlisle, to Governour Penn. People in Westmoreland County in great confusion in want of Arms and Ammunition unless speedily furnished they must leave the Country.* [1774-06-03]
Montgomery, John. [S4-V1-p0463] [Document Details][Complete Volume]

*Produced by Northern Illinois University Libraries.*
*Send questions or comments about American Archives to Drew E. Vandecreek (drew@niu.edu).*
*PhiloLogic Software, Copyright © 2001 The University of Chicago.*
*PhiloLogic is a registered trademark of The University of Chicago.*