# EXHIBIT B

# THE

# PENNSYLVANIA

# ᵔKENTUCKY

# RIFLE



## by HENRY J. KAUFFMAN

# The Pennsylvania - Kentucky Rifle

# THE

# PENNSYLVANIA

# KENTUCKY

# RIFLE

### by HENRY J. KAUFFMAN

CALIF. ATTY. GENL
LIBRARY

APR 2 5 2014

LOS ANGELES

TS
535
K16

Kauffman, Henry J.
The Pennsylvania-Kentucky rifle

LIBRARY
ATT'Y GEN'L
LOS ANGELES

Copyright MCMLX
by
HENRY J. KAUFFMAN

*All Rights Reserved*

Library of Congress Catalog Card Number 59-14376



*Published 2005 by*
Masthof Press
*219 Mill Road*
*Morgantown, PA 19543*



*Joe Kindig, Jr.*

PLATE 12

Rifle with flint lock, full stock of maple, brass mountings, octagonal barrel 45 inches long with J. Graeff engraved on the top facet of the barrel.

This rifle is unquestionably one of the first ones made in Lancaster County with a four-piece brass patch box. Some of the first patch boxes were plain, but this one has a few lines engraved on it suggesting the standard Lancaster pattern which appears on rifles made at the end of the eighteenth century.

The final step in the evolution of the patch box came when a gunsmith separated the scalloped edge, which certainly must have ripped some coats or shirt sleeves, and fastened these edges permanently to the gun. The lid again became a long rectangular strip of brass, hinged to a finial, which was fastened to the stock with the three screws. This general pattern of a patch box was used until the small round or elliptical one replaced it in the middle of the nineteenth century. Although a chronological development is implied in this discussion, it must be understood that all of these patterns probably did not develop as precisely as suggested.

The guns of the transition period are interesting and important to collectors and historians, but few collections are known to the author having more than a few examples of these early guns. This situation arises from the fact that the guns are often difficult to identify as Pennsylvania products, and they lack the glamor of later guns. Some advanced collectors have a few transition guns to compare with their guns made in the second period of production, which Joe Kindig, Jr., prefers to call the "Golden Era of Gun Making in Pennsylvania." Although attractive and accurate guns were made before and after this period, the author concurs with Mr. Kindig in his belief that between 1775 and 1830 the gunsmiths of Pennsylvania reached the apex of their craft. This was the period when long slender guns were made with beautiful maple stocks, carved with the skill of the finest woodcarvers, and ornamented with brass mountings engraved in the finest traditions of the engraver's art in Pennsylvania. The reader's attention, however, should be focused on the fact that this superior product did not come into full bloom precisely in 1775 nor did it completely fade when the first gun of the percussion era was made.

It is an easily recognized fact that the urgencies of war create a strong demand for arms, and the impact of the American Revolution on production in Pennsylvania probably followed a typical pattern. All the gunsmiths were engaged in producing arms for the soldiers, which suggests the output of arms increased, but the quality of arms deteriorated. The acquiring of thousands of muskets from France probably reduced the demand for local products, but the necessity for repair work and replacement certainly continued. The demands on Pennsylvania gunsmiths must

*The Rifle In Pennsylvania*

Because a gun was built around the barrel, it seems reasonable to describe first the barrels of the Pennsylvania flintlock rifles of the Golden age. The barrel was usually octagonal throughout, although some makers used the older pattern of octagon-to-round. The octagonal pattern was heavy at the breech and tapered slowly toward the muzzle, where it sometimes flared a bit to make the pattern more attractive than a uniform tapering pattern would have been. Many makers engraved their names in script letters on the top facet of the barrel, and research has proved that their engraved signatures on the barrel often closely resemble their written signatures. A few men like J. Haeffer of Lancaster engraved their names in block letters. A few makers like Jacob Sell signed their full names; many, like P. Gonter, used one initial and their last name; and in very rare cases, for example, used their first two initials and their last name like J. P. Beck. The appearance of two names, like Dickert and Gill, is rarely found. On the top facet of some barrels is stamped an Indian head or crossed tomahawks, which are thought to be proof marks. On the side facets of some barrels the barrel maker stamped his name or initials, leaving the top facet on which the gunsmith could place his name. The barrels range in length from forty to forty-eight inches, although any longer than forty-four must be considered rare. The front and rear sights were attached by slipping them into a slot shaped like a dovetail on the top facet of the barrel.

The lugs on the bottom of the barrel have either round holes or rectangular slots through which pins or strips of metal pass to hold the barrel to the stock. It is doubtful if any barrels of the flintlock period were originally equipped with patent breeches, but they were often added to flint gun barrels when the guns were changed to percussion ignition. The width over the flats of the barrels is about 1 to 1⅛ inches at the breech and ⅞ to 1 inch at the muzzle, although larger and smaller exceptions can doubtless be found. Only a few guns of the flintlock period retain their original bores, which are rarely less than 35 or over 60 caliber. The number of grooves varies with each maker; but six to eight are most common, with one twist in forty inches. The barrels were finished by several applications of a liquid that accelerates rusting, which was arrested by a final application of oil.

As has been pointed out, some of the earliest Pennsylvania rifles were stocked in walnut wood, others have stocks of plain maple, and a few were stocked in curly maple. By the end of the eighteenth century the gunsmiths were using curly maple for most of their fine guns. The contrasting values of the light and dark veins in the wood added interest to the stock, and after years of use the deep red-brown color



*Wilson Collection*

PLATE 16

The engraved signature of C. Gumpf on the top facet of a rifle barrel shows the style used late in the eighteenth and early nineteenth centuries. Some of them can be easily read while others cannot be read even with the assistance of a magnifying glass. This one is in about average condition.

*The Rifle In Pennsylvania*                                                    25

firing pin was struck by the hammer, sparks were forced into the barrel and the gun quickly discharged. After some skirmishes with the British Ordnance Office, Forsyth turned to manufacturing guns. He hired James Purdy to make the guns while he supervised, and from the time of his patent in 1807 until 1819, Forsyth refined and improved his system of ignition. It was an "uphill" fight, for many die-hards stuck to their flintlock guns. The invention of the copper cap and its subsequent standardization sealed the fate of the flintlock; and by the 1830's, Pennsylvania gunsmiths were busy converting guns to percussion ignition and making new ones equipped with this useful mechanism.

The Forsyth invention had an extremely important influence on arms performance and design, but it was only one of the factors which changed the appearance and improved the performance of rifles after the 1830's in Pennsylvania. The invention of faster burning gunpowder at about the same time also had a tremendous influence. The long barrels of the earlier guns were not only attractive but were needed for the slow burning powder to spend its force before the bullet left the muzzle. When faster burning powder became available, the barrels became shorter; and, although no efficiency was sacrificed, the shorter barrels are less attractive to most collectors than the longer ones.

Finally, the adoption of mass production methods for producing guns and gun parts had a two-fold effect on rifle production in Pennsylvania. It thinned the ranks of individual gunsmiths, for establishments like the Henry factory at Boulton, and the Leman Rifle Works in Lancaster might easily have forced twenty-five to fifty gunsmiths out of business or into the factories to become employees of manufacturers like Henry and Leman. These two factories were joined later by the Enterprise Gun Works at Pittsburgh; so that, after the Civil War, only a sprinkling of gunsmiths were engaged at the trade.

The second effect of mass production was the uniformity in the quality of the rifles made at the time. Although Henry Leman did make a few presentation pieces, as did some of the other men like Fordney and Drepperd, the bulk of the factory output lacked the originality of the earlier individual makers. Finally, the produc-



*Vincent Nolt*

PLATE 23

Rifle with percussion lock, half stock of maple, brass mountings, and octagonal barrel marked H. Leman, Lancaster, Pa.

This is an early half-stock made by Leman in his factory at Lancaster, Pennsylvania. This rifle is identical to earlier rifles with a full stock, except for the shortened stock and the rib under the barrel.

professional. Some of these guns are stocked in walnut; but fruit wood and maple are also used, which suggests an American origin. Some have small wrists and high combs like an English Brown Bess, but lack other characteristics of that famous arm. The hardware is usually brass throughout and closely resembles what is found on eighteenth century Pennsylvania fowling pieces. It appears that this gun was made to kill either men or game, and it probably did either very successfully.

The picture of musket-making in Pennsylvania in the eighteenth century is quite nebulous, but because of ordnance records and better survival of arms, the nineteenth century can be discussed with more certainty.

Every schoolboy knows about the problems the Committees of Safety encountered in their attempts to have arms manufactured in America throughout the Revolution. Some correspondence between the Committees and the gunsmiths has been preserved; but few, if any, guns have been found that can be attributed to the men named in the correspondence. A typical example of this situation is found in a letter written to Joel Ferree, who is recorded as a gunsmith in Lancaster County as early as 1758:

> Resolved that a messenger be sent to Joel Ferree of Lancaster County with a letter from the Committee requesting him immediately to complete the Guns wrote for as patterns, and to know how many he can furnish of the same kind and at what price.
> *Minutes of the Provincial Council of Pennsylvania, 1852 Vol. X, page 290.*

Fortunately, the author knows of two muskets which were made in Pennsylvania in the eighteenth century. One of these guns is on display at the location of the Lancaster County Historical Society. The lock of this gun is signed by Wm. Henry, who was armourer to Braddock on his ill-fated expedition to Western Pennsylvania, and was a gunsmith in Lancaster. Stylistically, it is a copy, or closely related, to the British Brown Bess of the period. It has a round barrel, a walnut stock, a long tapering wrist and a high comb. It is difficult to name a specific date when this gun was made, but there seems to be complete agreement among in-



*Lloyd Nolt*

PLATE 82

This gun was probably made in the late eighteenth century to be used as a musket or a fowling piece. The wrist is small and long and is obviously styled from a Brown Bess, however the stock of curly maple suggests production in Pennsylvania in the late eighteenth century.

The indentures of the eighteenth and nineteenth centuries obviously required that the master teach his apprentice the "Art and Mystery of his Trade." The first responsibilities of the youth were necessarily simple ones, such as cleaning the shop, sharpening tools, starting the forge fire, pumping the bellows, or polishing gun parts. These simple tasks bored many of the apprentices, particularly if the master kept him at chores that were characterized by their drudgery rather than by importance in learning the trade. Some of the youths ran away from their masters, as one did from Christian Klein, a gunsmith working in Lancaster, Pennsylvania, in 1795.

### EIGHT DOLLARS REWARD

Ran away the 15th instant, from the subscriber living in Lancaster, indentured servant lad named John McCan.—is about 19 years of age, 5 feet, 6 or 7 inches tall, of a dark complexion, and has a long nose. He speaks both English and German, but English best: and is by trade a gunsmith. He had on when he went away a good hat, a light coloured cassimer coatie, and a nankin waistcoat and breeches.

Whoever apprehends the said Runaway so that the Master may get him, shall receive the above reward and reasonable charges if brought home, from

Christian Klein, Gunsmith

*Lancaster Journal,* September 16, 1795.

Although newspapers of the eighteenth century contain many advertisements for run-away apprentices, one must presume that in most cases a satisfactory arrangement existed between the master and his apprentice and that he "Faithfully his master served." As the apprentice gained more knowledge and skill in his work, he was given more difficult operations to perform until he was competent in all the exacting demands of his chosen trade. Some of the most important techniques will be fully explained in the second part of this discussion.

In spite of many intangible compensations to the youth while learning his trade, in the eighteenth century many a young man looked forward to the end when he would receive an important gift from his master. Because the youth had little opportunity, if any, to acquire money to start him on his way when he became a journeyman, it was customary for the master to give him a "set of tools and a suit of clothes" at the end of his training period. The importance of both of these items to a young craftsman is so obvious that the subject need not be discussed more fully.

One can presume that the set of tools included only the hand tools which a gunsmith could carry from shop to shop, as a machinist carries his tools from factory to factory today. It is interesting, however, to examine the complete list of tools found in the shop of Matthius Roessor after his death in 1771. It should be pointed out that the forge is not mentioned because it was actually a part of the real estate and was sold to the person who bought the house and shop. The set of tools which the apprentice received probably included many of the hand tools found in the following list.

| | |
|---|---|
| 2 bellows | stocking tools |
| rifling engine | drill stock |
| old stocks of wood | tumbler tool |
| one anvil | 2 pairs old shears |
| one beck iron | boaring mill |
| 5 prs. tongs | boaring rods |
| a polishing leath | 2 pairs nippers |
| wheel bearing bits and floats | 1 compass saw |
| forging tools | 1 square |
| barrel anvil | 3 saw plates |
| one vise | 6 double trickers |
| 6 vises | 20 cherrys |
| 2 small hacks | 1 pair bullet molds |
| 2 saw frames | 2 spring hooks |
| 12 smooth files | 2 picks to casting tools and sand |
| 2 vise claps & 3 Wedges | 1 grindstone and frame spelter and |
| 2 rasps | block tin division plate |
| 8 bench hammers | punches and reemers |
| 1 ax and hatchet | barrel gauge |
| 2 saw frames | old iron |
| 12 large screw plates and britchen tools | 1 half-finished gun |
| 1 small screw plate | 1 new gun lock |
| 6 pairs plyers | 1 smooth rifle |
| 7 pairs compasses | 1 powder proff |
| 1 pair large stillyards | needsfoot oil |
| 2 draw knives | 2 soddern irons |
| 4 ramer bits | 9 planes |
| 4 old guns | half finished pistols and barrels |
| 1 saw | |

Despite the fact that some Pennsylvania gunsmiths were born in Germany and that certainly many of them were of German descent, there is no record of their following the German custom of making a "meisterstuck," or masterpiece, at the conclusion of their training period as was done in Germany. It is possible, however, that some of the fine and unique guns are a result of such a practice here. An interesting account of the procedure was written by William Howitt, after he returned from Germany, in his book *The Rural Life of Germany*, which was published in Philadelphia by Carey and Hart in 1843.

> The apprentice on the expiration of his term, must then proceed with a certificate from his guild, on his Wanderschaft, or journey, for three or more years to perfect himself. His years of learning were called Lehrjare, or learning years; those of his travel were his Wanderjare, or wandering years. On his return, he must, if he wished to become a master, make a chef d'oeuvre, which must be submitted to the masters of the guild, and only on their approval of it could he receive his freedom, and right to exercise his calling in a free city.

Some isolated, though interesting, facets of the apprentice and his training have been found which might logically be included here because of their intimate relationship with the production of the Pennsylvania rifle. It is obvious to any person interested in the subject that the court records of the master-apprentice agreements should have survived and be available for study. Unfortunately, the author has been

HAWKEN, HENRY
    Hempfield Township, Westmoreland County, Pennsylvania. Tax lists 1804, 1807, 1809, 1814.

HEASLEY, JOSEPH
    Hempfield Township, Westmoreland County, Pennsylvania. Tax lists 1815, 1816, 1817.

HECKERT, PHILIP
    Philip Heckert was one of the early gunsmiths in York, Pennsylvania. He is listed as such a craftsman in the tax lists of 1779, 1783, and 1799. He died in 1812; and an inventory of his estate, which follows, was filed in the York County Court House on December 12, 1812. This inventory is interesting because it contains a number of bick irons which were used in the forging and welding of gun barrels. Of interest also is the use of the word scelp, the name used for the flat iron blank from which a barrel was forged. Although this word was frequently used in Europe, it is rarely found in the literature relating to gun making in America.

| | |
|---|---:|
| 1 anvil | $22.00 |
| 1 bick iron | 1.50 |
| Lot mandrels | |
| Smith tongs and sundries | 2.00 |
| Hammers | 3.00 |
| Vise and sundry smith tools | 6.00 |
| Lot of old iron punches | 6.00 |
| 8 welded rifle barrels | 8.00 |
| 3 iron grates | 6.00 |
| Lot of gunsmith tools | 2.00 |
| Lot of gunsmith tools | 5.00 |
| Lot of files, chisels, engravers, sundries | 2.50 |
| Lot of gun stocks | 13.00 |
| 2 screw plates | 3.00 |
| Gun scelps | 8.00 |
| Lot of gun scelps partly welded | 8.00 |

HEED (HEAD), ABRAHAM
    Plumstead Township, Bucks County, Pennsylvania. Tax lists 1796-1805.

HEHN, PETER
    Maxatawny Township, Berks County, Pennsylvania. Tax list 1805.

HENKELS, DANIEL (Gunsmith and Sword Maker)
    261 St. John Street, Philadelphia, Pennsylvania. 1814.

HENNINGER, DANIEL
    Augusta Township, Northumberland County, Pennsylvania. Tax list 1841.

HENNINGER, JOHN
    Augusta Township, Northumberland County, Pennsylvania. Tax list 1841.

*Biographies*

MIERS, JACOB
    Somerset, Pennsylvania. b. 1793. d. 1873. Tax lists 1822, 1825, 1832, 1837, 1844, 1849, 1850, 1851, 1852, 1853, 1861, 1867.

MIERS, JOHN
    Somerset, Pennsylvania. b. 1829. d. June 14, 1909.

MEIR, SAMUEL
    Elk Lick Township, Somerset County, Pennsylvania. Tax list 1852, 1859, 1861.
    Somerset Borough, Somerset County, Pennsylvania. Tax list 1853.
    Salisbury Borough, Somerset County, Pennsylvania. Tax list 1863, 1867, 1872.

MIERS, WILLIAM B.
    Somerset, Pennsylvania. b. 1829. d. June 14, 1909.

MILES, JOHN
    Gun and Pistol Manufactory, No. 500 North Second Street, . . . . . . . . . . . . . . . . .
    Where Merchants, Captains of vessels, and others may be supplied with all sorts of small arms, on the lowest terms and shortest notice.
    Also, Organ Guns on a new construction, with three to twelve barrels each, being simple and quick to load, and of utility, surpassing anything of the kind ever made—Specimens of which may be seen as the above manufactory.
                                         John Miles.

    *Pennsylvania Packet (Claypoole's American Daily Advertiser)* no. 5945. April 26, 1798.

MILLER, DAVID
    George Township, Fayette County, Pennsylvania. Tax lists 1802, 1803, 1804, 1805, 1806, 1808, 1810.



*John Fonderwhite*

PLATE 249
    Rifle with flint lock, full stock of curly maple, brass mountings, octagonal barrel with G. Miller engraved in script letters on the top facet.
    The finial of the patch box in the shape of a snake's head is the most outstanding quality of this rifle. Another Lancaster maker named Holtzworth used a patch box that was similar to this one. The products of G. Miller are very rare.

It is evident that John Moll was an established gunsmith before the Revolution. On June 8, 1778, Allentown had only three hundred and fifty inhabitants, most of whom took the oath of allegiance. John Moll was among those who took the following oath:

> "I do swear and affirm that I will renounce and refuse all allegiance to George the Third, King of Great Britain, his heirs and successors; and that I will be faithful and bear true allegiance to the Commonwealth of Pennsylvania, as a free and independent state, and that I will not at any time do or cause to be done any matter or thing that will be prejudicial or injurious to the freedom and independence thereof as declared by Congress; and also that I will discover and make known to some Justice of the Peace of said State all treason or traitorous conspiracies which I now know or hereafter shall know to be formed against this or any of the United States of America."

Moll further committed himself to the welfare of his country by becoming a member of the Northampton County Militia; he was never called to duty, however, because his services were utilized in the gun repair shops that were established in Allentown. From October 15, 1777, to December 4, 1777, the factory received the following to repair: 7 pistols, 810 muskets, 847 bayonets, 360 scabbards, 36 rifles, and 25 gun barrels. In the period between October 15, 1777, and June, 1779, the following arms were shipped out from the Allentown shop: 7 pistols, 2 blunderbusses, 2961 muskets, and barrels, 2522 bayonets, 685 scabbards, 83 rifles and 5 carbines.

After the Revolution John Moll apparently prospered; and at his death in 1794, in addition to a stock of tools and the property in Allentown, he left quite a bit of property in South Whitehall and Heidelberg Townships. The intestate inventory of his tools follows:

| | |
|---|---|
| 100 rifle stocks. | 1 hand vize. |
| 18 riffle locks. | 32 different chisels and gouges. |
| 1 new riffle. | 8 moule augers. |
| 1 smooth riffle. | 5 different planes. |
| 1 riffle barrel and stock. | 13 cut files. |
| 1 new riffle. | 3 hammers. |
| 1 smith bellows. | 2 pinchers and 1 plyer. |
| 1 anvil. | 1 polish steel plyer. |
| 1 anvil. | 1 breech pin iron. |
| 1 large smith hammer. | 1 brace and Bitts. |
| 7 smith hammers. | 2 saws. |
| 3 smith tongs. | 2 dressing knives. |
| 2 setts riffle. | 1 grindstone. |
| 3 iron augers. | 1 scale and weights. |
| 13 riffle augers. | 5 tt Old brass. |
| 2 screw plates and pins. | 5 tt Sheet brass. |
| 1 bench vize. | 4 rifle augers. |
| 1 bench vize. | 25 files and rasps. |

Also one rifle which was forgot in the inventory.

Cannon Cartridges ready made to every bore.
Gun Aprons.
Cannon and Musket Cartridge Boxes.
Tompions and port Taugles.
Patent covering for Spunges of all sizes.
Musket and cannon Cartridge Paper.
Musket and cannon Powder and Flints.
Magazine, Side, and other Lanthorns.
Boarding Pikes and Cutlasses.
Musket and Pistol Ball and Cartridges with buck shot either empty or filled.
Round, Grape, Cannister, Bar Shot, and Langride, either loose or quilted.
Sky Rockets for Signals, and Fire Arrows.
Hand-cuffs and Leg Shackles.
Port-fire, slow fire and quick match.
Drums, fifes, Powder Cannisters, &c &c.
Signal and other Colours, for shipping of every denomination.

Any Commanders of Vessels, or otherwise, by calling at the above Manufactory, may be furnished with a stated list of the prices of the above military stores, and furnished with any quantity at a few days' notice, as completely as if they themselves were present.

Lead, or Military Stores of any kind, bought at the above Store.

Cannon may be proved for any Merchant, master of vessel, & etc., at a few days' notice, by applying as above.

The proprietors forbear to comment in any way on the utility of the Spunge manufactured by them, as the long and undeniable encouragement it has had from the Board of Admiralty in London, and the generous approbation and encouragement it has met with from the separate Departments of the War and Navy Office in this City, and of armed vessels, induces them to hope for liberal support in their present undertaking.

*Federal (Philadelphia) Gazette,* no. 3060, August 4, 1798.

NAILER, JAMES
Hempfield Township, Westmoreland County, Pennsylvania. Tax lists 1811, 1812.

NAUMAN, JACOB
Lancaster, Pennsylvania. Tax lists 1800, 1807, 1812, 1813, 1816, 1822.
Nauman is listed as a freeman in the tax assessment lists of 1800, 1807, and 1812, although the assessor wrote married after the 1812 entry. He probably worked most of his life for other gunsmiths, for no guns bearing his name are known in the Lancaster area.

NEEPER, JOHN
Lemoyne Township, Cumberland County, Pennsylvania. Census list 1800.

NEIHARD, PETER
Whitehall Township, Lehigh County, Pennsylvania. Tax list 1786. *Pennsylvania Archives,* 3d series, Vol. 21.

*Biographies*                                                              323

PRICE, JOSEPH
      498 North Second Street, Philadelphia, Pennsylvania. *New Trade Directory of Philadelphia,* 1800.

PRINGLE, JOHN
      Cambria Township, Cambria County, Pennsylvania. Tax list 1838.

PROCTOR, WILLIAM
      German Township, Fayette County, Pennsylvania. Tax lists 1815, 1816.
      Menallen Township, Fayette County, Pennsylvania. Tax lists 1816, 1817, 1818, 1819.

QUICK, J. M.
      Laxawaxen, Pike County, Pennsylvania. 1861.

QUINN, KENNEDY
      420 Lynd, Philadelphia, Pennsylvania. 1861.

RAAF, JACOB
      Halifax, Dauphin County, Pennsylvania. Tax list 1820.

RANDALL, JOSEPH C.
      Philadelphia, Pennsylvania. 1861.

RANDOLPH, BENJAMIN
      Holster Pistols, Carbines, and Swords, for the lighthorse, are wanted immediately. Inquire of Benjamin Randolph, in Chestnut street. *Pennsylvania Evening Post (Philadelphia)* no. 347, May 3, 1777.
      (Same as above with who has a quantity of Sheet Iron for sale.) *Pennsylvania Evening Post (Philadelphia)* no. 348, May 6, 1777.

RANEY, STEPHEN
      Barre Township, Huntington County, Pennsylvania. 1809, 1813, 1815.

RAKER, CHARLES
      Bedford County, Pennsylvania. Tax list 1849.

RATE, JACOB
      White Deer, Lycoming County, Pennsylvania. 1861.

RATHFON, GEORGE
      Conestoga Township, Lancaster, Pennsylvania. Tax list 1780.

RATHVON,
      Although only a few Rathvon guns are known in the Lancaster area, the gunsmithing activities of Rathvon are interesting because he apparently was a failure as a gunsmith, and because the reasons for his failure are preserved in an unpublished biography by his son, Simmon Snyder Rathvon. Attention should be focused on the fact that because the man was working in an obscure river town in Lancaster County, most of his business would be in cheap guns or in repairs made quickly while a trader waited. If a man wanted a fine gun, he probably traveled the twelve

to fifteen miles to York or Lancaster, where the finest in the country at that time was immediately available.

The inadequacy of gun trade in the river towns is evident in the fact that John Gonter lived only a short time in Columbia before he moved to Reading, and Jacob Fordney tried the same site for a short time before he moved to Lancaster. It seems obvious that the movements of these two men and the failure of Rathvon that the best place to sell guns in the early nineteenth century was in established communities where a selection was guaranteed to prospective buyers. Rathvon might have survived had he moved, but he lacked the imagination, or horse sense, and he failed.

> "My father learned the trade of Gunsmith with a Mr. Gumpf of the city of Lancaster and not a very long period after he was free he took a tour to the wild western country. This might have been about the year 1807 or 1808.
>
> . . .
>
> I do not know how long he remained there but about 1808 or 1809 he located in York, Pennsylvania, where he commenced the business of Gunsmithing, or perhaps worked as a journeyman for someone else.
>
> My father with my mother and my infant sister left York and located at Marietta, Pennsylvania, on the first day of April, 1811 or 1812 where he again commenced the business of Gunsmithing, and was known throughout the neighborhood as the "Gunsmith of Marietta." He had the reputation of being a good artizan in iron and an honest man.
>
> His business, however, was not lucrative, and he did not seem capable of adapting his facilities and his energies to any other calling. As the county improved and the forests were felled before the advances of the sturdy husbandmen and agriculturists; and as public opinion and public morals were undergoing a change, and so also shooting and hunting, prize shooting and gun exercises generally were in a great measure either abandoned or limited to a few. An there also ended my father's business. . . ."

RAUCH, BENJAMIN
   Germansville, Lehigh County, Pennsylvania. 1861.

RAZER (RASURE), JOHN
   German Township, Fayette County, Pennsylvania. Tax lists 1798, 1801, 1803, 1804—"Gone away."

READE, CHARLES
   Springhill Township, Fayette County, Pennsylvania. Tax list 1814.
   Washington Township, Fayette County, Pennsylvania. Tax list 1815.

REDACKER, WILLIAM
   Penn Township, Berks County, Pennsylvania. United States Census 1850.

REDUK, DAVID
   Annville Township, Dauphin County, Pennsylvania. Tax list 1800.

REED, CHARLES
   Washington Township, Fayette County, Pennsylvania. Tax lists 1816, 1819.

Mathias Roesser has always been regarded as an important gunsmith in Lancaster; there is a legend that the famous William Henry was apprenticed to him. Jordan's "Life of William Henry" states this as a fact, although unfortunately, there is no documentary proof of this relationship.

There is proof that Mathias came to Lancaster in 1740, for at that time he bought a tract of land on King Street from James Hamilton, a property which was sold at his death in 1771. This act establishes him as one of the earliest gunsmiths in the county; possibly he was really the first one.

It is probable that he worked as a gunsmith at that time. He was 28 years old when he came to America and most Europeans served their apprenticeship from the age of 14 to 21. It should also be noted that only four years elapsed from the time he landed until he bought the property in Lancaster, which might indicate that he was working and saving money here rather than serving as an apprentice at his trade. This evidence also points to the fact that he was one of the gunsmiths who worked in Pennsylvania but was apprenticed abroad. Others could doubtless qualify for this category, but evidence concerning their early lives and the probability of their being trained in Europe is lacking.

Attention should also be focused on the fact that at his death in 1771, he left one of the most complete inventories of gunsmith tools that has been found to date. In it are listed most of the tools of a gunsmith who made a complete gun. It included a barrel anvil, a rifling bench, a boring bench, and crucibles for casting brass, along with more common tools, such as grindstones, hammers, hatchets, saws, drills, compasses, etc. It is obvious from the tools that he owned that he did not buy barrels and gun furniture from the local hardware store of Philip Schaefer, or John Miller.

There is no record of his son, Peter's birth, but there is a record in the Lancaster County Court House that Mathias' oldest son, Jacob, refused the family homestead and Peter bought the interest of his brothers and sisters in it. Peter later



H. J. Kauffman

PLATE 267

Flintlock rifle, (lock not original) curly maple stock, octagonal barrel 46 inches long, brass mountings, marked P. Resor in script letters on the top facet of the barrel. Although this rifle was probably made by Resor after he left Lancaster, the daisy finial on the patch box suggests his earlier training in Lancaster. The screw in the tail end of the trigger guard was also used by other gunsmiths in Lancaster. The engraved designs are done in a very bold manner. Only a few Resor products are known to be in local collections.

*Biographies*

SHALLENBERGER, DANIEL
    Bullskin Township, Fayette County, Pennsylvania. Tax lists 1822, 1829.

SHALNON, HUGH
    Fifth near Germantown, shop near Shippen, Philadelphia, Pennsylvania. 1814.

SHANNON, WILLIAM
    Seven Cutler, 21 Passyunk near Fifth, Philadelphia, Pennsylvania. 1814.

SHARPS, C. & Co.
    336 Frankford Road, Philadelphia, Pennsylvania. 1855.
    30th below Bridge, Philadelphia, Pennsylvania. 1861.

SHEAFF, HENRY
    Lancaster, Pennsylvania. Tax list 1834.

SHEETZ, HENRY AND PHILIP
    We, the subscribers, gunsmiths of Mecklenburg in the County of Berkley, do certify that we can make and deliver, at our shop in this Town, to Mr. Thomas Rutherford, or any other person legally appointed by the Honble the Committee of Safety to Secure and Pay for them, twenty-four good and well fixt Rifle guns per month, at the rate of Four Pounds and Ten Shillings Virginia Currency each, or in lieu thereof twenty-four good and well fixt muskets with sufficient bayonets at the rate of Four Pounds......Like Currency each.
    Certified under our hands this 28th Day of May, 1776.

                    Thomas Worley
                    Philip Sheetz
                    Henry Sheetz

SHELL, DANIEL
    Lower Paxton Township, Dauphin County, Pennsylvania. Tax list 1825.

SHELL, JOHN
    West Hanover Township, Dauphin County, Pennsylvania. Tax list 1837.



*Robert McMurtrie*

PLATE 272

Rifle with flint lock, full stock of curly maple, octagonal barrel with John Shell engraved on the top facet of the barrel. The form of this gun is particularly graceful and the design of the patch box also suggests that John Shell was a sensitive artist as well as a good craftsman.