Victor J. Otten (SBN 165800)
OTTEN & JOYCE, LLP
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-Mail: vic@ottenandjoyce.com

Donald E. J. Kilmer, Jr. (SBN: 179986)
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION
2500 TULARE STREET | FRESNO, CA 93721

| | |
|---|---|
| JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,<br><br>Defendants. | Case No.:   1:11-CV-2137 AWI SKO<br><br>PLAINTIFFS' CONTINGENT REQUEST FOR LODGING REBUTTAL EVIDENCE<br><br>Judge:       Hon. Anthony W. Ishii<br>Courtroom: 8th Floor, Room 2<br>Trial Date:  March 25/26/27, 2014<br>Case Filed:  Dec. 23, 2011<br><br>Argument:  July 21, 2014 \| 1:30 p.m. |

Given the unsettled state of the parties' evidentiary objections, Plaintiffs want to take this time to clarify their position on Plaintiffs' Exhibits 01, 02 and 03 in the event that the Court overrules Plaintiffs' objections to Defendants' various offers of proof. Plaintiffs maintain their objections on all theories already briefed, but want the opportunity to admit their rebuttal evidence if they are overruled.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Contingent Exhibits                                                          *Silvester, et al. v. Harris*

Exhibit 01 – is a book. <u>The Founder's Second Amendment – Origins of the Right to Keep and Bear Arms</u>, by Stephen Halbrook. If the Court overrules Plaintiffs' objections and this book is needed to rebut Defendants arguments (See Doc 69, for arguments made at pages 15:10 - 16:9), then Plaintiffs would request to lodge a full copy of this book with the Court and provide a copy to the Defendants.

Exhibit 02 – is a book. <u>The Pennsylvania - Kentucky Rifle</u>, by Henry J. Kaufman. The relevant excerpts (if Plaintiffs objections are overruled) from that book are already part of the record in this matter. See Doc 69-2.

Exhibit 03 – is a book. <u>Early American Gunsmiths 1650-1850</u>, by Henry J. Kaufman. The relevant excerpts (if Plaintiffs objections are overruled) from that book are already part of the record in this matter. See Doc 69-1.

Respectfully Submitted on June 30, 2014 by:

/s/ Victor Otten
Victor J. Otten (SBN 165800)
/s/ Donald Kilmer
Donald E. J. Kilmer, Jr. (SBN 179986)
Attorneys for Plaintiffs.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Contingent Exhibits -ii- *Silvester, et al. v. Harris*

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

## DECLARATION OF E-SERVICE

1
2
3  Case Name:      Silvester v. Harris
4  Court Name:     U.S. District Court, Eastern District of California (Fresno)
5  Case No.:       1:11-cv-02137-AWI-SKO

6  I, Donald Kilmer, declare:

7  I am employed in the at 1645 Willow Street, Suite 150, San Jose, CA . I am
8  18 years of age or older and not a party to this matter.

9  I understand that all parties to the above-entitled case are represented by at
10 least one attorney who is registered for electronic filing and service in the
11 above-entitled court.

12 On June 30, 2014, I electronically filed and, therefore, to the best of my
13 understanding, caused to be electronically served through the Court's ECF system:

14 PLAINTIFFS' CONTINGENT REQUEST FOR LODGING REBUTTAL
15 EVIDENCE.

16 The foregoing is true and correct and that this declaration was executed on June 30,
17 2014, at San Jose, California.

18   /s/ Donald Kilmer  
19 Attorney for Plaintiffs.