Exhibit A

# "READY REFERENCE" TABLE

(Providing citations to specific portions of each jurisdiction's laws; please see the endnotes and fully review the sections cited.)

| JURISDICTION NAME | PURCHASER WAITING PERIOD | LICENSE: DEALER, MANUFACTURER, ETC. | LOCAL GOVERNMENT LIMITS (PREEMPTION) | LIMITS TO INTERSTATE PURCHASE AND SALE |
|---|---|---|---|---|
| ALABAMA | | 13A-11-78 [pistols]; 40-12-143 [handguns] & 40-12-158 [long guns] | 11-45-1.1; 11-80-11 | |
| ALASKA | | | 18.65.778 [concealed handguns]; 29.35.145 | |
| AMERICAN SAMOA | | 46.4222 [import]; 46.4223 [sale] | | 46.4222 [importation] |
| ARIZONA | | | 13-3108, but see 15-341 | 13-3106 & 13-3112(U)(V)(W) |
| ARKANSAS | | | 14-16-504; 14-54-1411 | 5-73-125 |
| CALIFORNIA | Penal Code 12072(c) | Penal Code 12070 et seq.; 12086 [firearm manufacture]; 12095 [short-barreled shotguns]; 12250 [machine guns]; 12287 [assault weapons & .50 BMG rifles]; 12305 [destructive devices] | Gov't Code 53071 & 53071.5 | Penal Code 12071(b)(8)(C); 12071(b)(3)(A); 12076 |
| COLORADO | | | 18-12-105.6 [firearms in vehicles]; 29-11.7-101 et seq. | 12-27-101 to 104 |
| CONNECTICUT | 29-37a [2 weeks: long guns] | 29-28 [handguns] | | |
| DELAWARE | | Title 24,§§ 901 to 905 | Title 9, §330(c); Title 22, §111 | |
| DISTRICT OF COLUMBIA | 22-4508 [48 hrs: pistols] | 7-2504.01 et seq.; 22-4509 & 4510 | | 7-2505.02(b)(1) |
| FLORIDA | 790.0655 [3 days: handguns] | | 790.33; 790.335 [registration] | 790.28 |
| GEORGIA | | 43-16-1 et seq. [handguns & arms <15"] | 16-11-173 | 10-1-100 & 101 |
| GUAM | | 60104 & 60115 [register] | | |
| HAWAII | 134-2  [14 to 20 days to obtain a license to purchase any handgun] | 134-31 et seq. | | |
| IDAHO | | | | 18-3314 & 3315 |
| ILLINOIS | Ch. 720, 5/24-3(A)(g) [72 hrs: concealable; 24 hrs: long guns, stunguns and tasers] | | Ch. 430, 65/13.1 [not preempted] Ch. 720, 5/24-10 [affirmative defense] | Ch. 430, 65/3a |
| INDIANA | | 35-47-2-14 to 16 & 21 | 35-47-11 | 35-47-5-6 |
| IOWA | | | 724.28 | |
| KANSAS | | | | 48-1901 to 1904 |
| KENTUCKY | | | 65.870; 237.110(19) | 237.020 |
| LOUISIANA | | 40:1787 [register] | 40:1796 | 40:1801 to 1804 |
| MAINE | | | Tit. 25, §2011 | |
| MARYLAND | Pub. Safety Art. 5-123 & 124 [7 days: regulated firearms] | Pub. Safety Art. 5-106 et seq. [regulated firearms] & 11-105 [explosives] | Crim. Law Art. 4-209; Pub. Safety Art. 5-104, 133(a) & 134(a) [regulated firearms] | Pub. Safety Art. 5-204 [long guns] |
| MASSACHUSETTS | | Ch. 140, §122 et seq. | | |
| MICHIGAN | | | 123.1101 to 123.1104 | 3.111 & 3.112 |
| MINNESOTA | 624.7132, subd. 4 [5 business days: pistols, assault weapons] | | 471.633 & 634; 609.67 subd. 6; 624.7131 subd. 12; 624.7132 subd. 16; 624.717; 624.74 subd. 4 | 624.71 |
| MISSISSIPPI | | | 45-9-51 & 53 | |
| MISSOURI | Section Repealed | | 21.750 | 407.500 & 407.505 |
| MONTANA | | | 45-8-351 | |
| NEBRASKA | 69-2405 [3 days; handgun] | | 69-2425 [no preemption] | 28-1211 |
| NEVADA | | 202.440 [local license] | | |
| NEW HAMPSHIRE | | 159.8 & 159.10 [handguns] | 159:26 | 159:8-a |
| NEW JERSEY | 2C:58-3 [up to 30 days for permit] | 2C:58-1 & 58-2 | 2C:1-5.d. | |
| NEW MEXICO | | | | 30-7-9 |

# "READY REFERENCE" TABLE

| JURISDICTION NAME | PURCHASER WAITING PERIOD | LICENSE: DEALER, MANUFACTURER, ETC. | LOCAL GOVERNMENT LIMITS (PREEMPTION) | LIMITS TO INTERSTATE PURCHASE AND SALE |
|---|---|---|---|---|
| NEW YORK | 400.00 (4.a) [up to 6 months for permit] | Penal Law 400.00 | Penal Law 400.00.6 [licenses] | Penal Law 265.40 |
| NORTH CAROLINA | 14-404 [up to 30 days for handgun permit] | | 14-409.40; 14-415.23 [concealed handguns] | 14-409.10 |
| NORTH DAKOTA | | | 62.1-01-03 | |
| NORTHERN MARIANA IS. | | 2209; 2210; 2217 | 2227 [no preemption] | |
| OHIO | | | Note after 2923.12: 2004 Ohio Laws File 53 (HB 12) §9 [concealed handguns] | 2923.22 |
| OKLAHOMA | | | Title 21, §1289.24 | Title 21, §1288 |
| OREGON | | | 166.170 to 176 | 166.490 |
| PENNSYLVANIA | 6111(a) [48 hrs] | 6112 & 6113 | 6120 | 6141.1 |
| PUERTO RICO | | Tit. 25, §§ 456, 456g, 458 | | |
| RHODE ISLAND | 11-47-35 & 35.2 [7 days] | 11-47-19 [machine gun manufacturers]; 11-47-38 & 39 [retail dealers] | 11-47-58 | 11-47-36 [concealable firearm] |
| SOUTH CAROLINA | | 23-31-130 & 150 [pistols]; 23-31-370 [machine guns] | 23-31-510 & 520 | 23-31-10 & 20 |
| SOUTH DAKOTA | 23-7-9 [48 hrs: pistols (concealed permit holders exempt)] | | 7-18A-36; 8-5-13; 9-19-20 | 23-7-40 |
| TENNESSEE | 39-17-1316 | | 39-17-1314 | |
| TEXAS | | | Local Gov't Code 229.001 & 235.021 to 024 | Penal Code 46.07 |
| UTAH | | | 76-10-500 | 76-10-524 |
| VERMONT | | | Title 24, §2295 | Title 13, §§ 4014 & 4015 |
| VIRGINIA | | | 15.2-915 to 915.4; 15.2-1206 to 1209.1 | |
| VIRGIN ISLANDS | 466 [48 hrs] | 461-462 & 467-468 | | 470 [importation] |
| WASHINGTON | 9.41.090(1) [5 days: pistols] | 9.41.100 & 9.41.110 | 9.41.290 | 9.41.122 & 9.41.124 |
| WEST VIRGINIA | | | 8-12-5a | |
| WISCONSIN | 175.35 [48 hrs: handguns] | | 66.0409 | 175.30 |
| WYOMING | | | 6-8-401 | |

## ENDNOTES

(N.B.: The text of the above-cited provisions should be thoroughly examined in context to ascertain their TRUE effect.)

1.  Blank spaces indicate no relevant statutes were located.
2.  Jurisdictions include the 50 States, the District of Columbia, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and Virgin Islands.
3.  "PURCHASER WAITING PERIOD" – generally refers to the period between purchaser application for firearms and allowable receipt or delivery.  Exceptions exist among the jurisdictions.
4.  "LICENSE: DEALER, MANUFACTURER, ETC." – generally means the person must have BOTH a Federal and State license.
5.  "LOCAL GOVERNMENT LIMITS (PREEMPTION)" – means that the jurisdiction overrides its subordinate jurisdictions in whole or in part.
6.  "LIMITS TO INTERSTATE PURCHASE AND SALE" (also known as "Contiguous State Provisions") – those legislative limits to interstate purchase and sale enacted by jurisdictions based on the GCA are cited, if available.

**NOTICE: For an official interpretation of a jurisdiction's law, consult the appropriate government officials of that jurisdiction.**