UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVESTER, et al.,<br><br>Plaintiffs<br><br>v.<br><br>KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,<br><br>Defendants | CASE NO. 1:11-CV-2137 AWI SAB<br><br>NOTICE TO PARTIES REGARDING CONSIDERATION OF LAWS AND ORDER FOR DOCKET CORRECTION |

On June 30, 2014, Plaintiffs submitted a document from the BATFE that relates to various state firearms laws, including waiting periods. See Doc. No. 98. On July 15, 2014, Defendant objected to consideration of the BATFE document and to arguments based on the BATFE document. See Doc. No. 100.

The Court will not admit the BATFE document. However, the existence of other states' laws with respect to waiting periods is in the nature of a legislative fact. The Court finds other states' laws have some relevance to this case and intends to consider the following laws in reaching its decision: D.C. Code Ann. § 22-4508, 720 Ill. Comp. Stat. 5/24-3(A)(g), R.I. Gen. Laws §§ 11-47-35(a)(1), 11-47-35.2(a), Fla. Stat. § 790.0655(1)(a), Wash. Rev. Code Ann. § 9.41.090(1)(c), Wis. Stat. Ann. § 175.35(2)(d), Conn. Gen. Stat. Ann. §§ 29-37(d), (e), Md. Code Ann., Pub. Safety §§ 5-101(r), 5-123 to 5-125, and Minn. Stat. § 624.7132(Subd. 4).

At the closing arguments hearing set for August 15, the parties may address the Court regarding these laws and how the existence of these or other states' waiting period laws might affect the case at bar.

Additionally, the Court notes that the docket reflects that one Plaintiff in this case is "Jeff Sylvester." However, that Plaintiff's name is actually "Jeff Silvester." The Court will order the Clerk to correct the docket so that Mr. Silvester is properly identified.

Accordingly, IT IS HEREBY ORDERED that;

1. The parties are advised of the Court's intent to consider the above state laws, and they may address the Court on this and any related issues at the August 15, 2014 hearing; and

2. The Clerk shall correct the docket so that Plaintiff "Jeff Sylvester" is properly identified as "Jeff Silvester."

IT IS SO ORDERED.

Dated:   August 12, 2014                              _____
                                                      SENIOR DISTRICT JUDGE