# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JEFF SILVESTER, ET AL.,**

                v.

**KAMALA D. HARRIS, ET AL.,**

                                    **JUDGMENT IN A CIVIL CASE**

                                    CASE NO: **1:11–CV–02137–AWI–SKO**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/25/2014**

                                              **Marianne Matherly**
                                              Clerk of Court

ENTERED: **August 25, 2014**

                                        by: /s/ T. Lundstrom
                                                Deputy Clerk