# UNITED STATES DISTRICT COURT

for the

Eastern District of California

JEFF SILVESTER, ET AL.,

v.

KAMALA D. HARRIS, ET AL.,

Case No.: 1:11-CV-02137-AWI-SKO

## BILL OF COSTS

Judgment having been entered in the above entitled action on 08/25/2014 (*Date*) against DEFENDANTS, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ 400.00 |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 1,008.66 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | 25.50 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 1,434.16 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

**Affidavit**

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:

Name of Attorney: VICTOR OTTEN

For: JEFF SILVESTER, ET AL (*Name of Claiming Party*) Date: 09/08/2014

**Taxation of Costs**

Costs are taxed in the amount of ______ and included in the judgment.

______ *Clerk of Court* By: ______ *Deputy Clerk* ______ *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

ATKINSON-BAKER, INC
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Victor J. Otten
Otten & Joyce, LLP
3620 Pacific Coast Highway
Suite 100
Torrance, CA 90505-

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Jeff Barnes, jbarnes@depo.com

ABI'S Federal ID No.: 95-4189037

Setting Firm: California Attorney General
Taking Attorney: Jonathan Michael Eisenberg
Case Name: Jeff Silvester vs Kamela Harris
Case No.: 1:11CV02137AWISKO

INVOICE NO. A703C38 AB
FIRM NO. 1241638
INVOICE DATE 03/10/2014
DUE UPON RECEIPT

| ITEM | LINE TOTAL |
|---|---|
| Electronic transcript of the deposition of Brandon Combs, taken 5/10/2013. | $ 568.05 |
| SERVICE FEES | $ 17.04 |
| PAYMENT | - |
| BALANCE DUE | **$ 585.09** |

A service fee of .75% per month will be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| | |
|---|---|
| BALANCE DUE | **$ 585.09** |
| INVOICE NO. | A703C38 AB |
| FIRM NO. | 1241638 |

For: Electronic transcript of the deposition of Brandon Combs, taken 5/10/2013.

From: Victor J. Otten
Otten & Joyce, LLP
3620 Pacific Coast Highway
Suite 100
Torrance, CA 90505-

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Victor J. Otten
Otten & Joyce, LLP
3620 Pacific Coast Highway
Suite 100
Torrance, CA 90505-

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Jeff Barnes, jbarnes@depo.com

ABI'S Federal ID No.: 95-4189037

Setting Firm: California Attorney General
Taking Attorney: Jonathan Michael Eisenberg
Case Name: Jeff Silvester vs Kamela Harris
Case No.: 1:11CV02137AWISKO

INVOICE NO. A703C37 AB
FIRM NO. 1241638
INVOICE DATE 03/24/2014
DUE UPON RECEIPT

| ITEM | LINE TOTAL |
|---|---|
| Electronic transcript of the deposition of Jeff Silvester, taken 5/9/2013. | $ 411.25 |
| SERVICE FEES | $ 12.32 |
| PAYMENT | - |
| BALANCE DUE | **$ 423.57** |

A service fee of .75% per month will be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| | |
|---|---|
| BALANCE DUE | **$ 423.57** |
| INVOICE NO. | A703C37 AB |
| FIRM NO. | 1241638 |

For: Electronic transcript of the deposition of Jeff Silvester, taken 5/9/2013.

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

From: Victor J. Otten
Otten & Joyce, LLP
3620 Pacific Coast Highway
Suite 100
Torrance, CA 90505-

If you have already paid for this service by COD, then this invoice is for your records only.







## BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**California Eastern District Court**
**from 06/01/2013 to 09/01/2013**

Mon Sep 08 13:12:19 CDT 2014
**oj0171**

Back New Search

Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 07/12/2013 | | | | | | | |
| 07/12/2013 | 10:47:40 | 1 | CAEDC | | IMAGE27-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 27-0 | $0.10 |
| 07/12/2013 | 10:48:24 | 1 | CAEDC | | IMAGE28-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 28-0 | $0.10 |
| 07/12/2013 | 10:48:45 | 1 | CAEDC | | IMAGE29-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 29-0 | $0.10 |
| 07/12/2013 | 10:49:23 | 1 | CAEDC | | IMAGE30-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 30-0 | $0.10 |
| **Subtotal:** | | **4** | **pages** | | **$0.40** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$0.40** | | |
| **Grand Total:** | | **4** | **pages** | | **$0.40** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$0.40** | | |

Back New Search







## BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**California Eastern District Court**
**from 09/01/2013 to 09/30/2013**

Mon Sep 08 13:17:44 CDT 2014
**oj0171**

Back New Search

Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 09/26/2013 | | | | | | | |
| 09/26/2013 | 08:47:15 | 7 | CAEDC | | IMAGE31-4 | 1:11-CV-02137-AWI-SKO DOCUMENT 31-4 | $0.70 |
| **Subtotal:** | | 7 | pages | | $0.70 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.70 | | |
| 09/30/2013 | | | | | | | |
| 09/30/2013 | 11:14:25 | 2 | CAEDC | | DOCKET REPORT | 2:13-CV-01948-TLN-CKD | $0.20 |
| 09/30/2013 | 11:14:41 | 2 | CAEDC | | IMAGE5-1 | 2:13-CV-01948-TLN-CKD DOCUMENT 5-1 | $0.20 |
| 09/30/2013 | 11:15:14 | 2 | CAEDC | | IMAGE5-2 | 2:13-CV-01948-TLN-CKD DOCUMENT 5-2 | $0.20 |
| 09/30/2013 | 14:40:30 | 6 | CAEDC | | DOCKET REPORT | 1:11-CV-01440-LJO-MJS | $0.60 |
| **Subtotal:** | | 12 | pages | | $1.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.20 | | |
| **Grand Total:** | | 19 | pages | | $1.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.90 | | |

Back New Search




## BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**California Eastern District Court**
**from 10/01/2013 to 01/01/2014**

Mon Sep 08 13:13:55 CDT 2014
**oj0171**

Back New Search

Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 10/14/2013 | | | | | | | |
| 10/14/2013 | 16:18:01 | 1 | CAEDC | | ATTORNEY LIST | 1:11-CV-02137-AWI-SKO | $0.10 |
| Subtotal: | | 1 | pages | | $0.10 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.10 | | |
| 10/15/2013 | | | | | | | |
| 10/15/2013 | 19:44:19 | 1 | CAEDC | | SEARCH | LAST NAME: SILVESTER FIRST NAME: JEFF | $0.10 |
| 10/15/2013 | 19:47:23 | 1 | CAEDC | | FILER LIST | 1:11-CV-02137-AWI-SKO | $0.10 |
| 10/15/2013 | 19:50:50 | 1 | CAEDC | | FILER LIST | 1:11-CV-02137-AWI-SKO | $0.10 |
| Subtotal: | | 3 | pages | | $0.30 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.30 | | |
| 10/16/2013 | | | | | | | |
| 10/16/2013 | 10:47:04 | 1 | CAEDC | | CASE SUMMARY | 1:11-CV-02137-AWI-SKO | $0.10 |
| 10/16/2013 | 10:47:39 | 1 | CAEDC | | DEADLINE/HEARINGS | 1:11-CV-02137-AWI-SKO | $0.10 |
| Subtotal: | | 2 | pages | | $0.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.20 | | |
| 10/21/2013 | | | | | | | |
| 10/21/2013 | 11:09:07 | 2 | CAEDC | | DOCKET REPORT | 2:13-CV-01948-TLN-CKD | $0.20 |
| Subtotal: | | 2 | pages | | $0.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.20 | | |
| 11/25/2013 | | | | | | | |
| 11/25/2013 | 14:11:08 | 1 | CAEDC | | ATTORNEY LIST | 1:11-CV-02137-AWI-SKO | $0.10 |
| 11/25/2013 | 14:11:22 | 1 | CAEDC | | FILER LIST | 1:11-CV-02137-AWI-SKO | $0.10 |
| 11/25/2013 | 14:11:35 | 1 | CAEDC | | PARTY LIST | 1:11-CV-02137-AWI-SKO | $0.10 |
| Subtotal: | | 3 | pages | | $0.30 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.30 | | |
| 12/09/2013 | | | | | | | |
| 12/09/2013 | 10:52:34 | 1 | CAEDC | SILVESTER | SEARCH | LAST NAME: SILVESTER | $0.10 |
| 12/09/2013 | 10:53:46 | 1 | CAEDC | SILVESTER | SEARCH | LAST NAME: SECOND AMENDMENT | $0.10 |
| 12/09/2013 | 10:54:20 | 5 | CAEDC | SILVESTER | DOCKET REPORT | 1:11-CV-02137-AWI-SKO | $0.50 |
| **Subtotal:** | | 7 | pages | | $0.70 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.70 | | |
| 12/12/2013 | | | | | | | |
| 12/12/2013 | 12:19:00 | 1 | CAEDC | | DEADLINE/HEARINGS | 1:11-CV-02137-AWI-SKO | $0.10 |
| **Subtotal:** | | 1 | pages | | $0.10 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.10 | | |
| **Grand Total:** | | 19 | pages | | $1.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.90 -.20¢ =1.70 | | |

Back New Search






Please Wait

## BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**All Courts**
**from 01/01/2014 to 01/31/2014**

Mon Sep 08 13:20:08 CDT 2014
**oj0171**

Back New Search

Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 01/02/2014 | | | | | | | |
| 01/02/2014 | 12:22:20 | 6 | CACDC | | IMAGE154-0 | 2:12-CV-00473-JAK-SH DOCUMENT 154-0 | $0.60 |
| Subtotal: | | 6 | pages | | $0.60 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.60 | | |
| 01/08/2014 | | | | | | | |
| 01/08/2014 | 14:31:10 | 18 | CACDC | | DOCKET REPORT | 2:12-CV-00473-JAK-SH END DATE: 1/8/201 | $1.80 |
| 01/08/2014 | 14:40:42 | 2 | CACDC | | IMAGE146-0 | 2:12-CV-00473-JAK-SH DOCUMENT 146-0 | $0.20 |
| 01/08/2014 | 14:53:28 | 3 | CACDC | | IMAGE146-1 | 2:12-CV-00473-JAK-SH DOCUMENT 146-1 | $0.30 |
| 01/08/2014 | 14:54:19 | 16 | CACDC | | IMAGE146-2 | 2:12-CV-00473-JAK-SH DOCUMENT 146-2 | $1.60 |
| 01/08/2014 | 14:57:38 | 5 | CACDC | | IMAGE147-0 | 2:12-CV-00473-JAK-SH DOCUMENT 147-0 | $0.50 |
| 01/08/2014 | 14:58:42 | 3 | CACDC | | IMAGE147-1 | 2:12-CV-00473-JAK-SH DOCUMENT 147-1 | $0.30 |
| 01/08/2014 | 15:01:47 | 2 | CACDC | | IMAGE153-0 | 2:12-CV-00473-JAK-SH DOCUMENT 153-0 | $0.20 |
| 01/08/2014 | 15:03:32 | 2 | CACDC | | IMAGE153-1 | 2:12-CV-00473-JAK-SH DOCUMENT 153-1 | $0.20 |
| 01/08/2014 | 15:04:47 | 2 | CACDC | | IMAGE156-0 | 2:12-CV-00473-JAK-SH DOCUMENT 156-0 | $0.20 |
| 01/08/2014 | 15:06:45 | 2 | CACDC | | IMAGE158-0 | 2:12-CV-00473-JAK-SH DOCUMENT 158-0 | $0.20 |
| 01/08/2014 | 15:29:51 | 1 | 00PCL | | ALL COURT TYPES CASE SEAR | 12-00473 ALL COURTS PAGE: 1 | $0.10 |
| Subtotal: | | 56 | pages | | $5.60 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $5.60 | | |
| 01/15/2014 | | | | | | | |
| 01/15/2014 | 17:01:51 | 1 | CACDC | WILLIAMS | SEARCH | LAST NAME: RECTOR | $0.10 |
| 01/15/2014 | 17:03:08 | 6 | CACDC | WILLIAMS | DOCKET REPORT | 2:13-CV-03116-VBF-SS END DATE: 1/15/20 | $0.60 |
| 01/15/2014 | 17:03:53 | 2 | CACDC | WILLIAMS | IMAGE31-0 | 2:13-CV-03116-VBF-SS DOCUMENT 31-0 | $0.20 |

| | | | | | |
|---|---|---|---|---|---|
| 01/15/2014 17:05:32 | 4 CACDC WILLIAMS | IMAGE40-0 | 2:13-CV-03116-VBF-SS DOCUMENT 40-0 | $0.40 |
| 01/15/2014 17:05:32 | 1 CACDC WILLIAMS | IMAGE40-1 | 2:13-CV-03116-VBF-SS DOCUMENT 40-1 | $0.10 |

| | | | |
|---|---|---|---|
| **Subtotal:** | **14** | **pages** | **$1.40** |
| | **0** | **audio files ($2.40 ea)** | **$0.00** |
| | | | **$1.40** |

01/17/2014

| | | | | |
|---|---|---|---|---|
| 01/17/2014 12:07:37 | 2 CAEDC | DOCKET REPORT | 2:13-CV-01948-TLN-CKD | $0.20 |
| 01/17/2014 13:06:29 | 1 00PCL | ALL COURT TYPES CASE SEAR | 13-01948 ALL COURTS PAGE: 1 | $0.10 |

| | | | |
|---|---|---|---|
| **Subtotal:** | **3** | **pages** | **$0.30** |
| | **0** | **audio files ($2.40 ea)** | **$0.00** |
| | | | **$0.30** |

01/22/2014

| | | | | |
|---|---|---|---|---|
| 01/22/2014 22:10:23 | 1 CAEDC | SEARCH | LAST NAME: OTTEN | $0.10 |
| 01/22/2014 22:11:01 | 1 CAEDC | FILER LIST | 1:11-CV-02137-AWI-SKO | $0.10 |
| 01/22/2014 22:12:40 | 1 CAEDC | SEARCH | LAST NAME: OTTEN FIRST NAME: VICTOR | $0.10 |
| 01/22/2014 22:19:59 | 1 CAEDC | SEARCH | LAST NAME: OTTEN FIRST NAME: VICTOR | $0.10 |
| 01/22/2014 22:20:28 | 1 CAEDC | FILER LIST | 1:11-CV-02137-AWI-SKO | $0.10 |
| 01/22/2014 22:42:57 | 1 CAEDC | SEARCH | LAST NAME: OTTEN FIRST NAME: VICTOR | $0.10 |
| 01/22/2014 23:08:50 | 1 00PCL | ALL COURT TYPES CASE SEAR | 1:1-CV-2137 ALL COURTS PAGE: 1 | $0.10 |
| 01/22/2014 23:30:45 | 1 00PCL | ALL COURT TYPES CASE SEAR | 1:11-CV-02137 ALL COURTS PAGE: 1 | $0.10 |

| | | | |
|---|---|---|---|
| **Subtotal:** | **8** | **pages** | **$0.80** |
| | **0** | **audio files ($2.40 ea)** | **$0.00** |
| | | | **$0.80** |
| **Grand Total:** | **87** | **pages** | **$8.70** |
| | **0** | **audio files ($2.40 ea)** | **$0.00** |
| | | | **$8.70** |

Back New Search







## BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**California Eastern District Court**
**from 02/01/2014 to 05/01/2014**

Mon Sep 08 13:14:24 CDT 2014
**oj0171**

Back New Search

Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 02/03/2014 | | | | | | | |
| 02/03/2014 | 08:40:34 | 3 | CAEDC | | DOCKET REPORT | 1:11-CV-02137-AWI-SKO START DATE: 12/1/2 | $0.30 |
| 02/03/2014 | 08:41:09 | 15 | CAEDC | | IMAGE45-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 45-0 | $1.50 |
| 02/03/2014 | 08:41:09 | 6 | CAEDC | | IMAGE45-1 | 1:11-CV-02137-AWI-SKO DOCUMENT 45-1 | $0.60 |
| 02/03/2014 | 08:47:09 | 2 | CAEDC | | IMAGE47-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 47-0 | $0.20 |
| 02/03/2014 | 08:47:09 | 6 | CAEDC | | IMAGE47-1 | 1:11-CV-02137-AWI-SKO DOCUMENT 47-1 | $0.60 |
| Subtotal: | | 32 | pages | | $3.20 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $3.20 | | |
| 02/17/2014 | | | | | | | |
| 02/17/2014 | 13:34:24 | 1 | CAEDC | | SEARCH | LAST NAME: OTTEN FIRST NAME: VICTOR | $0.10 |
| 02/17/2014 | 16:14:04 | 2 | CAEDC | | HISTORY/DOCUMENTS | 1:11-CV-02137-AWI-SKO | $0.20 |
| Subtotal: | | 3 | pages | | $0.30 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.30 | | |
| 02/18/2014 | | | | | | | |
| 02/18/2014 | 14:01:02 | 1 | CAEDC | | SEARCH | LAST NAME: OTTEN FIRST NAME: VICTOR | $0.10 |
| 02/18/2014 | 14:01:26 | 2 | CAEDC | | HISTORY/DOCUMENTS | 1:11-CV-02137-AWI-SKO | $0.20 |
| 02/18/2014 | 14:30:29 | 5 | CAEDC | | DOCKET REPORT | 1:11-CV-02137-AWI-SKO | $0.50 |
| 02/18/2014 | 16:21:49 | 6 | CAEDC | | DOCKET REPORT | 1:11-CV-02137-AWI-SKO | $0.60 |
| Subtotal: | | 14 | pages | | $1.40 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.40 | | |
| 02/19/2014 | | | | | | | |
| 02/19/2014 | 11:41:52 | 2 | CAEDC | | HISTORY/DOCUMENTS | 1:11-CV-02137-AWI-SKO | $0.20 |
| 02/19/2014 | 11:42:48 | 8 | CAEDC | | IMAGE54-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 54-0 | $0.80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/19/2014 | 11:43:26 | 1 | CAEDC | | HISTORY/DOCUMENTS | 1:11-CV-02137-AWI-SKO | $0.10 |
| **Subtotal:** | | **11** | **pages** | | **$1.10** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$1.10** | | |
| 02/26/2014 | | | | | | | |
| 02/26/2014 | 09:51:21 | 2 | CAEDC | | HISTORY/DOCUMENTS | 1:11-CV-02137-AWI-SKO | $0.20 |
| 02/26/2014 | 09:55:27 | 1 | CAEDC | | HISTORY/DOCUMENTS | 1:11-CV-02137-AWI-SKO | $0.10 |
| 02/26/2014 | 10:35:40 | 1 | CAEDC | | HISTORY/DOCUMENTS | 2:12-CV-00473-KJM-CKD | $0.10 |
| 02/26/2014 | 10:39:49 | 1 | CAEDC | | HISTORY/DOCUMENTS | 2:12-CV-00473-KJM-CKD | $0.10 |
| **Subtotal:** | | **5** | **pages** | | **$0.50** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$0.50** -.20¢ = .30¢ | | |
| 02/27/2014 | | | | | | | |
| 02/27/2014 | 15:19:36 | 1 | CAEDC | | HISTORY/DOCUMENTS | 2:12-CV-00473-KJM-CKD | $0.10 |
| **Subtotal:** | | **1** | **pages** | | **$0.10** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | ~~**$0.10**~~ | | |
| 03/03/2014 | | | | | | | |
| 03/03/2014 | 12:25:52 | 1 | CAEDC | | DEADLINE/HEARINGS | 1:11-CV-02137-AWI-SKO | $0.10 |
| **Subtotal:** | | **1** | **pages** | | **$0.10** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$0.10** | | |
| 03/11/2014 | | | | | | | |
| 03/11/2014 | 10:31:12 | 1 | CAEDC | | SEARCH | LAST NAME: OTTEN FIRST NAME: VICTOR | $0.10 |
| 03/11/2014 | 10:31:40 | 2 | CAEDC | | HISTORY/DOCUMENTS | 1:11-CV-02137-AWI-SKO | $0.20 |
| 03/11/2014 | 10:32:09 | 1 | CAEDC | | HISTORY/DOCUMENTS | 1:11-CV-02137-AWI-SKO | $0.10 |
| 03/11/2014 | 10:32:37 | 8 | CAEDC | | IMAGE54-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 54-0 | $0.80 |
| 03/11/2014 | 10:34:15 | 7 | CAEDC | | IMAGE51-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 51-0 | $0.70 |
| 03/11/2014 | 10:35:09 | 8 | CAEDC | | IMAGE52-1 | 1:11-CV-02137-AWI-SKO DOCUMENT 52-1 | $0.80 |
| 03/11/2014 | 10:35:09 | 10 | CAEDC | | IMAGE52-2 | 1:11-CV-02137-AWI-SKO DOCUMENT 52-2 | $1.00 |
| 03/11/2014 | 10:35:09 | 2 | CAEDC | | IMAGE52-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 52-0 | $0.20 |
| 03/11/2014 | 10:36:10 | 10 | CAEDC | | IMAGE55-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 55-0 | $1.00 |
| 03/11/2014 | 10:37:18 | 4 | CAEDC | | IMAGE56-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 56-0 | $0.40 |
| 03/11/2014 | 10:38:22 | 2 | CAEDC | | IMAGE58-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 58-0 | $0.20 |
| 03/11/2014 | 10:39:32 | 5 | CAEDC | | IMAGE59-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 59-0 | $0.50 |
| 03/11/2014 | 10:39:32 | 2 | CAEDC | | IMAGE59-1 | 1:11-CV-02137-AWI-SKO DOCUMENT 59-1 | $0.20 |
| 03/11/2014 | 10:39:33 | 2 | CAEDC | | IMAGE59-2 | 1:11-CV-02137-AWI-SKO | $0.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | DOCUMENT 59-2 | |
| 03/11/2014 | 10:40:01 | 2 | CAEDC | | IMAGE60-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 60-0 | $0.20 |
| 03/11/2014 | 10:40:49 | 2 | CAEDC | | IMAGE61-1 | 1:11-CV-02137-AWI-SKO DOCUMENT 61-1 | $0.20 |
| 03/11/2014 | 10:40:49 | 10 | CAEDC | | IMAGE61-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 61-0 | $1.00 |
| 03/11/2014 | 10:40:50 | 2 | CAEDC | | IMAGE61-2 | 1:11-CV-02137-AWI-SKO DOCUMENT 61-2 | $0.20 |
| 03/11/2014 | 10:41:00 | 4 | CAEDC | | IMAGE62-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 62-0 | $0.40 |
| 03/11/2014 | 10:41:51 | 4 | CAEDC | | IMAGE63-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 63-0 | $0.40 |
| 03/11/2014 | 10:42:46 | 4 | CAEDC | | IMAGE64-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 64-0 | $0.40 |
| 03/11/2014 | 10:42:47 | 3 | CAEDC | | IMAGE64-1 | 1:11-CV-02137-AWI-SKO DOCUMENT 64-1 | $0.30 |
| **Subtotal:** | | **95** | **pages** | | **$9.50** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$9.50** | | |
| 03/24/2014 | | | | | | | |
| 03/24/2014 | 20:04:50 | 7 | CAEDC | SILVESTER | IMAGE78-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 78-0 | $0.70 |
| 03/24/2014 | 20:04:50 | 6 | CAEDC | SILVESTER | IMAGE78-1 | 1:11-CV-02137-AWI-SKO DOCUMENT 78-1 | $0.60 |
| **Subtotal:** | | **13** | **pages** | | **$1.30** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$1.30** | | |
| 03/26/2014 | | | | | | | |
| 03/26/2014 | 10:44:45 | 3 | CAEDC | | DOCKET REPORT | 2:12-CV-00473-KJM-CKD | $0.30 |
| **Subtotal:** | | **3** | **pages** | | **$0.30** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | ~~$0.30~~ | | |
| **Grand Total:** | | **178** | **pages** | | **$17.80** | | |
| | | **0** | **audio files ($2.40 ea)** | | **$0.00** | | |
| | | | | | **$17.80** - .60¢ = $17.20 | | |

Back New Search










## BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**California Eastern District Court**
**from 05/01/2014 to 05/31/2014**

Mon Sep 08 13:23:41 CDT 2014
**oj0171**

Back New Search

Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 05/12/2014 | | | | | | | |
| 05/12/2014 | 16:04:05 | 8 | CAEDC | | DOCKET REPORT | 1:11-CV-02137-AWI-SKO | $0.80 |
| Subtotal: | | 8 | pages | | $0.80 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.80 | | |
| 05/28/2014 | | | | | | | |
| 05/28/2014 | 14:13:27 | 6 | CAEDC | SILVESTER | DOCKET REPORT | 1:11-CV-02137-AWI-SKO | $0.60 |
| 05/28/2014 | 14:14:14 | 6 | CAEDC | SILVESTER | IMAGE79-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 79-0 | $0.60 |
| 05/28/2014 | 14:15:10 | 6 | CAEDC | SILVESTER | IMAGE78-1 | 1:11-CV-02137-AWI-SKO DOCUMENT 78-1 | $0.60 |
| 05/28/2014 | 14:15:10 | 7 | CAEDC | SILVESTER | IMAGE78-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 78-0 | $0.70 |
| 05/28/2014 | 14:19:14 | 4 | CAEDC | SILVESTER | IMAGE56-0 | 1:11-CV-02137-AWI-SKO DOCUMENT 56-0 | $0.40 |
| Subtotal: | | 29 | pages | | $2.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $2.90 | | |
| Grand Total: | | 37 | pages | | $3.70 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $3.70 | | |

Back New Search







## BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**California Eastern District Court**
**from 06/01/2014 to 09/01/2014**

Mon Sep 08 13:15:08 CDT 2014
**oj0171**

Back New Search

Billing Transactions

| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
|---|---|---|---|---|---|---|---|
| 06/27/2014 | | | | | | | |
| 06/27/2014 | 13:50:08 | 1 | CAEDC | | DEADLINE/HEARINGS | 1:11-CV-02137-AWI-SKO | $0.10 |
| Subtotal: | | 1 | pages | | $0.10 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.10 | | |
| 08/14/2014 | | | | | | | |
| 08/14/2014 | 15:27:29 | 9 | CAEDC | | Docket Report | 1:11-cv-02137-AWI-SKO | $0.90 |
| Subtotal: | | 9 | pages | | $0.90 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $0.90 | | |
| Grand Total: | | 10 | pages | | $1.00 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $1.00 | | |

Back New Search