Victor J. Otten (SBN 165800)
vic@ottenlawpc.com
OTTEN LAW, PC
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225

Donald E.J. Kilmer (SBN 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Phone: (408) 264-8489
Fax: (408) 264-8487

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs,<br>v.<br>KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20.<br><br>Defendants. | Case No. 1:11-cv-02137-AWI-SKO<br><br>DECLARATION OF VICTOR J. OTTEN, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES |

I, Victor J. Otten, Esq., declare as follows:

1. I am an attorney of record of Plaintiffs in this action and make this declaration on personal knowledge.

2. I earned by Bachelor of Arts Degree from University of California Los Angeles in 1989. I earned my Juris Doctor degree from University of San

---

DECLARATION OF VICTOR J. OTTEN, ESQ. IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

1  Francisco in 1993. I have been a licensed attorney for over 19 years. I am a
2  member in good standing of the California State Bar Association. I am admitted to
3  practice in the Northern and Eastern Districts of California and the Ninth Circuit
4  Court of Appeals.

5      3. I formally was a partner at Otten & Joyce, LLP which ceased operations in
6  approximately March 2013 when the business was closed. I now am employed by
7  Otten Law PC.

8      4. I was employed by Trutanich-Michel LLP as special counsel from 2000
9  through May 2009, where I handled complex business, environmental, real estate,
10  and firearms matters in state and federal courts from inception through trial and
11  appeal.

12      5. While employed at Trutanich-Michel LLP, a small part of my job involved
13  working on firearms matters. My practice became more focused on firearm and
14  related litigation about two years ago when my co-counsel, Jason Davis, and I
15  started working together on various firearm related matters.

16      6. I have significant first chair trial experience.

17      7. I obtained a published appellate opinion in the case <u>Michel v. Moore and
18  Associates Inc.</u>, Case No. B183165, addressing disclosures in the real estate
19  context.

20      8. I was selected as an Environmental Super Lawyer, Southern California Super
21  Lawyers Magazine, in 2009 and have an AAVO rating of 9.4. Plaintiffs requests
22  that my billing rate at $640 per hour based upon my upper level of experience and
23  skill.

24      9. I have extensive experience working with non-profits including:
25      • From approximately 2008 to 2010, I was Chair of the Conservation Legal
26        Committee of Los Angeles Chapter of the Sierra Club. From 2010
27        through the present I have served as Vice Chair, Legal Committee, of Los
28        Angeles Chapter of the Sierra Club.

DECLARATION OF VICTOR J. OTTEN, ESQ. IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

- I was the lead attorney in *California Coastal Protection Network vs. City and County of San Francisco* a case alleging violations of the Coastal Act that was that received extensive media coverage.
- In 2002, I represented a non-profit corporation and citizen's group in a high profile case against City of Palos Verdes Estates in an action related to surveillance cameras installed to monitor beach activity in violation of the California Environmental Quality Act (CEQA). The case was the subject of a Los Angeles Times article.

10. I am a frequent lecturer on legal matters including the following presentations:

- CEQA Overview Environmental Law Series, Workshop VI: CEQA, NEPA & Open Government 2013 presented by Sierra Club Angeles Chapter Legal Committee and Loyola Law;
- C.E.Q.A. Overview, Workshop on CEQA, Global Warming, Endangered Species, Environmental Law Series Presented by Sierra Club Angeles Chapter Legal Committee and Loyola Law School Environmental Law Society, Loyola Law School (March 27, 2010).
- Gathering the Facts: FOIA, California Public Records Act & Aerial Photos, Workshop on Global Warming Law, Clean Air Act and Clean Water for Environmental Activists, Loyola Law School (March 7, 2009).
- Toxics (RCRA CERCLA, TSCA, FIFRA, California Analogs), Workshop on Land Use & Global Warming Law for Environmental Activists, Loyola Law School (March 22, 2008).

11. On or about June, 2013, my prior firm was retained by Calguns Foundation, Inc. (CGF) as trial counsel in this matter.

12. My firm's fee agreement with Calguns Foundation, Inc. (CGF), and Second Amendment Foundation, Inc. (SAF), was for representation at a reduced hourly rate due to my clients' limited financial resources and my commitment to protecting gun

rights as an important constitutional component of the fundamental "right to keep and bear arms." My hourly rate charged to CGF was $250.00 per hour with total hours spent representing CGF equal to 92.0 hours as of August 22, 2014. No fees were paid to my office by the individual plaintiffs.

13. I have personally reviewed the invoices attached as **Exhibit 1** to this declaration. The plaintiffs have submitted detailed, contemporaneously-recorded time records which describe with particularity the date, activity, and time spent on each litigation task over an almost three year period. Each entry was recorded daily, as a percentage of an hour, in a computerized time keeping program.

14. The attorneys for the plaintiffs have either not billed or no charged hundreds of hours in the exercise of billing judgment, which is well beyond what is commonplace in private commercial litigation and requested far less than would be billed to a paying client. For example, Otten & Joyce LLP "no charged" 35.20 hours of work.

15. Each attorney omitted or deleted extensive time spent communicating with individual plaintiffs, conducting factual and legal research, reviewing state agency documents and administrative decisions, conferring with other legal experts, and collaborating with legal and support staff in their offices.

16. The legal and factual complexity of this case is unique, both for the attorneys involved and in terms of the relief obtained. The area of Second Amendment litigation is rapidly developing in light of the Supreme Court decisions in <u>District of Columbia v. Heller</u> (2008) 554 U.S. 57 and <u>McDonald v. City of Chicago</u> (2010). The application of these cases and the level of scrutiny to be applied to firearms statutes throughout the country is developing and few attorneys practice in this area.

17. Each attorney's rate was calculated using The Laffey Matrix. The Laffey Matrix rates for the Washington, D.C., area (which is approximately equivalent to Los Angeles and San Francisco) and is available at

DECLARATION OF VICTOR J. OTTEN, ESQ. IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

http://www.laffeymatrix.com/see.html. The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., <u>McDowell v. District of Columbia</u>, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); <u>Salazar v. Dist. of Col.</u>, 123 F.Supp.2d 8 (D.D.C. 2000). The Laffey Matrix calculates relative fees based on the time litigation took place and each participating attorney's number of years of experience at the time. Additionally, each attorney's rate was then compared to average rates listed for attorney practicing between 2010 and 2013 by the National Law Journal.

18. Brigid Joyce graduated from law school in 2002 and has ten years of legal experience including extensive environmental law. Ms. Joyce was a Partner at Otten & Joyce, LLP and an adjunct legal writing professor at Whittier Law School. Plaintiffs request that her billing rate at $350 per hour based upon her upper level of experience and skill.

19. Michael Ruttle graduated from Whittier Law School in May of 2012. He passed the bar in 2012. Mr. Ruttle worked as a law clerk and associate at Otten & Joyce LLP and Otten Law, PC. Plaintiffs requests his billing rate at $175 per hour.

20. Denise Quartermaine graduated from Whittier Law School in May of 2013. She passed the bar in 2013. Ms. Quartermaine worked as a law clerk and associate at Otten & Joyce LLP and Otten Law, PC. Plaintiffs requests her billing rate at $110 per hour.

21. Justin Otten graduated from Santa Clara Law School in May of 2013. He passed the bar in 2013. Mr. Otten worked as a law clerk and associate at Otten & Joyce LLP and Otten and Law, PC. Plaintiffs requests his billing rate at $110 per hour.

22. The motivation for pursuing this lawsuit by the plaintiffs was to protect the Second Amendment. These plaintiffs are exactly the type of individuals and entities that should receive attorneys' fees and costs in order to protect the public

health and welfare.

23. Attached hereto as **Exhibit 2** is a true and correct cop of Plaintiffs' First Amended Complaint filed February 24, 2012. It is provided to demonstrate that declaratory and injunctive relief was sought under 42 U.S.C §§ 1983, 1988 in addition to the Second and Fourteenth Amendments.

24. Attached hereto as **Exhibit 3** is a true and correct copy of the Court's memorandum and order in favor of Plaintiffs dated August 22, 2014. It is provided to demonstrate that the Court's order was issued based on Plaintiffs' 42 U.S.C §§ 1983, 1988 claims as applied to violations of the Second and Fourteenth Amendments.

25. Attached hereto as **Exhibit 4** are the contemporaneous records of all time expended by Otten & Joyce, LLP and Otten Law, PC directly on this matter.

26. The hourly rate for Otten Law, PC on this matter was $550/hour. This rate was calculated according to reasonable comparative rates in this judicial district.

27. During the course of this litigation, Otten & Joyce, LLP and Otten Law, PC incurred costs in the amount of $3,826.21, which includes filing fees and copy/mailing/service of process charges. These have been filed as a separate bill of costs.

28. During the course of this litigation, Otten & Joyce, LLP and Otten Law, PC incurred fees in the amount of $400.00. These have been filed as a separate bill of costs.

29. In light of the forgoing the reasonable fees and costs expended by Otten Law, PC in obtaining declaratory and injunctive relief was sought under 42 U.S.C §§ 1983, 1988 in addition to the Second and Fourteenth Amendments for Plaintiffs in this matter is $95,246.21.00.

I declare on penalty of perjury under the laws of the United States that the foregoing is true and correct.

//

DECLARATION OF VICTOR J. OTTEN, ESQ. IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

1
2  DATED: September 8, 2014                    OTTEN LAW, PC
3
4
5                                              _____
                                               Victor Otten, Esq.
6                                              Attorneys for Plaintiffs
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28