Victor J. Otten (SBN 165800)
vic@ottenlawpc.com
OTTEN LAW, PC
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225

Donald E.J. Kilmer (SBN 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Phone: (408) 264-8489
Fax: (408) 264-8487

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>**Plaintiffs,**<br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20.**<br><br>**Defendants.** | Case No. 1:11-cv-02137-AWI-SKO<br><br>**DECLARATION OF JASON DAVIS, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD |

I, Jason Davis, declare the following based on my own personal knowledge and a diligent review of the records kept at my firm in the normal course of business.

1.      I earned my Bachelor of Arts Degrees (with distinction) from University of California, Riverside.  I earned my Juris Doctor degree from Loyola Law School,

Los Angeles in 2002.  I am a member in good standing of the California State Bar Association.  I am admitted to practice in the Northern, Southern, and Eastern Districts of California and the Ninth Circuit Court of Appeals.

2. Prior to practicing law, my career was focused solely on the firearms industry, including over a decade of experience in designing and manufacturing firearms for two of the largest firearm manufacturers in the United States at that time. Upon being admitted to the bar, I practiced almost exclusively in firearms related matters. At this time, I have over eleven years of legal experience in the area of firearms related laws, on issues ranging from civil and criminal litigation and appeals, legislative analysis, drafting of certain Penal Code provisions, lobbying activities, regulatory compliance and consultation.  In 2009, I represented the interests of firearm owners and associations in the multi-year long California Law Revision Commission Study on Dangerous Weapons Laws pursuant to ACR 73, which directed the Law Revision Commission to "study, report on, and prepare recommended legislation by July 1, 2009, concerning the revision of the portions of the Penal Code relating to the control of deadly weapons …." 2006 Cal. Stat. res. ch. 128. The general purpose of the study was to improve the organization and accessibility of the deadly weapons statutes, without making any change to criminal liability under those statutes.  This study lead to a complete rewriting of the California Penal Code, as it relates to "dangerous weapons."

3. I established Davis & Associates in 2009, since which time I have continued my involvement in litigating, negotiating, and supervising attorneys in matters related primarily to Second Amendment issues and firearms related civil rights.

4. My fee agreement with Calguns Foundation, Inc. (CGF) was for representation at a reduced hourly rate due to my clients' limited financial resources and my commitment to protecting gun rights as an important constitutional component of the fundamental "right to keep and bear arms."   No fees were paid to my office by the individual plaintiffs.

5.      My hourly rate charged to CGF was $650.00 per hour with total hours spent representing CGF equal to 112.8 hours as of August 15, 2014.  An office copy of my cumulative statements to both clients showing hours worked and costs incurred are attached.  A true and correct copy of my firms bills related to this matter is attached to this declaration as **Exhibit 6**.

6.      I currently bill retail clients at a rate of $350 per hour based on an agreement of payment in full within 30 days of billing.

8.      The Laffey Matrix rates for the Washington, D.C., area (which is approximately equivalent to Orange County) is available at http://www.laffeymatrix.com/see.html.

DATED:  September 8, 2014              DAVIS & ASSOCIATES

/s/ Jason Davis

Jason Davis, Esq.
Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28