Victor J. Otten (SBN 165800)
vic@ottenlawpc.com
OTTEN LAW, PC
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225

Donald E.J. Kilmer (SBN 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Phone: (408) 264-8489
Fax: (408) 264-8487

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**

**Plaintiffs,**

**v.**

**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20.**

**Defendants.**

**Case No. 1:11-cv-02137-AWI-SKO**

**DECLARATION OF DON KILMER, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

Date: TBD
Time: TBD
Courtroom: TBD

I, Donald Kilmer, declare the following based on my own personal knowledge and a diligent review of the records kept at my firm in the normal course of business.

1.      I earned by Bachelor of Arts Degree (with distinction) from San Jose State University in 1991.  I earned my Juris Doctor degree from Lincoln Law School of

1   San Jose in 1995.  I am a member in good standing of the California State Bar

2   Association.  I am admitted to practice in the Northern and Eastern Districts of

3   California and the Ninth Circuit Court of Appeals.

4   2.      I have been a sole practitioner since being licensed to practice law.  My firm

5   represents clients in civil and criminal matters in both the state and federal courts in

6   California.  I have also been a faculty member at Lincoln Law School of San Jose

7   since 2001 where I currently teach an elective in Constitutional Adjudication and

8   Firearms Law.

9   3.      I have published articles in the San Francisco Daily Journal on firearm

10  policy.  I have co-authored an article published in the Lincoln Law Review.

11  4.      My fee agreement with Calguns Foundation, Inc. (CGF), and Second

12  Amendment Foundation, Inc. (SAF), was for representation at a reduced hourly rate

13  due to my clients' limited financial resources and my commitment to protecting gun

14  rights as an important constitutional component of the fundamental "right to keep

15  and bear arms."   No fees were paid to my office by the individual plaintiffs.

16  5.      My hourly rate charged to CGF was $135.00 per hour with total hours spent

17  representing CGF equal to 214.00 hours as of August 15, 2014.  My hourly rate

18  charged to SAF was $135.00 per hour with total hours spent representing SAF

19  equal to 211 hours as of August 15, 2014.  The combined hourly rate was $270.00.

20   Most of the hours overlap each other for a total combined time spent of 214 hours.

21  An office copy of my cumulative statements to both clients showing hours worked

22  and costs incurred are attached.

23  6.      Although perhaps (now) deserving of only a footnote in the history of

24  Second Amendment jurisprudence, I was lead counsel in first case in the nation to

25  incorporate the Second Amendment as against state action through the Fourteenth

26  Amendment's "due process" clause. Nordyke v. King, 563 F.3d 439 (9th Cir.

27  2009), vacated, 611 F.3d 1015 (9th Cir. 2010)(en banc).  This was exactly the same

28  result achieved in McDonald v. City of Chicago, 130 S.Ct. 3020 (2010).

7.      I have several published opinions as lead or co-counsel in other firearms cases have been resolved by or are pending in the Ninth Circuit and/or the California Court of Appeals, including the California Supreme Court.  A full list of those published cases can be provided upon request.

7.      I currently bill retail clients at a rate of $360 per hour based on an agreement of payment in full within 30 days of billing.

8.      The Laffey Matrix rates for the Washington, D.C., area (which is approximately equivalent to San Francisco) is available at http://www.laffeymatrix.com/see.html.

9.      I have been practicing law since January 1, 1996, therefore I fall into the 11-19 year category of the Laffey Matrix at a rate of $640.00 per hour during the relevant time periods.

10.     At 214 hours of billable work the Defendants should be required to pay attorney fees for work I performed in this case in the amount of $136,960.00.  A true and correct copy of our firm's billing records is attached to this declaration as **Exhibit 5**.

11.     I incurred billable costs for hotel expenses during the trial and final argument in the amount of $572.29.


DATED:  September 8, 2014                    LAW OFFICES OF DONALD KILMER



                                            /s/ Don Kilmer, Esq.
                                            _____
                                            Don Kilmer, Esq.
                                            Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28