Victor J. Otten (SBN 165800)
vic@ottenlawpc.com
OTTEN LAW, PC
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225

Donald E.J. Kilmer (SBN 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Phone: (408) 264-8489
Fax: (408) 264-8487

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>**Plaintiffs,**<br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20.**<br><br>**Defendants.** | Case No. 1:11-cv-02137-AWI-SKO<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>Date: TBD<br>Time: TBD<br>Courtoom: TBD |

To all parties and their attorneys of record:

**Please take notice that:** Plaintiffs Jeff Silvester et al, by and through their counsel of record Otten Law, PC and the Law Offices of Donald Kilmer, will and hereby do move this court for an order awarding attorneys' fees and costs incurred in procuring judgment under 42 U.S.C §§ 1983, 1989 as well as the Second and Fourteenth Amendments. The hearing will take place at a time to be determined in

1  the California Easter District – Fresno Division courthouse, located at Robert E.
2  Coyle United States Courthouse  2500 Tulare Street, Fresno CA 93721.
3      The basis of this motion will be that Plaintiffs obtained declaratory and
4  injunctive relief under 42 U.S.C §§ 1983, 1989 in addition to the Second and
5  Fourteenth Amendments.  Under 42 U.S.C § 1989(b) Plaintiffs are the prevailing
6  party as to a cause of action brought under 42 U.S.C § 1983 and are therefore
7  entitled to recover fees and costs incurred in obtaining relief.
8      On this basis Plaintiffs hereby request the court issue an order awarding fees
9  and costs in the amount of $305526.21.
10     A memorandum in support of this motion and declaration of Victor J. Otten
11 are concurrently filed.
12
13 DATED:  September 8, 2014                          OTTEN LAW, PC
14
15
16                                          /s/ Victor J. Otten, Esq.
17                                          Victor Otten, Esq.
                                         Attorneys for Plaintiffs
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28