**EXHIBIT 1**

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

10/11/2013

Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 586**
Invoice Period: 9/1/2013 - 9/30/2013

**RE: DROS 2**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 9/5/2013 | Victor Otten | A108 - Communicate (other external) cfn with investigator on status of background checks on potential plaintiffs. | 0.100 | 250.00 | 25.00 |
| 9/9/2013 | Jennifer Tamura | Research venue issue per request of VJO (Sacramento vs. Fresno). | 0.500 | 190.00 | 95.00 |
| 9/9/2013 | Jennifer Tamura | Communicate with Victor Otten about the venue issue. | 0.200 | | No Charge |
| 9/9/2013 | Jennifer Tamura | Research local court rules in California district courts. | 0.700 | | No Charge |
| 9/9/2013 | Jennifer Tamura | A105 - Communicate (in firm). Communicate with Victor Otten about verifications, if any, for an injunction. | 0.200 | | No Charge |
| 9/9/2013 | Jennifer Tamura | Conduct research on injunctions for purpose of motion for preliminary injunctions. | 0.700 | 190.00 | 133.00 |
| 9/9/2013 | Victor Otten | A106 - Communicate (with Client) Potential client James Joyce. | 0.100 | 250.00 | 25.00 |
| 9/9/2013 | Victor Otten | A106 - Communicate (with Client) telephone conference with BC, JD re case status. | 0.400 | | No Charge |
| 9/10/2013 | Victor Otten | A106 - Communicate (with Client) telephone conference with potential client Olen Daugherty. | 0.300 | 250.00 | 75.00 |
| 9/10/2013 | Victor Otten | A103 - Draft / revise complaint per conversation with JD and information received from plaintiffs. | 2.400 | 250.00 | 600.00 |
| 9/11/2013 | Victor Otten | A106 - Communicate (with Client) telephone conference with Tim Cambell. | 0.200 | 250.00 | 50.00 |
| 9/11/2013 | Jennifer Tamura | Research preliminary injunctions in federal court. | 2.000 | | No Charge |
| 9/11/2013 | Jennifer Tamura | Researched venue, local court rules, and other procedural issues. | 1.000 | 190.00 | 190.00 |
| 9/11/2013 | Jennifer Tamura | Begin drafting motion. | 2.000 | 190.00 | 380.00 |
| 9/12/2013 | Michael Ruttle | A103 - Draft / revise / edit first draft of complaint. Made revisions and edited citations. Sent to VJO for review. | 0.500 | 175.00 | 87.50 |
| 9/12/2013 | Victor Otten | A104 - Review / analyze comments to complaint; revise and proof; review press release. | 1.200 | 250.00 | 300.00 |
| 9/12/2013 | Michael Ruttle | A105 - Communicate (in firm) Discuss law re: | 0.200 | 175.00 | 35.00 |

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | preliminary injunctions w/ VJO. | | | |
| 9/13/2013 | Michael Ruttle | C200 - Researching Law in rutter guide re: legal requirements to issue provisional remedies in federal court. | 1.000 | 175.00 | 175.00 |
| 9/27/2013 | Jennifer Tamura | C200 - Researched 18 USC 925 (a). | 1.500 | 190.00 | 285.00 |
| | | | | **Total Fees:** | 2,455.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Jennifer Tamura | 8.800 | 123.07 | 1,083.00 |
| Michael Ruttle | 1.700 | 175.00 | 297.50 |
| Victor Otten | 4.700 | 228.72 | 1,075.00 |
| | | **Total Fees:** | 2,455.50 |
| | | **Total for this Invoice:** | 2,455.50 |

# Matter Statement of Account

<u>RE: DROS 2</u>
**Balances As Of 10/11/2013**

Open Invoices

| Date | Invoice | Amount | Paid | Balance |
|---|---|---|---|---|
| 9/23/2013 | 578 | 1,125.00 | | 1,125.00 |
| 10/11/2013 | 586 | 2,455.50 | | 2,455.50 |
| | | | SubTotal: | 3,580.50 |

**Total Balance Due for Matter** **3,580.50**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

10/11/2013

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 586**
Invoice Period: 9/1/2013 - 9/30/2013

## REMITTANCE COPY

RE: DROS 2

| | |
|---:|---:|
| **Fees:** | 2,455.50 |
| **Total for this Invoice:** | 2,455.50 |
| **Total Balance Due for Matter:** | 3,580.50 |

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

10/11/2013

Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 586**
Invoice Period: 9/1/2013 - 9/30/2013

**RE: DROS 2**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 9/5/2013 | Victor Otten | A108 - Communicate (other external) cfn with investigator on status of background checks on potential plaintiffs. | 0.100 | 250.00 | 25.00 |
| 9/9/2013 | Jennifer Tamura | Research venue issue per request of VJO (Sacramento vs. Fresno). | 0.500 | 190.00 | 95.00 |
| 9/9/2013 | Jennifer Tamura | Communicate with Victor Otten about the venue issue. | 0.200 | | No Charge |
| 9/9/2013 | Jennifer Tamura | Research local court rules in California district courts. | 0.700 | | No Charge |
| 9/9/2013 | Jennifer Tamura | A105 - Communicate (in firm). Communicate with Victor Otten about verifications, if any, for an injunction. | 0.200 | | No Charge |
| 9/9/2013 | Jennifer Tamura | Conduct research on injunctions for purpose of motion for preliminary injunctions. | 0.700 | 190.00 | 133.00 |
| 9/9/2013 | Victor Otten | A106 - Communicate (with Client) Potential client James Joyce. | 0.100 | 250.00 | 25.00 |
| 9/9/2013 | Victor Otten | A106 - Communicate (with Client) telephone conference with BC, JD re case status. | 0.400 | | No Charge |
| 9/10/2013 | Victor Otten | A106 - Communicate (with Client) telephone conference with potential client Olen Daugherty. | 0.300 | 250.00 | 75.00 |
| 9/10/2013 | Victor Otten | A103 - Draft / revise complaint per conversation with JD and information received from plaintiffs. | 2.400 | 250.00 | 600.00 |
| 9/11/2013 | Victor Otten | A106 - Communicate (with Client) telephone conference with Tim Cambell. | 0.200 | 250.00 | 50.00 |
| 9/11/2013 | Jennifer Tamura | Research preliminary injunctions in federal court. | 2.000 | | No Charge |
| 9/11/2013 | Jennifer Tamura | Researched venue, local court rules, and other procedural issues. | 1.000 | 190.00 | 190.00 |
| 9/11/2013 | Jennifer Tamura | Begin drafting motion. | 2.000 | 190.00 | 380.00 |
| 9/12/2013 | Michael Ruttle | A103 - Draft / revise / edit first draft of complaint. Made revisions and edited citations. Sent to VJO for review. | 0.500 | 175.00 | 87.50 |
| 9/12/2013 | Victor Otten | A104 - Review / analyze comments to complaint; revise and proof; review press release. | 1.200 | 250.00 | 300.00 |
| 9/12/2013 | Michael Ruttle | A105 - Communicate (in firm) Discuss law re: | 0.200 | 175.00 | 35.00 |

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | preliminary injunctions w/ VJO. | | | |
| 9/13/2013 | Michael Ruttle | C200 - Researching Law in rutter guide re: legal requirements to issue provisional remedies in federal court. | 1.000 | 175.00 | 175.00 |
| 9/27/2013 | Jennifer Tamura | C200 - Researched 18 USC 925 (a). | 1.500 | 190.00 | 285.00 |
| | | | **Total Fees:** | | 2,455.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Jennifer Tamura | 8.800 | 123.07 | 1,083.00 |
| Michael Ruttle | 1.700 | 175.00 | 297.50 |
| Victor Otten | 4.700 | 228.72 | 1,075.00 |
| **Total Fees:** | | | 2,455.50 |
| **Total for this Invoice:** | | | 2,455.50 |

# Matter Statement of Account

<u>RE: DROS 2</u>
**Balances As Of 10/11/2013**

Open Invoices

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 9/23/2013 | 578 | 1,125.00 | | 1,125.00 |
| 10/11/2013 | 586 | 2,455.50 | | 2,455.50 |
| | | | SubTotal: | 3,580.50 |

**Total Balance Due for Matter**                                         **3,580.50**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

10/11/2013

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 586**
Invoice Period: 9/1/2013 - 9/30/2013

## REMITTANCE COPY

RE: DROS 2

| | |
|---|---|
| **Fees:** | 2,455.50 |
| **Total for this Invoice:** | 2,455.50 |
| **Total Balance Due for Matter:** | 3,580.50 |

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 613**
Invoice Period: 10/1/2013 - 10/31/2013

**RE: Multiple Matters**
DROS
DROS 2
Silvester v. Harris

## DROS

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10/22/2013 | Victor Otten | A111 - Other prepare for hearing on writ of mandate (time includes conversations with BC and JD). | 1.500 | 250.00 | 375.00 |
| 10/22/2013 | Justin Otten | A102 - Research read AB 500 sections 8 and 8.1 in order to determine whether or not the new legislation would render the case moot. | 2.000 | | No Charge |
| 10/22/2013 | Justin Otten | A102 - Research read through "Section 4230 if Proposed Legislation" document and Davis and Associates AB 500 memo to determine whether the law would render our case moot. | 0.800 | 125.00 | 100.00 |
| 10/22/2013 | Justin Otten | A102 - Research read all support and opposition motions related to the legislative history of AB 500 in order to determine whether or not the new law would render our case moot. | 1.000 | 125.00 | 125.00 |
| 10/23/2013 | Victor Otten | A109 - Appear for / attend hearing on writ; follow-up telephone conferences with BD and JD. | 0.900 | 250.00 | 225.00 |
| 10/24/2013 | Victor Otten | A106 - Communicate (with Client) AB, JD. | 0.900 | 250.00 | 225.00 |
| | | | | **Total Fees:** | 1,050.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Justin Otten | 3.800 | 59.21 | 225.00 |
| Victor Otten | 3.300 | 250.00 | 825.00 |
| | | **Total Fees:** | 1,050.00 |

## DROS 2

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/2013 | Victor Otten | A107 - Communicate (other outside counsel) t/c Jason Davis re: DROS 1w writ and DROS 2. | 0.200 | 250.00 | 50.00 |
| | | **Total Fees:** | | | 50.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Victor Otten | 0.200 | 250.00 | 50.00 |
| | **Total Fees:** | | 50.00 |

## Silvester v. Harris

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2013 | Michael Ruttle | A104 - Review / analyze Depo transcript of Gene Hoffman for purposes of drafting oppo to MSJ. | 1.500 | | No Charge |
| 10/13/2013 | Michael Ruttle | A104 - Review / analyze - depo transcript of Mr. Gottlieb (client) for purposes of drafting opposition to MSJ | 0.800 | | No Charge |
| 10/13/2013 | Michael Ruttle | A104 - Review / analyze - discovery responses for Brandon Combs and Jeff Silvester for purposes of drafting opposition to MSJ | 1.300 | | No Charge |
| 10/13/2013 | Michael Ruttle | A104 - Review / analyze Discovery responses to Special Rogs for Poeschl, Calguns, and SAF for purposes of drafting separate statement of facts in opposition to MSJ. | 1.200 | | No Charge |
| 10/13/2013 | Michael Ruttle | A103 - Draft / revise Separate statement of facts for purposes of opposition to MSJ. Sent to VJO for review. | 1.000 | 175.00 | 175.00 |
| 10/13/2013 | Victor Otten | A103 - Draft / revise opposition to MSJ. | 5.500 | 250.00 | 1,375.00 |
| 10/14/2013 | Michael Ruttle | L210 - Pleadings - began drafting separate statement of facts for opposition to MSJ | 0.800 | 175.00 | 140.00 |
| 10/14/2013 | Michael Ruttle | L210 - Pleadings - Finish drafting separate statement of facts for opposition to MSJ. Sent to VJO for review. | 1.500 | 175.00 | 262.50 |
| 10/14/2013 | Michael Ruttle | A105 - Communicate (in firm) Discuss necessary revisions to Separate statement of Facts w/ VJO. | 0.300 | | No Charge |
| 10/14/2013 | Michael Ruttle | L210 - Pleadings -revise separate statement of facts, and revise P&A. Sent to client for review. | 1.500 | 175.00 | 262.50 |
| 10/14/2013 | Michael Ruttle | A102 - Research Federal Rules and Local Rules re: filing deadlines on court holidays. Communicated findings to client. | 0.300 | | No Charge |
| 10/14/2013 | Victor Otten | A103 - Draft / revise opposition to MSJ. | 2.500 | 250.00 | 625.00 |
| 10/15/2013 | Michael Ruttle | L210 - Pleadings - finalize tables, separate statement, declaration, and P&A for opposition to MSJ. | 4.000 | | No Charge |
| 10/15/2013 | Justin Otten | A103 - Draft / revise edited opposition to motion for summary judgment. Applied and red-lined edits from participating attorneys and applied client edits. | 2.000 | | No Charge |
| 10/15/2013 | Justin Otten | A102 - Research Read Donald Kilemer's 9th circuit appellate brief for the case Second Amendment Foundation and Calguns Foundation v. County of Yolo. Research was done in an effort to find additional applicable supporting law for the opposition motion. | 2.000 | | No Charge |
| 10/15/2013 | Justin Otten | A103 - Draft / revise Bluebooked all citations in the opposition motion. | 1.000 | | No Charge |

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/2013 | Justin Otten | A103 - Draft / revise Consolidated all attorney and client edits of the opposition motion into one single document. All edits were tracked and red-lined for review by clients and other attorneys. Outside edits were then reviewed individually before being accepted or rejected. | 2.400 | 125.00 | 300.00 |
| 10/15/2013 | Justin Otten | A102 - Research Read the Attorney General's motion for summary judgment in order to make sure all citations in our opposition motion were properly relevant and on point. | 0.700 | | No Charge |
| 10/15/2013 | Justin Otten | A103 - Draft / revise Proof read latest draft of the opposition motion. | 1.000 | | No Charge |
| 10/15/2013 | Justin Otten | A103 - Draft / revise Edited down the latest version of the opposition motion in order to meet the 15 page limit set by the courts. | 1.000 | | No Charge |
| 10/15/2013 | Justin Otten | A111 - Other Printed and prepared all documents for submission to the court. | 1.000 | | No Charge |
| 10/15/2013 | Justin Otten | A111 - Other Assisted with court required electronic upload and online submission of the motion. | 1.000 | | No Charge |
| 10/16/2013 | Michael Ruttle | A107 - Communicate (other outside counsel) Communicate w/ opposing counsel John Eisenberg re: stip to 1-day extension to opposition and re-submit VJO declaration | 0.400 | 175.00 | 70.00 |
| 10/17/2013 | Michael Ruttle | L210 - Pleadings - Resubmit Declaration of VJO in opposition to MSJ w/ Legible exhibits. Gave to MF for e-filing. | 0.500 | | No Charge |
| 10/22/2013 | Michael Ruttle | C200 - Researching Law re: Notice of errata for declaration of VJO. | 0.300 | | No Charge |
| 10/22/2013 | Michael Ruttle | A103 - Draft / revise Notice of Errata for Declaration of VJO in support of opposition to MSJ | 0.300 | | No Charge |
| | | | **Total Fees:** | | 3,210.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Justin Otten | 12.100 | 24.79 | 300.00 |
| Michael Ruttle | 15.700 | 57.96 | 910.00 |
| Victor Otten | 8.000 | 250.00 | 2,000.00 |
| | **Total Fees:** | | 3,210.00 |
| | **Total for this Invoice:** | | 4,310.00 |

# Matter Statement of Account

<u>RE: Multiple Matters</u>

**Payments Applied Since Previous Invoice (10/11/2013 - 11/26/2013)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|---|---|---|---|---|---|---|
| 11/5/2013 | Payment | | 3,976.53 | 325.95 | 536 | Silvester v. Harris |
| | | | | 1,125.00 | 578 | DROS 2 |
| | | | | 1,575.00 | 579 | Magazine case |
| | | | | 950.58 | 586 | DROS 2 |

**Balances As Of 11/26/2013**

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 10/11/2013 | 586 | DROS 2 | 2,455.50 | -950.58 | 1,504.92 |
| 10/11/2013 | 587 | Multiple Matters | 3,650.58 | | 3,650.58 |
| 11/26/2013 | 613 | Multiple Matters | 4,310.00 | | 4,310.00 |
| | | | | SubTotal: | 9,465.50 |

**Total Balance Due for Multiple Matters**              **9,465.50**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

11/26/2013

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 613**
Invoice Period: 10/1/2013 - 10/31/2013

## REMITTANCE COPY

**RE: Multiple Matters**
    DROS
    DROS 2
    Silvester v. Harris

| | |
|---:|---:|
| **Fees:** | 4,310.00 |
| **Total for this Invoice:** | 4,310.00 |
| **Total Balance Due for Multiple Matters:** | 9,465.50 |

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

10/11/2013

Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 587**
Invoice Period: 9/1/2013 - 9/30/2013

**RE: Multiple Matters**
DROS
Silvester v. Harris

## DROS

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 9/13/2013 | Michael Ruttle | C200 - Researching Law re: preliminary injunction under Winter v. NRDC supreme court. Discussed w/ VJO. | 2.500 | | No Charge |
| 9/18/2013 | Victor Otten | A108 - Communicate (other external) several emails to Kathleen Lynch re status of opposition brief; receipt, review and analyze opposition brief. | 1.500 | 250.00 | 375.00 |
| 9/20/2013 | Michael Ruttle | A104 - Review / analyze / edit Reply to opposition drafted by VJO, sent back to VJO for final review. | 0.800 | 175.00 | 140.00 |
| 9/23/2013 | Victor Otten | A111 - Other prepare for court hearing. | 3.000 | 250.00 | 750.00 |
| 9/23/2013 | Victor Otten | A112 - Travel to Fresno. | 2.200 | 250.00 | 550.00 |
| 9/24/2013 | Victor Otten | A109 - Appear for / attend court hearing. | 1.000 | 250.00 | 250.00 |
| 9/24/2013 | Victor Otten | A107 - Communicate (other outside counsel) telephone conference with Jason Davis. | 1.000 | 250.00 | 250.00 |
| 9/24/2013 | Victor Otten | A112 - Travel to Los Angeles. | 2.000 | 250.00 | 500.00 |
| 9/30/2013 | Victor Otten | A104 - Review / analyze supplemental declaration provided by AG. | 0.100 | 250.00 | 25.00 |
| | | **Total Fees:** | | | 2,840.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Michael Ruttle | 3.300 | 42.42 | 140.00 |
| Victor Otten | 10.800 | 250.00 | 2,700.00 |
| | **Total Fees:** | | 2,840.00 |

### Expenses

| Expense | Description | Amount |
|---------|-------------|--------|
| E110 - Out of town travel | E110 - Out of town travel - Airfare to Fresno for Hearing. | 625.80 |

We appreciate your business

Page 1 of 4

## Expenses

| Expense | Description | Amount |
|---|---|---|
| E110 - Out of town travel | E110 - Out of town travel - rent a car in Fresno. | 99.78 |

## Silvester v. Harris

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/5/2013 | Victor Otten | A107 - Communicate (other outside counsel) telephone conference with Jonathan Eisenberg re cross motions for summary judgment. | 0.200 | 250.00 | 50.00 |
| 9/10/2013 | Michael Ruttle | A107 - Communicate (other outside counsel) Spoke w/ opposing counsel John Eisenberg re: proposed stipulated facts for purposes of cross-MSJs | 0.200 | 175.00 | 35.00 |
| 9/11/2013 | Michael Ruttle | A105 - Communicate (in firm) Discuss w/ VJO the verbally and in writing the context of my conversation w/ opposing counsel Jon Eisenberg re: the cross MSJs. | 0.300 | | No Charge |
| | | | | **Total Fees:** | 85.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Michael Ruttle | 0.500 | 70.00 | 35.00 |
| Victor Otten | 0.200 | 250.00 | 50.00 |
| | | **Total Fees:** | 85.00 |

**Total for this Invoice:** 3,650.58

# Matter Statement of Account

**Payments Applied Since Previous Invoice (8/12/2013 - 10/11/2013)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|----------|------|-----------|--------|---------|------------|--------|
| 7/9/2013 | Payment | | 12,577.16 | 675.00 | 536 | Silvester v. Harris |

**Balances As Of 10/11/2013**

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|------|---------|--------|--------|------|---------|
| 8/12/2013 | 536 | Silvester v. Harris | 1,000.95 | -675.00 | 325.95 |
| 10/11/2013 | 587 | Multiple Matters | 3,650.58 | | 3,650.58 |
| | | | | SubTotal: | 3,976.53 |

**Total Balance Due for Multiple Matters**                    **3,976.53**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

10/11/2013

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 587**
Invoice Period: 9/1/2013 - 9/30/2013

## REMITTANCE COPY

**RE: Multiple Matters**
DROS
Silvester v. Harris

| | |
|---|---:|
| **Fees:** | 2,925.00 |
| **Expenses:** | 725.58 |
| **Total for this Invoice:** | 3,650.58 |
| **Total Balance Due for Multiple Matters:** | 3,976.53 |

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

9/23/2013

Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 578**
Invoice Period: 8/1/2013 - 8/31/2013

**RE: DROS 2**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 8/5/2013 | Victor Otten | A103 - Draft / revise federal complaint and forward to JD. | 1.900 | 250.00 | 475.00 |
| 8/26/2013 | Victor Otten | A106 - Communicate (with Client) weekly call with BC, JD. | 0.900 | 250.00 | 225.00 |
| 8/26/2013 | Michael Ruttle | A104 - Review / analyze comments to complaint by JD, BC and incorporate into document. | 1.200 | 250.00 | 300.00 |
| 8/28/2013 | Victor Otten | A106 - Communicate (with Client) BC, JD re call from CDMs office. | 0.500 | 250.00 | 125.00 |
| | | **Total Fees:** | | | 1,125.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Michael Ruttle | 1.200 | 250.00 | 300.00 |
| Victor Otten | 3.300 | 250.00 | 825.00 |
| **Total Fees:** | | | 1,125.00 |
| **Total for this Invoice:** | | | 1,125.00 |

# Matter Statement of Account

**RE: DROS 2**

**Balances As Of 9/23/2013**

Open Invoices

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 9/23/2013 | 578 | 1,125.00 | | 1,125.00 |
| | | | SubTotal: | 1,125.00 |

**Total Balance Due for Matter** **1,125.00**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

9/23/2013

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 578**
Invoice Period: 8/1/2013 - 8/31/2013

## REMITTANCE COPY

RE: DROS 2

| | |
|---|---|
| **Fees:** | 1,125.00 |
| **Total for this Invoice:** | 1,125.00 |
| **Total Balance Due for Matter:** | 1,125.00 |

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

9/23/2013

Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 579**
Invoice Period: 8/1/2013 - 8/31/2013

**RE: Magazine case**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 8/2/2013 | Victor Otten | A104 - Review / analyze City of Los Angeles Draft Ordinance re large capacity magazines. | 0.100 | 250.00 | 25.00 |
| 8/4/2013 | Victor Otten | A104 - Review / analyze SB 396 and existing California law on magazines. | 1.500 | | No Charge |
| 8/4/2013 | Victor Otten | A103 - Draft / revise complaint. | 1.800 | 250.00 | 450.00 |
| 8/5/2013 | Victor Otten | A103 - Draft / revise further revisions to complaint. | 1.200 | 250.00 | 300.00 |
| 8/11/2013 | Victor Otten | A103 - Draft / revise, edit complaint; research California Penal Code provisions- magazine exemptions. | 2.000 | 250.00 | 500.00 |
| 8/13/2013 | Victor Otten | A104 - Review / analyze City and County of San Francisco response to PRAR and documents provided. | 0.200 | 250.00 | 50.00 |
| 8/18/2013 | Victor Otten | A103 - Draft / revise final revisions to complaint. | 1.000 | 250.00 | 250.00 |
| 8/22/2013 | Victor Otten | A104 - Review / analyze SB 396 analysis prepared by Stella Choe. | 0.300 | | No Charge |
| | | | | **Total Fees:** | 1,575.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Victor Otten | 8.100 | 194.44 | 1,575.00 |
| | | **Total Fees:** | 1,575.00 |
| | **Total for this Invoice:** | | 1,575.00 |

# Matter Statement of Account

<u>**RE: Magazine case**</u>

**Balances As Of 9/23/2013**

Open Invoices

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 9/23/2013 | 579 | 1,575.00 | | 1,575.00 |
| | | | SubTotal: | 1,575.00 |

**Total Balance Due for Matter**                 **1,575.00**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

9/23/2013

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 579**
Invoice Period: 8/1/2013 - 8/31/2013

## REMITTANCE COPY

**RE: Magazine case**

| | |
|---:|---:|
| **Fees:** | 1,575.00 |
| **Total for this Invoice:** | 1,575.00 |
| **Total Balance Due for Matter:** | 1,575.00 |

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

8/12/2013

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 536**
Invoice Period: 7/1/2013 - 7/31/2013

**RE: Multiple Matters**

DROS
Los Angeles County Sherriff - PRAR
Silvester v. Harris

## DROS

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 7/29/2013 | Victor Otten | A106 - Communicate (with Client) telephone cfn with BC, JD. | 0.900 | | No Charge |

### Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Victor Otten | 0.900 | 0.00 | 0.00 |
| **Total Fees:** | | | 0.00 |

## Los Angeles County Sherriff - PRAR

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 7/29/2013 | Michael Ruttle | A105 - Communicate (in firm) w/ VJO re: pub. rec. act req. research. | 0.300 | | No Charge |

### Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Michael Ruttle | 0.300 | 0.00 | 0.00 |
| **Total Fees:** | | | 0.00 |

## Silvester v. Harris

## Expenses

| Expense | Description | Amount |
|---|---|---|
| E115 - Deposition transcripts | E115 - Deposition transcripts -Atkinson-Baker deposition invoices [Hoffman, Gottlieb] | 1,000.95 |
| | **Total for this Invoice:** | 1,000.95 |

# Matter Statement of Account

### RE: Multiple Matters

**Payments Applied Since Previous Invoice (7/11/2013 - 8/12/2013)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|----------|------|-----------|--------|---------|-----------|--------|
| 7/9/2013 | Payment | | 12,577.16 | 475.00 | 500 | DROS |
| | | | | 227.50 | 500 | Los Angeles County Sherriff - PRAR |
| | | | | 375.00 | 500 | People vs. 44Mag Distributing LLC |
| | | | | 650.00 | 500 | Silvester v. Harris |

### Balances As Of 8/12/2013

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|------|---------|--------|--------|------|---------|
| 8/12/2013 | 536 | Silvester v. Harris | 1,000.95 | | 1,000.95 |
| | | | | SubTotal: | 1,000.95 |

Credits

| Date | Matter | Type | Reference | Amount | Applied | Balance |
|------|--------|------|-----------|--------|---------|---------|
| 7/9/2013 | DROS | Payment | | -12,577.16 | -11,902.16 | -675.00 |
| | | | | | SubTotal: | -675.00 |

**Total Balance Due for Multiple Matters**                                    **325.95**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

8/12/2013

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 536**
Invoice Period: 7/1/2013 - 7/31/2013

## REMITTANCE COPY

**RE: Multiple Matters**
DROS
Los Angeles County Sherriff - PRAR
Silvester v. Harris

| | |
|---|---:|
| **Expenses:** | 1,000.95 |
| **Total for this Invoice:** | 1,000.95 |
| **Total Balance Due for Multiple Matters:** | 325.95 |

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

7/11/2013

**Brandon Combs**
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 500**
Invoice Period: 6/1/2013 - 6/30/2013

RE: **Multiple Matters**
　　DROS
　　Los Angeles County Sherriff - PRAR
　　People vs. 44Mag Distributing LLC
　　Silvester v. Harris

## DROS

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 6/14/2013 | Victor Otten | A103 - Draft / revise special interrogatories, form interrogatories and request for admissions. | 1.500 | 250.00 | 375.00 |
| 6/17/2013 | Victor Otten | A104 - Review / analyze RFAs. | 0.400 | 250.00 | 100.00 |
| | | | | **Total Fees:** | 475.00 |

### Time Summary

| Professional | | Hours | Rate | Amount |
|-------------|--|-------|------|--------|
| Victor Otten | | 1.900 | 250.00 | 475.00 |
| | | | **Total Fees:** | 475.00 |

## Los Angeles County Sherriff - PRAR

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 6/17/2013 | Michael Ruttle | A104 - Review / analyze all correspondence re: PRA request, and reviewed Sherriff department's final response w/ spreadsheet | 1.000 | | No Charge |
| 6/17/2013 | Michael Ruttle | A102 - Research whether Sheriff's response complies w/ PRAR law. | 0.300 | 175.00 | 52.50 |
| 6/18/2013 | Michael Ruttle | A102 - Research CA Pub. Rec. Act re: documents categorically exempt from disclosure; and whether response provided by Sheriff fell within any such exemption. | 1.500 | | No Charge |
| 6/18/2013 | Michael Ruttle | A103 - Draft / revise summary of findings re: Pub. Rec. Act exemptions and application in this case for VJO | 1.000 | 175.00 | 175.00 |

We appreciate your business

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | | Total Fees: | | 227.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Michael Ruttle | 3.800 | 59.87 | 227.50 |
| | Total Fees: | | 227.50 |

## People vs. 44Mag Distributing LLC

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 6/17/2013 | Victor Otten | A104 - Review / analyze People vs. 44Mag Distributing LLC, et al.; memo from Don Kilmer; in preparation for telephone conference. | 1.000 | 250.00 | 250.00 |
| 6/18/2013 | Victor Otten | A107 - Communicate (other outside counsel) conference call re litigation strategy. | 0.500 | 250.00 | 125.00 |
| | | | Total Fees: | | 375.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Victor Otten | 1.500 | 250.00 | 375.00 |
| | Total Fees: | | 375.00 |

## Silvester v. Harris

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 6/17/2013 | Victor Otten | A104 - Review / analyze documents provided by Harris in response to DFP including US Department of Justice, FBI NICS operations 2011; Review of BATF Enforcement of Brady Act Violations; Final Audit Report NICS. | 1.200 | 250.00 | 300.00 |
| 6/17/2013 | Victor Otten | A104 - Review / analyze documents provided by Harris in response to DFP including Review of BATF Enforcement of Brady Action Violations Identified through NICS; Mental Reporting Documents; Criminal Justice Information System (CJIS) Redesign; Feasibility Study Report NICS Mental Health; Project Summary Package Mental Health Firearms Prohibition System Redesign. | 1.400 | 250.00 | 350.00 |
| | | | Total Fees: | | 650.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Victor Otten | 2.600 | 250.00 | 650.00 |
| | Total Fees: | | 650.00 |

| | | |
|--|--|--|
| | Total for this Invoice: | 1,727.50 |

# Matter Statement of Account

## RE: Multiple Matters

### Payments Applied Since Previous Invoice (4/3/2013 - 7/11/2013)

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|----------|------|-----------|--------|---------|------------|--------|
| 5/2/2013 | Payment | | 6,954.25 | 6,954.25 | 448 | DROS |
| 7/9/2013 | | | 12,577.16 | 375.00 | 465 | SB 140 |
| | | | | 2,402.50 | 472 | DROS |
| | | | | 315.00 | 482 | Los Angeles County Sherriff - PRAR |
| | | | | 6,907.16 | 483 | Silvester v. Harris |
| | | | | 175.00 | 485 | DROS |

## Balances As Of 7/11/2013

### Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|------|---------|--------|--------|------|---------|
| 7/11/2013 | 500 | Multiple Matters | 1,727.50 | | 1,727.50 |
| | | | | SubTotal: | 1,727.50 |

### Credits

| Date | Matter | Type | Reference | Amount | Applied | Balance |
|------|--------|------|-----------|--------|---------|---------|
| 7/9/2013 | DROS | Payment | | -12,577.16 | -10,174.66 | -2,402.50 |
| | | | | | SubTotal: | -2,402.50 |

**Total Balance Due for Multiple Matters** **-675.00**

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

3/6/2014

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 675**
Invoice Period: 2/1/2014 - 2/28/2014

**RE: Multiple Matters**
Silvester v. Harris

## Silvester v. Harris

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 2/3/2014 | Victor Otten | A109 - Appear for / attend FSC; meet with BC and DK (time includes travel). | 4.000 | 250.00 | 1,000.00 |
| 2/18/2014 | Denise Quartermaine | Researching and drafting of MIL, proofreading, etc. | 8.500 | | No Charge |
| 2/18/2014 | Justin Otten | A103 - Draft / revise Assisted in drafting Motions in Limine | 2.300 | 150.00 | 345.00 |
| 2/18/2014 | Justin Otten | A103 - Draft / revise Assisted in revising, editing, researching and filing motions in Limine. | 2.000 | 150.00 | 300.00 |
| 2/18/2014 | Justin Otten | A103 - Draft / revise collected all evidence submitted by defendants during discovery and cross referenced with evidence defendants have stated in their joint pretrial statement they will be using at trial; assisted in researching law governing the exclusion of this evidence for purpose of motions to exclude evidence not turned over during discovery. | 2.000 | 150.00 | 300.00 |
| 2/22/2014 | Michael Ruttle | L400 - Trial Preparation - Meeting w/ VJO re: evidentiary documents offered by AG at trial. Discussed plan for evidentiary objections to exclude such evidence at trial. | 0.800 | | No Charge |
| 2/23/2014 | Michael Ruttle | L400 - Trial Preparation - Review judge's order on Defendant's MSJ in preparation to review evidence proposed by AG for use at trial and to create objections to that evidence. | 1.200 | | No Charge |
| 2/23/2014 | Michael Ruttle | L400 - Trial Preparation - Review list of docs proposed by AG re: creating evidence grid for use at trial for purposes of objecting to those docs on various evidentiary grounds. | 1.000 | 175.00 | 175.00 |
| 2/23/2014 | Michael Ruttle | L400 - Trial Preparation - Review Federal Rules of Evidence for purposes of creating evidence grid to be used at trial for purposes of objecting | 0.800 | 175.00 | 140.00 |

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | to the evidence offered by AG. | | | |
| 2/23/2014 | Michael Ruttle | L400 - Trial Preparation - Review legislative history proposed by AG to be offered at trial re: creating evidence grid for use at trial for purposes of objecting to those docs on various evidentiary grounds related to judicial notice and relevance. | 1.300 | | No Charge |
| 2/27/2014 | Victor Otten | A106 - Communicate (with Client) Jeff Silvester re trial. | 0.100 | 250.00 | 25.00 |
| 2/27/2014 | Michael Ruttle | L400 - Trial Preparation - Review Legislative history of California waiting period for purposes of creating evidence grid to be used at trial for purposes of objecting to the evidence offered by AG. | 2.000 | | No Charge |
| 2/27/2014 | Victor Otten | A104 - Review / analyze email from Jason Davis re summary of legislative history. | 0.100 | | No Charge |
| 2/28/2014 | Michael Ruttle | L400 - Trial Preparation and Trial - Review books proposed by AG to be offered at trial re: creating evidence grid for use at trial for purposes of objecting to the evidence offered. | 3.000 | 175.00 | 525.00 |
| 2/28/2014 | Victor Otten | A104 - Review / analyze Legislative History summary by JD. | 1.200 | 250.00 | 300.00 |
| | | | | **Total Fees:** | 3,110.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Denise Quartermaine | 8.500 | 0.00 | 0.00 |
| Justin Otten | 6.300 | 150.00 | 945.00 |
| Michael Ruttle | 10.100 | 83.17 | 840.00 |
| Victor Otten | 5.400 | 245.37 | 1,325.00 |
| | | **Total Fees:** | 3,110.00 |

## Expenses

| Expense | Description | Amount |
|---------|-------------|--------|
| E110 - Out of town travel | E110 - Out of town travel - airfare to Fresno for hearing. | 626.00 |
| | **Total for this Invoice:** | 3,736.00 |

# Matter Statement of Account

**RE: Multiple Matters**

**Payments Applied Since Previous Invoice (2/16/2014 - 3/6/2014)**

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|----------|------|-----------|--------|---------|------------|--------|
| 2/28/2014 | Payment | | 4,475.00 | 1,775.00 | 661 | Silvester v. Harris |

## Balances As Of 3/6/2014

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|------|---------|--------|--------|------|---------|
| 3/6/2014 | 675 | Silvester v. Harris | 3,736.00 | | 3,736.00 |
| | | | | SubTotal: | 3,736.00 |

**Total Balance Due for Multiple Matters**                          **3,736.00**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

3/6/2014

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 675**
Invoice Period: 2/1/2014 - 2/28/2014

## REMITTANCE COPY

**RE: Multiple Matters**
Silvester v. Harris

| | |
|---|---:|
| Fees: | 3,110.00 |
| Expenses: | 626.00 |
| Total for this Invoice: | 3,736.00 |
| Total Balance Due for Multiple Matters: | 3,736.00 |


*Alaska Airlines*

# Confirmation Code: FIPTMK

Below is your booking confirmation. Thank you and enjoy your trip.

**Need to change your flight?** Visit us in advance, online or through reservations.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|--------|---------|---------|-------|-------------|---------|
| *SkyWest* SkyWest 2586 Bombardier CRJ | Mon, Feb 3 11:25 am | Mon, Feb 3 12:25 pm | M (Coach) | Victor Otten | |

Los Angeles, CA (LAX)/Fresno (FAT)

**Operated by SkyWest Airlines as American Eagle. Check in with American Airlines. Confirmation code: D0DZFQ**

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|--------|---------|---------|-------|-------------|---------|
| *SkyWest* SkyWest 2617 Bombardier CRJ | Mon, Feb 3 7:00 pm | Mon, Feb 3 8:10 pm | M (Coach) | Victor Otten | |

Fresno (FAT) Los Angeles, CA (LAX)

**Operated by SkyWest Airlines as American Eagle. Check in with American Airlines. Confirmation code: D0DZFQ**

*For seat assignments, visit operating airline's website using the operating airline's confirmation code.

## Additional Information

## Summary of Airfare Charges

Victor Otten
Mileage Plan # 400071461
Ticket 0272141123907

| | |
|---|---|
| Base Fare and Surcharges | $581.86 |
| Taxes and Other Fees | $44.14 |
| per person total: | $626.00 |

**Amount Due for Air Travel          USD $626.00**

**Need a Hotel?** Use our hotel deal finder to **book a hotel** in Fresno.

**Need a Ride?** Use our car deal finder to **rent a car** in Fresno.

**LOW PRICE GUARANTEE** Provided by Orbitz®

Hotels & Cars

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

1/21/2014

Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 655**
Invoice Period: 12/1/2013 - 12/31/2013

**RE: Multiple Matters**
Silvester v. Harris

## Silvester v. Harris

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12/9/2013 | Victor Otten | A107 - Communicate (other outside counsel) telephone conference with DK; cfn with BC, JD. | 0.800 | | No Charge |

### Time Summary

| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Victor Otten | 0.800 | 0.00 | 0.00 |
| | **Total Fees:** | | 0.00 |
| | **Total for this Invoice:** | | 0.00 |

# Matter Statement of Account

<u>RE: Multiple Matters</u>

## Payments Applied Since Previous Invoice (11/26/2013 - 1/21/2014)

| Received | Type | Reference | Amount | Applied | To Invoice | Matter |
|----------|------|-----------|--------|---------|-----------|--------|
| 1/6/2014 | Payment | | 4,680.00 | 1,504.92 | 586 | DROS 2 |
| | | | | 1,050.00 | 613 | DROS |
| | | | | 50.00 | 613 | DROS 2 |
| | | | | 2,075.08 | 613 | Silvester v. Harris |
| 1/21/2014 | Credit Memo | | 1,575.00 | 1,575.00 | 587 | DROS |

## Balances As Of 1/21/2014

### Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|------|---------|--------|--------|------|---------|
| 10/11/2013 | 587 | Multiple Matters | 3,650.58 | 1,575.00 | 2,075.58 |
| 11/26/2013 | 613 | Silvester v. Harris | 3,210.00 | -2,075.08 | 1,134.92 |
| | | | | SubTotal: | 3,210.50 |

### Credits

| Date | Matter | Type | Reference | Amount | Applied | Balance |
|------|--------|------|-----------|--------|---------|---------|
| 1/21/2014 | DROS | Write Off | | -0.50 | | -0.50 |
| | | | | | SubTotal: | -0.50 |

**Total Balance Due for Multiple Matters**      **3,210.00**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

1/21/2014

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 655**
Invoice Period: 12/1/2013 - 12/31/2013

## REMITTANCE COPY

**RE: Multiple Matters**
Silvester v. Harris

| | |
|---|---|
| **Total for this Invoice:** | 0.00 |
| **Total Balance Due for Multiple Matters:** | 3,210.00 |

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

6/12/2013

**Brandon Combs**
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 482**
Invoice Period: 5/1/2013 - 5/31/2013

**RE: Los Angeles County Sherriff - PRAR**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 5/16/2013 | Michael Ruttle | A104 - Review / analyze Public Records Act Request correspondence btw VJO and Sherriff Baca | 0.800 | 175.00 | 140.00 |
| 5/16/2013 | Michael Ruttle | A103 - Draft / revise follow up letter to sherriff Baca re: failure to comply w/ PRAR | 0.800 | 175.00 | 140.00 |
| 5/16/2013 | Michael Ruttle | A103 - Draft / revise - made final revisions to PRAR follow up letter for VJO | 0.200 | 175.00 | 35.00 |
| | | | **Total Fees:** | | 315.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Michael Ruttle | 1.800 | 175.00 | 315.00 |
| | **Total Fees:** | | 315.00 |
| | **Total for this Invoice:** | | 315.00 |

# Matter Statement of Account

<u>**RE: Los Angeles County Sherriff - PRAR**</u>

**Balances As Of 6/12/2013**

Open Invoices

| Date | Invoice | Amount | Paid | Balance |
|------|---------|--------|------|---------|
| 6/12/2013 | 482 | 315.00 | | 315.00 |
| | | | SubTotal: | 315.00 |

**Total Balance Due for Matter**                                    **315.00**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

6/12/2013

**Otten & Joyce LLP**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 482**
Invoice Period: 5/1/2013 - 5/31/2013

## REMITTANCE COPY

RE: Los Angeles County Sherriff - PRAR

| | |
|---|---|
| **Fees:** | 315.00 |
| **Total for this Invoice:** | 315.00 |
| **Total Balance Due for Matter:** | 315.00 |

**OTTEN LAW PC**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505
310-378-8533
www.ottenandjoyce.com

6/6/2014

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

**Invoice Number: 713**
Invoice Period: 4/1/2014 - 5/31/2014

**RE: Multiple Matters**
    DROS
    Silvester v. Harris

## DROS

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 4/21/2014 | Brigid Joyce | A104 - Review / analyze file re: potential appeal of mootness issue; review applicable case law re: same. | 0.900 | 250.00 | 225.00 |
| 4/21/2014 | Brigid Joyce | A105 - Communicate (in firm) - e-mail VJO re: appeal of judgment denying writ on grounds of mootness. | 0.300 | 250.00 | 75.00 |
| 5/6/2014 | Brigid Joyce | A106 - Communicate (with Client) - T/C with Vic and client re: filing appeal. | 0.300 | 250.00 | 75.00 |
| 5/7/2014 | Brigid Joyce | A102 - Research re filing appeal - order v. judgment for purposes of 180 day limitation; appeal of declaratory relief COA. | 1.100 | 250.00 | 275.00 |
| 5/7/2014 | Brigid Joyce | A103 - Draft email to client and VJO re: research and potential issues on appeal. | 0.400 | 250.00 | 100.00 |
| 5/7/2014 | Brigid Joyce | A106 - Communicate (with Client) - T/C with client, VJO and JAD re: appeal. | 0.600 | 250.00 | 150.00 |
| 5/8/2014 | Brigid Joyce | Draft notice of appeal; check local rules; file through One Legal. | 0.400 | 250.00 | 100.00 |
| 5/15/2014 | Brigid Joyce | A103 - Draft record designation due Monday; forward to VJO for filing. | 0.400 | 250.00 | 100.00 |
| | | | | **Total Fees:** | 1,100.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Brigid Joyce | 4.400 | 250.00 | 1,100.00 |
| | | **Total Fees:** | 1,100.00 |

## Expenses

| Expense | Description | Amount |
|---|---|---|
| E112 - Court fees | E112 - Court fees - filing fee on appeal. | 875.00 |
| E118 - Litigation support vendors | E118 - Litigation support vendors One Legal | 59.00 |

## Silvester v. Harris

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/21/2014 | Brigid Joyce | A104 - Review trial transcripts re: drafting objections/motion to exclude evidence included in request for judicial notice; review re what evidence remains in dispute. | 1.300 | 250.00 | 325.00 |
| 5/21/2014 | Brigid Joyce | A104 - Review exhibit list, RJN, and objections to evidence to date re: drafting objections/motion to exclude evidence included in request for judicial notice. | 0.600 | 250.00 | 150.00 |
| 5/27/2014 | Brigid Joyce | A102 - Research objections to remaining evidence; legislative history; books, articles, public records, etc. and standards for judicial review re drafting motion to exclude. | 2.200 | 250.00 | 550.00 |
| 5/28/2014 | Brigid Joyce | A103 - Draft motion to exclude RJN evidence. | 2.100 | 250.00 | 525.00 |
| 5/29/2014 | Brigid Joyce | A103 - Draft motion to exclude RJN evidence; review and finalize; send to VJO. | 4.200 | 250.00 | 1,050.00 |
| | | | | **Total Fees:** | 2,600.00 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brigid Joyce | 10.400 | 250.00 | 2,600.00 |
| | | **Total Fees:** | 2,600.00 |

### Expenses

| Expense | Description | Amount |
|---|---|---|
| E115 - Deposition transcripts | E115 - Deposition transcripts | 979.30 |
| | **Total for this Invoice:** | 5,613.30 |

# Matter Statement of Account

<u>**RE: Multiple Matters**</u>

**Balances As Of 6/6/2014**

Open Invoices

| Date | Invoice | Matter | Amount | Paid | Balance |
|------|---------|--------|--------|------|---------|
| 4/14/2014 | 697 | Silvester v. Harris | 15,542.50 | | 15,542.50 |
| 6/6/2014 | 713 | Multiple Matters | 5,613.30 | | 5,613.30 |
| | | | | SubTotal: | 21,155.80 |

**Total Balance Due for Multiple Matters**                          **21,155.80**

**Brandon Combs**
Calguns Foundation, Inc.
751 Laurel Street Suite 935
San Carlos, CA 94070-3113

6/6/2014

**OTTEN LAW PC**
3620 Pacific Coast Highway, Suite 100
Torrance, CA 90505

**Invoice Number: 713**
Invoice Period: 4/1/2014 - 5/31/2014

## REMITTANCE COPY

**RE: Multiple Matters**
    DROS
    Silvester v. Harris

| | |
|---|---|
| **Fees:** | 3,700.00 |
| **Expenses:** | 1,913.30 |
| **Total for this Invoice:** | 5,613.30 |
| **Total Balance Due for Multiple Matters:** | 21,155.80 |