**EXHIBIT 4**

# Time Cards
## OTTEN LAW PC

Professional = Victor Otten
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Calguns Foundation, Inc.* | | | | | | | | | | |
| *Silvester v. Harris* | | | | | | | | | | |
| 05-07-2013 | Billed | | Billable | A104 - Review / analyze | Otten, Victor | | | 0.500 | 250.00 | 125.00 |
| | A104 - Review / analyze pleadings. | | | | | | | | | |
| 05-07-2013 | Billed | | Billable | A104 - Review / analyze | Otten, Victor | | | 0.500 | 250.00 | 125.00 |
| | A104 - Review / analyze discovery responses of JS. | | | | | | | | | |
| 05-08-2013 | Billed | | Billable | A112 - Travel | Otten, Victor | | | 1.500 | 250.00 | 375.00 |
| | A112 - Travel to Fresno. | | | | | | | | | |
| 05-09-2013 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 3.000 | 250.00 | 750.00 |
| | A109 - Appear for / attend deposition of JS. | | | | | | | | | |
| 05-10-2013 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 5.000 | 250.00 | 1,250.00 |
| | A109 - Appear for / attend deposition of BC. | | | | | | | | | |
| 05-10-2013 | Billed | | Billable | A112 - Travel | Otten, Victor | | | 1.500 | 250.00 | 375.00 |
| | A112 - Travel to Los Angeles. | | | | | | | | | |
| 05-13-2013 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 6.000 | 350.00 | 2,100.00 |
| | A109 - Appear for / attend deposition of Gene Hoffman (time includes travel). | | | | | | | | | |
| 05-14-2013 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 6.000 | 250.00 | 1,500.00 |
| | A109 - Appear for / attend deposition of AG (time includes travel). | | | | | | | | | |
| 05-31-2013 | Billed | | Billable | A107 - Communicate (other outside counsel) | Otten, Victor | | | 0.300 | 250.00 | 75.00 |
| | A105 - Communicate (other outside counsel) - telephone conference with Jason Davis re expert disclosure; telephone conference with Jonathan E.; telephone conference with Jason Davis. | | | | | | | | | |
| 06-17-2013 | Billed | | Billable | A104 - Review / analyze | Otten, Victor | | | 1.200 | 250.00 | 300.00 |
| | A104 - Review / analyze documents provided by Harris in response to DFP including US Department of Justice, FBI NICS operations 2011; Review of BATF Enforcement of Brady Act Violations; Final Audit Report NICS. | | | | | | | | | |
| 06-17-2013 | Billed | | Billable | A104 - Review / analyze | Otten, Victor | | | 1.400 | 250.00 | 350.00 |
| | A104 - Review / analyze documents provided by Harris in response to DFP including Review of BATF Enforcement of Brady Action Violations Identified through NICS; Mental Reporting Documents; Criminal Justice Information System (CJIS) Redesign; Feasibility Study Report NICS Mental Health; Project Summary Package Mental Health Firearms Prohibition System Redesign. | | | | | | | | | |
| 09-05-2013 | Billed | | Billable | A107 - Communicate (other outside counsel) | Otten, Victor | | | 0.200 | 250.00 | 50.00 |
| | A107 - Communicate (other outside counsel) telephone conference with Jonathan Eisenberg re cross motions for summary judgment. | | | | | | | | | |
| 10-13-2013 | Billed | | Billable | A103 - Draft / revise | Otten, Victor | | | 5.500 | 250.00 | 1,375.00 |
| | A103 - Draft / revise opposition to MSJ. | | | | | | | | | |
| 10-14-2013 | Billed | | Billable | A103 - Draft / revise | Otten, Victor | | | 2.500 | 250.00 | 625.00 |
| | A103 - Draft / revise opposition to MSJ. | | | | | | | | | |
| 12-09-2013 | Billed | | Billable | A107 - Communicate (other outside counsel) | Otten, Victor | | | 0.800 | 250.00 | 200.00 |
| | A107 - Communicate (other outside counsel) telephone conference with DK; cfn with BC, JD. | | | | | | | | | |

# Time Cards
## OTTEN LAW PC

Professional = Victor Otten
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Calguns Foundation, Inc.* | | | | | | | | | | |
| *Silvester v. Harris* | | | | | | | | | | |
| 01-21-2014 | Billed | | Billable | A103 - Draft / revise | Otten, Victor | | | 0.500 | 250.00 | 125.00 |
| | A103 - Draft / revise joint pre-trial statement; meeting with JO re: revisions. | | | | | | | | | |
| 01-22-2014 | Billed | | No Charge | A106 - Communicate (with Client) | Otten, Victor | | | 0.500 | 0.00 | 0.00 |
| | A106 - Communicate (with Client) telephone conference with team re pre-trial joint status report and trial outline. | | | | | | | | | |
| 01-22-2014 | Billed | | Billable | A104 - Review / analyze | Otten, Victor | | | 1.200 | 250.00 | 300.00 |
| | A104 - Review / analyze AG submittal to joint pre-trial statement; review comments from team and revise document. | | | | | | | | | |
| 01-22-2014 | Billed | | Billable | A107 - Communicate (other outside counsel) | Otten, Victor | | | 0.100 | 250.00 | 25.00 |
| | A107 - Communicate (other outside counsel) telephone conference with Don Kilmer. | | | | | | | | | |
| 02-03-2014 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 4.000 | 250.00 | 1,000.00 |
| | A109 - Appear for / attend FSC; meet with BC and DK (time includes travel). | | | | | | | | | |
| 02-27-2014 | Billed | | Billable | A106 - Communicate (with Client) | Otten, Victor | | | 0.100 | 250.00 | 25.00 |
| | A106 - Communicate (with Client) Jeff Silvester re trial. | | | | | | | | | |
| 02-27-2014 | Billed | | No Charge | A104 - Review / analyze | Otten, Victor | | | 0.100 | 0.00 | 0.00 |
| | A104 - Review / analyze email from Jason Davis re summary of legislative history. | | | | | | | | | |
| 02-28-2014 | Billed | | Billable | A104 - Review / analyze | Otten, Victor | | | 1.200 | 250.00 | 300.00 |
| | A104 - Review / analyze Legislative History summary by JD. | | | | | | | | | |
| 03-03-2014 | Billed | | No Charge | A106 - Communicate (with Client) | Otten, Victor | | | 0.800 | 0.00 | 0.00 |
| | A106 - Communicate (with Client) telephone conference with trial team. | | | | | | | | | |
| 03-05-2014 | Billed | | No Charge | A105 - Communicate (in firm) | Otten, Victor | | | 0.200 | 0.00 | 0.00 |
| | A105 - Communicate (in firm) cfn with MR re: case assignments and strategy. | | | | | | | | | |
| 03-06-2014 | Billed | | No Charge | A105 - Communicate (in firm) | Otten, Victor | | | 1.000 | 0.00 | 0.00 |
| | A105 - Communicate (in firm) meeting with MR re: objections to evidence. | | | | | | | | | |
| 03-06-2014 | Billed | | Billable | A103 - Draft / revise | Otten, Victor | | | 1.200 | 250.00 | 300.00 |
| | A103 - Draft / revise review evidence grid and provide comments to associate MR. | | | | | | | | | |
| 03-16-2014 | Billed | | Billable | A112 - Travel | Otten, Victor | | | 1.500 | 175.00 | 262.50 |
| | A112 - Travel to San Jose | | | | | | | | | |
| 03-16-2014 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 4.000 | 175.00 | 700.00 |
| | A109 - Appear for / attend meeting with Don Kilmer; work on draft of reply to trial brief (research and basic outline); work on objections to evidence. | | | | | | | | | |
| 03-17-2014 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 8.000 | 175.00 | 1,400.00 |
| | A109 - Appear for / attend meeting with DK; prepare for trial; correspond with AG office; meeting with GH. | | | | | | | | | |

09-09-2014           Page 2 of 3

# Time Cards
## OTTEN LAW PC

Professional = Victor Otten
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
#### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-18-2014 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 8.000 | 250.00 | 2,000.00 |
| A109 - Appear for / attend meeting with DK re trial prep (time includes travel to LA). |
| 03-19-2014 | Billed | | Billable | A107 - Communicate (other outside counsel) | Otten, Victor | | | 0.100 | 175.00 | 17.50 |
| A107 - Communicate (other outside counsel) telephone conference with Peter Change re joint exhibits. |
| 03-25-2014 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 6.000 | 175.00 | 1,050.00 |
| A109 - Appear for / attend day 1 of trial. |
| 03-25-2014 | Billed | | Billable | A111 - Other | Otten, Victor | | | 3.000 | 175.00 | 525.00 |
| A111 - Other prepare for day 2 trial. |
| 03-26-2014 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 8.000 | 175.00 | 1,400.00 |
| A109 - Appear for / attend trial. |
| 03-27-2014 | Billed | | Billable | A109 - Appear for / attend | Otten, Victor | | | 6.000 | 175.00 | 1,050.00 |
| A109 - Appear for / attend trial. |
| 06-11-2014 | Approved | | Billable | A103 - Draft / revise | Otten, Victor | | | 1.500 | 250.00 | 375.00 |
| A103 - Draft / revise cfn with DK; review and revise brief. |
| | | | | | | | Matter Total | 92.900 | | 20,430.00 |
| | | | | | | | Client Total | 92.900 | | 20,430.00 |
| | | | | | | | Grand Total | 92.900 | | 20,430.00 |

# Time Cards
## OTTEN LAW PC

Professional = Brigid Joyce
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Calguns Foundation, Inc.* | | | | | | | | | | |
| *Silvester v. Harris* | | | | | | | | | | |
| 05-21-2014 | Billed | | Billable | A104 - Review / analyze | Joyce, Brigid | | | 1.300 | 250.00 | 325.00 |
| | A104 - Review trial transcripts re: drafting objections/motion to exclude evidence included in request for judicial notice; review re what evidence remains in dispute. | | | | | | | | | |
| 05-21-2014 | Billed | | Billable | A104 - Review / analyze | Joyce, Brigid | | | 0.600 | 250.00 | 150.00 |
| | A104 - Review exhibit list, RJN, and objections to evidence to date re: drafting objections/motion to exclude evidence included in request for judicial notice. | | | | | | | | | |
| 05-27-2014 | Billed | | Billable | A102 - Research | Joyce, Brigid | | | 2.200 | 250.00 | 550.00 |
| | A102 - Research objections to remaining evidence; legislative history; books, articles, public records, etc. and standards for judicial review re drafting motion to exclude. | | | | | | | | | |
| 05-28-2014 | Billed | | Billable | A103 - Draft / revise | Joyce, Brigid | | | 2.100 | 250.00 | 525.00 |
| | A103 - Draft motion to exclude RJN evidence. | | | | | | | | | |
| 05-29-2014 | Billed | | Billable | A103 - Draft / revise | Joyce, Brigid | | | 4.200 | 250.00 | 1,050.00 |
| | A103 - Draft motion to exclude RJN evidence; review and finalize; send to VJO. | | | | | | | | | |
| | | | | | **Matter Total** | | | 10.400 | | 2,600.00 |
| | | | | | **Client Total** | | | 10.400 | | 2,600.00 |
| | | | | | **Grand Total** | | | 10.400 | | 2,600.00 |

# Time Cards
## OTTEN LAW PC

Professional = Michael Ruttle
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
#### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-10-2013 | Billed | | Billable | A107 - Communicate (other outside counsel) | Ruttle, Michael | | | 0.200 | 175.00 | 35.00 |
| | A107 - Communicate (other outside counsel) Spoke w/ opposing counsel John Eisenberg re: proposed stipulated facts for purposes of cross-MSJs | | | | | | | | | |
| 09-11-2013 | Billed | | No Charge | A105 - Communicate (in firm) | Ruttle, Michael | | | 0.300 | 0.00 | 0.00 |
| | A105 - Communicate (in firm) Discuss w/ VJO the verbally and in writing the context of my conversation w/ opposing counsel Jon Eisenberg re: the cross MSJs. | | | | | | | | | |
| 10-13-2013 | Billed | | No Charge | A104 - Review / analyze | Ruttle, Michael | | | 1.500 | 0.00 | 0.00 |
| | A104 - Review / analyze Depo transcript of Gene Hoffman for purposes of drafting oppo to MSJ. | | | | | | | | | |
| 10-13-2013 | Billed | | No Charge | A104 - Review / analyze | Ruttle, Michael | | | 0.800 | 0.00 | 0.00 |
| | A104 - Review / analyze - depo transcript of Mr. Gottlieb (client) for purposes of drafting opposition to MSJ | | | | | | | | | |
| 10-13-2013 | Billed | | No Charge | A104 - Review / analyze | Ruttle, Michael | | | 1.300 | 0.00 | 0.00 |
| | A104 - Review / analyze - discovery responses for Brandon Combs and Jeff Silvester for purposes of drafting opposition to MSJ | | | | | | | | | |
| 10-13-2013 | Billed | | No Charge | A104 - Review / analyze | Ruttle, Michael | | | 1.200 | 0.00 | 0.00 |
| | A104 - Review / analyze Discovery responses to Special Rogs for Poeschl, Calguns, and SAF for purposes of drafting separate statement of facts in opposition to MSJ. | | | | | | | | | |
| 10-13-2013 | Billed | | Billable | A103 - Draft / revise | Ruttle, Michael | | | 1.000 | 175.00 | 175.00 |
| | A103 - Draft / revise Separate statement of facts for purposes of opposition to MSJ. Sent to VJO for review. | | | | | | | | | |
| 10-14-2013 | Billed | | Billable | L210 - Pleadings | Ruttle, Michael | | | 0.800 | 175.00 | 140.00 |
| | L210 - Pleadings - began drafting separate statement of facts for opposition to MSJ | | | | | | | | | |
| 10-14-2013 | Billed | | Billable | L210 - Pleadings | Ruttle, Michael | | | 1.500 | 175.00 | 262.50 |
| | L210 - Pleadings - Finish drafting separate statement of facts for opposition to MSJ. Sent to VJO for review. | | | | | | | | | |
| 10-14-2013 | Billed | | No Charge | A105 - Communicate (in firm) | Ruttle, Michael | | | 0.300 | 0.00 | 0.00 |
| | A105 - Communicate (in firm) Discuss necessary revisions to Separate statement of Facts w/ VJO. | | | | | | | | | |
| 10-14-2013 | Billed | | Billable | L210 - Pleadings | Ruttle, Michael | | | 1.500 | 175.00 | 262.50 |
| | L210 - Pleadings -revise separate statement of facts, and revise P&A. Sent to client for review. | | | | | | | | | |
| 10-14-2013 | Billed | | No Charge | A102 - Research | Ruttle, Michael | | | 0.300 | 0.00 | 0.00 |
| | A102 - Research Federal Rules and Local Rules re: filing deadlines on court holidays. Communicated findings to client. | | | | | | | | | |
| 10-15-2013 | Billed | | No Charge | L210 - Pleadings | Ruttle, Michael | | | 4.000 | 0.00 | 0.00 |
| | L210 - Pleadings - finalize tables, separate statement, declaration, and P&A for opposition to MSJ. | | | | | | | | | |
| 10-16-2013 | Billed | | Billable | A107 - Communicate (other outside counsel) | Ruttle, Michael | | | 0.400 | 175.00 | 70.00 |
| | A107 - Communicate (other outside counsel) Communicate w/ opposing counsel John Eisenberg re: stip to 1-day extension to opposition and re-submit VJO declaration | | | | | | | | | |
| 10-17-2013 | Billed | | No Charge | L210 - Pleadings | Ruttle, Michael | | | 0.500 | 0.00 | 0.00 |

# Time Cards
## OTTEN LAW PC

Professional = Michael Ruttle
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
#### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | L210 - Pleadings - Resubmit Declaration of VJO in opposition to MSJ w/ Legible exhibits. Gave to MF for e-filing. | | | | | | |
| 10-22-2013 | Billed | | No Charge | C200 - Researching Law | Ruttle, Michael | | | 0.300 | 0.00 | 0.00 |
| | | | | C200 - Researching Law re: Notice of errata for declaration of VJO. | | | | | | |
| 10-22-2013 | Billed | | No Charge | A103 - Draft / revise | Ruttle, Michael | | | 0.300 | 0.00 | 0.00 |
| | | | | A103 - Draft / revise Notice of Errata for Declaration of VJO in support of opposition to MSJ | | | | | | |
| 02-22-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 0.800 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Meeting w/ VJO re: evidentiary documents offered by AG at trial. Discussed plan for evidentiary objections to exclude such evidence at trial. | | | | | | |
| 02-23-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.200 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Review judge's order on Defendant's MSJ in preparation to review evidence proposed by AG for use at trial and to create objections to that evidence. | | | | | | |
| 02-23-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.000 | 175.00 | 175.00 |
| | | | | L400 - Trial Preparation - Review list of docs proposed by AG re: creating evidence grid for use at trial for purposes of objecting to those docs on various evidentiary grounds. | | | | | | |
| 02-23-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 0.800 | 175.00 | 140.00 |
| | | | | L400 - Trial Preparation - Review Federal Rules of Evidence for purposes of creating evidence grid to be used at trial for purposes of objecting to the evidence offered by AG. | | | | | | |
| 02-23-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.300 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Review legislative history proposed by AG to be offered at trial re: creating evidence grid for use at trial for purposes of objecting to those docs on various evidentiary grounds related to judicial notice and relevance. | | | | | | |
| 02-27-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.000 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Review Legislative history of California waiting period for purposes of creating evidence grid to be used at trial for purposes of objecting to the evidence offered by AG. | | | | | | |
| 02-28-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 3.000 | 175.00 | 525.00 |
| | | | | L400 - Trial Preparation and Trial - Review books proposed by AG to be offered at trial re: creating evidence grid for use at trial for purposes of objecting to the evidence offered. | | | | | | |
| 03-05-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.500 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Review AG's opposition to motion in limine and Declaration of Peter Chang for purposes of evidentiary arguments re: strengthening evidence grid to be used at trial for objecting to AG's proposed evidence. | | | | | | |
| 03-05-2014 | Billed | | No Charge | A105 - Communicate (in firm) | Ruttle, Michael | | | 0.200 | 0.00 | 0.00 |

# Time Cards
## OTTEN LAW PC

Professional = Michael Ruttle
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
#### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | A105 - Communicate (in firm) Spoke with VJO re: summary of oppo. to motion in limine and evidentiary objections re: Reply motion to AG's opposition. | | | | | | |
| 03-05-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.000 | 175.00 | 175.00 |
| | | | | L400 - Trial Preparation - Review list of Books, Government Reports and NGO reports proposed by AG re: creating evidence grid for use at trial for purposes of objecting to those docs on various evidentiary grounds. | | | | | | |
| 03-05-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.000 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Continue reviewing list of evidence proposed by AG and continued drafting summary of arguments re: creating evidence grid for use at trial for purposes of objecting to those docs on various evidentiary grounds. Specifically focused on magazines, and government Reports. | | | | | | |
| 03-05-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.500 | 175.00 | 437.50 |
| | | | | L400 - Trial Preparation - Continue reviewing list of evidence proposed by AG and continued drafting summary of arguments re: creating evidence grid for use at trial for purposes of objecting to those docs on various evidentiary grounds. Specifically focused on legislative history, periodicals, books, and NGO reports. | | | | | | |
| 03-06-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 3.000 | 175.00 | 525.00 |
| | | | | L400 - Trial Preparation - Finish drafting evidentiary objections re: evidence grid to be used at trial to object to AG's proposed evidence. Finalized arguments for scholarly articles and other categories. Sent to VJO for review. | | | | | | |
| 03-06-2014 | Billed | | No Charge | A105 - Communicate (in firm) | Ruttle, Michael | | | 1.000 | 0.00 | 0.00 |
| | | | | A105 - Communicate (in firm) Meet w/ VJO re: evidentiary objections made in evidence grid prepared for trial. Analyzed strategic ways to strengthen arguments for purposes of trial preparation. | | | | | | |
| 03-06-2014 | Billed | | Billable | L430 - Written Motions and Submissions | Ruttle, Michael | | | 1.500 | 175.00 | 262.50 |
| | | | | L430 - Written Motions - Begin drafting Reply to opposition to Motion in limine for exclusion of AG's documents at trial. | | | | | | |
| 03-07-2014 | Billed | | Billable | L430 - Written Motions and Submissions | Ruttle, Michael | | | 3.000 | 175.00 | 525.00 |
| | | | | L430 - Written Motions and Submissions - Draft Reply to Opposition to Motion in Limine Re Exclusion of Documents. Sent to VJO for review. | | | | | | |
| 03-08-2014 | Billed | | No Charge | C200 - Researching Law | Ruttle, Michael | | | 2.000 | 0.00 | 0.00 |
| | | | | C200 - Researching Law in Rutter Guide re: Judicial Notice, as per VJO instructions, for purposes of determining admissibility of legislative history and other documents proposed by AG for use at trial. | | | | | | |
| 03-08-2014 | Billed | | No Charge | C200 - Researching Law | Ruttle, Michael | | | 2.000 | 0.00 | 0.00 |
| | | | | C200 - Researching Law - Read cases "In Re Mora" and "US v. Mariscal" as per VJO instructions re: judicial notice at trial for purposes of determining admissibility of AG's proposed documents for use at trial. | | | | | | |
| 03-09-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 0.500 | 0.00 | 0.00 |

# Time Cards
## OTTEN LAW PC

Professional = Michael Ruttle
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | L400 - Trial Preparation - Draft summary of findings re: judicial notice of legislative history at trial pursuant to FRE and applicable case law. Sent to VJO for review. | | | | | | |
| 03-10-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.500 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - review/analyze AG's trial brief re: evidence grid to be used at trial for purposes of objecting to AG's proposed evidence | | | | | | |
| 03-12-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.000 | 175.00 | 350.00 |
| | | | | L400 - Trial Preparation - Reviewed district court and US Supreme court cases re judicial notice for evidence grid for purposes of use at trial objecting to AG's proposed legislative history. Continued to draft arguments; per directions from VJO. | | | | | | |
| 03-12-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.000 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Review/analyze FRE and case law re: evidence grid for purposes of objecting at trial to AG's prosed exhibits. Draft arguments re: foundation. | | | | | | |
| 03-12-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 3.000 | 175.00 | 525.00 |
| | | | | L400 - Trial Preparation - Draft legal arguments re: evidence grid for purposes of use at trial to object to AG's proposed evidence exhibits. | | | | | | |
| 03-13-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.000 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Researching law under FRE 803 exceptions to hearsay re: evidence grid for purposes of use at trial to object to AG's proposed evidence | | | | | | |
| 03-13-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.500 | 0.00 | 0.00 |
| | | | | L400 - Trial Preparation - Continue researching law under FRE 803 hearsay exceptions re: evidence grid to object to AG's proposed 96 exhibits at trial. | | | | | | |
| 03-14-2014 | Billed | | No Charge | A104 - Review / analyze | Ruttle, Michael | | | 0.800 | 0.00 | 0.00 |
| | | | | A104 - Review / analyze AG's trial brief as per VJO request for purposes of preparing Plaintiff's reply brief. | | | | | | |
| 03-14-2014 | Billed | | No Charge | A104 - Review / analyze | Ruttle, Michael | | | 0.800 | 0.00 | 0.00 |
| | | | | A104 - Review / analyze Plaintiff's trial brief as per VJO request for purposes of preparing Plaintiff's reply brief to AG's trial brief. | | | | | | |
| 03-14-2014 | Billed | | Billable | C200 - Researching Law | Ruttle, Michael | | | 2.500 | 175.00 | 437.50 |
| | | | | C200 - Researching Law under FRE 803 and applicable case law hearsay objections re: evidence grid for purposes of objecting AG's proposed trial docs. | | | | | | |
| 03-14-2014 | Billed | | No Charge | A105 - Communicate (in firm) | Ruttle, Michael | | | 1.000 | 0.00 | 0.00 |
| | | | | A105 - Communicate (in firm) meeting w/ VJO re: reply brief to AG's trial brief and discussed evidentiary objections to AG's proposed joint exhibits, and separate exhibits. Reviewed court's pre-trial order on requirements re: exhibit submissions. | | | | | | |
| 03-14-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.900 | 175.00 | 332.50 |

# Time Cards
## OTTEN LAW PC

Professional = Michael Ruttle
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 03-16-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.500 | 175.00 | 262.50 |

L400 - Trial Preparation - Prepared objections to evidence cited in AG's trial brief re: inadmissibility for purposes of preparing reply brief to AG's trial brief. Sent to VJO for review as per VJO's request.

| 03-16-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.300 | 175.00 | 227.50 |

L400 - Trial Preparation - worked on Joint exhibit list index as per court's pre-trial order re: evidence exhibits.

| 03-16-2014 | Billed | | No Charge | A105 - Communicate (in firm) | Ruttle, Michael | | | 0.300 | 0.00 | 0.00 |

L400 - Trial Preparation - Drafted evidentiary objections to AG's proposed Joint Exhibit list, as per VJO instructions, re: evidence grid for purposes of use at trial to object to AG's documents.

| 03-16-2014 | Billed | | No Charge | C200 - Researching Law | Ruttle, Michael | | | 0.800 | 0.00 | 0.00 |

A105 - Communicate (in firm) Discuss w/ VJO re: evidence objections to AG's proposed joint exhibit for purposes of evidence grid.

| 03-16-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 1.200 | 0.00 | 0.00 |

C200 - Researching Law - Continue researching statutes and case law re: objections for evidence grid to be used at trial for purposes of objecting to AG's proposed exhibits.

| 03-17-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.500 | 0.00 | 0.00 |

L400 - Trial Preparation - Updated latest draft of evidentiary objections re: evidence grid to be used at trial for purposes of objecting to AG's proposed exhibits.

| 03-17-2014 | Billed | | Billable | A103 - Draft / revise | Ruttle, Michael | | | 1.200 | 175.00 | 210.00 |

L400 - Trial Preparation - Draft evidentiary arguments to individual exhibits re: internal evidence grid for purposes of use at trial to object to AG's proposed 96 docs.

| 03-17-2014 | Billed | | No Charge | A105 - Communicate (in firm) | Ruttle, Michael | | | 0.300 | 0.00 | 0.00 |

A103 - Draft / revise "Objections to Evidence in AG Trial Brief" for VJO

| 03-17-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.000 | 0.00 | 0.00 |

A105 - Communicate (in firm) Discuss evidentiary objections re: internal evidence grid for purposes of use at trial to object to AG's proposed docs.

| 03-23-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.000 | 0.00 | 0.00 |

L400 - Trial Preparation - Finish drafting evidentiary arguments to individual exhibits re: internal evidence grid for purposes of use at trial to object to AG's proposed 96 docs.

| 03-23-2014 | Billed | | No Charge | A104 - Review / analyze | Ruttle, Michael | | | 1.000 | 0.00 | 0.00 |

L400 - Trial Preparation - Finalize objections re: evidence grid for use at trial for purposes of objecting to AG's documents. Prepare table of contents. Send to VJo for review.

09-09-2014

# Time Cards
## OTTEN LAW PC

Professional = Michael Ruttle
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|

### Calguns Foundation, Inc.
### Silvester v. Harris

A104 - Review / analyze AG's opposition to Motion in limine re: updating evidence grid for use at trial for purposes of objecting to AG's documents.

| 03-23-2014 | Billed | | No Charge | C200 - Researching Law | Ruttle, Michael | | | 1.700 | 0.00 | 0.00 |

C200 - Researching Law cited in AG's opposition to Motion in limine for purposes of trial preparation re: evidence grid for use at trial for purposes of objecting to AG's documents. Prepare table of contents. Send to VJO for review.

| 03-23-2014 | Billed | | Billable | A104 - Review / analyze | Ruttle, Michael | | | 0.400 | 175.00 | 70.00 |

A104 - Review / analyze Page line summary of Jeff Silvester for purposes of reviewing Gene Hoffman depo and preparing page line summary of depo to be used for direct examination at trial.

| 03-23-2014 | Billed | | Billable | A104 - Review / analyze | Ruttle, Michael | | | 0.800 | 175.00 | 140.00 |

A104 - Review / analyze Hoffman depo transcript for purposes of preparing page line summary re: direct questioning at trial.

| 03-23-2014 | Billed | | Billable | A104 - Review / analyze | Ruttle, Michael | | | 1.200 | 175.00 | 210.00 |

A104 - Review / analyze - Continue review of Hoffman depo transcript for purposes of preparing page line summary re: direct questioning at trial. Trial preparation.

| 03-24-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.500 | 250.00 | 625.00 |

L400 - Trial Preparation and Trial - Finish review of Hoffman depo transcript for purposes of preparing page line summary re: direct questioning at trial. Prepared page line summary for purposes of preparing direct examination to be used at trial. Sent summary to VJO. Trial Preparation.

| 03-24-2014 | Billed | | No Charge | C200 - Researching Law | Ruttle, Michael | | | 1.000 | 0.00 | 0.00 |

C200 - Researching Law re: elements for representative standing for purposes of trial preparation in examining witnesses. Sent legal findings to VJO for review.

| 03-24-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.000 | 175.00 | 350.00 |

L400 - Trial Preparation - Prepared direct examination outline of Gene Hoffman for purposes of use at trial in direct and cross-examination. Sent to VJO for review.

| 03-24-2014 | Billed | | Billable | A104 - Review / analyze | Ruttle, Michael | | | 1.400 | 175.00 | 245.00 |

A104 - Review / analyze Defendant AG's REquest for Judicial Notice for purposes of drafting objection to be used at trial. Trial Preparation.

| 03-24-2014 | Billed | | No Charge | C200 - Researching Law | Ruttle, Michael | | | 0.800 | 0.00 | 0.00 |

C200 - Researching Law cited in AG's Request For Judicial Notice for purposes of drafting Objection re: use at trial.

| 03-24-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 3.000 | 175.00 | 525.00 |

L400 - Trial Preparation - Draft Objection to Defendant AG's Request for Judicial Notice re: use at trial. Sent to VJO for review.

| 03-25-2014 | Billed | | Billable | A105 - Communicate (in firm) | Ruttle, Michael | | | 0.300 | 175.00 | 52.50 |

A105 - Communicate (in firm) Discuss trial strategy w/ VJO re: evidentiary objections.

| 03-25-2014 | Billed | | No Charge | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.500 | 0.00 | 0.00 |

# Time Cards
## OTTEN LAW PC

Professional = Michael Ruttle
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Calguns Foundation, Inc.* | | | | | | | | | | |
| *Silvester v. Harris* | | | | | | | | | | |
| | L400 - Trial Preparation - reviewing AG's request for judicial notice. Researched law re:FRE and substantive case law re: grounds for objecting to AG's proposed trial documents. | | | | | | | | | |
| 03-25-2014 | Billed | | No Charge | A103 - Draft / revise | Ruttle, Michael | | | 1.200 | 0.00 | 0.00 |
| | A103 - Draft findings on research re: objections to AG's request for judicial notice. Trial Preparation. Sent to VJO for review. | | | | | | | | | |
| 03-27-2014 | Billed | | Billable | L400 - Trial Preparation and Trial | Ruttle, Michael | | | 2.000 | 175.00 | 350.00 |
| | L400 - Trial Preparation - Research relevancy of AG's exhibits, and negative perr-review for VJO. Sent results to VJO | | | | | | | | | |
| | | | | | | | **Matter Total** | 100.400 | | 8,622.50 |
| | | | | | | | **Client Total** | 100.400 | | 8,622.50 |
| | | | | | | | **Grand Total** | 100.400 | | 8,622.50 |

# Time Cards
## OTTEN LAW PC

Professional = Justin Otten
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
#### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-15-2013 | Billed | | No Charge | A103 - Draft / revise | Otten, Justin | | | 2.000 | 0.00 | 0.00 |
| | A103 - Draft / revise edited opposition to motion for summary judgment. Applied and red-lined edits from participating attorneys and applied client edits. | | | | | | | | | |
| 10-15-2013 | Billed | | No Charge | A102 - Research | Otten, Justin | | | 2.000 | 0.00 | 0.00 |
| | A102 - Research Read Donald Kilemer's 9th circuit appellate brief for the case Second Amendment Foundation and Calguns Foundation v. County of Yolo.  Research was done in an effort to find additional applicable supporting law for the opposition motion. | | | | | | | | | |
| 10-15-2013 | Billed | | No Charge | A103 - Draft / revise | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| | A103 - Draft / revise Bluebooked all citations in the opposition motion. | | | | | | | | | |
| 10-15-2013 | Billed | | Billable | A103 - Draft / revise | Otten, Justin | | | 2.400 | 125.00 | 300.00 |
| | A103 - Draft / revise Consolidated all attorney and client edits of the opposition motion into one single document.  All edits were tracked and red-lined for review by clients and other attorneys.  Outside edits were then reviewed individually before being accepted or rejected. | | | | | | | | | |
| 10-15-2013 | Billed | | No Charge | A102 - Research | Otten, Justin | | | 0.700 | 0.00 | 0.00 |
| | A102 - Research Read the Attorney General's motion for summary judgment in order to make sure all citations in our opposition motion were properly relevant and on point. | | | | | | | | | |
| 10-15-2013 | Billed | | No Charge | A103 - Draft / revise | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| | A103 - Draft/ revise Proof read latest draft of the opposition motion. | | | | | | | | | |
| 10-15-2013 | Billed | | No Charge | A103 - Draft / revise | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| | A103 - Draft / revise Edited down the latest version of the opposition motion in order to meet the 15 page limit set by the courts. | | | | | | | | | |
| 10-15-2013 | Billed | | No Charge | A111 - Other | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| | A111 - Other Printed and prepared all documents for submission to the court. | | | | | | | | | |
| 10-15-2013 | Billed | | No Charge | A111 - Other | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| | A111 - Other Assisted with court required electronic upload and online submission of the motion. | | | | | | | | | |
| 11-01-2013 | Approved | | No Charge | A104 - Review / analyze | Otten, Justin | 3:00 | 3:30 | 0.500 | 0.00 | 0.00 |
| | A104 - Review / analyze Read Attorney General's objections to evidence submitted in opposition to AG motion for summary judgement in preparation for drafting our response. | | | | | | | | | |
| 11-01-2013 | Approved | | No Charge | A104 - Review / analyze | Otten, Justin | 3:30 | 4:00 | 0.500 | 0.00 | 0.00 |
| | A104 - Review / analyze Read AG motion for summary judgment and our response in preparation for drafting our response to AG objections to evidence submitted in our original response. | | | | | | | | | |
| 11-01-2013 | Approved | | No Charge | A102 - Research | Otten, Justin | 4:00 | 5:15 | 1.300 | 0.00 | 0.00 |
| | A102 - Research Researched FRCP and FRE rules governing objections to submitted evidence in the eastern district of CA as well as the procedure to respond to such objections in preparation for drafting our response. | | | | | | | | | |
| 11-01-2013 | Approved | | No Charge | A104 - Review / analyze | Otten, Justin | 5:15 | 6:15 | 1.000 | 0.00 | 0.00 |
| | A104 - Review / analyze Read Hoffman Deposition and checked accuracy of citation in our original opposition to MSJ. Improved upon citations where needed and applied new citations to our response. | | | | | | | | | |
| 11-01-2013 | Approved | | No Charge | A104 - Review / analyze | Otten, Justin | 6:15 | 7:15 | 1.000 | 0.00 | 0.00 |

# Time Cards
## OTTEN LAW PC

Professional = Justin Otten
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-01-2013 | Approved | | No Charge | A104 - Review / analyze Read Gottlieb SAF Deposition/Sylvester and Comb's response to specific interrogatories and checked accuracy of citation in our original opposition to MSJ. Improved upon citations where needed and applied new citations to our response. | Otten, Justin | 7:15 | 8:45 | 1.500 | 0.00 | 0.00 |
| 11-01-2013 | Approved | | No Charge | A103 - Draft / revise Drafted responses to AG objections to evidence. | Otten, Justin | 8:45 | 9:45 | 1.000 | 0.00 | 0.00 |
| 11-01-2013 | Approved | | No Charge | A103 - Draft / revise Applied supervisor edits and redrafted responses to AG evidence objections. | Otten, Justin | 9:45 | 10:15 | 0.500 | 0.00 | 0.00 |
| 11-01-2013 | Approved | | No Charge | A103 - Draft / revise Checked all citations in final draft of our response to AG evidence objections. | Otten, Justin | 10:15 | 10:30 | 0.300 | 0.00 | 0.00 |
| 11-01-2013 | Approved | | No Charge | A104 - Review / analyze Proof read final draft of response to AG evidence objections. | Otten, Justin | 10:30 | 11:00 | 0.500 | 0.00 | 0.00 |
| 11-01-2013 | Approved | | No Charge | P280 - Other Scanned prepared and electronically submitted response to AG evidence objections along with attached exhibits. | Otten, Justin | | | 2.000 | 0.00 | 0.00 |
| 01-14-2014 | Billed | | No Charge | A102 - Research Collected and calendared pretrial court filing deadlines in preparation for trial. | Otten, Justin | | | 2.100 | 125.00 | 262.50 |
| 01-21-2014 | Billed | | Billable | A103 - Draft / revise Begin drafting Joint Pretrial Statement in preparation for trial; meeting with VJO. | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| 01-21-2014 | Billed | | No Charge | A103 - Draft / revise Applied supervisor edits and missing data to Joint Pretrial Statement in preparation for trial. | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| 01-21-2014 | Billed | | No Charge | A103 - Draft / revise Updated Points of law section of Joint Pretrial statement, adding all cases from Silvester case file in preparation for trial. | Otten, Justin | | | 0.500 | 0.00 | 0.00 |
| 01-22-2014 | Billed | | No Charge | A105 - Communicate (in firm) | Otten, Justin | | | | | |
| | | | | A105 - Communicate (in firm) Attended conference call with clients and participating attorneys discussing trial preparation. | | | | | | |
| 01-22-2014 | Billed | | Billable | A103 - Draft / revise Applied co-counsel and supervisor edits to joint pretrial statement. Reviewed discovery file and added all relevant exhibits in preparation for trial. | Otten, Justin | | | 1.500 | 125.00 | 187.50 |
| 01-22-2014 | Billed | | Billable | A103 - Draft / revise Reviewed opposing counsel's section of Joint Statement and incorporated into final product. Proofread final product in preparation for submission. | Otten, Justin | | | 3.000 | 125.00 | 375.00 |
| 01-22-2014 | Billed | | No Charge | A103 - Draft / revise Reviewed discovery file for case in its entirety incorporating all relevant documents and exhibits into our joint statement as required for trial. | Otten, Justin | | | 2.000 | 0.00 | 0.00 |
| 01-22-2014 | Billed | | Billable | A103 - Draft / revise Reviewed all cases and statutes cited in all document related to trial and compiled a statement of these so that they may be cited to at trail as required by Federal regulations. | Otten, Justin | | | 2.000 | 125.00 | 250.00 |

# Time Cards
## OTTEN LAW PC

Professional = Justin Otten
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

### Calguns Foundation, Inc.
### Silvester v. Harris

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-22-2014 | Billed | | Billable | A103 - Draft / revise | Otten, Justin | | | 2.000 | 125.00 | 250.00 |
| | A103 - Draft / revise Proofread final document and oversaw upload to Federal Court electronic upload system. Electronically notified all required partied including Judges and opposing counsel as required by Federal regulations. | | | | | | | | | |
| 02-18-2014 | Billed | | Billable | A103 - Draft / revise | Otten, Justin | | | 2.300 | 150.00 | 345.00 |
| | A103 - Draft / revise Assisted in drafting Motions in Limine | | | | | | | | | |
| 02-18-2014 | Billed | | Billable | A103 - Draft / revise | Otten, Justin | | | 2.000 | 150.00 | 300.00 |
| | A103 - Draft / revise Assisted in revising, editing, researching and filing motions in Limine. | | | | | | | | | |
| 02-18-2014 | Billed | | Billable | A103 - Draft / revise | Otten, Justin | | | 2.000 | 150.00 | 300.00 |
| | A103 - Draft / revise collected all evidence submitted by defendants during discovery and cross referenced with evidence defendants have stated in their joint pretrial statement they will be using at trial; assisted in researching law governing the exclusion of this evidence for purpose of motions to exclude evidence not turned over during discovery. | | | | | | | | | |
| 03-05-2014 | Billed | | No Charge | A103 - Draft / revise | Otten, Justin | | | 2.000 | 0.00 | 0.00 |
| | A103 - Draft / revise Created Case Map database and uploaded files. Entered data for all issues and parties and began to sort documents for use at trial. | | | | | | | | | |
| 03-05-2014 | Billed | | No Charge | A104 - Review / analyze | Otten, Justin | | | 3.000 | 0.00 | 0.00 |
| | A104 - Review / analyze Bates No. AG00001 - 01928. Entered preliminary data into Case Map software and began sorting AG documents by issue for use at trial | | | | | | | | | |
| 03-06-2014 | Billed | | No Charge | A102 - Research | Otten, Justin | | | 3.000 | 0.00 | 0.00 |
| | A102 - Research Began reading studies related to alleged correlation between firearms possession and suicide in preparation for trial. | | | | | | | | | |
| 03-07-2014 | Billed | | No Charge | A102 - Research | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| | A102 - Research Judicial notice of legislative history to assist in preparing motion to exclude AG use of legislative history. | | | | | | | | | |
| 03-15-2014 | Billed | | No Charge | A102 - Research | Otten, Justin | | | 3.000 | 0.00 | 0.00 |
| | A102 - Research Issue of whether or not AG has presumption of constitutionality or bear burden of proof in preparation for trial. | | | | | | | | | |
| 03-15-2014 | Billed | | No Charge | A103 - Draft / revise | Otten, Justin | | | 1.000 | 0.00 | 0.00 |
| | A103 - Draft / revise Drafted memo detailing presumption of constitutionality issue for use in pretrial briefs and at trial. | | | | | | | | | |
| 09-06-2014 | Approved | | Billable | A102 - Research | Otten, Justin | | | 4.000 | 175.00 | 700.00 |
| | A102 - Research law governing motions for costs and attorneys' fees. | | | | | | | | | |
| 09-06-2014 | Approved | | Billable | A103 - Draft / revise | Otten, Justin | | | 4.000 | 175.00 | 700.00 |
| | A103 - Draft / revise Notice and declaration in support of attorneys' fees memo. Attorneys' fees memo. | | | | | | | | | |
| 09-07-2014 | Approved | | Billable | A103 - Draft / revise | Otten, Justin | | | 4.000 | 175.00 | 700.00 |
| | A103 - Draft / revise Memorandum in request for attorneys' fees. | | | | | | | | | |
| 09-07-2014 | Approved | | Billable | A103 - Draft / revise | Otten, Justin | | | 4.000 | 175.00 | 700.00 |
| | A103 - Draft / revise Memorandum in request for attorneys' fees. | | | | | | | | | |
| | | | | | Matter Total | | | 72.600 | | 5,370.00 |
| | | | | | Client Total | | | 72.600 | | 5,370.00 |
| | | | | | Grand Total | | | 72.600 | | 5,370.00 |

09-09-2014

Page 3 of 3

# Time Cards
## OTTEN LAW PC

Professional = Jennifer Tamura
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Calguns Foundation, Inc.* | | | | | | | | | | |
| Silvester v. Harris | | | | | | | | | | |
| 11-01-2013 | Approved | | No Charge | A103 - Draft / revise | Tamura, Jennifer | | | 2.000 | 0.00 | 0.00 |
| A103 - Draft / revise. Draft response to opposition to statement of facts for summary judgment. | | | | | | | | | | |
| 11-01-2013 | Approved | | No Charge | A103 - Draft / revise | Tamura, Jennifer | | | 1.500 | 0.00 | 0.00 |
| A103 - Draft / revise. Edit response to opposition to statement of facts for summary judgment. | | | | | | | | | | |
| 11-01-2013 | Approved | | No Charge | A102 - Research | Tamura, Jennifer | | | 1.000 | 0.00 | 0.00 |
| A102 - Research response to opposition to statement of facts for summary judgment motion. | | | | | | | | | | |
| 11-01-2013 | Approved | | Billable | | Tamura, Jennifer | | | 0.100 | 190.00 | 19.00 |
| Discuss response to opposition to statement of facts for summary judgment motion with BJJ. | | | | | | | | | | |
| | | | | | | | Matter Total | 4.600 | | 19.00 |
| | | | | | | | Client Total | 4.600 | | 19.00 |
| | | | | | | | Grand Total | 4.600 | | 19.00 |

09-09-2014

Page 1 of 1

# Time Cards
## OTTEN LAW PC

Professional = Denise Quartermaine
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
View = Original
From 01-02-2012 To 09-08-2014

| Date | Status | Approval | BillableType | Task | Professional | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Calguns Foundation, Inc.* | | | | | | | | | | |
| Silvester v. Harris | | | | | | | | | | |
| 02-18-2014 | Billed | | No Charge | A111 - Other | Quartermaine, Denise | | | 8.500 | 0.00 | 0.00 |
| | Researching and drafting of MIL, proofreading, etc. | | | | | | | | | |
| 03-14-2014 | Billed | | No Charge | | Quartermaine, Denise | | | 2.300 | 0.00 | 0.00 |
| | case, article/doc research for Vic for silvester | | | | | | | | | |
| 03-17-2014 | Billed | | No Charge | | Quartermaine, Denise | | | 1.000 | 0.00 | 0.00 |
| | Case research and keycite info for Silvester | | | | | | | | | |
| 03-27-2014 | Billed | | No Charge | | Quartermaine, Denise | | | 2.000 | 0.00 | 0.00 |
| | Silvester research for Vic regarding AG trial exhibits | | | | | | | | | |
| | | | | | Matter Total | | | 13.800 | | 0.00 |
| | | | | | Client Total | | | 13.800 | | 0.00 |
| | | | | | Grand Total | | | 13.800 | | 0.00 |

# Expense Cards
## OTTEN LAW PC

Professional = All
Group By Staff Category
Client - Matter = Silvester v. Harris
Task Code = All
Expense Code = All
View = Original
Approval Status = All
From Earliest To Latest

### Calguns Foundation, Inc.
#### Silvester v. Harris

| Date | Status | Approval | BillableType | Expense | Professional | Price | Mark Up % | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05-08-2013 | Billed | | Billable | E110 - Out of town travel | Otten, Victor | 247.06 | 0.00 | 1.00 | 247.06 |
| | E110 - Out of town travel - hotel in Fresno | | | | | | | | |
| 05-08-2013 | Billed | | Billable | E110 - Out of town travel | Otten, Victor | 197.30 | 0.00 | 1.00 | 197.30 |
| | E110 - Out of town travel - car rental in Fresno | | | | | | | | |
| 05-08-2013 | Billed | | Billable | E110 - Out of town travel | Otten, Victor | 0.00 | 0.00 | 1.00 | 387.80 |
| | E110 - Out of town travel - Alaska Air ticket to Fresno | | | | | | | | |
| 05-08-2013 | Written Off | | Billable | E110 - Out of town travel | Otten, Victor | 0.00 | 0.00 | 1.00 | 387.80 |
| | E110 - Out of town travel - Alaska Air ticket to Fresno | | | | | | | | |
| 07-02-2013 | Billed | | Billable | E115 - Deposition transcripts | | 0.00 | 0.00 | 1.00 | 1,000.95 |
| | E115 - Deposition transcripts --Atkinson-Baker deposition invoices [Hoffman, Gottlieb] | | | | | | | | |
| 02-03-2014 | Billed | | Billable | E110 - Out of town travel | | 0.00 | 0.00 | 1.00 | 626.00 |
| | E110 - Out of town travel - airfare to Fresno for hearing. | | | | | | | | |
| 05-31-2014 | Billed | | Billable | E115 - Deposition transcripts | Otten, Victor | 979.30 | 0.00 | 1.00 | 979.30 |

| | | |
|---|---|---|
| | **Matter Total** | **3,826.21** |
| | **Client Total** | **3,826.21** |
| | **Grand Total** | **3,826.21** |

09-09-2014