# EXHIBIT 5

```
LAW OFFICES OF DONALD KILMER, APC
1645 WILLOW STREET, SUITE 150                           SEPT 3, 2014
SAN JOSE, CA 95125

                                                   PLEASE PAY $1,587.27
                                                      UPON RECEIPT


                                        LAST CHARGES BILLED ON:   08/14
    SILVESTER VS. HARRIS                LAST PAYMENT RECEIVED ON: 08/14
    SECOND AMENDMENT FOUNDATION         ( )  -
    12500 NE 10TH PLACE
    BELLVUE, WA 98005
    ATTENTION: DEBI/ACCOUNTING


FILE #  10085  SILVESTER VS. HARRIS-SAF
                                                              (00 -R 5664)
        PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $1,587.27
FILE #  10085  SILVESTER VS. HARRIS-SAF
                                                              (00 -R 5664)
PROFESSIONAL FEES:
                                                          HOURS      FEES
 1 DK  1/08/13  MEETING WITH CO-COUNSEL AND CLIENTS. 1/3/2013.
                                                           1.50    202.50
 2 DK  10/15/13 REVIEW AND REVISE DRAFT MSJ.               5.00    675.00
 3 DK  10/22/13 LETTER FROM OPPOSING COUNSEL.               .10     13.50
 4 DK  12/09/13 REVIEW ORDER.                              1.00    135.00
 5 DK  1/13/14  MEETING WITH CLIENTS AND COCOUNSEL.         .70     94.50
 6 DK  1/22/14  REVIEW AND REVISE JOINT STATEMENT LETTER.   .60     81.00
 7 DK  1/22/14  REVIEW AND REVISE TRIAL OUTLINE.           1.00    135.00
 8 DK  1/22/14  TELEPHONE CALL TELCONF CLIENT AND COCOUNSEL.
                                                            .50     67.50
 9 DK  1/23/14  TELEPHONE CALL VIC.                         .20     27.00
10 DK  2/03/14  PREPARE FOR HEARING.                       1.00    135.00
11 DK  2/03/14  APPEAR AT COURT HEARING MEETING WITH CLIENT.
                                                           7.00    945.00
12 DK  2/08/14  PREPARE FOR MEETING - PRE TRIAL CONF.      1.00    135.00
13 DK  2/18/14  PREPARE MIL TELEPHONE CALL VIC.            3.00    405.00
14 DK  2/19/14  LETTER VIC.                                 .20     27.00
15 DK  2/26/14  TELEPHONE CALL VIC.                         .20     27.00
16 DK  3/03/14  MEETING WITH TELECONF WITH CLIENTS PREPARE RESP TO MIL REVIEW AND
                REVISE RESP MIL.                           1.50    202.50
17 DK  3/07/14  PREPARE REPLY MIL.                         2.00    270.00
18 DK  3/10/14  REVIEW AND REVISE TRIAL BRIEF FILE TRIAL BRIEF.
                                                            .50     67.50
19 DK  3/10/14  TELEPHONE CALL FROM CLIENT COMBS.           .30     40.50
20 DK  3/10/14  PREPARE FOR HEARING APPEAR AT COURT HEARING.
                                                           8.00   1,080.00
21 DK  3/16/14  PREPARE FOR TRIAL - BRIEFS, EXHIBITS, RESEARCH.
                                                           9.00   1,215.00
22 DK  3/17/14  PREPARE FOR TRIAL - BRIEFS, EXHIBITS, RESEARCH MEETING WITH CLIENT
                RESEARCH.                                 10.00   1,350.00
23 DK  3/18/14  PREPARE FOR TRIAL REVIEW AND REVISE BRIEFS REVIEW AND REVISE
                EXHIBITS.                                  4.00    540.00
24 DK  3/18/14  PREPARE TRIAL BRIEF PREPARE EXHIBITS PREPARE OBJECTIONS PREPARE FOR
                TRIAL.                                     7.00    945.00
25 DK  3/19/14  PREPARE EXHIBITS REVIEW DOJ TB REPLY.      6.00    810.00
26 DK  3/20/14  PREPARE FOR TRIAL RESEARCH PREPARE STIPULATIONS AND WITNESS LISTS.
                                                           8.00   1,080.00
27 DK  3/21/14  PREPARE FOR TRIAL-REVIEW DEFENDENTS'S EXHIBITS.
                                                           8.00   1,080.00
28 DK  3/22/14  PREPARE FOR TRIAL MEETING WITH GENE HOFFMAN.
                                                           6.00    810.00
29 DK  3/23/14  PREPARE FOR TRIAL-REVIEW DEFENDENT'S EXHIBITS PREPARE CROSS EXAM.
                                                           6.00    810.00
30 DK  3/24/14  PREPARE FOR TRIAL PREPARE CROSS EXAM REVIEW EXHIBITS.
                                                           6.00    810.00
31 DK  3/24/14  MISCELLANEOUS-TRAVEL.                      2.00    270.00
32 DK  3/24/14  MEETING WITH CLIENTS PREPARE CROSS EXAM.   4.00    540.00
33 DK  3/25/14  PREPARE FOR TRIAL PREPARE CROSS EXAM.      2.00    270.00
34 DK  3/25/14  ATTEND TRIAL.                              6.00    810.00
35 DK  3/25/14  REVIEW NOTES REVIEW AND REVISE CROSS EXAM. 2.00    270.00
36 DK  3/26/14  ATTEND TRIAL.                              6.00    810.00
37 DK  3/26/14  REVIEW AND REVISE CROSS EXAM.              2.00    270.00
```

1

5664-00 -10085

SEPT 3, 2014

PAGE 2

| # | | Date | Description | Hours | Amount |
|---|---|---|---|---|---|
| 38 | DK | 3/27/14 | ATTEND TRIAL. | 6.00 | 810.00 |
| 39 | DK | 3/27/14 | MISCELLANEOUS TRAVEL. | 2.00 | 270.00 |
| 40 | DK | 3/28/14 | MISCELLANEOUS - TRAVEL. | 2.00 | 270.00 |
| 41 | DK | 5/22/14 | REVIEW TX VOL 1. | 2.00 | 270.00 |
| 42 | DK | 5/23/14 | REVIEW TX VOL 2. | 2.00 | 270.00 |
| 43 | DK | 5/24/14 | REVIEW TX VOL 3. | 2.00 | 270.00 |
| 44 | DK | 5/30/14 | REVIEW TRIAL EXHIBITS. | 1.50 | 202.50 |
| 45 | DK | 5/31/14 | REVIEW MORE TRIAL EXHIBITS. | 1.50 | 202.50 |
| 46 | DK | 6/01/14 | RESEARCH SUBSTANTIVE LAW AND FRCP RE TRIALS. REVIEW FILE. | 1.50 | 202.50 |
| 47 | DK | 6/05/14 | LETTER TO CLIENT TELEPHONE CALL VIC. | .30 | 40.50 |
| 48 | DK | 6/09/14 | PREPARE FFCL REVIEW FILE AND TRIAL TX REVIEW EXHIBITS. | 8.00 | 1,080.00 |
| 49 | DK | 6/10/14 | REVIEW AND REVISE FFCL. | 6.00 | 810.00 |
| 50 | DK | 6/12/14 | REVIEW TX AND EXHIBITS REVIEW AND REVISE FFCL. | 4.00 | 540.00 |
| 51 | DK | 6/14/14 | REVIEW AND REVISE FFCL. | 3.00 | 405.00 |
| 52 | DK | 6/15/14 | REVIEW AND REVISE FFLC RESEARCH. | 2.00 | 270.00 |
| 53 | DK | 6/16/14 | REVIEW AND REVISE FFCL REVIEW EVIDENCE BRIEF PREPARE MEMO OF P & A REVIEW AND REVISE MEMO OR P & A FILE DOCS WITH COURT. | 8.00 | 1,080.00 |
| 54 | DK | 6/17/14 | LETTER TO CLIENT LETTER COURT - HARD COPIES. | .50 | 67.50 |
| 55 | DK | 6/20/14 | REVIEW DEF FILINGS RESEARCH. | 2.00 | 270.00 |
| 56 | DK | 6/27/14 | PREPARE DRAFT RESPONSES. | 4.00 | 540.00 |
| 57 | DK | 6/29/14 | REVIEW AND REVISE RESPONSES. | 4.00 | 540.00 |
| 58 | DK | 6/30/14 | REVIEW AND REVISE RESPONSES FILE RESPONSES LETTER TO CLIENT. | 8.00 | 1,080.00 |
| 59 | DK | 7/08/14 | LETTER TO CLIENT. | .20 | 27.00 |
| 60 | DK | 7/17/14 | LETTER FROM AMICI LETTER TO AMICI. | .30 | 40.50 |
| 61 | DK | 8/13/14 | REVIEW FILE AND ORGANIZE FOR HEARING. | 2.00 | 270.00 |
| 62 | DK | 8/14/14 | PREPARE FOR HEARING REVIEW FILE RESEARCH PREPARE NOTES. | 4.00 | 540.00 |
| 63 | DK | 8/14/14 | PREPARE FOR HEARING. | 3.00 | 405.00 |
| 64 | DK | 8/15/14 | APPEAR AT COURT HEARING MISCELLANEOUS TRAVEL. | 2.00 | 270.00 |
| | | | | 211.10 | $28,498.50 |

**SUMMARY OF HOURS, RATES & FEES**

DK HOURS: 211.10 @ $135.00 PER HOUR    $28,498.50

**COSTS ADVANCED:**

| | | | | COSTS |
|---|---|---|---|---|
| 65 | 3/28/14 | COST ADVANCED: RADISON HOTEL 03/24/14 THRU 03/27/14 FOR TRIAL. | | 224.38 |
| 66 | 8/14/14 | COST ADVANCED: FRESNO HOTEL CLOSING ARGUMENTS. | | 61.77 |
| | | | CURRENT COSTS: | $286.15 |

**PAYMENT ACTIVITY:**

| 67 | 1/29/13 | $202.50 | PAYMENT WAS RECEIVED. THANK YOU. |
| 68 | 10/30/13 | $675.00 | PAYMENT WAS RECEIVED. THANK YOU. |
| 69 | 12/11/13 | $13.50 | PAYMENT WAS RECEIVED. THANK YOU. |
| 70 | 1/06/14 | $135.00 | PAYMENT WAS RECEIVED. THANK YOU. |
| 71 | 2/03/14 | $94.50 | PAYMENT WAS RECEIVED. THANK YOU. |
| 72 | 3/03/14 | $1,525.50 | PAYMENT WAS RECEIVED. THANK YOU. |
| 73 | 4/01/14 | $5,224.50 | PAYMENT WAS RECEIVED. THANK YOU. |
| 74 | 4/29/14 | $11,159.38 | PAYMENT WAS RECEIVED. THANK YOU. |
| 75 | 7/08/14 | $5,643.00 | PAYMENT WAS RECEIVED. THANK YOU. |
| 76 | 7/29/14 | $2,524.50 | PAYMENT WAS RECEIVED. THANK YOU. |

BALANCE PRIOR TO THIS STATEMENT: $0.00
PLUS: CHARGES LISTED ABOVE: $28,784.65
MINUS: PAYMENTS POSTED: $27,197.38-
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY: $1,587.27

| | OPENED 1/13 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE PAID | ENDING BALANCE |
|---|---|---|---|---|---|
| HOURS: | | 211.10 | 0.00 | | |
| PAYMENTS: | | $27,197.38- | $0.00 | $26,306.38- | |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $286.15 | $0.00 | $224.38- | $61.77 |
| FEES: | | $28,498.50 | $0.00 | $26,082.00- | $1,525.50 |

2

LAW OFFICES OF DONALD KILMER, APC
1645 WILLOW STREET, SUITE 150
SAN JOSE, CA 95125

SEPT 3, 2014

**PLEASE PAY $4,111.76**
**UPON RECEIPT**

SILVESTER VS. HARRIS
THE CALGUNS FOUNDATION
970 RESERVE DRIVE, #133
ROSEVILLE, CA 95678

LAST CHARGES BILLED ON: 08/14
LAST PAYMENT RECEIVED ON: 08/14
( ) -

FILE # 10084 SILVESTER VS. HARRIS-CGF

(00 -R 5664)

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $4,111.76

FILE # 10084 SILVESTER VS. HARRIS-CGF

(00 -R 5664)

**PROFESSIONAL FEES:**

| # | | Date | Description | HOURS | FEES |
|---|---|---|---|---|---|
| 1 | DK | 1/08/13 | MEETING WITH CO-COUNSEL AND CLIENTS. 1/3/2013. | 1.50 | 202.50 |
| 2 | DK | 10/15/13 | REVIEW AND REVISE OPP MSJ. | 5.00 | 675.00 |
| 3 | DK | 10/22/13 | LETTER FROM OPPOSING COUNSEL. | .10 | 13.50 |
| 4 | DK | 12/09/13 | REVIEW ORDER. | 1.00 | 135.00 |
| 5 | DK | 1/13/14 | MEETING WITH CLIENTS AND COCOUNSEL. | .70 | 94.50 |
| 6 | DK | 1/22/14 | REVIEW AND REVISE JOINT STATEMENT LETTER. | .60 | 81.00 |
| 7 | DK | 1/22/14 | REVIEW AND REVISE TRIAL OUTLINE. | 1.00 | 135.00 |
| 8 | DK | 1/22/14 | TELEPHONE CALL CLIENTS AND COCOUNSEL. | .50 | 67.50 |
| 9 | DK | 1/23/14 | TELEPHONE CALL VIC. | .20 | 27.00 |
| 10 | DK | 2/03/14 | PREPARE FOR HEARING. | 1.00 | 135.00 |
| 11 | DK | 2/03/14 | APPEAR AT COURT HEARING - PTC MEETING WITH CLIENT. | 7.00 | 945.00 |
| 12 | DK | 2/08/14 | PREPARE FOR MEETING - PRETRIAL CONF. | 1.00 | 135.00 |
| 13 | DK | 2/18/14 | PREPARE MIL TELEPHONE CALL VIC. | 3.00 | 405.00 |
| 14 | DK | 2/19/14 | LETTER VIC. | .20 | 27.00 |
| 15 | DK | 2/26/14 | TELEPHONE CALL VIC. | .20 | 27.00 |
| 16 | DK | 3/03/14 | MEETING WITH CLIENTS - TELECONF PREPARE RESPONSE TO MIL BY DIJ REVIEW AND REVISE RESP TO MIL. | 1.50 | 202.50 |
| 17 | DK | 3/07/14 | PREPARE REPLY MIL. | 2.00 | 270.00 |
| 18 | DK | 3/10/14 | REVIEW AND REVISE TRIAL BRIEF FILE TRIAL BRIEF. | .50 | 67.50 |
| 19 | DK | 3/10/14 | TELEPHONE CALL FROM CLIENT COMBS. | .30 | 40.50 |
| 20 | DK | 3/10/14 | PREPARE FOR HEARING APPEAR AT COURT HEARING. | 8.00 | 1,080.00 |
| 21 | DK | 3/16/14 | PREPARE FOR TRIAL - BRIEFS, EXHIBITS, RESEARCH. | 9.00 | 1,215.00 |
| 22 | DK | 3/17/14 | PREPARE FOR TRIAL - BRIEFS, RESEARCH, EXHIBITS. MEETING WITH CLIENT RESEARCH. | 10.00 | 1,350.00 |
| 23 | DK | 3/18/14 | PREPARE FOR TRIAL REVIEW AND REVISE BRIEFS REVIEW AND REVISE EXHIBITS LISTS. | 4.00 | 540.00 |
| 24 | DK | 3/18/14 | PREPARE TRIAL BRIEF PREPARE EXHIBITS PREPARE OBJECTIONS PREPARE FOR TRIAL. | 7.00 | 945.00 |
| 25 | DK | 3/19/14 | PREPARE EXHIBITS REVIEW DOJ TB REPLY. | 6.00 | 810.00 |
| 26 | DK | 3/20/14 | PREPARE FOR TRIAL RESEARCH PREPARE STIPULATIONS AND WITNESS LIST. | 8.00 | 1,080.00 |
| 27 | DK | 3/21/14 | PREPARE FOR TRIAL-REVIEW DEFENDENT'S EXHIBITS. | 8.00 | 1,080.00 |
| 28 | DK | 3/22/14 | PREPARE FOR TRIAL MEETING WITH GENE HOFFMAN. | 6.00 | 810.00 |
| 29 | DK | 3/23/14 | PREPARE FOR TRIAL-REVIEW DEFENDENT'S EXHIBITS PREPARE CROSS EXAM. | 5.00 | 810.00 |
| 30 | DK | 3/24/14 | PREPARE FOR TRIAL PREPARE CROSS EXAM REVIEW EXHIBITS. | 6.00 | 810.00 |
| 31 | DK | 3/24/14 | MISCELLANEOUS-TRAVEL. | 2.00 | 270.00 |
| 32 | DK | 3/24/14 | MEETING WITH CLIENTS PREPARE CROSS EXAM. | 4.00 | 540.00 |
| 33 | DK | 3/25/14 | PREPARE FOR TRIAL PREPARE CROSS EXAM. | 2.00 | 270.00 |
| 34 | DK | 3/25/14 | ATTEND TRIAL. | 6.00 | 810.00 |
| 35 | DK | 3/25/14 | REVIEW NOTES REVIEW AND REVISE CROSS EXAM. | 2.00 | 270.00 |
| 36 | DK | 3/26/14 | ATTEND TRIAL. | 6.00 | 810.00 |
| 37 | DK | 3/26/14 | REVIEW AND REVISE CROSS EXAM. | 2.00 | 270.00 |

1

5664-00 -10084

SEPT  3, 2014

PAGE  2

| # | | Date | Description | Hours | Amount |
|---|---|---|---|---|---|
| 38 | DK | 3/27/14 | ATTEND TRIAL. | 6.00 | 810.00 |
| 39 | DK | 3/27/14 | MISCELLANEOUS TRAVEL. | 2.00 | 270.00 |
| 40 | DK | 3/28/14 | MISCELLANEOUS - TRAVEL. | 2.00 | 270.00 |
| 41 | DK | 5/22/14 | REVIEW TX VOL 1. | 2.00 | 270.00 |
| 42 | DK | 5/23/14 | REVIEW TX VOL 2. | 2.00 | 270.00 |
| 43 | DK | 5/24/14 | REVIEW TX VOL 3. | 2.00 | 270.00 |
| 44 | DK | 5/30/14 | REVIEW TRIAL EXHIBITS. | 1.50 | 202.50 |
| 45 | DK | 5/31/14 | REVIEW MORE TRIAL EXHIBITS. | 1.50 | 202.50 |
| 46 | DK | 6/01/14 | RESEARCH FRCP AND SUBSTANTIVE LAW ON TRIAL VERDICTS. | 1.50 | 202.50 |
| 47 | DK | 6/04/14 | REVIEW CASE FILE RESEARCH PREPARE OUTLINE AND LETTER TO CO-COUNSEL AND CLIENTS. | 3.00 | 405.00 |
| 48 | DK | 6/05/14 | LETTER TO CLIENT TELEPHONE CALL VIC TELEPHONE CALL TO CLIENT. | .30 | 40.50 |
| 49 | DK | 6/09/14 | PREPARE FFCL - DRAFT REVIEW FILE AND TRIAL TX REVIEW EXHIBITS. | 8.00 | 1,080.00 |
| 50 | DK | 6/10/14 | REVIEW AND REVISE FFCL. | 6.00 | 810.00 |
| 51 | DK | 6/12/14 | REVIEW TX AND EXHIBITS REVIEW AND REVISE FFCL. | 4.00 | 540.00 |
| 52 | DK | 6/14/14 | REVIEW AND REVISE FFCL. | 3.00 | 405.00 |
| 53 | DK | 6/15/14 | REVIEW AND REVISE FFCL RESEARCH. | 2.00 | 270.00 |
| 54 | DK | 6/16/14 | REVIEW AND REVISE FFCL REVIEW EVIDENCE BRIEF PREPARE MEMO OF P & A REVIEW AND REVISE MEMO OF P & A FILE DOCS WITH COURT. | 8.00 | 1,080.00 |
| 55 | DK | 6/17/14 | LETTER TO CLIENT LETTER COURT - HARD COPIES. | .50 | 67.50 |
| 56 | DK | 6/20/14 | REVIEW DEF FILINGS. RESEARCH. | 2.00 | 270.00 |
| 57 | DK | 6/27/14 | PREPARE DRAFT RESPONSES. | 4.00 | 540.00 |
| 58 | DK | 6/29/14 | REVIEW AND REVISE RESPONSES. | 4.00 | 540.00 |
| 59 | DK | 6/30/14 | REVIEW AND REVISE RESPONSES FILE RESPONSES LETTER TO CLIENT. | 8.00 | 1,080.00 |
| 60 | DK | 7/08/14 | LETTER TO CLIENT. | .20 | 27.00 |
| 61 | DK | 7/17/14 | LETTER FROM AMICI LETTER TO AMICI. | .30 | 40.50 |
| 62 | DK | 8/13/14 | REVIEW FILE AND ORGANIZE FOR HEARING. | 2.00 | 270.00 |
| 63 | DK | 8/14/14 | PREPARE FOR HEARING REVIEW FILE RESEARCH PREPARE NOTES. | 4.00 | 540.00 |
| 64 | DK | 8/14/14 | PREPARE FOR HEARING. | 3.00 | 405.00 |
| 65 | DK | 8/15/14 | APPEAR AT COURT HEARING MISCELLANEOUS TRAVEL. | 2.00 | 270.00 |
| | | | | 214.10 | $28,903.50 |

**SUMMARY OF HOURS, RATES & FEES**

DK  HOURS:  214.10  @  $135.00 PER HOUR   $28,903.50

**COSTS ADVANCED:**

| | | | | COSTS |
|---|---|---|---|---|
| 66 | 3/28/14 | COST ADVANCED: RADISON HOTEL 03/24/14 THRU 03/27/14 FOR TRIAL. | | 224.38 |
| 67 | 8/14/14 | COST ADVANCED:FRESNO HOTEL CLOSING ARGUMENTS. | | 61.76 |
| | | | CURRENT COSTS: | $286.14 |

**PAYMENT ACTIVITY:**

| 68 | 2/13/13 | $202.50 | PAYMENT WAS RECEIVED, THANK YOU. |
| 69 | 11/13/13 | $675.00 | PAYMENT WAS RECEIVED, THANK YOU. |
| 70 | 1/06/14 | $148.50 | PAYMENT WAS RECEIVED, THANK YOU DIRECT DEPOSIT ON 01/06/14. |
| 71 | 1/23/14 | $94.50 | PAYMENT WAS RECEIVED, THANK YOU. |
| 72 | 2/28/14 | $1,525.50 | PAYMENT WAS RECEIVED, THANK YOU. |
| 73 | 4/09/14 | $5,224.50 | PAYMENT WAS RECEIVED, THANK YOU. |
| 74 | 5/12/14 | $11,564.38 | PAYMENT WAS RECEIVED, THANK YOU. |
| 75 | 8/15/14 | $5,643.00 | PAYMENT WAS RECEIVED, THANK YOU. |

BALANCE PRIOR TO THIS STATEMENT:  $0.00
PLUS: CHARGES LISTED ABOVE:  $29,189.64
MINUS: PAYMENTS POSTED:  $25,077.88-
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY:  $4,111.76

| | OPENED 1/13 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | ENDING BALANCE |
|---|---|---|---|---|---|
| HOURS: | | 214.10 | 0.00 | PAID | |
| PAYMENTS: | | $25,077.88- | $0.00 | $24,200.38- | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $286.14 | $0.00 | $224.38- | $61.76 |
| FEES: | | $28,903.50 | $0.00 | $23,976.00- | $4,050.00 |

2