**EXHIBIT 6**

Davis & Associates
41593 Winchester Rd.
Suite 200
Temecula , CA  92590
www.CalGunLawyers.com
Tel: 949-436-GUNS
Fax:949-310-0817
Jason @ CalGunLawyers.com

**Invoice submitted to:**

The Calguns Foundation, Inc.
751 Laurel Street
Suite 935
San Carlos, CA 94070-3113


May 2, 2014


Invoice #2011330


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/3/2013 | JAD Conference with client, Don Kilmer, and Brandon Combs re: Interrogatory Responses. | 1.50<br>250.00/hr | 375.00 |
| 1/13/2014 | JAD Conference call. | 1.00<br>250.00/hr | 250.00 |
| 1/18/2014 | JAD Review draft outline for conversations with VJO. | 0.10<br>250.00/hr | 25.00 |
| 1/21/2014 | JAD Conference Call w/ BC, GH, VJO, DK re: trial preparation. | 0.80<br>250.00/hr | 200.00 |
|  | JAD Review draft pretrial statement for conversation with VJO. | 0.20<br>250.00/hr | 50.00 |
|  | JAD Comment on and send comments to VJO re: Pretrial Draft. | 0.40<br>250.00/hr | 100.00 |
| 1/22/2014 | JAD Receive and review and comment on Facts to be Proven. | 0.30<br>250.00/hr | 75.00 |
|  | JAD Review and analyze the Joint Pretrial Statement from VJO and comment. | 0.80<br>250.00/hr | 200.00 |
| 1/30/2014 | JAD Review email from BC re: obtaining federal legislative histories. | 0.30<br>250.00/hr | 75.00 |

The Calguns Foundation, Inc.                                                                            Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2014 | JAD | Review, analyze 18 U.S.C. 921 et seq., and respond to legislative history inquiry for Carolina's research. | 0.80<br>250.00/hr | 200.00 |
| 2/19/2014 | JAD | Analyze Legislative Histories for materials for use against our case and for use for our case. Draft notes regarding same. | 8.00<br>250.00/hr | NO CHARGE |
| 2/20/2014 | JAD | Analyze Legislative Histories for materials for use against our case and for use for our case. Draft notes regarding same. | 8.00<br>250.00/hr | NO CHARGE |
| 2/21/2014 | JAD | Research appropriate bills and create legislative history chart waiting periods. | 0.90<br>250.00/hr | 225.00 |
| | JAD | Analyze Legislative Histories for materials for use against our case and for use for our case. Draft notes regarding same. | 2.00<br>250.00/hr | 500.00 |
| | JAD | Conference with Brandon re: leg history project and other CGF matters. | 0.80<br>250.00/hr | 200.00 |
| 2/24/2014 | JAD | Draft Summary of Waiting Period Laws. | 5.80<br>250.00/hr | 1,450.00 |
| 2/28/2014 | JAD | Review PRA 20140211-DOJ from BC and correspond re: same. | 0.30<br>250.00/hr | 75.00 |
| 3/3/2014 | JAD | Speak w/ Dale Ferranto re: Expert advise. | 0.40<br>250.00/hr | 100.00 |
| 3/10/2014 | JAD | Review and comment on trial brief. | 0.40<br>250.00/hr | 100.00 |
| 3/21/2014 | JAD | Anallyze California laws relating to LTC, COE, NICS and analyze exhibits provided by the DOJ for use in Silvester. Draft Trial Questions based upon Same. | 4.00<br>250.00/hr | 1,000.00 |
| 3/23/2014 | JAD | Anallyze California laws relating to LTC, COE, NICS and analyze exhibits provided by the DOJ for use in Silvester. Draft Trial Questions based upon Same. | 4.00<br>250.00/hr | 1,000.00 |
| 3/24/2014 | JAD | Anallyze California laws relating to LTC, COE, NICS and analyze exhibits provided by the DOJ for use in Silvester. Draft Trial Questions based upon Same. | 4.00<br>250.00/hr | 1,000.00 |

The Calguns Foundation, Inc.                                                                 Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/25/2014 | | 8.00 | NO CHARGE |
| JAD | Anallyze California laws relating to LTC, COE, NICS and analyze exhibits provided by the DOJ for use in Silvester. Draft Trial Questions based upon Same. | 250.00/hr | |
| 3/26/2014 | | 4.00 | 1,000.00 |
| JAD | Draft Trial Questions for Silvester Matter. | 250.00/hr | |
| JAD | Respond to inquiry for Trial: How does the DOJ know you own guns? | 0.20<br>250.00/hr | 50.00 |
| | For professional services rendered | 57.00 | $8,250.00 |
| | Previous balance | | $6,865.00 |
| | Accounts receivable transactions | | |
| 12/31/2013 | Payment - Thank You | | ($6,865.00) |
| | Total payments and adjustments | | ($6,865.00) |
| | Balance due | | $8,250.00 |

Davis & Associates
27281 Las Ramblas
Suite 200
Mission Viejo, CA  92694
www.CalGunLawyers.com
Tel: 949-436-GUNS
Fax:949-310-0817
Jason @ CalGunLawyers.com

**Invoice submitted to:**

The Calguns Foundation, Inc.
751 Laurel Street
Suite 935
San Carlos, CA 94070-3113


January 30, 2012

Invoice #2011052


Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2011 | | | | |
| | JAD | Draft Complaint. | 9.80<br>250.00/hr | 2,450.00 |
| | JAD | Discuss 10 day waiting period case with Brandon Combs. | 0.80<br>250.00/hr | 200.00 |
| | JAD | Analyse legislative history of ten day waiting period and case law pertaining thereto. | 5.40<br>250.00/hr | 1,350.00 |
| 11/4/2011 | | | | |
| | JAD | Discuss 10 day waiting period case with Irwin Nowick. | 0.20<br>250.00/hr | 50.00 |
| 12/15/2011 | | | | |
| | JAD | Review and Revise Waiting Period Complaint to conform to new codes and analyze new codes for differences between old PC and current versions. | 8.20<br>250.00/hr | 2,050.00 |
| 12/16/2011 | | | | |
| | JAD | Review and revise per comments of GH and BC. | 0.80<br>250.00/hr | 200.00 |
| | JAD | Send to MM for reviewing and revising. | 0.20<br>250.00/hr | 50.00 |
| 12/19/2011 | | | | |
| | | Edit draft of Complaint. | 2.00<br>100.00/hr | 200.00 |
| | | Revise and edit draft of Complaint. | 1.00<br>100.00/hr | 100.00 |

The Calguns Foundation, Inc.                                                                                       Page     2

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 12/23/2011 | JAD Draft final revisions to case and file. | 2.90<br>250.00/hr | 725.00 |
|  | For professional services rendered | 31.30 | $7,375.00 |

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 1/26/2012 | JAD Service Fee of $140 for service on Kamala Harris and DOJ. | 140.00 |
|  | Total additional charges | $140.00 |
|  | Total amount of this bill | $7,515.00 |
|  | Balance due | $7,515.00 |

Davis & Associates
30021 Tomas Street
Suite 300
Rancho Santa Margarita, CA 92688
www.CalGunLawyers.com
Tel: 949-436-GUNS
Fax: 949-310-0817
Jason @ CalGunLawyers.com

**Invoice submitted to:**

The Calguns Foundation, Inc.
751 Laurel Street
Suite 935
San Carlos, CA 94070-3113


September 03, 2012

Invoice #2011128


Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 1/3/2012 | | |
|    JAD Review Order Setting Mandatory Scheduling Conference. | 0.40<br>250.00/hr | 100.00 |
| 3/12/2012 | | |
|    JAD Receive and return call to Jonathan Isenberg. Left message. | 0.10<br>325.00/hr | 32.50 |
| 3/13/2012 | | |
|    JAD Telephone call with opposing Attorney re: their filing of answer, potential issue with answer regarding lacking facts to answer specific sections, their desire to stay the case pending Nordyke. Follow up with client re: same. | 0.50<br>325.00/hr | 162.50 |
| 5/4/2012 | | |
|    JAD Prepare Initial Disclosures. | 3.00<br>250.00/hr | 750.00 |
|    JAD Prepare and file Joint Scheduling Report. | 2.00<br>250.00/hr | 500.00 |
| 5/15/2012 | | |
|    JAD Review files in preparation of and attend Mandatory Scheduling Conference. | 1.00<br>250.00/hr | 250.00 |
| 8/20/2012 | | |
|    JAD Analyze approximately 2400 pages of legislative history of AB497 for references to intent behind legislative passage of mandate for feasibility report for reduction of waiting period by the DOJ. | 6.50<br>250.00/hr | 1,625.00 |

The Calguns Foundation, Inc.

Page 2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/29/2012 | | | |
| JAD | Analyze 1398 pages of legislative history of SB 671 for references to intent behind legislative passage of reduction of waiting period and for DOJ Report to the Legislature regarding feasibility of reducing waiting period. | 5.00 250.00/hr | 1,250.00 |
| JAD | Multiple phone calls to Los Angeles Library, State Archive, and State Law Libraries for the purposes of locating copy of Feasibility Report to the Legislature from the DOJ in May of 1991 re: feasibility of reducing waiting period. | 1.00 250.00/hr | 250.00 |
| 8/30/2012 | | | |
| JAD | Prepare Requests for Production of Documents. | 5.00 250.00/hr | 1,250.00 |
| | For professional services rendered | 24.50 | $6,170.00 |

Additional Charges :

| | | | |
|---|---|---|---|
| 9/3/2012 | | | |
| JAD | Service Fee Legislative Intent Services for services rendered in researching the legislative history of all versions of California Senate Bill 671 (Lewis), chapter 128 as added 1996 on a Four Day basis. | | 695.00 |
| | Total additional charges | | $695.00 |
| | Total amount of this bill | | $6,865.00 |
| | Previous balance | | $7,515.00 |

Accounts receivable transactions

| | |
|---|---|
| 2/3/2012 Payment - Thank You. Check No. 5010 | ($7,515.00) |
| Total payments and adjustments | ($7,515.00) |
| Balance due | $6,865.00 |