1  Victor J. Otten (SBN 165800)
   vic@ottenlawpc.com
2  OTTEN LAW, PC
   3620 Pacific Coast Hwy, Suite 100
3  Torrance, California 90505
   Phone: (310) 378-8533
4  Fax: (310) 347-4225

5  Donald E.J. Kilmer (SBN 179986)
   LAW OFFICES OF DONALD KILMER
6  A Professional Corporation
   1645 Willow Street, Suite 150
7  San Jose, California 95125
   Phone: (408) 264-8489
8  Fax: (408) 264-8487

9  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), and DOES 1 to 20.<br><br>　　　　　　　Defendants. | Case No. 1:11-cv-02137-AWI-SKO<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>Date: December 15, 2014<br>Time: 1:30 p.m. |

To all parties and their attorneys of record:

**Please take notice that:** Plaintiffs' motion for attorneys' fees and costs originally scheduled to take place on December 16, 2014 in the California Eastern District – Fresno Division courthouse, located at Robert E. Coyle United States Courthouse 2500 Tulare Street, Fresno CA 93721 **is now scheduled to take place on December 15, 2014 at 1:30 p.m.** in front of the Honorable Antony Ishii in

PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

1  of the Eastern District Courthouse mentioned above

3  DATED: September 9, 2014                OTTEN LAW, PC

                                           _____
                                           Victor Otten, Esq.
                                           Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES