KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
 300 Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6505
 Fax:  (213) 897-5775
 E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris,
as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, Attorney General of California (in her official capacity),**<br><br>Defendant. | 1:11-cv-02137-AWI-SKO<br><br>**NOTICE OF APPEAL, INCLUDING REPRESENTATION STATEMENT**<br><br>Judge:          Hon. Anthony W. Ishii<br>Trial Date:    March 25, 2014<br>Action Filed: December 23, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kamala D. Harris, Attorney General of California (the "Attorney General"), defendant in the above-named case, hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from this Court's final judgment entered in this action on August 25, 2014.

By a motion filed on September 22, 2014, the Attorney General also is seeking, under Federal Rule of Civil Procedure 59(e), to amend the judgment to adjust this Court's remedial order for injunctive relief entered in this action; that order also issued on August 25, 2014. The instant notice of appeal will become effective upon the disposition of that motion. *See* Fed. R. App. P. 4(a)(4)(B)(i) ("If a party files a notice of appeal after the court announces or enters a judgment—but before it disposes of any motion listed in Rule 4(a)(4)(A)—the notice becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the last such remaining motion is entered."). A motion to amend a judgment is one of the motions that has this effect. *See* Fed. R. App. P. 4(a)(4)(A)(v).

Dated: September 24, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General

  /s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris, as California Attorney General*

## REPRESENTATION STATEMENT

The undersigned represents Kamala D. Harris, Attorney General of California, defendant and appellant in this matter, and no other party.  Below is a service list that shows all of the parties in this lawsuit, and identifies their counsel by name, firm/office, U.S. mail address, telephone number, and e-mail address.

Plaintiff (and Putative Appellee) **Jeff Silvester** is represented by Victor J. Otten, Otten Law, PC, 3620 Pacific Coast Hwy., Ste. 100, Torrance, CA  90505; (310) 378-8533; vic@ottenlawpc; and also by Donald E.J. Kilmer, Law Offices of Donald Kilmer, APC, 1645 Willow St., Ste. 150, San Jose, CA  95125; (408) 264-8489; don@dklaawoffice.com.

Plaintiff (and Putative Appellee) **Brandon Combs** is represented by Victor J. Otten, Otten Law, PC, 3620 Pacific Coast Hwy., Ste. 100, Torrance, CA  90505; (310) 378-8533; vic@ottenlawpc; and also by Donald E.J. Kilmer, Law Offices of Donald Kilmer, APC, 1645 Willow St., Ste. 150, San Jose, CA  95125; (408) 264-8489; don@dklaawoffice.com.

Plaintiff (and Putative Appellee) **The Calguns Foundation, Inc.**, is represented by Victor J. Otten, Otten Law, PC, 3620 Pacific Coast Hwy., Ste. 100, Torrance, CA  90505; (310) 378-8533; vic@ottenlawpc; and also by Donald E.J. Kilmer, Law Offices of Donald Kilmer, APC, 1645 Willow St., Ste. 150, San Jose, CA  95125; (408) 264-8489; don@dklaawoffice.com.

Plaintiff (and Putative Appellee) **The Second Amendment Foundation, Inc.**, is represented by Victor J. Otten, Otten Law, PC, 3620 Pacific Coast Hwy., Ste. 100, Torrance, CA  90505; (310) 378-8533; vic@ottenlawpc; and also by Donald E.J. Kilmer, Law Offices of Donald Kilmer, APC, 1645 Willow St., Ste. 150, San Jose, CA  95125; (408) 264-8489; don@dklaawoffice.com.

Defendant and Appellant **Kamala D. Harris**, Attorney General of California, is represented by Jonathan M. Eisenberg, Office of the California Attorney General, 300 South Spring St., Ste. 1702, Los Angeles, CA  90013; (213) 897-6505; jonathan.eisenberg@doj.ca.gov; and also by

Peter H. Chang, Office of the California Attorney General, 455 Golden Gate Ave., Ste. 11000, San Francisco, CA 94102; (415) 703-5939; peter.chang@doj.ca.gov.

Dated: September 24, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General

  /s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris, as California Attorney General*