Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Victor J. Otten (SBN 165800)
OTTEN & JOYCE, LLP
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-Mail: vic@ottenlawpc.com

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
2500 TULARE STREET | FRESNO, CA 93721

| | |
|---|---|
| JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,<br><br>Defendants. | Case No.:    1:11-CV-2137 AWI SAB<br><br>PLAINTIFFS' SUPPLEMENTAL DECLARATION<br><br>RE: ATTORNEY FEES AND COSTS<br><br>Hearing Date:    December 8, 2014<br>Hearing Time:    1:30 p.m.<br>Judge:           Hon. Anthony Ishii<br>Courtroom:       2 |

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Supp Decl: Attorney Fees & Costs        Page 1 of  4        *Silvester, et al. v. Harris*

## INTRODUCTION

In accordance with footnote #2 of the Plaintiffs' Reply Memorandum (Doc 126), Plaintiffs hereby submit this supplemental declaration of work performed since the original motion for attorney's fees was filed through today's date.

Although the Court issued a minute order (Doc 127) that the matter would be decided on the papers submitted, if the Court requires a motion to reopen argument for submission of this additional material, please consider this introduction an informal request for such an order.

## DECLARATION OF DONALD KILMER

My previous declaration is on file.  I spent 4 hours preparing the reply memorandum addressing attorney fees.  I spent approximately 1 hour reviewing and coordinating the work submitted by new associate counsel that was set forth below.  Total additional attorney time: 5 hours.

I declare under penalty of perjury under the laws of the United States and California that the forgoing declaration is true and correct and this declaration was executed in San Jose, CA on December 3, 2014.

   /s/   Donald Kilmer
Donald Kilmer
Attorney for Plaintiffs

## DECLARATION OF BENBROOK LAW GROUP

I, Stephen M. Duvernay, declare:

1. I am an attorney duly licensed to practice law in the State of California.  I am an attorney at Benbrook Law Group, PC ("BLG"), counsel of record for Plaintiffs in this matter.  I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Supp Decl: Attorney Fees & Costs     Page 2 of  4     *Silvester, et al. v. Harris*

1   2.       BLG maintains contemporaneous daily time records that set forth the specific
2   services rendered by the firm.  I personally reviewed the billing records for this
3   case, and the information below accurately sets forth the time billed to Plaintiffs in
4   connection with BLG's work in opposing Defendant's motion to alter or amend the
5   judgment (Dkt. 110) and motion to stay (Dkt. 114).  Two BLG attorneys (Bradley A.
6   Benbrook and I) performed all work associated with this matter.
7   3.       Bradley A. Benbrook was admitted to the California Bar in 1995.  Mr.
8   Benbrook obtained his law degree in 1993 from the University of California,
9   Berkeley (Boalt Hall), and received his undergraduate degree from Stanford
10  University.  Subsequent to graduation from law school, Mr. Benbrook clerked for
11  the Honorable J.L. Edmondson, Judge of the United States Court of Appeals for the
12  Eleventh Circuit.  Before founding BLG in 2012, Mr. Benbrook was a partner at
13  Stevens & O'Connell LLP and DLA Piper (US) LLP.  Mr. Benbrook was also an
14  associate with the law firm Wilson Sonsini Goodrich & Rosati in Palo Alto until he
15  joined Stevens & O'Connell in 1997.  Mr. Benbrook's regular hourly rate is $425.
16  4.       I was admitted to the California Bar in 2007.  I obtained my law degree, cum
17  laude, from the University of Notre Dame Law School, and earned my
18  undergraduate degree from the University of California, Berkeley.  Before joining
19  BLG in 2013, I was an associate attorney with DLA Piper (US) LLP and Klinedinst
20  PC.  My regular hourly rate is $325.
21  5.       I spent 8.1 hours in connection with the consolidated opposition to
22  Defendant's motion to alter or amend the judgment and motion to amend the stay,
23  which represents time spent communicating with the client and co-counsel
24  regarding strategy for the opposition, legal research, and preparing the opposition
25  brief.
26  6.       Mr. Benbrook spent 1.9 hours in connection with the consolidated opposition,
27  which represents time communicating with the client and co-counsel regarding
28  strategy for the opposition and revising the opposition brief.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1   I declare under penalty of perjury under the laws of the State of California
2 and the United States of America that the foregoing is true and correct.  Executed
3 December 2, 2014 in Sacramento, California.

         BENBROOK LAW GROUP, PC

          /S/  STEPHEN M. DUVERNAY

By_____
    STEPHEN M. DUVERNAY
    Attorneys for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Supp Decl: Attorney Fees & Costs    Page 4 of  4    *Silvester, et al. v. Harris*