UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF SILVESTER, et al.,**<br><br>Plaintiffs<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,**<br><br>Defendants | **CASE NO. 1:11-CV-2137 AWI SAB**<br><br>**ORDER PERMITTING PLAINTIFFS TO SUBMIT ADDITIONAL EVIDENCE REGARDING ATTORNEYS' FEES** |

Currently pending before the Court is Plaintiffs' motion for attorneys' fees. On December 2, 2014, the Court vacated the December 8, 2014 hearing date on this matter. However, in Plaintiffs' reply brief in Footnote 2, Plaintiffs state that they will file a supplemental declaration prior to December 8, 2014, that requests additional fees for the post-trial motion work in this case. See Doc. No. 126.

Attorneys' fees for post-trial motion work, as well as for work done in connection with a fee application, are recoverable by the prevailing party. See Gonzalez v. City of Maywood, 729 F.3d 1196, 1209 (9th Cir. 2013) (fee application); Perrin v. Goodrich, 2012 U.S. Dist. LEXIS 67933, *7-*10 (C.D. Cal. May 14, 2012) (fee application and post-trial motions); Agster v. Maricopa Cnty., 486 F.Supp.2d 1005, 1020 (D. Ariz. 2007) (same); see also Commissioner of INS v. Jean, 496 U.S. 154, 161 (1990) (". . . a fee award presumptively encompasses all aspects of the civil action."). The Court will permit Plaintiffs to file supplemental declarations, evidence, and briefing with respect to attorneys' fees for the fee application and the post-trial motions. The Court will also give Defendant the opportunity to file a response.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs will file supplemental briefing and evidence regarding attorneys' fees for the time spent on post-trial motions and for the fee application as soon as possible, but no later than December 10, 2014; and

2. Defendant may file a response to Plaintiffs' supplemental briefing within seven (7) days of service of Plaintiff's supplemental briefing and evidence.

IT IS SO ORDERED.

Dated:   December 3, 2014                              _____
                                                                    SENIOR DISTRICT JUDGE