OTTEN & JOYCE, LLP
VICTOR J. OTTEN (SBN 165800)
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-Mail: vic@ottenandjoyce.com

LAW OFFICES OF DONALD KILMER
DONALD E.J. KILMER, JR. (SBN: 179986)
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax: (408) 264-8487
E-Mail: Don@DKLawOffice.com

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>  Plaintiffs,<br><br>  v.<br><br>KAMALA D. HARRIS, Attorney General of California, and DOES 1 to 20,<br><br>  Defendants. | Case No.:  1:11-CV-2137 AWI SAB<br><br>**PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING ATTORNEYS' FEES SPENT ON POST-TRIAL MOTIONS AND FEE APPLICATION**<br><br>Hearing Date:  Dec. 8, 2014<br>Hearing Time: 1:30 p.m.<br>Judge:   Hon. Anthony W. Ishii<br>Courtroom: 2 |

Pursuant to the Court's December 3, 2014 Order (Dkt. 129), Plaintiffs submit this supplemental brief regarding attorneys' fees for time spent on post-trial motions and for the fee application.

*Post-Trial Motions*.  Plaintiffs incurred fees opposing Defendant's motion to alter or amend the judgment (Dkt. 110) and motion to stay (Dkt. 114), as follows:

Stephen M. Duvernay spent 8.1 hours in connection with the consolidated opposition to Defendant's motion to alter or amend the judgment and motion to amend the stay, which represents time spent communicating with the client and co-counsel regarding strategy for the opposition, legal research, and preparing the opposition brief.  (Plaintiffs' Supplemental Declaration re: Attorney Fees and Costs (Dkt. 128), Declaration of Stephen M. Duvernay, ¶ 5.)

Bradley A. Benbrook spent 1.9 hours in connection with the consolidated opposition, which represents time communicating with the client and co-counsel regarding strategy for the opposition and revising the opposition brief.  (Duvernay Decl., ¶ 6.)

Don Kilmer spent 1 hour in connection with the consolidated opposition.  (Plaintiffs' Supplemental Declaration re: Attorney Fees and Costs (Dkt. 128), 2:12-14.)

*Fee Application*.  Stephen Duvernay spent 1.8 hours in connection with this fee application, which represents time spent drafting his declarations, communications with the client and co-counsel, and preparing this supplemental brief.  (Supplemental Declaration of Stephen M. Duvernay in Support of Plaintiffs' Motion for Attorney's Fees, ¶ 2.)

Don Kilmer spent 4 hours preparing the reply brief in support of Plaintiffs' Fee Application. (Plaintiffs' Supplemental Declaration re: Attorney Fees and Costs (Dkt. 128), 2:11-12.)

*Hourly Rates*.  Plaintiffs have requested that Mr. Kilmer's fees at $640 per hour based on the Laffey Matrix.  (Plaintiffs' Fee Motion, Dkt. 108, at 7.)  Plaintiffs request fees for Mr. Benbrook's work at his regular hourly rate of $425, and for Mr. Duvernay's work at his regular hourly rate of $325.  Both rates are in line with their skill and experience, which is set forth in Mr. Duvernay's December 3 declaration.  (Dkt. 128, Duvernay Decl., ¶¶ 3-4.)

Dated:  December 9, 2014                    BENBROOK LAW GROUP, PC

                                                    /S/  *STEPHEN M. DUVERNAY*

By _____
    STEPHEN M. DUVERNAY
    Attorneys for Plaintiffs