OTTEN & JOYCE, LLP
VICTOR J. OTTEN (SBN 165800)
3620 Pacific Coast Hwy, Suite 100
Torrance, California 90505
Phone: (310) 378-8533
Fax: (310) 347-4225
E-Mail: vic@ottenandjoyce.com

LAW OFFICES OF DONALD KILMER
DONALD E.J. KILMER, JR. (SBN: 179986)
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax: (408) 264-8487
E-Mail: Don@DKLawOffice.com

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KAMALA D. HARRIS, Attorney General of California, and DOES 1 to 20,<br><br>　　　　　　Defendants. | Case No.:  1:11-CV-2137 AWI SAB<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN M. DUVERNAY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>Hearing Date: Dec. 8, 2014<br>Hearing Time: 1:30 p.m.<br>Judge:   Hon. Anthony W. Ishii<br>Courtroom: 2 |

I, Stephen M. Duvernay, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney at Benbrook Law Group, PC ("BLG"), counsel of record for Plaintiffs in this matter. I have personal knowledge of the matters set forth in this declaration, and would be able to testify competently to these facts if called as a witness.

2. I spent 1.8 hours in connection with this fee application, which represents time spent drafting my declarations, communications with clients and co-counsel regarding the application, and preparing this supplemental brief.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed December 9, 2014 in Sacramento, California.

Dated: December 9, 2014

BENBROOK LAW GROUP, PC

/S/ *STEPHEN M. DUVERNAY*

By _____
STEPHEN M. DUVERNAY
Attorneys for Plaintiffs