1. KAMALA D. HARRIS
   Attorney General of California
2. MARK R. BECKINGTON
   Supervising Deputy Attorney General
3. JONATHAN M. EISENBERG
   Deputy Attorney General
4. PETER H. CHANG
   Deputy Attorney General
5. State Bar No. 241467
     455 Golden Gate Ave.
6.   San Francisco, CA 94102
     Telephone: (415) 703-5939
7.   Fax: (415) 703-1234
     E-mail: Peter.Chang@doj.ca.gov
8. *Attorneys for Defendant Kamala D. Harris,*
   *as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>                    Plaintiffs,<br><br>**v.**<br><br>**KAMALA D. HARRIS, Attorney General of California (in her official capacity),**<br><br>                    Defendant. | 1:11-cv-02137-AWI-SKO<br><br>**DEFENDANT'S NOTICE OF ERRATA**<br><br>Date:         Dec. 15, 2014<br>Time:        2:00 p.m.<br>Judge:       Hon. Anthony W. Ishii<br>Trial Date:   Mar. 25, 2014<br>Action Filed: Dec. 23, 2011 |

1     TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2     Please take NOTICE that there were errors in one paragraph of Defendant's Statement of

3 the Joint Status Report filed on December 1, 2014. (Dkt. No. 125.) The following paragraph is to

4 replace the paragraph on page 4, lines 3 through 11.

5     The technological and personnel changes described above require action in the form of

6 funding support and possibly statutory spending authority. Presently, Defendant is preparing an

7 emergency Budget Change Proposal ("BCP") to seek emergency funding. The BCP would allow

8 BOF to access special funds otherwise unavailable to be used for BOF's processing of DROS

9 applications. Defendant will submit the BCP to the Department of Finance for approval. If the

10 Department of Finance approves the emergency BCP, it would then be presented to the Joint

11 Legislative Budget Committee ("Budget Committee") of the Legislature, which is expected to

12 reconvene in March 2015. If and when the Budget Committee approves the BCP, the BCP will

13 be submitted for approval by the Governor. Another alternative BOF is exploring is to seek a

14 direct appropriation from the Legislature. While this could be an expeditious way to achieve

15 funding, its timing is wholly outside of the DOJ's control.

Dated: December 12, 2014                          Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General

/s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris*