KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 703-5939
 Fax: (415) 703-1234
 E-mail: Peter.Chang@doj.ca.gov
*Attorneys for Defendants Kamala D. Harris*
*Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC.,** a non-profit organization, and **THE SECOND AMENDMENT FOUNDATION, INC.,** a non-profit organization,<br><br>  Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, Attorney General of California (in her official capacity),**<br><br>  Defendant. | 1:11-cv-02137-AWI-SKO<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF FOR ATTORNEY FEES**<br><br>Judge:   Hon. Anthony W. Ishii<br><br>Action Filed:  December 23, 2011 |

   Defendant Kamala Harris submits the following response to Plaintiffs' Supplemental Brief Regarding Attorneys' Fees Spent on Post-Trial Motions and Fee Application. (Dkt. 130.)

   Plaintiffs seek recovery of fees incurred by their attorneys, Don Kilmer, Bradley Benbrook, and Stephen Duvernay, in opposing post-judgment motions and in preparing the fees motion. Plaintiffs' supplemental request for attorneys' fees should be reduced because Plaintiffs' request is based on unreasonably high rates for their attorneys, as determined by the prevailing rate

1

Response to Plaintiffs' Supp. Br. For Attorneys' Fees (1:11-cv-02137-AWI-SKO)

charged by attorneys of similar skill and experience in the community, the nature of work performed, and by the novelty and difficulty of the issues. *See Kerr v. Screen Extras Guild, Inc.* 526 F.2d 67, 69 (9th Cir. 1975); *Moreno v. City of Sacramento*, 534 F.3d 1106, 1114 (9th Cir. 2010).

First, Plaintiffs' request should be reduced because they seek recovery of fees at rates up to more than 80 percent higher than those of the prevailing rate in Fresno. As Defendant showed, in the Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Attorneys' Fees (Dkt. 124), the relevant community for determining attorneys' rates in this case is Fresno, and reasonable rates in Fresno range from $255 to $350 per hour. (Dkt. 124 at pp. 4-7 (citing *Jadwin v. County of Kern*, 767 F.Supp.2d 1067, 1130 (E.D. Cal. 2011) and *J & J Sports Prods., Inc. v. Corona*, No. 1:12-cv-01844-LJO-JLT, 2014 WL 1513426 at * 3 (E.D. Cal. Apr. 16, 2014).) Here, however, Plaintiffs seek recovery at rates up to more than 80 percent higher than those of the prevailing rates in Fresno. Specifically, Plaintiffs seek $640 per hour for Mr. Kilmer, $425 per hour for Mr. Benbrook, and $325 per hour for Mr. Duvernay. Plaintiffs present no evidence that these rates are in line with the prevailing rates in Fresno.

Mr. Kilmer and Mr. Benbrook's fees should be calculated at a rate of no more than $350 per hour. Mr. Duvernay, as an attorney with less than eight years of experience, should recover fees calculated at the low end of the range, at $255 per hour.

Second, Plaintiffs' fee request should be reduced because the nature of work performed—preparation of a fee application and opposition to a post-judgment motion—is ordinary and routine, and because they present no novel or particularly difficult issues.

In sum, for the post-judgment work that their attorneys performed, Plaintiffs should recover no more than the fees, as determined with reasonable rates, outlined in the table below:

| Attorney | Hours | Rate Requested | Reasonable Rate | Subtotal |
| --- | --- | --- | --- | --- |
| Don Kilmer | 5.0 | $640/hr | $350/hr | $1,750.00 |
| Bradley Benbrook | 1.9 | $425/hr | $350/hr | $665.00 |
| Stephen Duvernay | 9.9 | $325/hr | $255/hr | $2,524.50 |

2

Response to Plaintiffs' Supp. Br. For Attorneys' Fees (1:11-cv-02137-AWI-SKO)

Defendant respectfully requests that the Court reduce the fee sought for post-judgment work by Plaintiffs' counsel and award no more than $4,939.50.

Dated:  December 16, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris,*
*Attorney General of California*

SA2012104659
11637059

3

Response to Plaintiffs' Supp. Br. For Attorneys' Fees (1:11-cv-02137-AWI-SKO)