KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
PETER H. CHANG, State Bar No. 241467
Deputy Attorney General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 703-5939
 Fax: (415) 703-1234
 E-mail: Peter.Chang@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris,*
*Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, Attorney General of California (in her official capacity),**<br><br>Defendant. | 1:11-cv-02137-AWI-SKO<br><br>**AMENDED NOTICE OF APPEAL**<br><br>Judge:         Hon. Anthony W. Ishii<br>Trial Date:    March 25, 2014<br>Action Filed: December 23, 2011 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kamala D. Harris, Attorney General of California, defendant in the above-named case, hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the Final Judgment entered on August 25, 2014 and this Court's order denying Defendant's post-judgment Motion to Alter or Amend Judgment entered on November 20, 2014.

1

1  Defendant previously filed a Notice of Appeal to appeal the Court's final judgment entered
2  on August 25, 2014.  Subsequently on November 20, 2014, the Court denied Defendant's post-
3  judgment Motion to Alter or Amend Judgment.  Defendant files this Amended Notice of Appeal
4  to appeal both the Final Judgment and the order denying Defendant's Motion to Alter or Amend
5  Judgment.

Dated:  December 19, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Peter H. Chang

PETER H. CHANG
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris,
Attorney General of California*

SA2012104659
11637060.doc