UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**JEFF SILVESTER, ET AL.,**
      Plaintiff

   v.                                **CASE NO. 1:11–CV–02137–AWI–SKO**

**KAMALA D. HARRIS, ET AL.,**
      Defendant

     You are hereby notified that a Notice of Appeal was filed on **December 19, 2014** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

December 19, 2014

                            **MARIANNE MATHERLY**
                            **CLERK OF COURT**

                  **by:** /s/ M. Verduzco
                        Deputy Clerk