UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:11–CV–02137–AWI–SKO** |
| USDC Judge: | **DISTRICT JUDGE ANTHONY W. ISHII** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **JEFF SILVESTER vs. KAMALA D. HARRIS** |
| Type: | **CIVIL** |
| Complaint Filed: | 12/23/2011 |
| Appealed Order/Judgment Filed: | 11/20/2014 |
| Court Reporter Information: | **G. Thomas** |

FEE INFORMATION

**Fee Status: Paid on 12/19/2014 in the amount of $505.00**

Information prepared by: /s/ **M. Verduzco , Deputy Clerk**