# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF SILVESTER, et al.,** | **CASE NO. 1:11-CV-2137 AWI SAB** |
| **Plaintiffs** | |
| | **ORDER FOR ENTRY OF JUDGMENT** |
| v. | |
| **KAMALA HARRIS, Attorney General of California, and DOES 1 to 20,** | (Doc. No. 143) |
| **Defendants** | |

Per instruction from the Ninth Circuit, see Doc. No. 143 at p.27, the Clerk is directed to enter judgment in favor Defendant and close this case.

IT IS SO ORDERED.

Dated:   March 12, 2020                                    _____
                                                                               SENIOR DISTRICT JUDGE