# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JEFF SILVESTER, ET AL.,**

CASE NO: **1:11–CV–02137–AWI–SKO**

v.

**KAMALA D. HARRIS, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/12/2020**

**Keith Holland**
Clerk of Court

ENTERED: **March 12, 2020**

by: /s/ S. Sant Agata
Deputy Clerk